DAVIS WRIGHT TREMAINE LLP

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MILLER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>A PLACE FOR ROVER, INC. d/b/a ROVER; JANICE MALONEY; and DOES 1-20,000,000,<br><br>　　　　　　Defendants. | Civil Case No. 3:19-cv-03053-WHO<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING DATES FOR MOTION TO DISMISS AND MOTION TO REMAND** |

Pursuant to the parties' concurrently filed Stipulation in the above-captioned action, and good cause appearing, IT IS HEREBY ORDERED that both Defendant Janice Maloney's Motion to Dismiss and Plaintiff Erika Miller's Motion to Remand are set for hearing on September 11, 2019 at 2 p.m.

The briefing schedule for Plaintiff's Motion to Remand will remain unchanged. Thus, Defendant A Place for Rover, Inc. dba Rover.com's Opposition is due by July 16, 2019 and Plaintiff's Reply in support of her Motion to Remand is due by July 23, 2019.

**IT IS SO ORDERED.**

DATED: July 9, 2019



Honorable William H. Orrick