UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>A PLACE FOR ROVER, INC.,<br><br>        Defendant. | Case No. 19-cv-03053-WHO<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT** |

Plaintiff Erika Miller moved to substitute Melanie Sportsman in her place as the named PAGA representative plaintiff in this case. Dkt. No. 45. On December 11, 2019, I ordered Miller to produce documents relevant to the merits of her claim and sit for a deposition of no more than three hours limited to the merits of her claim before she withdraws from this case. Dkt. No. 48. Miller has not complied with my order.

Miller is ordered to show cause by March 31, 2020 why she should not be held in contempt of court. This may subject her to monetary penalties in addition to litigation sanctions, including dismissal with prejudice of her claims in this case. Miller may expunge this Order by complying with the December 11, 2019 order prior to March 24, 2020. A Case Management Conference is set for March 31, 2020 at 2:00 p.m. The Joint Case Management Statement shall be filed by March 24, 2020.

**IT IS SO ORDERED.**

Dated: February 4, 2020

William H. Orrick
United States District Judge