THE TIDRICK LAW FIRM LLP
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff ERIKA MILLER

JOHN P. LeCRONE (State Bar No. 115875)
  johnlecrone@dwt.com
SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
VANDANA KAPUR (State Bar No. 281773)
  vandanakapur@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
  steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Fax: (206) 757-7700

Attorneys for Defendant
A PLACE FOR ROVER, INC. dba
ROVER.COM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MILLER,<br><br>           Plaintiff,<br><br>     v.<br><br>A PLACE FOR ROVER, INC. d/b/a Rover *et al.*<br><br>           Defendants. | Civil Case No. 3:19-cv-03053-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION**<br><br>The Honorable William H. Orrick |

1
STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION
*Miller v. A Place for Rover, Inc. et al.*, Civil Case No. 3:19-cv-03053-WHO
**Error! Unknown document property name.**

**STIPULATION**

WHEREAS, on November 6, 2019, Plaintiff Erika Miller ("Miller") filed a motion pursuant to Rules 15(a), 20(a) and 21 of the Federal Rules of Civil Procedure: (1) to add Melanie Sportsman ("Sportsman"), who is a member of the PAGA class in this action, to the complaint in this action as a proposed PAGA representative plaintiff; and (2) to remove Erika Miller from the complaint in this action as a plaintiff (ECF No. 45);

WHEREAS, on December 11, 2019, this Court issued an Order compelling Plaintiff to appear for deposition and to produce documents relevant to the merits of her claims;

WHEREAS, because of Plaintiff's failure to comply with that Order, the Court issued an Order to Show Cause Re: Contempt on February 4, 2020 and required that Plaintiff appear for her deposition and produce documents no later than March 24, 2020;

WHEREAS, because of shelter-in-place directives related to COVID-19, the parties agreed to continue dates in the Court's February 4, 2020 order;

WHEREAS, on March 24, 2020, the Court issued an Order granting the parties' Stipulation to Continue Dates in the Court's February 4, 2020 Order, requiring Plaintiff to appear for deposition by April 28, 2020;

WHEREAS, Plaintiff produced documents on March 24, 2020 and appeared for deposition virtually on April 28, 2020;

WHEREAS, Rover reserves all arguments and defenses with respect to Sportsman, including without limitation the argument that the applicable statute of limitation for this action will change based on Sportsman's later submission of a complaint letter to Rover.

THEREFORE, the parties hereby stipulate as follows:

(1) Melanie Sportsman is added to the complaint in this action as a PAGA representative plaintiff; and

(2) Erika Miller is removed from this action as a plaintiff; and

(3) Rover reserves all arguments and defenses with respect to Sportsman, including without limitation the argument that the applicable statute of limitation for this action will change based on Sportsman's later submission of a complaint letter to Rover.

2
STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION
*Miller v. A Place for Rover, Inc. et al.*, Civil Case No. 3:19-cv-03053-WHO
**Error! Unknown document property name.**

| | | |
|---|---|---|
| Dated:  May 12, 2020 | | THE TIDRICK LAW FIRM LLP |
| | | /s/ Steven G. Tidrick |
| | | _____ |
| | | STEVEN G. TIDRICK |
| | | JOEL B. YOUNG |
| | | Attorneys for Plaintiff |
| | | |
| Dated: May 12, 2020 | | DAVIS WRIGHT TREMAINE LLP |
| | | /s/ John P. LeCrone |
| | | _____ |
| | | STEPHEN M. RUMMAGE |
| | | JOHN P. LECRONE |
| | | SCOTT R. COMMERSON |
| | | VANDANA KAPUR |
| | | Attorneys for Defendant A Place for Rover, Inc. |

## **[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

Pursuant to Rules 15(a), 20(a) and 21 of the Federal Rules of Civil Procedure:

(1) Melanie Sportsman is added to the complaint in this action as a PAGA representative plaintiff;

(2) Erika Miller is removed from this action as a plaintiff; and

(3) Rover reserves all arguments and defenses with respect to Sportsman, including without limitation the argument that the applicable statute of limitation for this action will change based on Sportsman's later submission of a complaint letter to Rover.

IT IS SO ORDERED.

Dated:  _____     _____
                                                              HON. WILLIAM H. ORRICK
                                                              JUDGE OF THE UNITED STATES DISTRICT COURT

3

STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION
*Miller v. A Place for Rover, Inc. et al.*, Civil Case No. 3:19-cv-03053-WHO

**Error! Unknown document property name.**

**ATTESTATION PURSUANT TO N.D. CAL. LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.  I declare under penalty of perjury that the foregoing is true and correct

Dated:  May 12, 2020	THE TIDRICK LAW FIRM LLP

/s/ Steven G. Tidrick
_____
STEVEN G. TIDRICK

Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION
*Miller v. A Place for Rover, Inc. et al.*, Civil Case No. 3:19-cv-03053-WHO
**Error! Unknown document property name.**