1  THE TIDRICK LAW FIRM LLP
   STEVEN G. TIDRICK, SBN 224760
2  JOEL B. YOUNG, SBN 236662
   1300 Clay Street, Suite 600
3  Oakland, California  94612
   Telephone: (510) 788-5100
4  Facsimile: (510) 291-3226
   E-mail:   sgt@tidricklaw.com
5  E-mail:   jby@tidricklaw.com

6  Attorneys for Individual and Representative
   Plaintiff MELANIE SPORTSMAN
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | MELANIE SPORTSMAN,              | Case No. 3:19-cv-03053-WHO
11 |                                 |
   |        Plaintiff,               | **DECLARATION OF MELANIE SPORTSMAN**
12 |                                 |
   |     v.                          |
13 |                                 |
   | A PLACE FOR ROVER, INC. d/b/a Rover *et al.*, |
14 |                                 |
15 |        Defendants.              |

1

**DECLARATION OF MELANIE SPORTSMAN**
*Sportsman v. A Place for Rover, Inc. d/b/a Rover et al.*, **Case No. 3:19-cv-03053-WHO**

I, Melanie Sportsman, declare:

1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2. I was employed by A Place For Rover, Inc. d/b/a Rover ("Rover" or "Defendant") during the approximate timeframe of May 2017 to December 2018 in the position of pet care provider ("Pet Care Provider"). I worked for Defendant as a Pet Care Provider in the vicinity of Fresno, California. Rover improperly classified me as an independent contractor.

3. In my capacity as a Pet Care Provider working for Rover, I performed the following services: (1) "drop-in visits" of approximately 30 minutes each, during which time I would go into the pet owner's home to ensure that the dog has food, water, and an opportunity for a "potty break," and to otherwise provide the dog with attention and "play" time; (2) "dog walking" whereby I would take the dog on a thirty-minute walk starting and ending at the pet owner's home; and (3) "dog boarding" whereby I would care for the dog while I hosted the dog at my home overnight; and (4) "doggy day care" whereby I would care for the dog while I hosted the dog at my home during the day, beginning in the morning (when the pet owner would drop off their dog at my home) and ending around 4pm to 6pm (when the pet owner would pick up the dog from my home). Every time I performed any of these services, I acted as an attendant to the dog in that I would be present with the dog, wait on the dog, and attend to the dog's needs (for food, water, potty breaks, and play time). I also cleaned up after the dog. I also photographed the dog. The photos I took were provided to the pet owner so that the pet owner would know that I was taking good care of the dog.

4. All of the above-described services that I performed were pursuant to Defendant's directions and instructions. Throughout the time I worked for Defendant, Defendant maintained a website where it gave instructions and directions to Pet Care Providers such as myself, and specified how the pet care services should be provided.

5. I have never taken any steps to establish or promote an independent pet care services business, such as: (1) incorporating a pet care services business entity; (2) obtaining

2

any business license for pet care services; (3) advertising to the general public regarding pet care services generally; and/or (4) making offerings to the public or to potential customers to provide services of an independent business. I have never had any of my own customers or clients for pet care services. Furthermore, I have never provided pet care services as a sole proprietor or as part of a business entity formed as a partnership, limited liability company, limited liability partnership, or corporation. During the time I worked for Defendant, I was taking classes at Clovis Community College, and had no other employment.

6. While I worked for Defendant, Defendant maintained a policy and practice of deducting from my earnings a "service fee" of twenty percent (20%).

7. During the time period when I was working for Defendant, on August 6, 2017, I asked Defendant why it was deducting twenty percent (20%) from my earnings. Defendant's "Rover support" representative responded: "Thank you for reaching out about this! The 5-7% service fee that you are referencing is for pet owners only. The sitter fee is 20%. These fees help us to provide ongoing support, educational opportunities and help each individual grow their business. The fees are also important with facilitating Rover's customer support, 24/7 trust and safety coverage, and important site maintenance and product improvements. Lastly, they help cover benefits for sitters, including the costs of processing payments and ongoing promotion of sitters on Rover." Attached as **Exhibit A** is a true and correct copy of a printout of that written communication.

8. Attached as **Exhibit B** is a true and correct copy of a printout of a web page on Defendant's website, specifically, a web page entitled "How do I review my payments from my Rover bookings?" It provides information on how a Pet Care Provider can keep track of the payments received from Defendant. Specifically, its shows how Defendant's mobile app displays a Pet Care Provider's "Payment History." It states that "payment history is broken into five tabs; Earnings, Pending Earnings, Withdrawals, Payments, & Other. Each tab has a complete list of all corresponding payments or bookings."

