JOHN P. LECRONE (State Bar No. 115875)
   johnlecrone@dwt.com
VANDANA KAPUR (State Bar No. 281773)
   vandanakapur@dwt.com
MARISSA FRANCO (State Bar No. 296793)
   marissafranco@dwt.com
PAUL RODRIGUEZ (State Bar No. 307139)
   paulrodriguez@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
   steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington  98104
Telephone:  (206) 622-3150
Fax:  (206) 757-7700

Attorneys for Defendant
A PLACE FOR ROVER, INC. dba
ROVER.COM

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE SPORTSMAN,<br><br>                      Plaintiff,<br><br>     vs.<br><br>A PLACE FOR ROVER, INC. d/b/a ROVER *et al*.<br><br>          Defendants. | Civil Case No. 3:19-cv-03053-WHO<br><br>**DECLARATION OF JOHN P. LECRONE IN SUPPORT OF DEFENDANT A PLACE FOR ROVER, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   March 31, 2021<br>Time:  2:00 p.m.<br>Place:  Courtroom 2 – 17th Floor<br><br>Before the Honorable William H. Orrick |

I, John P. LeCrone, declare:

1.      I am an attorney admitted to practice in the State of California and before this Court.  I am a partner in the law firm of Davis Wright Tremaine LLP, and I am counsel for Defendant A Place For Rover, Inc. dba Rover.com ("Defendant") in this matter.  I have personal knowledge of the facts set forth in this declaration and could and would testify to their truth if called to do so.

2.      I took the deposition of Erika Miller on April 28, 2020. Attached as **Exhibit A** to this Declaration are true and correct copies of excerpts of Ms. Miller's certified deposition transcript ("Miller Deposition"), dated April 28, 2020.

3.      I took the deposition of Plaintiff Melanie Sportsman ("Plaintiff") on September 29, 2020. Attached as **Exhibit B** to this Declaration are true and correct copies of excerpts of Plaintiff's certified deposition transcript ("Sportsman Deposition"), dated September 29, 2020.

4.      Plaintiff's counsel, Steven Tidrick, Esq., took the deposition of Derek Chang pursuant to Federal Rules of Civil Procedures 30(b)(6) on December 18, 2020. I was present during the deposition on behalf of Defendant. Attached as **Exhibit C** to this Declaration are true and correct copies of excerpts of Mr. Chang's certified deposition transcript, dated December 18, 2020.

5.      Attached as **Exhibit D** to this Declaration is a true and correct copy of a webpage from the California Secretary of State website titled, "Starting a Business – Entity Types," which my office accessed on February 22, 2021, and which is located at:

https://www.sos.ca.gov/business-programs/business-entities/starting-business/types.

6.      On February 22, 2021, I conducted an online search on Google's search engine using the name "maisy's mutts" and received multiple search results, including:

7.      A website located at http://www.maisysmutts.com/.  A true and correct copy of the maisysmutts.com webpage, retrieved on February 22, 2021, is attached to this Declaration as **Exhibit E**.  The "About Us" section of the website provides that Maisy's Mutts is a limited liability company run by Manfred Oesting of Fresno, California.  It also provides that pet care services can be booked on the linked "Rover.com profile."  When I clicked on the Rover.com

link on the webpage I was directed to the profile that is attached as **Exhibit GG** to the

Declaration of Jenna White filed in support of Defendant's instant Motion.

a.     A Facebook page located at https://www.facebook.com/MaisysMutts/.

A true and correct copy of the Maisy's Mutts Facebook page, retrieved on February 22, 2021, is

attached to this Declaration as **Exhibit F.**  The "About" section of the Facebook page provides a

link to the website attached as **Exhibit E** to this Declaration.

b.     A Yelp business page located at https://www.yelp.com/biz/maisys-mutts-

fresno-2.  A true and correct copy of the Maisy's Mutts Yelp page, retrieved on February 22,

2021, is attached to this Declaration as **Exhibit G**.  Again, the Yelp page provides a link to the

website attached as **Exhibit E** to this Declaration.

8.     Using the name "maisy's mutts," I then visited the California Secretary of State

website located at https://businesssearch.sos.ca.gov/ and conducted a business search for

"maisy's mutts" under "LP/LLC Name" search type.  Only one search result came back for a

business entity named Maisy's Mutts LLC, which was registered by Manfred Oesting on

February 6, 2017.  A true and correct copy of the search results from the California Secretary of

State website retrieved on February 22, 2021 is attached to this Declaration as **Exhibit H.**  A true

and correct copy of the Articles of Organization for Maisy's Mutts LLC, filed on February 6,

2017 by Manfred Oesting, and retrieved on the California Secretary of State website on February

22, 2021, is attached to this declaration as **Exhibit I.**

9.     Attached as **Exhibit J** to this declaration is a true and correct copy of the

California Senate Rules Committee's Senate Floor Analysis of Assembly Bill 5, dated

September 9, 2019, retrieved on February 22, 2020 at the California Legislative Information

website located at:

https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=201920200AB5.