9. At the top of page 3 of Exhibit B, Defendant provides an example of Defendant's payment to a Pet Care Provider for completed bookings, specifically, "Drop-In

**DECLARATION OF MELANIE SPORTSMAN**
*Sportsman v. A Place for Rover, Inc. d/b/a Rover et al.*, **Case No. 3:19-cv-03053-WHO**

3

**DECLARATION OF MELANIE SPORTSMAN**
*Sportsman v. A Place for Rover, Inc. d/b/a Rover et al.*, **Case No. 3:19-cv-03053-WHO**

Visits for Kitty" for a period of time in August 2017. It shows that the "Stay Price" was $90.00, that "Rover Fees" of fifteen percent ($13.50) were deducted, and that Defendant paid the Pet Care Provider the remainder, $76.50. That example of Defendant deducting a percentage of the Pet Care Provider's earnings is consistent with my own experience, except that in my case the amount of Defendant's deduction was twenty percent (20%).

10. In order to provide Pet Care Services, Defendant required that I "create" a "Rover profile" to be displayed on Defendant's website and mobile app. I say "create" in quotes because Defendant strictly controlled what appeared, and what could not appear, on my Rover profile; my role was simply to provide a photograph and certain required information, and then Defendant created and maintained my profile. Defendant dictated that my Rover profile would include a photograph of myself and identify me only by my first name and last initial. Defendant did not allow me to choose whether I would include my last name or list my phone number or e-mail address. I did not have my own business, but if I did, I would not have been allowed to list any business name. Defendant dictated that my Rover profile would lead with a photograph of me, followed by my first name and last initial, my location ("Hoover, Fresno, CA"), my "star" rating as calculated by Defendant (which was 5 stars), my "Response Rate" as calculated by Defendant (which was 100%), and my "Response Time" as calculated by Defendant (which was "a few minutes"). Below that section, the various categories that followed were all dictated by Defendant.

11. When pet owners logged into the Rover website or app to purchase Pet Care Services, Defendant decided how "high" or "low" my Rover profile would appear relative to the Rover profiles of other Pet Care Providers. My understanding is that if I ever rejected a pet owner's request for services, Defendant would penalize me by displaying my Rover profile lower in the future, the consequence being a lower likelihood of earning money.

12. I never worked in any kind of animal care capacity either before or after working for Defendant. Before working for Defendant, I worked in various roles including: (1) as a healthcare provider for the In-Home Supportive Services program administered by Fresno County; (2) as a child care provider for Nicole Cares Family Daycare; (3) as a teaching

4

assistant for the Fresno Unified School District; and (4) as a teacher's aide for the Clovis Unified School District. Attached as **Exhibit C** is a true and correct copy of my LinkedIn profile which displays my work history.

13. When I worked for Defendant, Defendant provided pet owners with "Rover's reservation guarantee" such that if I was unable to provide a service that a pet owner had booked, Defendant would either provide the pet owner with a refund or provide the pet owner with another Pet Care Provider to perform the service. Defendant did not allow me to hire and send anyone to provide pet care services on my behalf. Rather, Defendant required that I personally perform any services that a pet owner had booked for me to perform.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2021.


Melanie Sportsman (Feb 21, 2021 10:05 PST)

Melanie Sportsman

5

**DECLARATION OF MELANIE SPORTSMAN**
*Sportsman v. A Place for Rover, Inc. d/b/a Rover et al.*, Case No. 3:19-cv-03053-WHO

# Exhibit A

## #2545462 Service fees

| Submitted | Received via | Requester |
|---|---|---|
| August 6, 2017, 9:29 PM | Web Form | Melanie Sportsman <melaniesportsman@gmail.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Core | |

| Sitter/Owner/Other? | Issue Category | Customer Type | Source |
|---|---|---|---|
| Sitter | Payments::Pay Out | Repeat - Completed at least one stay | US Help Center |

| Total time spent (sec) | Time spent last update (sec) | Conversation OPK | Zip Code |
|---|---|---|---|
| 299 | 271 | Qr6Vln8Q | 93710 |

**Melanie Sportsman**  August 6, 2017, 9:29 PM

The policy for service fees state 5-7% of the total booking. But my 2 current bookings of $20 & $40 seems to be getting 20% taken out. Example: 2 drop-ins @ $10 each = $20...but I'm getting $2 per drop-in taken out for service fees (for a total of $4). 20% of $10 = $2 ...so, $20 - $4 = $16. Why am I getting so much taken out for fees?