10.     Attached as **Exhibit K** to this declaration is a true and correct copy of the

California Senate Committee on Labor, Public Employment and Retirement's Analysis of

Assembly Bill 5, dated July 10, 2019, retrieved on February 22, 2020 at the California

Legislative Information website located at:

DAVIS WRIGHT TREMAINE LLP

DECLARATION OF JOHN P. LECRONE ISO NOTICE OF MOTION FOR SUMMARY JUDGMENT
Case No. 3:19-cv-03053-WHO
4852-4669-9740v.4 0107222-000013

1   https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=201920200AB5.

2       11.     Attached as **Exhibit L** to this declaration is a true and correct copy of a draft of

3   California Assembly Bill 2257, amended August 7, 2020, and retrieved on February 22, 2021 at

4   https://legiscan.com/CA/text/AB2257/id/2203886.

5       12.     Attached as **Exhibit M** to this declaration is a true and correct of a draft of

6   California Assembly Bill 2257, amended August 20, 2020, and retrieved on February 22, 2021 at

7   https://legiscan.com/CA/text/AB2257/id/2205701.

8       13.     On July 10, 2019, the California Senate Labor, Public Employment, and

9   Retirement Committee (Committee) held a hearing to decide on whether to advance Assembly

10  Bill 5.  A true and correct link to the official video recording of the Committee hearing found on

11  the California State Senate website at https://www.senate.ca.gov/media-

12  archive/default?title=Labor&startdate=07%2F10%2F2019&enddate=07%2F10%2F2019, and

13  last accessed by my office on February 22, 2021, is included in this Declaration as **Exhibit N.**

14  A disk with a copy of the hearing will also be manually filed with the court.

15      14.     Attached as **Exhibit O** is a true and correct copy of Plaintiff's Rover profile,

16  authenticated at **Exhibit B**, Sportsman Deposition, at 56:18-58:5 (previously marked as

17  Exhibit 3).

18      15.     Attached as **Exhibit P** is a true and correct copy of Plaintiff's reviews as a pet

19  care provider, dated January 2, 2018, authenticated at **Exhibit B**, Sportsman Deposition, at

20  80:13-81:15 (previously marked as Exhibit 4).

21      16.     Attached as **Exhibit Q** is a true and correct copy of Django Administration

22  records, authenticated at **Exhibit B**, Sportsman Deposition, at 84:7-24 (previously marked as

23  Exhibit 5).

24      17.     Attached as **Exhibit R** is a true and correct copy of an email exchange titled

25  "#5284456 Irrational Owner," dated December 31, 2017, authenticated at **Exhibit A**, Miller

26  Deposition, at 57:16-61:2 (previously marked as Exhibit B).

27      18.     Attached as **Exhibit S** is a true and correct copy of an Erika Miller's Rover

28  profile, authenticated at **Exhibit A**, Miller Deposition, at 29:6-30:14 (previously marked as

DAVIS WRIGHT TREMAINE LLP

DECLARATION OF JOHN P. LECRONE ISO NOTICE OF MOTION FOR SUMMARY JUDGMENT
Case No. 3:19-cv-03053-WHO
4852-4669-9740v.4 0107222-000013

Exhibit E).

19.     Attached as **Exhibit T** is a true and correct copy of a text message conversation between Erika Miller and a pet owner named Jennifer dated November 14, 2017, authenticated at **Exhibit A**, Miller Deposition, at 71:22-73:12 (previously marked as Exhibit D).

20.     Attached as **Exhibit U** is a true and correct copy of an email message from Erika Miller to Rover.com titled, "#5306391 Payment," dated January 4, 2018, authenticated at **Exhibit A**, Miller Deposition, at 70:1-21 (previously marked as Exhibit C).

21.     Attached as **Exhibit V** is a true and correct copy of Erika Miller's LinkedIn profile, authenticated at **Exhibit A**, Miller Deposition, at 17:19-18:4 (previously marked as Exhibit G).

22.     Attached as **Exhibit W** is a true and correct copy of Erika Miller's Sitter City profile, authenticated as **Exhibit A**, Miller Deposition, at 90:18-92:19 (previously marked as Exhibit F).

23.     Attached as **Exhibit X** is a true and correct copy of an email message from Erika Miller to Rover.com titled, "#4983142 Rover Support – Quick Match Walking," dated October 24, 2017, authenticated at **Exhibit A**, Miller Deposition, at 52:10-53:11 (previously marked as Exhibit A).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 24, 2021 in Los Angeles, California.

          */s/John P. LeCrone*
          John P. LeCrone

DAVIS WRIGHT TREMAINE LLP