August 7, 2017, 2:20 AM

Hi Melanie,

Thank you for reaching out about this! The 5-7% service fee that you are referencing is for pet owners only. The sitter fee is 20%. These fees help us to provide ongoing support, educational opportunities and help each individual grow their business. The fees are also important with facilitating Rover's customer support, 24/7 trust and safety coverage, and important site maintenance and product improvements. Lastly, they help cover benefits for sitters, including the costs of processing payments and ongoing promotion of sitters on Rover.

All the best,
--
Rover Support

*Have you seen our Help Center? It's full of tips, tricks, and account how-tos. Check it out!*

Support Software by **Zendesk**

Exhibit B



Popular Topics: Getting started, How taxes work, Payments

Help Center  >  Sitters  >  Payments

# How do I review my payments from my Rover bookings?

Keeping track of your payments through Rover is easy. You can get payment details on every stay or walk you've booked, all through your Payment History.

1. Navigate to your **Dashboard** by selecting your name in the upper right corner of your screen.





2. Under Rover Balance, select **View Payments & Promo Codes**.



3. Your payment history is broken into five tabs; Earnings, Pending Earnings, Withdrawals, Payments, & Other. Each tab has a complete list of all corresponding payments or bookings. They are sorted by date.



Here's a breakdown of each section:

- **Earnings:** All of your completed bookings.
- **Pending Earnings:** Your current or upcoming bookings, that have not yet been paid out yet.
- **Withdrawals**: Funds that you've transferred out of Rover via check or PayPal.
- **Payments**: Bookings that have been completed for your own pets to a Rover sitter.
- **Other**: Coupons and any other miscellaneous account charges.

4. On the right side of the page you'll also see your current Rover Balance, Withdrawal History by Year, External Withdrawal History*, and Donations.



*If you were previously a DogVacay sitter, this External Withdrawal History section would reflect payments you received from DogVacay.

## Related Questions

How do I get paid for bookings?

Will I receive a 1099 from Rover?

How do I contact Rover Support?

How do automatic payments work?

What are sitter performance scores?

**Recently Viewed**

View all articles

Log in to contact support

Visit the Q&A Community

# Exhibit C

## Contact

www.linkedin.com/in/melanie-sportsman-225913105 (LinkedIn)

## Top Skills

Elderly/Disabled Home Care
Clerical Skills
Cashiering

# Melanie Sportsman

Paraprofessional, Teacher's Assistant
Fresno, California

## Experience

Rover.com
Dog/Pet Sitter
May 2017 - December 2018 (1 year 8 months)
Fresno, California Area

IHSS Public Authority
Healthcare Provider
June 2017 - August 2017 (3 months)
Fresno, California Area

Nicole Cares Daycare
Daycare Provider
February 2017 - March 2017 (2 months)
Clovis, California

Fresno Unified School District
Teaching Assistant
October 2016 - October 2016 (1 month)
Fresno, California

Volunteer as a teachers aide/helper in 1st grade class at Wolters Elementary in Fresno, CA.

Clovis Unified School District
Teachers Aide
September 2015 - June 2016 (10 months)
Clovis, California

Volunteered as a teachers aide for Kindergarten class at Jefferson Elementary in Clovis, CA.

Jefferson Elementary School
Student Volunteer
January 2015 - June 2016 (1 year 6 months)
Clovis California

Alorica

Page 1 of 2

EXHIBIT_1_LINKEDIN_PROFILE_SPORTSMAN_21_22
Defendant
Melanie Sportsman
09/29/2020(JS-CR)

SPORTSMAN 021

Customer Service Representative
November 2013 - August 2015 (1 year 10 months)
Clovis, California

Party Time Rentals
Delivery/Crew Member
March 2003 - October 2004 (1 year 8 months)
Fresno, California

Delivery/ pick-up, set-up/ teardown & maintenance of party supply rentals.

Expo Party Rentals
Deliver Driver/Crew Member
September 2001 - March 2003 (1 year 7 months)
Fresno, California

Delivery/ pick-up, set-up/ teardown, & maintenance of party rental supplies.

---

## Education

Clovis Community College
Associate's degree, General Studies · (2017 - 2020)

SPORTSMAN 022