**EXHIBIT C**

30(b)(6) - Derek Chang - December 18, 2020

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3    _____)
                                    )
 4    MELANIE SPORTSMAN,            )
                                    )
 5           Plaintiff,             )
                                    )   Case No.
 6        vs.                       )   3:19-cv-03053-WHO
                                    )
 7    A PLACE FOR ROVER, Inc.       )
      d/b/a Rover et al.,           )
 8                                  )
             Defendants.            )
 9    _____)

10

11

12

13

14           Rule 30(b)(6) Deposition of

15                  DEREK CHANG

16           Friday, December 18, 2020

17

18

19

20

21

22

23

24    REPORTED BY:  JOHN WISSENBACH, RDR, CRR, CRC,

25                  CSR 6862
```

| | | |
|---|---|---|
| 09:56:05 | 1 | you framed your question there, as you use the word |
| 09:56:08 | 2 | "customers," you're referring to both the service |
| 09:56:11 | 3 | providers and the dog owners, or are you referring |
| 09:56:14 | 4 | just to the owners, the pet owners? |
| 09:56:17 | 5 | BY MR. TIDRICK: |
| 09:56:17 | 6 | Q.  The owners, that -- that I understand Rover |
| 09:56:20 | 7 | uses the terms "pet owners" and "pet parents" to |
| 09:56:25 | 8 | refer to.  All right?  So -- |
| 09:56:30 | 9 | MR. LeCRONE:  Okay.  I'm not quite sure |
| 09:56:31 | 10 | that's all correct.  But you can ask the question as |
| 09:56:35 | 11 | you see fit. |
| 09:56:43 | 12 | THE WITNESS:  Did you want me to answer |
| 09:56:45 | 13 | your question? |
| 09:56:47 | 14 | MR. LeCRONE:  You can answer it if you |
| 09:56:48 | 15 | understand it, Mr. Chang. |
| 09:56:49 | 16 | THE WITNESS:  Got it. |
| 09:56:50 | 17 | So understood how you referred to it.  In |
| 09:56:55 | 18 | our marketplace, our customers are both the owners |
| 09:56:59 | 19 | and sitters. |
| 09:57:10 | 20 | BY MR. TIDRICK: |
| 09:57:10 | 21 | Q.  All right.  That may be confusing, so -- |
| 09:57:17 | 22 | I'll try to avoid using the term "customers." |
| 09:57:20 | 23 | So with respect to the individuals that you |
| 09:57:23 | 24 | refer to, that Rover refers to as pet owners and pet |
| 09:57:26 | 25 | parents, is there some other term that you use to |

| | | |
|---|---|---|
| 09:57:30 | 1 | describe those individuals? |
| 09:57:31 | 2 | A. "Owners" is a good term for that. |
| 09:57:36 | 3 | Q. All right. So the terms "owners," "pet |
| 09:57:44 | 4 | owners," "pet parents" are interchangeable; is that |
| 09:57:48 | 5 | right? |
| 09:57:48 | 6 | A. That's correct. |
| 09:57:49 | 7 | Q. Those all refer to individuals who purchase |
| 09:57:53 | 8 | pet care services through the Rover platform, |
| 09:57:56 | 9 | correct? |
| 09:57:57 | 10 | A. That's correct. |
| 09:58:04 | 11 | Q. I also wanted to go over the terms that |
| 09:58:10 | 12 | Rover uses to describe the services that pet owners |
| 09:58:16 | 13 | can purchase. For reference, I'll refer you to |
| 09:58:23 | 14 | another exhibit, which I will provide right now. |
| | 15 | (Deposition Exhibit 3 was marked for |
| | 16 | identification.) |
| | 17 | BY MR. TIDRICK: |
| 09:58:49 | 18 | Q. I've provided a document identified as |
| 09:58:51 | 19 | Exhibit 3. Are you able to see that document? |
| 09:58:54 | 20 | A. Yes. |
| 09:59:01 | 21 | Q. I will represent that Exhibit 3 is a |
| 09:59:07 | 22 | printout from a video that Rover produced in this |
| 09:59:14 | 23 | case Bates numbered ROVER_000558.mp4 at time stamp 8 |
| 09:59:25 | 24 | seconds. |
| 09:59:30 | 25 | And, actually, if you look at the top of |

| | | |
|---|---|---|
| 09:59:35 | 1 | the two images on that page, if you zoom in, you're |
| 09:59:41 | 2 | able to see it has the MP4 number at the top, and I |
| 09:59:44 | 3 | think you can also see the time stamp. |
| 09:59:49 | 4 | MR. LeCRONE: And Counsel, this is John |
| 09:59:53 | 5 | LeCrone. Just for clarity, this is what appears to |
| 09:59:56 | 6 | be a three-page document; is that right? |
| 10:00:04 | 7 | MR. TIDRICK: Exhibit 3 is only one page. |
| 10:00:09 | 8 | MR. LeCRONE: Hmm. Okay. |
| 10:00:24 | 9 | BY MR. TIDRICK: |
| 10:00:24 | 10 | Q. So Mr. Chang, you'll see Exhibit 3 shows an |
| 10:00:27 | 11 | image of a smartphone, correct? |
| 10:00:29 | 12 | A. Yes. |
| 10:00:30 | 13 | Q. You see where it says "Rover.com, |
| 10:00:34 | 14 | Services"? |
| 10:00:37 | 15 | A. Yes. |
| 10:00:38 | 16 | Q. Below that, you see various services |
| 10:00:40 | 17 | listed, correct? |
| 10:00:43 | 18 | A. Yes. |
| 10:00:44 | 19 | Q. Specifically, under "Rover.com, Services," |
| 10:00:48 | 20 | it says, at least in large print, "Dog Walking," |
| 10:00:54 | 21 | "Doggy Day Care," "Dog Boarding," "House Sitting," |
| 10:01:01 | 22 | and "Drop-In Visit." Those are all of the services |
| 10:01:07 | 23 | offered by Rover; is that correct? |
| 10:01:10 | 24 | MR. LeCRONE: I'm going to object. It |
| 10:01:13 | 25 | calls for speculation, lacks foundation, vague and |

| 10:01:15 | 1 | ambiguous. |
| 10:01:17 | 2 | THE WITNESS:  Those are the services that |
| 10:01:22 | 3 | are offered by sitters who are on our platform. |
| 10:01:28 | 4 | BY MR. TIDRICK: |
| 10:01:29 | 5 | Q.  Understood.  Those are all of the services |
| 10:01:31 | 6 | that are offered through the Rover.com platform, |
| 10:01:37 | 7 | correct? |
| 10:01:37 | 8 | A.  Yes, they're available on the platform from |
| 10:01:40 | 9 | our sitters -- from the sitters who use our |
| 10:01:44 | 10 | platform. |
| 10:01:45 | 11 | Q.  Those are all of the services that are |
| 10:01:46 | 12 | offered through the platform, correct? |
| 10:01:49 | 13 | A.  Yes. |
| 10:01:51 | 14 | Q.  And just to be clear, where it says "House |
| 10:01:55 | 15 | Sitting," below that, in smaller print, it says "in |
| 10:02:02 | 16 | your home."  The house sitting "in your home" refers |
| 10:02:31 | 17 | to the pet owner's home, correct? |
| 10:02:13 | 18 | A.  Yes. |
| 10:02:28 | 19 | Q.  And just so the record is clear, I'll make |
| 10:02:33 | 20 | sure that we're on the same page as far as the small |
| 10:02:37 | 21 | print under each of those categories.  It says "Dog |
| 10:02:40 | 22 | Walking, 30 minute walks"; "Doggy Day Care, in the |
| 10:02:48 | 23 | sitter's home"; "Dog Boarding, in the sitter's |
| 10:02:53 | 24 | home," "House Sitting, in your home," and "Drop-In |
| 10:03:00 | 25 | Visit, 30 minute check-ins." |

30(b)(6) - Derek Chang - December 18, 2020

Page 20

| | | |
|---|---|---|
| 10:03:04 | 1 | And, again, those are all of the services |
| 10:03:11 | 2 | that are offered through the Rover.com platform, |
| 10:03:14 | 3 | correct? |
| 10:03:14 | 4 | A.  That's right. |
| 10:03:15 | 5 | Q.  You understand that Melanie Sportsman is a |
| 10:03:19 | 6 | pet care provider? |
| 10:03:23 | 7 | A.  I think she was.  I don't think she is |
| 10:03:26 | 8 | anymore. |
| 10:03:28 | 9 | Q.  Understood.  You understand that Melanie |
| 10:03:32 | 10 | Sportsman was a pet care provider; is that correct? |
| 10:03:34 | 11 | A.  Correct. |
| 10:03:35 | 12 | Q.  You understand that Melanie Sportsman is |
| 10:03:39 | 13 | suing Rover? |
| | 14 | A.  Correct. |
| 10:03:43 | 15 | Q.  Now, occasionally I'll ask you a question |
| 10:03:46 | 16 | that -- I'm just going to give a heads-up.  I'm not |
| 10:03:49 | 17 | asking for you to disclose communications with any |
| 10:03:53 | 18 | of your lawyers.  Okay? |
| 10:03:55 | 19 | A.  Okay. |
| 10:03:56 | 20 | Q.  So if I ask you a question, I'm not -- I'm |
| 10:04:01 | 21 | not asking you to disclose that. |
| 10:04:05 | 22 | Are you able to tell me, without disclosing |
| 10:04:09 | 23 | the specifics of any conversations, how you became |
| 10:04:13 | 24 | aware of this lawsuit? |
| 10:04:19 | 25 | MR. LeCRONE:  I will just object for the |

30(b)(6) - Derek Chang - December 18, 2020

Page 21

| | | |
|---|---|---|
| 10:04:22 | 1 | record.  I do not want Mr. Chang to testify about |
| 10:04:24 | 2 | anything he learned through counsel or otherwise. |
| 10:04:27 | 3 | But if you can answer it without disclosing |
| 10:04:30 | 4 | that, Mr. Chang, you can -- you can do so. |
| 10:04:34 | 5 | THE WITNESS:  I'm sorry.  Can you please |
| 10:04:36 | 6 | repeat that again? |
| 10:04:37 | 7 | BY MR. TIDRICK: |
| 10:04:38 | 8 | Q.  How did you become aware of the lawsuit? |
| 10:04:51 | 9 | A.  I was asked to be deposed for this case. |
| 10:04:58 | 10 | And that's where I became aware of this. |
| 10:05:00 | 11 | Q.  Did someone at the company ask you? |
| 10:05:12 | 12 | A.  Yes. |
| 10:05:13 | 13 | Q.  Who at the company asked you? |
| 10:05:19 | 14 | A.  Our legal counsel. |
| 10:05:25 | 15 | Q.  Excluding conversations with any counsel, |
| 10:05:31 | 16 | have you ever spoken with anyone about the lawsuit? |
| 10:05:34 | 17 | A.  No. |
| 10:05:38 | 18 | Q.  During this deposition, you understand |
| 10:05:40 | 19 | you're testifying on behalf of Rover, correct? |
| 10:05:43 | 20 | A.  Yes. |
| 10:05:51 | 21 | Q.  Were you aware that the deposition notice |
| 10:05:56 | 22 | demands that you produce documents today? |
| 10:05:58 | 23 | A.  That I produce documents? |
| 10:06:00 | 24 | MR. LeCRONE:  Yeah, Counsel, I will just go |
| 10:06:02 | 25 | on the record to say to you that all of the |

| | | |
|---|---|---|
| 10:13:28 | 1 | MR. LeCRONE:  Again, same objections:  goes |
| 10:13:31 | 2 | beyond the scope of this deposition today, beyond |
| 10:13:33 | 3 | the topics that have been set out by you, Counsel, |
| 10:13:37 | 4 | in the notice, calls for speculation, lacks |
| 10:13:45 | 5 | foundation. |
| 10:13:45 | 6 | THE WITNESS:  I don't know the specifics of |
| 10:13:51 | 7 | that. |
| 10:13:51 | 8 | BY MR. TIDRICK: |
| 10:13:52 | 9 | Q.  Do you have any understanding that Rover |
| 10:13:53 | 10 | was founded at least in part to provide an |
| 10:13:57 | 11 | alternative for pet owners who otherwise would have |
| 10:14:00 | 12 | put their pets in kennels? |
| 10:14:02 | 13 | MR. LeCRONE:  Same objections. |
| 10:14:06 | 14 | THE WITNESS:  Can you repeat that again? |
| 10:14:07 | 15 | Sorry. |
| 10:14:09 | 16 | MR. TIDRICK:  Could the court reporter read |
| 10:14:10 | 17 | that back, please. |
| 10:14:20 | 18 | (The record was read by the reporter.) |
| 10:14:25 | 19 | THE WITNESS:  I don't know if that's part |
| 10:14:26 | 20 | of the, as you -- I think you said earlier, the |
| 10:14:30 | 21 | reason for founding.  I don't know if that's true or |
| 10:14:33 | 22 | not. |
| 10:14:35 | 23 | BY MR. TIDRICK: |
| 10:14:35 | 24 | Q.  Understood.  And if we put aside the |
| 10:14:38 | 25 | founding, is it fair to say the following:  that |

| | | |
|---|---|---|
| 10:14:43 | 1 | part of Rover's purpose presently is to provide an |
| 10:14:46 | 2 | alternative to pet owners who otherwise would place |
| 10:14:49 | 3 | their pets in a kennel? |
| 10:14:51 | 4 | MR. LeCRONE:  Again, I hate to keep |
| 10:14:52 | 5 | objecting, but this goes well beyond the scope of |
| 10:14:55 | 6 | today's deposition, lacks foundation, calls for |
| 10:14:56 | 7 | speculation. |
| 10:15:01 | 8 | THE WITNESS:  Yeah, I'm not -- I understand |
| 10:15:04 | 9 | what you're asking.  And I'm not sure whether or not |
| 10:15:06 | 10 | that is true.  Our -- all I can tell you is, like, |
| 10:15:12 | 11 | our mission is to make sure everybody can have the |
| 10:15:14 | 12 | unconditional love of a pet. |
| 10:15:26 | 13 | BY MR. TIDRICK: |
| 10:15:27 | 14 | Q.  The dog boarding service that's available |
| 10:15:29 | 15 | through the Rover platform, what does that entail? |
| 10:15:36 | 16 | A.  That is where a sitter provides services |
| 10:15:44 | 17 | for an owner, and the owner is able to board their |
| 10:15:48 | 18 | pet with that sitter. |
| 10:15:57 | 19 | Q.  Has that service been available through the |
| 10:16:00 | 20 | Rover platform throughout the time that you've been |
| 10:16:03 | 21 | with the company? |
| 10:16:03 | 22 | A.  Yes, it has. |
| 10:16:08 | 23 | Q.  What does the house sitting service that's |
| 10:16:13 | 24 | available through the Rover platform entail? |
| 10:16:15 | 25 | A.  It is similar to that, but that would be |

30(b)(6) - Derek Chang - December 18, 2020

Page 30

| | | |
|---|---|---|
| 10:16:22 | 1 | done in the owner's home. |
| 10:16:27 | 2 | Q.  Has that service been available on the |
| 10:16:29 | 3 | platform throughout the time that you've been with |
| 10:16:32 | 4 | the company? |
| 10:16:32 | 5 | A.  Yes, it has. |
| 10:16:34 | 6 | Q.  The doggy day care service that's available |
| 10:16:37 | 7 | through the Rover platform, what does that entail? |
| 10:16:42 | 8 | A.  That is where a sitter would provide, |
| 10:16:49 | 9 | basically, day care services for an owner's pet. |
| 10:16:56 | 10 | Q.  Has that service been available on the |
| 10:16:59 | 11 | platform throughout the time that you've been with |
| 10:17:01 | 12 | the company? |
| 10:17:02 | 13 | A.  I think it has. |
| 10:17:05 | 14 | Q.  The dog walking service on the Rover |
| 10:17:10 | 15 | platform, what does that entail? |
| 10:17:14 | 16 | A.  That is where a sitter provides dog walking |
| 10:17:19 | 17 | services for an owner and takes that owner's dog for |
| 10:17:24 | 18 | a walk. |
| 10:17:24 | 19 | Q.  Has that service been available on the |
| 10:17:28 | 20 | platform throughout the time that you've been with |
| 10:17:32 | 21 | the company? |
| 10:17:32 | 22 | A.  Yes, it has. |
| 10:17:34 | 23 | Q.  The drop-in visits service on the Rover |
| 10:17:39 | 24 | platform, what does that entail? |
| 10:17:41 | 25 | A.  That would be where a sitter drops in on an |

| | | |
|---|---|---|
| 10:17:49 | 1 | owner's pet to be able to give them a potty break or |
| 10:17:55 | 2 | water for a small interval of time. |
| 10:17:59 | 3 | Q.  Has that service been available on the |
| 10:18:03 | 4 | Rover platform throughout the time that you've been |
| 10:18:05 | 5 | with the company? |
| 10:18:06 | 6 | A.  Yes. |
| 10:18:08 | 7 | Q.  Do you have any understanding which of |
| 10:18:10 | 8 | those services are used the most by pet owners? |
| 10:18:17 | 9 | MR. LeCRONE:  Vague and ambiguous.  Let me |
| 10:18:18 | 10 | just say, I'm going to object as vague and ambiguous |
| 10:18:21 | 11 | as to the phrase "used the most"; may call for |
| 10:18:29 | 12 | speculation. |
| 10:18:29 | 13 | THE WITNESS:  I believe dog boarding is the |
| 10:18:32 | 14 | one that is -- is the -- gets used the most. |
| 10:18:42 | 15 | BY MR. TIDRICK: |
| 10:18:42 | 16 | Q.  Does the company collect statistics on |
| 10:18:45 | 17 | usage of the various services? |
| 10:18:47 | 18 | MR. LeCRONE:  Vague and ambiguous as to |
| 10:18:49 | 19 | "statistics," lacks foundation, goes well beyond the |
| 10:18:54 | 20 | scope of today's deposition, may call for |
| 10:18:58 | 21 | speculation. |
| 10:18:58 | 22 | THE WITNESS:  Can you clarify?  Did you say |
| 10:19:01 | 23 | "statistics"?  I'm sorry.  Is that the word you |
| 10:19:04 | 24 | used? |
| | 25 | BY MR. TIDRICK: |

30(b)(6) - Derek Chang - December 18, 2020

Page 32

| | | |
|---|---|---|
| 10:19:04 | 1 | Q.   Let me ask it a different way. |
| 10:19:07 | 2 | When you identified dog boarding in |
| 10:19:09 | 3 | response to my prior question, what's your basis for |
| 10:19:12 | 4 | that? |
| 10:19:12 | 5 | A.   That would be based upon the amount of |
| 10:19:18 | 6 | dollars that flow through the marketplace that are |
| 10:19:22 | 7 | paid from owners to sitters related to that service. |
| 10:19:27 | 8 | And that's the one that has the largest amount of |
| 10:19:31 | 9 | that. |
| 10:19:31 | 10 | Q.   The company keeps track of the amount of |
| 10:19:33 | 11 | dollars spent for each service; is that correct? |
| 10:19:39 | 12 | A.   Yes. |
| 10:19:49 | 13 | Q.   The various services that are available |
| 10:19:51 | 14 | through the Rover platform that we just went |
| 10:19:55 | 15 | through, specifically dog boarding, house sitting, |
| 10:19:59 | 16 | doggy day care, dog walking, drop-in visits, those |
| 10:20:08 | 17 | are the only services that pet care providers can |
| 10:20:10 | 18 | provide through the Rover platform; is that correct? |
| 10:20:13 | 19 | MR. LeCRONE:   Asked and answered, I |
| 10:20:14 | 20 | believe. |
| 10:20:16 | 21 | THE WITNESS:   Yes, those are the ones that |
| 10:20:19 | 22 | are available on our platform. |
| 10:20:22 | 23 | BY MR. TIDRICK: |
| 10:20:22 | 24 | Q.   Why did Rover choose those services as the |
| 10:20:28 | 25 | services to be provided on the platform? |

| | | |
|---|---|---|
| 10:23:13 | 1 | BY MR. TIDRICK: |
| 10:23:14 | 2 | Q.  So you don't understand that to be part of |
| 10:23:15 | 3 | your area as far as being VP of operations; is that |
| 10:23:18 | 4 | fair? |
| 10:23:19 | 5 | A.  That's correct. |
| 10:23:30 | 6 | Q.  Who do you report to at Rover? |
| 10:23:33 | 7 | A.  I report to the chief operating officer. |
| 10:23:41 | 8 | Q.  What other positions report to the chief |
| 10:23:43 | 9 | operating officer? |
| 10:23:47 | 10 | A.  Our chief marketing officer; our chief |
| 10:23:58 | 11 | technology officer, or maybe he's the VP of |
| 10:24:02 | 12 | engineering, I can't remember; and our PR director. |
| 10:24:19 | 13 | Q.  And so those three, as well as yourself, |
| 10:24:23 | 14 | all report to whom? |
| 10:24:24 | 15 | A.  To the chief operating officer. |
| 10:24:28 | 16 | Q.  And who is that? |
| 10:24:31 | 17 | A.  His name? |
| 10:24:33 | 18 | Q.  Right. |
| 10:24:34 | 19 | A.  Brent Turner. |
| 10:24:43 | 20 | Q.  What's the chief marketing officer's name? |
| 10:24:48 | 21 | A.  Bill Kong. |
| 10:24:51 | 22 | Q.  What's the chief technology officer's name? |
| 10:24:56 | 23 | A.  And I'm not sure if I -- if he's CTO or VP, |
| 10:25:01 | 24 | but his name is Nassir Samatar, I think is his last |
| 10:25:07 | 25 | name. |

30(b)(6) - Derek Chang - December 18, 2020

Page 36

| | | |
|---|---|---|
| 10:25:07 | 1 | Q.   Can you spell that for the benefit of the |
| 10:25:09 | 2 | court reporter, please? |
| 10:25:11 | 3 | A.   Yeah, I don't know it.  I can look it up if |
| 10:25:15 | 4 | it's really that important. |
| 10:25:17 | 5 | Q.   No, it's fine.  The court reporter can ask |
| 10:25:20 | 6 | you later. |
| 10:25:20 | 7 | A.   Yeah. |
| 10:25:21 | 8 | Q.   The PR director's name? |
| 10:25:23 | 9 | A.   That is Susan Johnston. |
| 10:25:50 | 10 | Q.   I think you've already addressed this, but |
| 10:25:52 | 11 | just to be clear, pet care providers work in the |
| 10:25:57 | 12 | homes of pet owners, correct? |
| 10:26:02 | 13 | MR. LeCRONE:  Well, it's vague and |
| 10:26:03 | 14 | ambiguous as to "work." |
| 10:26:05 | 15 | But you could answer, Mr. Chang. |
| 10:26:07 | 16 | THE WITNESS:  They sometimes provide |
| 10:26:08 | 17 | services in those homes. |
| 10:26:13 | 18 | BY MR. TIDRICK: |
| 10:26:14 | 19 | Q.   Sportsman did, correct? |
| 10:26:17 | 20 | A.   I'd have to go back and look at her profile |
| 10:26:21 | 21 | again to be a hundred percent sure, but I think -- |
| 10:26:24 | 22 | I'm pretty sure she did. |
| 10:26:26 | 23 | Q.   And what specifically in her profile would |
| 10:26:28 | 24 | you look to in order to know if she had done work in |
| 10:26:32 | 25 | the homes of pet owners? |

| | | |
|---|---|---|
| 10:26:34 | 1 | A.   Actually, I should say offered services.  I |
| 10:26:37 | 2 | would go and look to see what -- on her profile what |
| 10:26:44 | 3 | services that she offered.  And if she offered the |
| 10:26:47 | 4 | one that you're kind of pointing to on this, the dog |
| 10:26:50 | 5 | boarding, then that would tell me that she worked |
| 10:26:56 | 6 | in -- or, sorry, house sitting, that she would have |
| 10:26:59 | 7 | worked in somebody's home or if she had done -- or |
| 10:27:04 | 8 | gone -- performed services; or if she had done dog |
| 10:27:07 | 9 | walking, it would have been that she would have gone |
| 10:27:11 | 10 | to that house to -- to get the dog, to walk it. |
| 10:27:13 | 11 | Q.   Would "Drop-In Visit" also indicate that? |
| 10:27:17 | 12 | A.   Yes. |
| 10:27:23 | 13 | Q.   Do any of those services include cleaning |
| 10:27:25 | 14 | up after dogs? |
| 10:27:28 | 15 | MR. LeCRONE:  Vague and ambiguous. |
| 10:27:32 | 16 | THE WITNESS:  I don't know.  I think that's |
| 10:27:36 | 17 | whatever's decided between the -- the owner and the |
| 10:27:40 | 18 | sitter. |
| 10:27:46 | 19 | BY MR. TIDRICK: |
| 10:27:52 | 20 | Q.   Any of the services listed on Exhibit 3, |
| 10:27:55 | 21 | are any of those services where Rover has an |
| 10:27:59 | 22 | expectation that if the dog makes a mess, that the |
| 10:28:03 | 23 | dog care provider will clean it up? |
| 10:28:06 | 24 | MR. LeCRONE:  Again, vague and ambiguous |
| 10:28:09 | 25 | with respect to expectation, lacks foundation. |

| 10:28:17 | 1 | THE WITNESS:  The expectations are set |
| 10:28:19 | 2 | between the owner and the sitter for that. |
| 10:28:34 | 3 | BY MR. TIDRICK: |
| 10:28:34 | 4 | Q.  How does Rover generate revenue? |
| 10:28:39 | 5 | MR. LeCRONE:  Again, I'll object; this goes |
| 10:28:41 | 6 | well beyond the scope of the topics listed in |
| 10:28:44 | 7 | today's PMK deposition, vague and ambiguous with |
| 10:28:47 | 8 | respect to generation of revenue, may call for |
| 10:28:51 | 9 | speculation or a legal conclusion. |
| 10:28:56 | 10 | THE WITNESS:  Can I ask you a clarifying |
| 10:28:57 | 11 | question on that? |
| | 12 | BY MR. TIDRICK: |
| 10:28:58 | 13 | Q.  Certainly. |
| 10:28:59 | 14 | A.  Are you asking me about how Rover generates |
| 10:29:04 | 15 | revenue in the online marketplace? |
| 10:29:07 | 16 | Q.  Let's start there.  Yes.  How does it? |
| 10:29:13 | 17 | A.  So an owner receives pet services from a |
| 10:29:20 | 18 | sitter.  So that sitter provides pet services.  And |
| 10:29:26 | 19 | the owner electronically transmits payment of the |
| 10:29:30 | 20 | money that the -- they have agreed upon, the -- the |
| 10:29:33 | 21 | rates the sitters sat, and -- the agreed-upon rate. |
| 10:29:38 | 22 | And Rover deducts 20 percent from that and transmits |
| 10:29:45 | 23 | the money to the sitter.  And that's the revenue |
| 10:29:49 | 24 | that we generate. |
| 10:29:57 | 25 | Q.  So Rover deducts 20 percent and transmits |

| | | |
|---|---|---|
| 10:30:01 | 1 | the other 80 percent to the dog care provider; is |
| 10:30:08 | 2 | that correct? |
| 10:30:08 | 3 | A.   That's correct. |
| 10:30:11 | 4 | Q.   Now, you mentioned that this is how Rover |
| 10:30:15 | 5 | generates revenue in the online marketplace.   Are |
| 10:30:20 | 6 | there other ways in which Rover generates revenue? |
| 10:30:24 | 7 | A.   That's the one that I know of.   I -- I |
| 10:30:26 | 8 | asked because there might be some others that I'm |
| 10:30:31 | 9 | not aware of.   That's the one that I'm aware of. |
| 10:30:35 | 10 | Q.   Understood.   That's the only source of |
| 10:30:38 | 11 | revenue that you're aware of, correct? |
| 10:30:40 | 12 | A.   Yeah. |
| 10:30:44 | 13 | Q.   So as far as that revenue stream goes, |
| 10:31:06 | 14 | without pet care providers providing services, Rover |
| 10:31:08 | 15 | would not be generating revenue through that stream, |
| 10:31:12 | 16 | correct? |
| 10:31:12 | 17 | A.   Can you say that one more time, please? |
| 10:31:14 | 18 | MR. TIDRICK:   Could the court reporter read |
| 10:31:16 | 19 | it back, please. |
| 10:31:26 | 20 | (The record was read by the reporter.) |
| 10:31:28 | 21 | MR. LeCRONE:   Again, this goes beyond the |
| 10:31:30 | 22 | scope of the PMK deposition, may call for a legal |
| 10:31:33 | 23 | conclusion, lacks foundation, vague and ambiguous. |
| 10:31:40 | 24 | THE WITNESS:   If there were no transaction |
| 10:31:42 | 25 | between the sitter and the owner, there would be no |

Page 40

| | | |
|---|---|---|
| 10:31:45 | 1 | revenue for Rover to collect. |
| 10:31:48 | 2 | BY MR. TIDRICK: |
| 10:31:49 | 3 |     Q. Understood. Thank you. |
| 10:31:58 | 4 |     Is Rover a technology business? |
| 10:32:03 | 5 |     MR. LeCRONE: Again, vague and ambiguous, |
| 10:32:07 | 6 | calls for speculation. It goes outside the scope of |
| 10:32:13 | 7 | the PMK deposition notice. |
| 10:32:14 | 8 |     THE WITNESS: Rover is an online |
| 10:32:15 | 9 | marketplace, and our website is a part of that. So |
| 10:32:20 | 10 | I'm not sure how you define "Technology," but that's |
| 10:32:26 | 11 | how I would characterize what our business is. |
| 10:32:29 | 12 | BY MR. TIDRICK: |
| 10:32:30 | 13 |     Q. Have you ever heard anyone at the company |
| 10:32:31 | 14 | refer to the company as a technology business or a |
| 10:32:35 | 15 | technology company? |
| 10:32:46 | 16 |     A. Not that I can recall. |
| 10:32:56 | 17 |     Q. I'm about to go to another exhibit. It |
| 10:32:59 | 18 | would be a good time for a break if you're ready for |
| 10:33:01 | 19 | one. If not, we can just -- |
| 10:33:02 | 20 |     MR. LeCRONE: Sure. |
| | 21 | BY MR. TIDRICK: |
| | 22 |     Q. -- continue. |
| 10:33:03 | 23 |     MR. LeCRONE: Sure. We could take a break |
| 10:33:06 | 24 | right now. Is that good? |
| 10:33:07 | 25 |     MR. TIDRICK: Sure. How long? |

30(b)(6) - Derek Chang - December 18, 2020

Page 41

| | | |
|---|---|---|
| 10:33:09 | 1 | MR. LeCRONE:  Why don't we say ten minutes. |
| 10:33:12 | 2 | How about that? |
| 10:33:12 | 3 | MR. TIDRICK:  Sounds good. |
| 10:33:14 | 4 | MR. LeCRONE:  10:40? |
| 10:33:16 | 5 | MR. TIDRICK:  All right.  I think that's -- |
| 10:33:17 | 6 | I think that's seven minutes, but -- |
| | 7 | MR. LeCRONE:  Okay. |
| 10:33:19 | 8 | MR. TIDRICK:  Yeah, that sounds -- I'm |
| 10:33:19 | 9 | fine.  And let's -- let's -- |
| | 10 | MR. LeCRONE:  Fine. |
| 10:33:20 | 11 | MR. TIDRICK:  -- come back at 10:40. |
| 10:33:22 | 12 | THE VIDEOGRAPHER:  Okay.  Stand by.  The |
| 10:33:25 | 13 | time is 1:33 p.m. Eastern, and we're going off the |
| 10:33:28 | 14 | record. |
| 10:33:50 | 15 | (Recess taken.) |
| 10:46:57 | 16 | THE VIDEOGRAPHER:  The time is 1:47 p.m. |
| 10:47:08 | 17 | Eastern, and we're back on record. |
| 10:47:12 | 18 | BY MR. TIDRICK: |
| 10:47:12 | 19 | Q.  Does Rover license any technology to |
| 10:47:16 | 20 | anyone? |
| 10:47:19 | 21 | MR. LeCRONE:  Again, that's vague and |
| 10:47:21 | 22 | ambiguous, calls for speculation, lacks foundation. |
| 10:47:30 | 23 | THE WITNESS:  No. |
| | 24 | BY MR. TIDRICK: |
| 10:47:32 | 25 | Q.  Does Rover make any revenue from selling |

Page 42

| | | |
|---|---|---|
| 10:47:36 | 1 | any technology to the general public? |
| 10:47:40 | 2 | MR. LeCRONE:  Same objections, and I'll add |
| 10:47:42 | 3 | this goes beyond the scope of today's deposition and |
| 10:47:47 | 4 | what this witness was prepared to testify to. |
| 10:47:52 | 5 | THE WITNESS:  No. |
| | 6 | BY MR. TIDRICK: |
| 10:47:54 | 7 | Q.  Does Rover sell any software to the general |
| 10:48:00 | 8 | public? |
| 10:48:00 | 9 | A.  No. |
| 10:48:06 | 10 | Q.  Does the company make any revenue from the |
| 10:48:09 | 11 | sale of technology? |
| 10:48:11 | 12 | MR. LeCRONE:  Same objections. |
| 10:48:22 | 13 | THE WITNESS:  We are -- we make revenue |
| 10:48:23 | 14 | from people using our online marketplace, which uses |
| 10:48:29 | 15 | a site that has technology. |
| 10:48:34 | 16 | BY MR. TIDRICK: |
| 10:48:34 | 17 | Q.  So presently you're just referring to the |
| 10:48:36 | 18 | revenue stream that you described before, |
| 10:48:41 | 19 | specifically pet owners paying for services that |
| 10:48:45 | 20 | they purchase on the Rover platform.  Is that what |
| 10:48:47 | 21 | you're referring to? |
| 10:48:48 | 22 | A.  Yeah, from before. |
| 10:48:55 | 23 | Q.  Putting that aside, there's no technology |
| 10:48:58 | 24 | that the company sells, correct? |
| 10:49:02 | 25 | MR. LeCRONE:  Again, lacks foundation, |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 10:49:03 | 1 | calls for speculation.  That goes beyond the scope |
| 10:49:09 | 2 | of today's deposition. |
| 10:49:10 | 3 | THE WITNESS:  Yeah.  Correct. |
| 10:49:12 | 4 | BY MR. TIDRICK: |
| 10:49:13 | 5 | Q.  I'm going to present another exhibit, |
| 10:49:22 | 6 | Exhibit 4. |
| 10:49:30 | 7 | A.  Good. |
| 10:49:43 | 8 | (Deposition Exhibit 4 was marked for |
| 10:49:45 | 9 | identification.) |
| 10:49:45 | 10 | THE WITNESS:  And I've got it. |
| 10:49:46 | 11 | BY MR. TIDRICK: |
| 10:49:46 | 12 | Q.  For identification purposes, Exhibit 4 is a |
| 10:49:50 | 13 | 17-page document that is Bates numbered ROVER_000001 |
| 10:49:57 | 14 | through 17.  You see that document? |
| 10:50:08 | 15 | A.  Yeah, I have a 17-page document here. |
| 10:50:24 | 16 | Q.  What is the Exhibit 4 document? |
| 10:50:37 | 17 | A.  This is Melanie S.'s profile. |
| 10:50:55 | 18 | Q.  This is Melanie Sportsman's Rover profile, |
| 10:51:04 | 19 | correct? |
| 10:51:04 | 20 | A.  Correct.  The profile that she has on |
| 10:51:06 | 21 | Rover, is that what you mean, or had on Rover? |
| 10:51:11 | 22 | Q.  Well, the company refers to documents like |
| 10:51:15 | 23 | this as Rover profiles, correct? |
| 10:51:21 | 24 | A.  I don't -- I think we usually say a sitter |
| 10:51:29 | 25 | profile. |

30(b)(6) - Derek Chang - December 18, 2020

Page 44

| | | |
|---|---|---|
| 10:52:00 | 1 | Q.   These profiles aren't just for sitters, |
| 10:52:03 | 2 | though, right?  It's for anyone who provides |
| 10:52:06 | 3 | services through the Rover platform? |
| 10:52:08 | 4 | MR. LeCRONE:  Objection; vague and |
| 10:52:15 | 5 | ambiguous. |
| 10:52:15 | 6 | THE WITNESS:  These -- I'm wondering if you |
| 10:52:21 | 7 | can clarify for me, because those -- as you stated |
| 10:52:24 | 8 | it, it sounded like those were the same thing in my |
| 10:52:29 | 9 | mind, like sitters and people who are providing |
| 10:52:31 | 10 | services on the Rover platform. |
| 10:52:33 | 11 | BY MR. TIDRICK: |
| 10:52:33 | 12 | Q.   Understood.  So we've also referred to them |
| 10:52:38 | 13 | generally as pet care providers. |
| 10:52:39 | 14 | Do I understand correctly this Exhibit 4 |
| 10:52:43 | 15 | document is a profile of a pet care provider? |
| 10:52:48 | 16 | Correct? |
| 10:52:50 | 17 | A.   That is correct. |
| 10:52:59 | 18 | Q.   Pet care providers who provide services |
| 10:53:01 | 19 | through the Rover platform have a document known as |
| 10:53:07 | 20 | a profile, correct? |
| 10:53:10 | 21 | A.   That's right. |
| 10:53:12 | 22 | Q.   The pet care provider profiles are viewable |
| 10:53:16 | 23 | only on Rover's mobile app and website, correct? |
| 10:53:23 | 24 | MR. LeCRONE:  Calls for speculation, lacks |
| 10:53:28 | 25 | foundation. |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 10:53:28 | 1 | THE WITNESS:  Yes. |
| | 2 | BY MR. TIDRICK: |
| 10:53:33 | 3 | Q.   Rover requires that each pet care provider |
| 10:53:37 | 4 | create a profile for the platform, correct? |
| 10:53:48 | 5 | A.   Yes.  For a provider who is -- wants to |
| 10:53:52 | 6 | provide services for owners, we require that they |
| 10:53:56 | 7 | create a profile. |
| 10:54:04 | 8 | Q.   And I think we're saying the same thing, |
| 10:54:06 | 9 | but just to be clear, if someone is to sell services |
| 10:54:13 | 10 | through the Rover platform, they are required by |
| 10:54:17 | 11 | Rover to have a profile on the platform, correct? |
| 10:54:20 | 12 | A.   That's right. |
| 10:54:27 | 13 | Q.   Why does Rover require that? |
| 10:54:40 | 14 | A.   We require that because we want our owners |
| 10:54:47 | 15 | to be able to see a picture of who the potential |
| 10:54:52 | 16 | service -- the sitter is.  We want them to share |
| 10:54:58 | 17 | their experience dog walking.  We want them to |
| 10:55:06 | 18 | see -- there's something in there called |
| 10:55:08 | 19 | testimonial.  We want them to see testimonial from a |
| 10:55:11 | 20 | family or a friend about that particular sitter. |
| 10:55:24 | 21 | Q.   How does Rover implement that requirement? |
| 10:55:30 | 22 | MR. LeCRONE:  Vague and ambiguous, goes |
| 10:55:32 | 23 | outside the scope of the notice. |
| 10:55:38 | 24 | THE WITNESS:  A sitter creates a profile, |
| 10:55:43 | 25 | and when creating that profile there are steps in |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 10:55:47 | 1 | that, and that's where those things would occur. |
| 10:55:52 | 2 | BY MR. TIDRICK: |
| 10:55:52 | 3 |     Q.  Is that part of the application process? |
| 10:55:56 | 4 |         MR. LeCRONE:  Objection; vague and |
| 10:55:58 | 5 | ambiguous with respect to the term "application." |
| 10:56:01 | 6 |         THE WITNESS:  It's not an application. |
| 10:56:05 | 7 | It's literally a sitter creating a profile. |
| 10:56:11 | 8 | BY MR. TIDRICK: |
| 10:56:11 | 9 |     Q.  Does that happen after the person is |
| 10:56:16 | 10 | accepted for the platform? |
| 10:56:20 | 11 |         MR. LeCRONE:  Vague and ambiguous, |
| 10:56:26 | 12 | argumentative. |
| 10:56:26 | 13 |         THE WITNESS:  The sitters can create their |
| 10:56:29 | 14 | profile at any time.  There's no acceptance of it. |
| 10:56:43 | 15 | BY MR. TIDRICK: |
| 10:56:43 | 16 |     Q.  I'm asking something a bit different.  I |
| 10:56:49 | 17 | can't go ahead and just create a profile that will |
| 10:56:52 | 18 | appear on the Rover platform right now, right? |
| 10:57:00 | 19 |     A.  Like you could go and create a profile. |
| 10:57:04 | 20 |     Q.  But that wouldn't show up on the platform |
| 10:57:07 | 21 | until I was approved or accepted by Rover, right? |
| 10:57:11 | 22 |     A.  All right.  Okay.  Yeah. |
| 10:57:13 | 23 |     Q.  That's what I'm getting at, is essentially |
| 10:57:15 | 24 | the chronology of how this happens in the process of |
| 10:57:19 | 25 | someone who wants to provide services through the |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 10:57:21 | 1 | Rover platform.  If I understand correctly, someone |
| 10:57:26 | 2 | applies, and if they're accepted then it's just |
| 10:57:28 | 3 | through the normal course of what happens next that |
| 10:57:33 | 4 | the person provides information that is used to |
| 10:57:36 | 5 | generate a profile.  Is that right? |
| 10:57:41 | 6 | A.   Yeah.   That -- the -- can you say that |
| 10:57:43 | 7 | again?  I just want to make sure.  That first part |
| 10:57:45 | 8 | of your sentence I want to make sure I heard right. |
| 10:57:48 | 9 | MR. TIDRICK:  Could the court reporter read |
| 10:57:49 | 10 | it back, please. |
| 10:58:11 | 11 | (The record was read by the reporter.) |
| 10:58:14 | 12 | THE WITNESS:  The -- a sitter comes and |
| 10:58:16 | 13 | creates a profile, and then there is a chronology |
| 10:58:20 | 14 | of -- from when they create their profile and then |
| 10:58:23 | 15 | when it is, I think you're saying, like visible and |
| 10:58:26 | 16 | seen in the marketplace. |
| 10:58:31 | 17 | BY MR. TIDRICK: |
| 10:58:31 | 18 | Q.   Understood.  And that all happens after |
| 10:58:34 | 19 | someone's accepted by Rover to be on the platform, |
| 10:58:41 | 20 | right? |
| 10:58:41 | 21 | A.   Yes.  If you -- I'm not sure.  I'm trying |
| 10:58:47 | 22 | to understand the "accepted" word.  I'm not trying |
| 10:58:50 | 23 | to be difficult.  I'm just trying to understand |
| 10:58:51 | 24 | that. |
| 10:58:51 | 25 | The -- like the example that I used of |

| | | |
|---|---|---|
| 10:58:54 | 1 | where somebody -- we want to make sure that |
| 10:58:56 | 2 | somebody's face can be seen.  When somebody submits |
| 10:59:00 | 3 | a profile and they don't have a picture, then we -- |
| 10:59:03 | 4 | we wouldn't put that profile on the site, and we |
| 10:59:07 | 5 | would want them to put a picture in their profile |
| 10:59:09 | 6 | before it goes on the site.  Does that make sense? |
| 10:59:15 | 7 | Q.  I think so. |
| 10:59:24 | 8 | Let me get at it this way:  Do I understand |
| 10:59:27 | 9 | correctly, approximately 15 to 20 percent of |
| 10:59:31 | 10 | individuals who want to provide services through the |
| 10:59:34 | 11 | Rover platform are accepted by Rover?  Is that |
| 10:59:39 | 12 | approximately right? |
| 10:59:40 | 13 | MR. LeCRONE:  Again, vague and ambiguous |
| 10:59:42 | 14 | with respect to the term "acceptance," lacks |
| 10:59:49 | 15 | foundation. |
| 10:59:49 | 16 | THE WITNESS:  No.  It's -- again, back to |
| 10:59:53 | 17 | what we talked about originally, around approximates |
| 10:59:56 | 18 | and estimates, it's around 20 percent of people who |
| 10:59:59 | 19 | come to create a profile actually finish the profile |
| 11:00:04 | 20 | and that profile ends up being on -- in our |
| 11:00:08 | 21 | marketplace. |
| 11:00:16 | 22 | BY MR. TIDRICK: |
| 11:00:16 | 23 | Q.  Understood.  All right.  Well, that |
| 11:00:19 | 24 | actually helps me understand the chronology better. |
| 11:00:21 | 25 | So it sounds like anyone who is interested in |

| | | |
|---|---|---|
| 11:00:24 | 1 | providing services through the Rover platform |
| 11:00:28 | 2 | provides various information, photograph, to Rover, |
| 11:00:35 | 3 | and then approximately 20 percent of those |
| 11:00:37 | 4 | individuals are accepted by Rover to be on the |
| 11:00:43 | 5 | platform.  Is that correct? |
| 11:00:45 | 6 | MR. LeCRONE:  That misstates the testimony. |
| 11:00:50 | 7 | THE WITNESS:  Yeah, they -- I didn't say |
| 11:00:51 | 8 | accepted.  I just said that 15 to 20 percent of them |
| 11:00:55 | 9 | actually finish and complete and their profiles end |
| 11:00:58 | 10 | up being in the marketplace. |
| 11:01:05 | 11 | BY MR. TIDRICK: |
| 11:01:05 | 12 | Q.  What happens to the other approximately |
| 11:01:07 | 13 | 80 percent? |
| 11:01:09 | 14 | A.  Some people don't finish it.  So they start |
| 11:01:13 | 15 | it, and they don't finish it.  And so that's where |
| 11:01:16 | 16 | the -- that number comes from, where -- the people |
| 11:01:19 | 17 | who actually end up going through the entire |
| 11:01:22 | 18 | process. |
| 11:01:37 | 19 | Q.  What information does Rover require be |
| 11:01:42 | 20 | submitted to be part of the pet care provider's |
| 11:01:48 | 21 | profile? |
| 11:01:51 | 22 | MR. LeCRONE:  And asked and answered, I |
| 11:01:53 | 23 | believe, vague and ambiguous, calls for speculation. |
| 11:01:56 | 24 | THE WITNESS:  The -- when a sitter creates |
| 11:02:00 | 25 | a profile, the things I mentioned earlier, so a |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 11:02:05 | 1 | picture of the sitter, a description of their |
| 11:02:11 | 2 | experience with pets so that owners know that, and |
| 11:02:18 | 3 | then a testimonial for -- from somebody. |
| 11:02:31 | 4 | BY MR. TIDRICK: |
| 11:02:31 | 5 | Q.   A person who wants to provide services |
| 11:02:34 | 6 | through the Rover platform has to provide his or her |
| 11:02:40 | 7 | true name, correct? |
| 11:02:41 | 8 | A.   Yes. |
| 11:02:44 | 9 | Q.   And that always appears on the profiles as |
| 11:02:46 | 10 | the first name and the last initial, correct? |
| 11:02:52 | 11 | MR. LeCRONE:  Objection; vague and |
| 11:02:55 | 12 | ambiguous. |
| 11:02:55 | 13 | THE WITNESS:  I don't -- I don't know. |
| 11:02:56 | 14 | MR. LeCRONE:  Lacks foundation. |
| 11:02:58 | 15 | THE WITNESS:  I don't know. |
| 11:02:58 | 16 | MR. LeCRONE:  Go ahead.  I'm sorry. |
| 11:03:00 | 17 | THE WITNESS:  I was just saying, I don't |
| 11:03:03 | 18 | know if that's how that information flows to what |
| 11:03:06 | 19 | shows up on the profile. |
| 11:03:09 | 20 | BY MR. TIDRICK: |
| 11:03:10 | 21 | Q.   Have you ever seen any profiles on the |
| 11:03:12 | 22 | Rover platform that include the full first name and |
| 11:03:18 | 23 | the full last name? |
| 11:03:21 | 24 | A.   I think I've only seen it where it's like |
| 11:03:24 | 25 | the full name and then the last -- the first initial |

30(b)(6) - Derek Chang - December 18, 2020

Page 51

| | | |
|---|---|---|
| 11:03:27 | 1 | of the surname. |
| 11:03:29 | 2 | Q.  The first name and then the first initial |
| 11:03:32 | 3 | of the surname, correct? |
| 11:03:35 | 4 | A.  That's right. |
| 11:03:44 | 5 | Q.  Does a pet care provider have the option of |
| 11:03:46 | 6 | including his or her full first and last name on |
| 11:03:51 | 7 | their profile? |
| 11:03:56 | 8 | A.  I don't know.  I don't know if they do or |
| 11:04:05 | 9 | not. |
| 11:04:05 | 10 | Q.  Does Rover do anything to verify that the |
| 11:04:08 | 11 | pet care provider's name provided for the profile is |
| 11:04:13 | 12 | their actual, true name? |
| 11:04:15 | 13 | MR. LeCRONE:  Vague and ambiguous. |
| 11:04:30 | 14 | THE WITNESS:  The -- there's a background |
| 11:04:33 | 15 | check that occurs in the process, and identity is -- |
| 11:04:41 | 16 | is there. |
| 11:04:56 | 17 | BY MR. TIDRICK: |
| 11:04:57 | 18 | Q.  Does a pet care provider have the option of |
| 11:05:01 | 19 | including a business name, for example a dba or a |
| 11:05:05 | 20 | corporate name, on their profile rather than their |
| 11:05:08 | 21 | personal name? |
| 11:05:11 | 22 | A.  I do not know if that's the case. |
| 11:05:23 | 23 | Q.  You've never seen a profile that appears |
| 11:05:28 | 24 | that way; is that correct? |
| 11:05:33 | 25 | A.  It's hard for me to say that, because all |

| | | |
|---|---|---|
| 11:11:26 | 1 | BY MR. TIDRICK: |
| 11:11:26 | 2 | Q.   Well, just to be ultracautious -- I don't |
| 11:11:28 | 3 | think this will take very long.   And please excuse |
| 11:11:34 | 4 | the "asked and answered" aspect of this, but I just |
| 11:11:36 | 5 | want to make sure that this is clear on the record. |
| 11:11:38 | 6 | The pet care provider does not have the |
| 11:11:40 | 7 | option of excluding the star rating from their |
| 11:11:44 | 8 | profile, correct? |
| 11:11:45 | 9 | A.   That's right. |
| 11:11:47 | 10 | Q.   The pet care provider does not have the |
| 11:11:49 | 11 | option of excluding the response rate from their |
| 11:11:52 | 12 | profile, correct? |
| 11:11:53 | 13 | A.   That's right. |
| 11:11:54 | 14 | Q.   The pet care provider does not have the |
| 11:11:57 | 15 | option of excluding the response time from their |
| 11:12:00 | 16 | profile, correct? |
| | 17 | (Discussion off the record.) |
| 11:12:05 | 18 | THE WITNESS:  That's right. |
| 11:12:06 | 19 | BY MR. TIDRICK: |
| 11:12:12 | 20 | Q.   Do I understand correctly that certain pet |
| 11:12:15 | 21 | care providers' profiles are hidden from customers? |
| 11:12:21 | 22 | MR. LeCRONE:  Vague and ambiguous, lacks |
| 11:12:32 | 23 | foundation. |
| 11:12:32 | 24 | THE WITNESS:  No, I don't think any of our |
| 11:12:34 | 25 | profiles are hidden. |

| 11:12:42 | 1 | BY MR. TIDRICK: |
| 11:12:42 | 2 | Q.   And I'm wondering if this is a terminology |
| 11:12:45 | 3 | issue.  I feel like I've seen something in Rover |
| 11:12:48 | 4 | documents referring to hiding of profiles under |
| 11:12:52 | 5 | certain circumstances. |
| 11:12:54 | 6 | Let's say that -- well, let me -- let me |
| 11:13:00 | 7 | ask it this way:  When a prospective pet owner wants |
| 11:13:08 | 8 | services through the Rover platform, they're |
| 11:13:14 | 9 | presented with various profiles to choose from, |
| 11:13:18 | 10 | correct? |
| 11:13:18 | 11 | A.   That's right. |
| 11:13:22 | 12 | Q.   How does Rover determine which profiles |
| 11:13:26 | 13 | will be shown to a prospective pet owner? |
| 11:13:34 | 14 | MR. LeCRONE:  Vague and ambiguous. |
| 11:13:37 | 15 | THE WITNESS:  I don't know all the workings |
| 11:13:41 | 16 | of how all those pieces determine which ones are |
| 11:13:46 | 17 | listed, and in what order. |
| 11:13:53 | 18 | BY MR. TIDRICK: |
| 11:13:53 | 19 | Q.   Rover has some kind of algorithm that |
| 11:13:56 | 20 | controls which pet care providers' profiles will |
| 11:14:01 | 21 | show up when a pet owner identifies a service that |
| 11:14:07 | 22 | they want, correct? |
| 11:14:08 | 23 | A.   That's correct. |
| 11:14:12 | 24 | Q.   Do pet care providers incur any cost for |
| 11:14:15 | 25 | setting up and maintaining a profile on the Rover |

Page 58

| | | |
|---|---|---|
| 11:14:18 | 1 | platform? |
| 11:14:20 | 2 | MR. LeCRONE:  Could -- before you answer, |
| 11:14:21 | 3 | could you repeat that question, Mr. Court Reporter. |
| 11:14:30 | 4 | (The record was read by the reporter.) |
| 11:14:38 | 5 | THE WITNESS:  I don't know whether they |
| 11:14:40 | 6 | incur any costs in doing that. |
| 11:14:54 | 7 | BY MR. TIDRICK: |
| 11:14:54 | 8 | Q.   In order for a pet owner to see a pet care |
| 11:14:59 | 9 | provider's profile, the pet owner has to log in to |
| 11:15:04 | 10 | the Rover website or the Rover mobile app; is that |
| 11:15:18 | 11 | correct? |
| 11:15:18 | 12 | A.   I cannot recall whether or not they have to |
| 11:15:19 | 13 | log in or whether they can look at it just by going |
| 11:15:22 | 14 | straight to Rover.com.  But they have to come to |
| 11:15:25 | 15 | Rover.com to be able to see the files. |
| 11:15:30 | 16 | Q.   Are you familiar with something called, |
| 11:15:33 | 17 | quote, "away mode"? |
| 11:15:37 | 18 | A.   I've heard the term before. |
| 11:15:40 | 19 | Q.   Is that something you're familiar with? |
| 11:15:42 | 20 | A.   Not deeply familiar. |
| 11:15:51 | 21 | Q.   And, again, I don't want you to guess, but |
| 11:15:53 | 22 | now that I've mentioned that term, does that refresh |
| 11:16:00 | 23 | your memory about, for example, an away mode |
| 11:16:03 | 24 | resulting in a pet care provider not having a |
| 11:16:07 | 25 | profile show up on a search made by a pet owner? |

| | | |
|---|---|---|
| 11:16:13 | 1 | MR. LeCRONE:  Lacks foundation, calls for |
| 11:16:16 | 2 | speculation, vague and ambiguous. |
| 11:16:17 | 3 | THE WITNESS:  I'm not sure whether or not |
| 11:16:18 | 4 | away mode, if I'm paraphrasing you, doesn't -- |
| 11:16:25 | 5 | prevents a profile from showing up. |
| 11:16:34 | 6 | BY MR. TIDRICK: |
| 11:16:35 | 7 | Q.  I'm going to present another exhibit. |
| | 8 | (Deposition Exhibit 5 was marked for |
| 11:16:54 | 9 | identification.) |
| 11:16:54 | 10 | MR. LeCRONE:  This would be Exhibit 5, |
| 11:16:56 | 11 | Counsel? |
| 11:16:57 | 12 | MR. TIDRICK:  Yes.  This is Exhibit 5.  And |
| 11:17:01 | 13 | for identification purposes, Exhibit 5 is a 14-page |
| 11:17:07 | 14 | document Bates numbered ROVER_000503 through 516. |
| 11:17:26 | 15 | And I understand the document is entitled "Terms of |
| 11:17:28 | 16 | Service." |
| 11:17:36 | 17 | THE WITNESS:  I have it here. |
| 11:17:42 | 18 | MR. LeCRONE:  Mr. Chang, make sure you've |
| 11:17:45 | 19 | reviewed this document in full. |
| 11:17:59 | 20 | BY MR. TIDRICK: |
| 11:17:59 | 21 | Q.  And for what it's worth, I think this is |
| 11:18:01 | 22 | one of the documents that you mentioned that you'd |
| 11:18:03 | 23 | reviewed in preparation for the deposition.  I would |
| 11:18:05 | 24 | also note -- I'm scrolling to the last couple pages |
| 11:18:08 | 25 | of this.  I'm not sure that the last two pages, |

30(b)(6) - Derek Chang - December 18, 2020

Page 60

| | | |
|---|---|---|
| 11:18:14 | 1 | Bates numbered ROVER_000515 and 516, are actually |
| 11:18:19 | 2 | part of the terms of service.  So after you have a |
| 11:18:22 | 3 | chance to look at this, let's -- let's get on the |
| 11:18:24 | 4 | same page about what -- what pages constitute the |
| 11:18:27 | 5 | terms of service.  Okay? |
| 11:19:28 | 6 | And Mr. Chang, I'll just wait until you |
| 11:19:31 | 7 | tell me you've had a chance to look at it. |
| 11:19:32 | 8 | A.  Yeah.  I'm scanning.  And I'll give you the |
| 11:19:35 | 9 | thumbs-up when I'm done. |
| 11:19:36 | 10 | Q.  Thank you. |
| 11:20:06 | 11 | MR. LeCRONE:  Mr. Court Reporter, I'm |
| 11:20:07 | 12 | curious.  Is that the Bay Bridge behind you in the |
| 11:20:11 | 13 | virtual background? |
| 11:21:40 | 14 | THE WITNESS:  Okay. |
| 11:21:46 | 15 | BY MR. TIDRICK: |
| 11:21:47 | 16 | Q.  Great.  Thank you.  So, first, just so that |
| 11:21:51 | 17 | we're on the same page, do I understand correctly |
| 11:21:55 | 18 | that the pages that are Bates numbered 503 through |
| 11:22:05 | 19 | 514, that those 12 pages are Rover's terms of |
| 11:22:13 | 20 | service? |
| 11:22:15 | 21 | MR. LeCRONE:  Is the question whether they |
| 11:22:17 | 22 | are current terms of service or at some point in |
| 11:22:21 | 23 | time, Counsel?  Vague and ambiguous. |
| 11:22:23 | 24 | BY MR. TIDRICK: |
| 11:22:24 | 25 | Q.  You can answer. |

| | | |
|---|---|---|
| 11:22:26 | 1 | A.  They are pages -- through to 514 I think is |
| 11:22:30 | 2 | what you said.  Those are pages of a terms of |
| 11:22:35 | 3 | service. |
| 11:22:38 | 4 | Q.  Were those Rover's terms of service in |
| 11:22:44 | 5 | effect for a certain time period? |
| 11:22:47 | 6 | A.  They were. |
| 11:22:48 | 7 | Q.  What time period were these terms of |
| 11:22:52 | 8 | service in effect? |
| 11:22:56 | 9 | A.  I don't know the exact range of them.  I |
| 11:22:58 | 10 | just see here "Last updated: January 31st, 2017."  I |
| 11:23:03 | 11 | don't know how long they were in effect until. |
| 11:23:13 | 12 | Q.  Do you know what date after January 31st, |
| 11:23:17 | 13 | 2017 the terms of service were updated? |
| 11:23:28 | 14 | A.  I do not know the answer to that. |
| 11:23:31 | 15 | Q.  Do you know approximately? |
| 11:23:37 | 16 | A.  I don't.  And I'm not trying to be |
| 11:23:40 | 17 | difficult.  I actually don't.  But I can find it. |
| 11:23:50 | 18 | Q.  What steps would you go through to |
| 11:23:54 | 19 | determine that? |
| 11:23:55 | 20 | A.  I would probably go to our legal department |
| 11:23:58 | 21 | and check, and ask. |
| 11:24:12 | 22 | Q.  Do I understand correctly that at least for |
| 11:24:14 | 23 | some period of time, this Exhibit 5 document, pages |
| 11:24:25 | 24 | 1 through 12, as identified at the bottom of the |
| 11:24:31 | 25 | pages, that that constituted the terms of service |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 11:24:36 | 1 | for some period of time for Rover? |
| 11:24:38 | 2 | A.   Yeah. |
| 11:24:39 | 3 | Q.   Yes? |
| 11:24:40 | 4 | A.   Yes. |
| 11:24:49 | 5 | Q.   Do you have any understanding who created |
| 11:24:51 | 6 | this document? |
| 11:24:56 | 7 | A.   I do not know who created this document. |
| 11:25:03 | 8 | Q.   Is it your understanding that Rover created |
| 11:25:06 | 9 | this document? |
| 11:25:12 | 10 | A.   I don't know that for sure.  It would have |
| 11:25:14 | 11 | been Rover or somebody affiliated with Rover. |
| 11:25:27 | 12 | Q.   And just to be clear, when you say someone |
| 11:25:29 | 13 | affiliated with Rover, you're not referring to the |
| 11:25:33 | 14 | pet care providers, correct? |
| | 15 | A.   Correct. |
| 11:25:38 | 16 | Q.   The pet care providers did not participate |
| 11:25:41 | 17 | in drafting the terms of service, correct? |
| 11:25:43 | 18 | A.   That's correct. |
| 11:25:45 | 19 | Q.   Now, I know that there's some uncertainty |
| 11:25:51 | 20 | as to the exact period of time that these terms of |
| 11:25:54 | 21 | service were in effect, but understanding that, let |
| 11:25:58 | 22 | me ask you this:  For whatever period of time that |
| 11:26:04 | 23 | the terms of service represented in Exhibit 5 were |
| 11:26:07 | 24 | in effect, those terms of service applied to all pet |
| 11:26:12 | 25 | care providers, correct? |

30(b)(6) - Derek Chang - December 18, 2020

Page 63

| | | |
|---|---|---|
| 11:26:15 | 1 | A.   Yes, they would have provided -- they would |
| 11:26:17 | 2 | have applied to all pet care providers who used the |
| 11:26:21 | 3 | Rover service, or I should say provided services on |
| 11:26:31 | 4 | Rover. |
| 11:26:31 | 5 | Q.   And that was true for whatever period of |
| 11:26:34 | 6 | time that these terms of service were in effect, |
| 11:26:37 | 7 | correct? |
| 11:26:37 | 8 | A.   Right. |
| 11:26:40 | 9 | Q.   And is it fair to say your understanding, |
| 11:26:43 | 10 | at some point these terms of service may have been |
| 11:26:45 | 11 | modified, and whatever the modified terms of service |
| 11:26:50 | 12 | became, those modified terms of service again would |
| 11:26:54 | 13 | apply to all pet care providers, correct? |
| 11:26:56 | 14 | MR. LeCRONE:  Again, before you answer, |
| 11:26:58 | 15 | Mr. Chang, could you read that question back, |
| 11:27:00 | 16 | Mr. Reporter. |
| 11:27:14 | 17 | (The record was read by the reporter.) |
| 11:27:16 | 18 | MR. LeCRONE:  Thank you. |
| 11:27:16 | 19 | I would just object.  It calls -- may call |
| 11:27:19 | 20 | for a legal conclusion, vague and ambiguous, lacks |
| 11:27:20 | 21 | foundation. |
| 11:27:24 | 22 | THE WITNESS:  I believe that to be true.  I |
| 11:27:28 | 23 | do not know whether or not somebody has legacy terms |
| 11:27:31 | 24 | for when they started using the service.  I believe |
| 11:27:34 | 25 | terms of service apply to everybody as they get |

| 11:27:40 | 1 | published. |
| 11:27:40 | 2 | BY MR. TIDRICK: |
| 11:27:40 | 3 | Q.  I think I understand you.  And just to be |
| 11:27:42 | 4 | clear, you've never seen an individualized contract |
| 11:27:45 | 5 | with a pet care provider that's different than the |
| 11:27:48 | 6 | terms of service for all other providers, correct? |
| 11:27:51 | 7 | A.  I've never seen an individualized terms of |
| 11:27:54 | 8 | service for a particular provider or owner. |
| 11:27:58 | 9 | Q.  Is it true that Rover requires that a pet |
| 11:28:02 | 10 | care provider be 18 years of age or older? |
| 11:28:07 | 11 | A.  Yes. |
| 11:28:09 | 12 | Q.  Why does Rover require that? |
| 11:28:12 | 13 | MR. LeCRONE:  Calls for speculation, may |
| 11:28:14 | 14 | call for a legal conclusion, beyond the scope of |
| 11:28:16 | 15 | this -- today's deposition and the topics in the |
| 11:28:19 | 16 | notice. |
| 11:28:23 | 17 | THE WITNESS:  I don't know exactly why 18 |
| 11:28:27 | 18 | is the -- is the age for providing service. |
| 11:28:39 | 19 | BY MR. TIDRICK: |
| 11:28:40 | 20 | Q.  Are you specifically aware that the terms |
| 11:28:44 | 21 | of service presently in effect are different than |
| 11:28:48 | 22 | this Exhibit 5, or are you just not sure whether |
| 11:28:53 | 23 | it's been modified? |
| 11:28:59 | 24 | A.  I think that our current terms of |
| 11:29:04 | 25 | service -- this one is from 2017.  So I think we |

30(b)(6) - Derek Chang - December 18, 2020

Page 65

| | | |
|---|---|---|
| 11:29:09 | 1 | have updated terms of service since then.  I don't |
| 11:29:17 | 2 | know for sure, but I think so. |
| 11:29:21 | 3 | Q.  I'm just noticing at the top of the |
| 11:29:24 | 4 | document, there is a date in the top left corner |
| 11:29:32 | 5 | that says 7/17/2020. |
| 11:29:35 | 6 | A.  Uh-huh. |
| 11:29:35 | 7 | Q.  Does looking at that give you any refreshed |
| 11:29:41 | 8 | memory that these were the terms of service in |
| 11:29:44 | 9 | effect at least through July 2020 and that if there |
| 11:29:49 | 10 | were modifications, that those happened after July |
| 11:29:52 | 11 | 17? |
| 11:29:54 | 12 | A.  Of 2020? |
| 11:29:56 | 13 | Q.  Yes. |
| 11:29:58 | 14 | A.  I think it's possible.  And the only reason |
| 11:30:00 | 15 | I say "possible," because, like, I don't know |
| 11:30:03 | 16 | whether or not this is when this was printed, on |
| 11:30:06 | 17 | that date, and that was like the date stamp of when |
| 11:30:09 | 18 | it was printed. |
| 11:30:21 | 19 | Q.  Rover requires that each pet care provider |
| 11:30:23 | 20 | pass a background check; is that correct? |
| 11:30:29 | 21 | A.  Yes, that's correct. |
| 11:30:30 | 22 | Q.  That's a background check by a third party, |
| 11:30:37 | 23 | correct? |
| 11:30:37 | 24 | A.  That's correct. |
| 11:30:38 | 25 | Q.  That third party is selected by Rover, |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 11:30:43 | 1 | correct? |
| 11:30:43 | 2 | A.   Yes. |
| 11:30:44 | 3 | Q.   Why does Rover require that each pet care |
| 11:30:47 | 4 | provider pass a background check? |
| 11:30:51 | 5 | A.   We do that so that our owners can have |
| 11:30:57 | 6 | peace of mind.   And we want owners to come to our |
| 11:31:01 | 7 | marketplace.   We have strangers that are meeting in |
| 11:31:08 | 8 | the marketplace and entering each other's homes and |
| 11:31:11 | 9 | looking after pets, which are important to owners. |
| 11:31:16 | 10 | And so we do that so that owners can have peace of |
| 11:31:20 | 11 | mind about using service -- people that are pet |
| 11:31:25 | 12 | sitters on our -- in our marketplace. |
| 11:31:28 | 13 | Q.   Have you ever heard this background check |
| 11:31:31 | 14 | requirement be described as a quality control |
| 11:31:35 | 15 | function? |
| 11:31:36 | 16 | A.   No. |
| 11:31:40 | 17 | Q.   How specifically does Rover implement the |
| 11:31:44 | 18 | background check requirement? |
| 11:31:51 | 19 | A.   Can you elaborate on "specifically," |
| 11:31:55 | 20 | please? |
| 11:31:56 | 21 | Q.   So I understand that a background check is |
| 11:31:58 | 22 | required.   Can you tell me how that works? |
| 11:32:05 | 23 | A.   So how does the back -- can -- do you mean |
| 11:32:09 | 24 | how does the background check, like, occur or |
| 11:32:11 | 25 | happen? |

| | |
|---|---|
| 11:32:12 | 1    Q.   Right. |
| 11:32:13 | 2         MR. LeCRONE:   Again, this may -- lacks |
| 11:32:16 | 3    foundation, and may call for speculation, also may |
| 11:32:18 | 4    call for some form of a legal conclusion.   In his |
| 11:32:23 | 5    answer, I don't think this -- I think this witness |
| 11:32:26 | 6    has already testified that this is done by a third |
| 11:32:29 | 7    party.   So I want to just make that clear for the |
| 11:32:31 | 8    record. |
| 11:32:32 | 9         If you do have an understanding one way or |
| 11:32:34 | 10   the other, Mr. Chang, you can answer the question, |
| 11:32:38 | 11   but I don't want you to guess one way or the other. |
| 11:32:41 | 12        THE WITNESS:   When somebody creates their |
| 11:32:44 | 13   profile, there is a step where they would have a |
| 11:32:50 | 14   background check.   And at that point -- I'm not sure |
| 11:32:55 | 15   of all the details of what happens or how all of |
| 11:32:59 | 16   that gets done, but there's a step there where -- |
| 11:33:02 | 17   where a background check -- a background check gets |
| 11:33:05 | 18   conducted by the third party. |
| 11:33:14 | 19   BY MR. TIDRICK: |
| 11:33:15 | 20        Q.   Do you have any understanding what sort of |
| 11:33:19 | 21   things can turn up in a background check that would |
| 11:33:22 | 22   disqualify someone from providing services on the |
| 11:33:25 | 23   Rover platform? |
| 11:33:26 | 24        MR. LeCRONE:   Again, may call for a legal |
| 11:33:28 | 25   conclusion, vague and ambiguous, lacks foundation |

30(b)(6) - Derek Chang - December 18, 2020

Page 68

| | | |
|---|---|---|
| 11:33:30 | 1 | with this witness, and goes beyond the scope of |
| 11:33:33 | 2 | today's deposition. |
| 11:33:38 | 3 | THE WITNESS:  I don't know all the |
| 11:33:38 | 4 | specifics.  I would only be able to speak very |
| 11:33:41 | 5 | generally or broadly, and not totally sure, but, for |
| 11:33:45 | 6 | example, like a criminal -- actually, I don't know. |
| 11:33:52 | 7 | Some -- I'd be guessing. |
| 11:33:54 | 8 | BY MR. TIDRICK: |
| 11:33:54 | 9 | Q.  I don't want you to guess.  Do you know |
| 11:33:57 | 10 | generally some categories of information that turns |
| 11:34:03 | 11 | up in background checks that disqualifies someone |
| 11:34:07 | 12 | from providing services on the platform? |
| 11:34:12 | 13 | A.  I don't, because I'm not an expert in it. |
| 11:34:14 | 14 | I would -- like the -- like if you asked me for a |
| 11:34:17 | 15 | category, I would say, like, crimes or criminal |
| 11:34:21 | 16 | history, but I wouldn't be able to say much more |
| 11:34:24 | 17 | than that around what's in that. |
| 11:34:29 | 18 | Q.  Is there anything besides crimes or |
| 11:34:31 | 19 | criminal history that would exclude someone from |
| 11:34:37 | 20 | providing services on the Rover platform? |
| 11:34:39 | 21 | MR. LeCRONE:  Asked and answered, calls for |
| 11:34:43 | 22 | speculation, lacks foundation, calls for a legal |
| 11:34:49 | 23 | conclusion. |
| 11:34:49 | 24 | THE WITNESS:  I don't know. |
| 11:35:04 | 25 | BY MR. TIDRICK: |

| | | |
|---|---|---|
| 11:35:04 | 1 | Q.   When someone wants to provide pet care |
| 11:35:07 | 2 | services through the Rover platform, they need to |
| 11:35:10 | 3 | apply and be accepted by Rover; is that correct? |
| 11:35:14 | 4 | A.   Can you restate that, please? |
| 11:35:16 | 5 | MR. TIDRICK:  Could you read back the |
| 11:35:17 | 6 | question, please. |
| 11:35:26 | 7 | (The record was read by the reporter.) |
| 11:35:28 | 8 | MR. LeCRONE:  I believe this was in some |
| 11:35:29 | 9 | fashion asked and answered earlier.  Misstates prior |
| 11:35:36 | 10 | testimony, vague and ambiguous. |
| 11:35:37 | 11 | THE WITNESS:  When somebody wants to |
| 11:35:38 | 12 | provide pet care services in the marketplace, they |
| 11:35:43 | 13 | complete a profile to perform services. |
| 11:35:55 | 14 | BY MR. TIDRICK: |
| 11:35:56 | 15 | Q.   Is there anything that occurs in the |
| 11:35:59 | 16 | process of signing up with the platform that Rover |
| 11:36:01 | 17 | describes as an application? |
| 11:36:04 | 18 | MR. LeCRONE:  Asked and answered. |
| 11:36:07 | 19 | THE WITNESS:  No. |
| | 20 | BY MR. TIDRICK: |
| 11:36:18 | 21 | Q.   Does Rover ever do anything that it |
| 11:36:21 | 22 | describes as being a review of an application? |
| 11:36:27 | 23 | MR. LeCRONE:  Vague and ambiguous, calls |
| 11:36:39 | 24 | for speculation. |
| 11:36:39 | 25 | THE WITNESS:  No, nothing that we describe |

30(b)(6) - Derek Chang - December 18, 2020

Page 70

| | | |
|---|---|---|
| 11:36:41 | 1 | as review. |
| 11:36:44 | 2 | BY MR. TIDRICK: |
| 11:36:44 | 3 | Q.  So if I could please refer you to section |
| 11:36:49 | 4 | 2.2 of the Exhibit 5 document.  It's on the first |
| 11:37:00 | 5 | page of the Exhibit 5 document. |
| 11:37:01 | 6 | A.  Uh-huh. |
| 11:37:02 | 7 | MR. LeCRONE:  And, again, Counsel, that's |
| 11:37:04 | 8 | 2.2.  Do I have that right? |
| | 9 | BY MR. TIDRICK: |
| 11:37:07 | 10 | Q.  Yes.  Section 2.2. |
| | 11 | MR. LeCRONE:  Got it. |
| | 12 | BY MR. TIDRICK: |
| 11:37:08 | 13 | Q.  Exhibit 5.  It's the page that is Bates |
| 11:37:12 | 14 | labeled ROVER -- |
| 11:37:15 | 15 | MR. LeCRONE:  Got it. |
| | 16 | BY MR. TIDRICK: |
| 11:37:17 | 17 | Q.  -- 503.  And if you could, please, take a |
| 11:37:21 | 18 | look at that section 2.2.  And why don't you take -- |
| 11:37:25 | 19 | I know you've already read this, but take a moment |
| 11:37:28 | 20 | to read that section, please. |
| 11:38:02 | 21 | A.  Yeah. |
| 11:38:04 | 22 | Q.  So there's a phrase in section 2.2 of |
| 11:38:10 | 23 | Exhibit 5 that says, "We conduct an initial review |
| 11:38:15 | 24 | of Service Provider applications."  Can you explain |
| 11:38:22 | 25 | to me what that refers to? |

30(b)(6) - Derek Chang - December 18, 2020

Page 71

| | | |
|---|---|---|
| 11:38:28 | 1 | A.   I -- I don't know.  I think I understand |
| 11:38:34 | 2 | what you're asking me.  And when somebody signs up |
| 11:38:41 | 3 | and creates a profile, I think about that as we |
| 11:38:43 | 4 | process those. |
| 11:39:02 | 5 | Q.   So I'm just trying to understand better |
| 11:39:08 | 6 | what this is referring to.  Do I understand |
| 11:39:11 | 7 | correctly, when someone wants to provide services on |
| 11:39:15 | 8 | the Rover platform, they go through a process of |
| 11:39:20 | 9 | providing various information, some of which |
| 11:39:25 | 10 | ultimately can end up in a Rover profile.  And is |
| 11:39:28 | 11 | that process of providing information what is being |
| 11:39:34 | 12 | referred to here when it says, "We conduct an |
| 11:39:36 | 13 | initial review of Service Provider applications"? |
| 11:39:39 | 14 | MR. LeCRONE:  Mr. Court Reporter, can you |
| 11:39:41 | 15 | read that back for me, please. |
| 11:40:09 | 16 | (The record was read by the reporter.) |
| 11:40:09 | 17 | MR. LeCRONE:  Vague and ambiguous, lacks |
| 11:40:11 | 18 | foundation, compound, may call for a legal |
| 11:40:18 | 19 | conclusion. |
| 11:40:19 | 20 | THE WITNESS:  I'm not a lawyer and don't |
| 11:40:23 | 21 | write the terms of service.  So the -- is what is |
| 11:40:31 | 22 | written here the same thing as what I describe as a |
| 11:40:36 | 23 | sitter who creates a profile and we process that? |
| 11:40:42 | 24 | I -- I don't -- can't say that that's the exact same |
| 11:40:48 | 25 | thing. |

| | | |
|---|---|---|
| 11:40:57 | 1 | BY MR. TIDRICK: |
| 11:40:58 | 2 |     Q.  Have you ever heard anyone at the company |
| 11:41:00 | 3 | refer to people who want to provide services on the |
| 11:41:07 | 4 | Rover platform as applicants? |
| 11:41:10 | 5 |         MR. LeCRONE:  Asked and answered. |
| 11:41:13 | 6 |         THE WITNESS:  No. |
| 11:41:41 | 7 |         While you're thinking about your next |
| 11:41:44 | 8 | question, can I ask one thing, too? |
| 11:41:46 | 9 | BY MR. TIDRICK: |
| 11:41:46 | 10 |     Q.  Sure.  Yeah, please. |
| 11:41:46 | 11 |     A.  I don't need it now, but maybe in the next |
| 11:41:49 | 12 | 20 or 30 minutes, I wouldn't mind having a break so |
| 11:41:52 | 13 | I can eat something -- |
| 11:41:53 | 14 |     Q.  Sure. |
| 11:41:54 | 15 |     A.  -- if that's possible.  I -- like I said, I |
| 11:41:56 | 16 | don't need it now, but in that window that would be |
| 11:41:59 | 17 | great. |
| 11:41:59 | 18 |     Q.  Yeah, that timing is great.  That's -- |
| 11:42:01 | 19 | that's lunchtime.  So -- yeah, why don't -- why |
| 11:42:03 | 20 | don't we aim for sometime -- sometime around 12:00, |
| 11:42:06 | 21 | 12:15.  Does that work? |
| 11:42:09 | 22 |     A.  That's great.  Thanks. |
| 11:42:13 | 23 |     Q.  Okay. |
| 11:42:13 | 24 |         MR. LeCRONE:  I would -- I would prefer |
| 11:42:14 | 25 | 12:00, Counsel, if that works for you. |

30(b)(6) - Derek Chang - December 18, 2020

Page 73

| | | |
|---|---|---|
| 11:42:17 | 1 | MR. TIDRICK:  Sure.  That's fine.  That's |
| 11:42:18 | 2 | fine. |
| 11:42:27 | 3 | Q.  So, Mr. Chang, the terms of service, the |
| 11:42:31 | 4 | reference to "an initial review of Service Provider |
| 11:42:34 | 5 | applications" in section 2.2, do you have any idea |
| 11:42:37 | 6 | what that refers to? |
| 11:43:01 | 7 | A.  Yeah, it's -- my understanding or take on |
| 11:43:08 | 8 | this is that it's similar to what I mentioned |
| 11:43:11 | 9 | earlier, where a sitter creates a profile, and then |
| 11:43:15 | 10 | we process it.  But other than that, I don't really |
| 11:43:20 | 11 | know much more about how to describe that. |
| 11:43:24 | 12 | Q.  What is involved in that processing? |
| 11:43:26 | 13 | A.  That would be where we want to make sure |
| 11:43:30 | 14 | that -- the things that I mentioned earlier, where |
| 11:43:33 | 15 | there's a photo of the sitter, where somebody can |
| 11:43:39 | 16 | see their face, and they provided information about |
| 11:43:46 | 17 | their experience sitting pets so that owners can |
| 11:43:49 | 18 | understand that, and then the testimonial.  So they |
| 11:43:57 | 19 | ask somebody that they know to provide a testimonial |
| 11:44:00 | 20 | for them. |
| 11:44:01 | 21 | Q.  Is that review conducted by humans at |
| 11:44:03 | 22 | Rover, or is that a machine-driven process? |
| 11:44:08 | 23 | MR. LeCRONE:  Calls for speculation, vague |
| 11:44:12 | 24 | and ambiguous. |
| 11:44:12 | 25 | THE WITNESS:  That process is by people. |

Page 74

| | | |
|---|---|---|
| 11:44:21 | 1 | BY MR. TIDRICK: |
| 11:44:21 | 2 | Q. What are the job titles of those people? |
| 11:44:28 | 3 | A. I think they're referred to as agents. |
| 11:44:35 | 4 | Q. Is there a department that the agents |
| 11:44:37 | 5 | you're referring to fall within? |
| 11:44:39 | 6 | A. Yeah. They're operations agents. |
| 11:44:43 | 7 | Q. Is that under your purview? |
| 11:44:47 | 8 | A. Yes. |
| 11:44:48 | 9 | Q. How many agents are there who participate |
| 11:44:50 | 10 | in that process? |
| 11:44:53 | 11 | A. It varies at any given time. Five to ten. |
| 11:45:04 | 12 | Q. Are there any written instructions that |
| 11:45:07 | 13 | those agents follow for their review of information |
| 11:45:11 | 14 | that's submitted by the prospective pet care |
| 11:45:13 | 15 | providers? |
| 11:45:14 | 16 | A. Can you say that back or read that back |
| 11:45:16 | 17 | again, please. |
| 11:45:16 | 18 | MR. TIDRICK: Could you read it, please. |
| 11:45:26 | 19 | (The record was read by the reporter.) |
| 11:45:39 | 20 | THE WITNESS: I don't know if there is |
| 11:45:41 | 21 | something in writing that they are looking at or |
| 11:45:44 | 22 | referring to. So I would say I don't know if |
| 11:45:47 | 23 | there's written instructions per se. |
| 11:45:50 | 24 | BY MR. TIDRICK: |
| 11:45:50 | 25 | Q. Is there some training that they receive |

30(b)(6) - Derek Chang - December 18, 2020

Page 75

| | | |
|---|---|---|
| 11:45:53 | 1 | for that function? |
| 11:45:54 | 2 | A.   Yes. |
| 11:45:55 | 3 | Q.   Who gives that training? |
| 11:46:02 | 4 | A.   There would be a trainer that provides |
| 11:46:04 | 5 | that. |
| 11:46:04 | 6 | Q.   Is that an employee of Rover? |
| 11:46:08 | 7 | A.   Yes, the trainer would be an employee of |
| 11:46:11 | 8 | Rover. |
| 11:46:13 | 9 | Q.   Who specifically is that person? |
| 11:46:15 | 10 | A.   We don't have one right now.   That person |
| 11:46:17 | 11 | recently left Rover. |
| 11:46:20 | 12 | Q.   What was that person's -- well, what is |
| 11:46:22 | 13 | that person's name? |
| 11:46:23 | 14 | A.   It is Bethany Kline. |
| 11:46:30 | 15 | Q.   Is the last name spelled K-L-I-N-E? |
| 11:46:41 | 16 | Sorry.   What's the spelling of the last |
| 11:46:43 | 17 | name? |
| 11:46:43 | 18 | A.   How you spelled it is correct. |
| 11:46:45 | 19 | Q.   Okay.   During what time period was Bethany |
| 11:46:54 | 20 | Kline performing that training function? |
| 11:46:56 | 21 | A.   I don't know when she started.   And she |
| 11:47:02 | 22 | recently left, in the last, I'd say, couple months. |
| 11:47:08 | 23 | Q.   Do you have any understanding |
| 11:47:10 | 24 | geographically where she was based? |
| 11:47:15 | 25 | A.   She was in Seattle. |

| | | |
|---|---|---|
| 11:47:18 | 1 | Q.   Did you ever observe personally any of the |
| 11:47:21 | 2 | trainings that Bethany Kline gave to the agents? |
| 11:47:24 | 3 | A.   No. |
| 11:47:26 | 4 | Q.   Do you have any understanding whether she |
| 11:47:29 | 5 | used any written materials for those trainings? |
| 11:47:35 | 6 | A.   I haven't seen them.   There probably were, |
| 11:47:38 | 7 | but I haven't seen anything. |
| 11:47:40 | 8 | Q.   Do you have any understanding approximately |
| 11:47:41 | 9 | how much time an agent spends reviewing information |
| 11:47:46 | 10 | provided by a prospective pet care provider? |
| 11:47:53 | 11 | A.   Yes. |
| 11:47:54 | 12 | Q.   How much? |
| 11:47:57 | 13 | A.   The amount of time spent processing by one |
| 11:47:59 | 14 | of our agents is -- I'm going to estimate, just to |
| 11:48:03 | 15 | give order of magnitude.   It's 60 -- like a minute |
| 11:48:08 | 16 | or two. |
| 11:48:11 | 17 | Q.   So when you were saying 60, 60 seconds, |
| 11:48:14 | 18 | approximately? |
| 11:48:15 | 19 | A.   Yeah. |
| 11:48:16 | 20 | Q.   Per applicant? |
| 11:48:17 | 21 | A.   Per profile processed. |
| 11:48:21 | 22 | Q.   Per prospective pet care provider, correct: |
| 11:48:25 | 23 | 60 seconds? |
| 11:48:27 | 24 | A.   60 -- yeah, in that neighborhood, 60 to 120 |
| 11:48:31 | 25 | seconds to process one. |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 11:48:35 | 1 | Q.   And during that 60 to 120-second time |
| 11:48:40 | 2 | frame, does the agent make a decision as to whether |
| 11:48:45 | 3 | the prospective pet care provider will be listed on |
| 11:48:50 | 4 | the platform? |
| 11:48:56 | 5 | A.   They -- the agents make decisions about |
| 11:49:02 | 6 | whether or not those things that I mentioned are in |
| 11:49:05 | 7 | the profile or not, so a picture, have they included |
| 11:49:12 | 8 | written documentation -- or not documentation, but, |
| 11:49:17 | 9 | like, description of pet services that they provide, |
| 11:49:21 | 10 | or experience, and whether or not there's a |
| 11:49:23 | 11 | testimonial there. |
| 11:49:24 | 12 | Q.   Does the agent give an up or down decision |
| 11:49:27 | 13 | as to whether a prospective pet care provider will |
| 11:49:31 | 14 | be on the Rover platform? |
| 11:49:34 | 15 | A.   No, they do not.  The -- the -- it's |
| 11:49:37 | 16 | actually up to the -- the sitter.  The -- if one of |
| 11:49:41 | 17 | those pieces of information is missing, then they |
| 11:49:45 | 18 | send it back and ask that it's provided. |
| 11:49:57 | 19 | Q.   Are the prospective pet care providers |
| 11:50:02 | 20 | rated in any manner? |
| 11:50:03 | 21 | A.   No. |
| 11:50:04 | 22 | MR. LeCRONE:  Vague and ambiguous. |
| 11:50:07 | 23 | I'm sorry, Mr. Chang.  I kind of spoke over |
| 11:50:09 | 24 | you. |
| 11:50:10 | 25 | THE WITNESS:  It's okay. |

30(b)(6) - Derek Chang - December 18, 2020

Page 78

| | | |
|---|---|---|
| 11:50:11 | 1 | MR. LeCRONE:  You can answer the question. |
| 11:50:13 | 2 | THE WITNESS:  No, there are no grades. |
| 11:50:23 | 3 | BY MR. TIDRICK: |
| 11:50:23 | 4 | Q.  Do the agents or anyone else apply any |
| 11:50:26 | 5 | criteria in deciding whether a prospective pet care |
| 11:50:31 | 6 | provider will appear on the platform? |
| 11:50:35 | 7 | A.  No, there's no -- other than the things |
| 11:50:38 | 8 | that I've mentioned, those are the -- those are the |
| 11:50:43 | 9 | elements of a sitter's profile that we ask the |
| 11:50:48 | 10 | sitter to include in the profile. |
| 11:50:56 | 11 | Q.  Do you have any understanding how it is |
| 11:50:57 | 12 | that only -- what was the percentage you said |
| 11:51:01 | 13 | earlier, 15 percent -- |
| 11:51:03 | 14 | A.  I said -- |
| | 15 | Q.  -- of the -- |
| 11:51:04 | 16 | A.  -- it was neighborhood 20 percent, kind of |
| 11:51:06 | 17 | as an estimate. |
| 11:51:07 | 18 | Q.  20 percent.  Do you have any understanding |
| 11:51:11 | 19 | what explanation there is, if any, for why only |
| 11:51:16 | 20 | 20 percent of the individuals who start the process |
| 11:51:21 | 21 | of providing information to provide services on the |
| 11:51:26 | 22 | Rover platform ultimately are listed on the |
| 11:51:29 | 23 | platform? |
| 11:51:30 | 24 | MR. LeCRONE:  I think that's been asked and |
| 11:51:31 | 25 | answered.  He's explained where those percentages |

| | | |
|---|---|---|
| 11:51:35 | 1 | came from. |
| 11:51:39 | 2 | THE WITNESS:  The -- that's the number of |
| 11:51:41 | 3 | people who have actually gone through and completed |
| 11:51:44 | 4 | the profile, that then end up on the marketplace. |
| 11:51:59 | 5 | BY MR. TIDRICK: |
| 11:52:00 | 6 | Q.  The process of completing the profile, do |
| 11:52:05 | 7 | you have any understanding what aspects of that |
| 11:52:11 | 8 | process are the parts that individuals fail to |
| 11:52:16 | 9 | complete? |
| 11:52:17 | 10 | MR. LeCRONE:  Lacks foundation, calls for |
| 11:52:19 | 11 | speculation, vague and ambiguous. |
| 11:52:23 | 12 | THE WITNESS:  Yeah, I don't know which |
| 11:52:25 | 13 | particular parts. |
| 11:52:29 | 14 | BY MR. TIDRICK: |
| 11:52:29 | 15 | Q.  At what point in the process does the |
| 11:52:31 | 16 | background check occur? |
| 11:52:43 | 17 | A.  I do not know what step it is in the |
| 11:52:45 | 18 | process.  I just know it's in the process. |
| 11:52:49 | 19 | Q.  Do you have any understanding, even |
| 11:52:52 | 20 | approximately, of the people who start the process |
| 11:52:55 | 21 | of submitting information to be listed as a pet care |
| 11:53:00 | 22 | provider on the Rover platform, what percent |
| 11:53:01 | 23 | ultimately go through a background check process? |
| 11:53:05 | 24 | A.  No, I do not.  No. |
| 11:53:08 | 25 | Q.  Do you have any understanding whether |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 11:53:10 | 1 | that's after the agent spends the approximately 60 |
| 11:53:14 | 2 | to 120 seconds reviewing it? |
| 11:53:17 | 3 | A.  Is the background check after somebody |
| 11:53:20 | 4 | reviews it? |
| 11:53:21 | 5 | Q.  Right. |
| 11:53:24 | 6 | A.  I do not know that. |
| 11:53:37 | 7 | Q.  Does Rover tend to turn down prospective |
| 11:53:41 | 8 | pet care providers who appear to be doing it |
| 11:53:49 | 9 | primarily for the money and not for love of pets? |
| 11:53:53 | 10 | MR. LeCRONE:  Vague and ambiguous, lacks |
| 11:53:54 | 11 | foundation, calls for speculation, argumentative. |
| 11:54:01 | 12 | THE WITNESS:  Rover, you know, we allow |
| 11:54:04 | 13 | anybody to create a profile and go onto the |
| 11:54:11 | 14 | marketplace.  And owners can decide which sitters |
| 11:54:14 | 15 | that they want to have -- which sitters they want to |
| 11:54:22 | 16 | sit their pets or walk their dogs. |
| 11:54:29 | 17 | BY MR. TIDRICK: |
| 11:54:29 | 18 | Q.  So would you disagree with the statement |
| 11:54:31 | 19 | that Rover tends to turn down individuals who are |
| 11:54:36 | 20 | doing it primarily for the money? |
| 11:54:39 | 21 | MR. LeCRONE:  Vague and ambiguous with |
| 11:54:40 | 22 | respect to the term "turn down," misstates prior |
| 11:54:46 | 23 | testimony. |
| 11:54:46 | 24 | THE WITNESS:  No, I -- I would say that |
| 11:54:52 | 25 | that is inaccurate.  We don't turn down people. |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 11:55:11 | 1 | MR. TIDRICK:  I know we're close to 12:00. |
| 11:55:12 | 2 | This is a reasonable breaking point.  So why don't |
| 11:55:15 | 3 | we break.  How long do people want for lunch? |
| 11:55:19 | 4 | MR. LeCRONE:  Can we say till 12:45?  Is |
| 11:55:24 | 5 | that okay? |
| 11:55:24 | 6 | MR. TIDRICK:  It's fine with me. |
| 11:55:26 | 7 | MR. LeCRONE:  Okay.  Let's do that. |
| 11:55:28 | 8 | MR. TIDRICK:  All right. |
| 11:55:29 | 9 | THE VIDEOGRAPHER:  Please stand by.  The |
| 11:55:31 | 10 | time is 2:55 p.m. Eastern, and we're going off the |
| 11:55:34 | 11 | record. |
| 12:44:28 | 12 | (Whereupon, a lunch recess was taken.) |
| | 13 | |
| 12:45:35 | 14 | AFTERNOON PROCEEDINGS |
| 12:50:11 | 15 | THE VIDEOGRAPHER:  The time is 3:50 p.m. |
| 12:50:20 | 16 | Eastern, and we're back on record. |
| 12:50:23 | 17 | BY MR. TIDRICK: |
| 12:50:24 | 18 | Q.  Hi, Mr. Chang.  So we're back from lunch. |
| 12:50:26 | 19 | You understand you're still on the record and still |
| 12:50:34 | 20 | under oath, correct? |
| 12:50:35 | 21 | A.  Yes. |
| 12:50:36 | 22 | Q.  Still looking at the Exhibit 5 document, if |
| 12:50:37 | 23 | you could, please, turn to the second page of that, |
| 12:50:44 | 24 | and specifically the section that's numbered 2.6. |
| 12:50:52 | 25 | A.  Hey, Mr. Tidrick, can I clarify something |

| | | |
|---|---|---|
| 12:50:56 | 1 | that you asked me to? |
| 12:50:59 | 2 | Q.  Sure. |
| 12:50:59 | 3 | A.  I was -- something was bugging me, and I |
| 12:51:02 | 4 | was thinking about it at lunch.  You asked me about |
| 12:51:04 | 5 | costs that sitters incur or what a sitter -- what |
| 12:51:08 | 6 | costs they might incur if they create a profile. |
| 12:51:11 | 7 | And I think I'd said I don't know if they incur a |
| 12:51:14 | 8 | cost.  I just want to clarify, I know they don't |
| 12:51:17 | 9 | incur a cost from a fee that Rover charges.  We |
| 12:51:21 | 10 | don't charge for that.  But what I was thinking |
| 12:51:25 | 11 | about was, like, I don't know if they incur costs |
| 12:51:27 | 12 | like if they bought a new T-shirt or got a photo |
| 12:51:31 | 13 | taken, or something like that.  So I want to make |
| 12:51:33 | 14 | sure I -- I clarified that. |
| 12:51:37 | 15 | The only -- the only cost they incur would |
| 12:51:40 | 16 | be when they have a booking, they pay Rover that |
| 12:51:44 | 17 | 20 percent fee that they can see and they're aware |
| 12:51:46 | 18 | of.  So I just want to make sure I -- I made that |
| 12:51:50 | 19 | clear.  I want to clarify that there was no cost |
| 12:51:53 | 20 | from a Rover fee when they create a booking -- or |
| 12:51:57 | 21 | when they create a profile. |
| 12:52:00 | 22 | Q.  Thank you.  Well, I appreciate you |
| 12:52:03 | 23 | clarifying that.  And just so we have a clean |
| 12:52:05 | 24 | record, I'm going to ask you a question that's |
| 12:52:08 | 25 | essentially what you just said so that you can |

| 12:52:10 | 1 | confirm it.  All right? |
| 12:52:11 | 2 | Is it correct to say that pet care |
| 12:52:20 | 3 | providers do not pay any fee to Rover to have a |
| 12:52:26 | 4 | profile on the -- on the Rover platform? |
| 12:52:33 | 5 | A.   That's correct.  There's no -- we don't |
| 12:52:35 | 6 | charge a fee for them to create a profile. |
| 12:52:41 | 7 | Q.   Thank you.  And there's no fee that's |
| 12:52:44 | 8 | charged to maintain that profile on the platform, |
| 12:52:47 | 9 | correct? |
| 12:52:47 | 10 | A.   Correct.  The only fee is if they're doing |
| 12:52:49 | 11 | a booking, and the 20 percent -- 20 percent fee that |
| 12:52:55 | 12 | Rover charges them. |
| 12:52:57 | 13 | Q.   And just to be clear, I think you're saying |
| 12:52:59 | 14 | that just to try to be careful, which I appreciate, |
| 12:53:03 | 15 | but the -- the 20 percent amount that Rover takes |
| 12:53:09 | 16 | out of payments for services, that's totally |
| 12:53:15 | 17 | separate from maintaining a profile, correct? |
| 12:53:19 | 18 | A.   Yes.   Correct.  And I just want to make |
| 12:53:21 | 19 | sure I clarify, based on what you just said to me, |
| 12:53:25 | 20 | too.  The -- so the sitter charges the owner a fee, |
| 12:53:33 | 21 | whatever they decide it to be.  And then Rover |
| 12:53:36 | 22 | charges a 20 percent fee on top that they see. |
| 12:53:40 | 23 | It's -- actually, I think I might have even said |
| 12:53:43 | 24 | deduction before.  It's not.  It's a fee that is |
| 12:53:46 | 25 | applied on top, and they can see what that is, and |

| | | |
|---|---|---|
| 12:53:49 | 1 | we're transparent about that when they're -- when |
| 12:53:52 | 2 | we're doing bookings, but not -- not associated with |
| 12:53:54 | 3 | creating the profile or having the profile. |
| 12:53:59 | 4 | Q. So just as an example, an individual who |
| 12:54:04 | 5 | sets up a profile on the Rover platform to be a pet |
| 12:54:11 | 6 | care provider, if that person never performs any |
| 12:54:13 | 7 | services, then that person pays nothing to Rover, |
| 12:54:17 | 8 | correct? |
| 12:54:17 | 9 | A. That's correct. |
| 12:54:27 | 10 | Q. So I was directing you to Exhibit 5 again, |
| 12:54:32 | 11 | and the second page of that, which is Bates numbered |
| 12:54:34 | 12 | ROVER_000504, and specifically section 2.6. Do you |
| 12:54:40 | 13 | want to take a moment just to reread that section. |
| 12:54:46 | 14 | It's about nine or ten lines long. |
| 12:54:49 | 15 | A. Just the two, six? |
| 12:54:51 | 16 | Q. Yes, 2.6. |
| 12:55:37 | 17 | A. Okay. |
| 12:55:38 | 18 | Q. There's a statement in the terms of |
| 12:55:43 | 19 | service, Exhibit 5, page 2, section 2.6. And I'm |
| 12:55:48 | 20 | quoting a phrase out of a sentence. It says |
| 12:55:51 | 21 | "Rover.com performs a limited review of applications |
| 12:55:56 | 22 | to become Service Providers." |
| 12:56:05 | 23 | Does that refer to the review by agents who |
| 12:56:13 | 24 | review information submitted by the prospective pet |
| 12:56:18 | 25 | care providers for 60 to 120 seconds on average? |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 12:56:25 | 1 | A.   Yeah, I think that refers to the -- the |
| 12:56:29 | 2 | process of those agents processing those in that |
| 12:56:33 | 3 | time you mentioned or the application -- or the -- |
| 12:56:39 | 4 | the profile to become on our -- on our marketplace. |
| 12:56:44 | 5 | Q.   In addition to that review by the agents, |
| 12:56:48 | 6 | the human agents, does Rover also have any kind of |
| 12:56:54 | 7 | technology that reviews information submitted by the |
| 12:56:57 | 8 | prospective pet care providers? |
| 12:56:59 | 9 | MR. LeCRONE:  Asked and answered. |
| 12:57:03 | 10 | THE WITNESS:  Yeah, the -- the -- the |
| 12:57:07 | 11 | processing of the profiles is all done by people. |
| 12:57:16 | 12 | BY MR. TIDRICK: |
| 12:57:17 | 13 | Q.   Does Rover prohibit pet care providers from |
| 12:57:20 | 14 | obtaining payment from pet owners outside of the |
| 12:57:25 | 15 | Rover website or mobile app? |
| 12:57:32 | 16 | A.   Can you restate that, please? |
| 12:57:35 | 17 | MR. TIDRICK:  Could the court reporter read |
| 12:57:36 | 18 | it back, please. |
| 12:57:45 | 19 | (The record was read by the reporter.) |
| 12:57:47 | 20 | MR. LeCRONE:  And that's vague and |
| 12:57:49 | 21 | ambiguous the way it's phrased. |
| 12:57:52 | 22 | But Mr. -- Mr. Chang, if you understand the |
| 12:57:55 | 23 | question, you can answer it. |
| 12:58:00 | 24 | THE WITNESS:  A sitter or a provider can |
| 12:58:04 | 25 | engage with anybody they want to in their business |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 12:58:09 | 1 | and transact and collect money from people.  If |
| 12:58:15 | 2 | somebody -- if a pet -- if a sitter meets and books |
| 12:58:22 | 3 | with an owner using our Rover site, we -- we want |
| 12:58:28 | 4 | the payment to be through the platform so that the |
| 12:58:32 | 5 | payments are safe and secure and that we can |
| 12:58:35 | 6 | continue to make sure we have a safe marketplace. |
| 12:58:40 | 7 | BY MR. TIDRICK: |
| 12:58:41 | 8 | Q.   In a scenario where a pet care provider |
| 12:58:46 | 9 | makes arrangement with a pet owner to provide pet |
| 12:58:52 | 10 | care services but makes those arrangements outside |
| 12:58:58 | 11 | the platform, is that prohibited? |
| 12:59:06 | 12 | MR. LeCRONE:  Vague and ambiguous. |
| 12:59:08 | 13 | THE WITNESS:  If a sitter makes |
| 12:59:13 | 14 | arrangements with a -- an owner or somebody who has |
| 12:59:17 | 15 | a pet to -- to provide services and that's not done |
| 12:59:25 | 16 | on our platform, then -- was your question can they |
| 12:59:30 | 17 | collect funds from them?  Was that what your |
| 12:59:33 | 18 | question was? |
| 12:59:34 | 19 | BY MR. TIDRICK: |
| 12:59:34 | 20 | Q.   Well, is it prohibited for -- for -- for |
| 12:59:36 | 21 | a -- let me state it this way:  Is it prohibited for |
| 12:59:41 | 22 | a pet care provider to provide services to a pet |
| 12:59:46 | 23 | owner and obtain payment from that pet owner outside |
| 12:59:53 | 24 | of the Rover platform? |
| 12:59:55 | 25 | MR. LeCRONE:  Again, it's vague and |

| | | |
|---|---|---|
| 12:59:56 | 1 | ambiguous, lacks foundation. |
| 12:59:58 | 2 | THE WITNESS:  The -- they're not prohibited |
| 13:00:03 | 3 | from providing services and collecting money outside |
| 13:00:09 | 4 | the platform.  Our terms of service is that if they |
| 13:00:16 | 5 | are actually booking that service through the -- on |
| 13:00:20 | 6 | the Rover -- in the Rover marketplace, that that's |
| 13:00:23 | 7 | where the payment is to be transmitted, through the |
| 13:00:30 | 8 | Rover platform. |
| 13:00:38 | 9 | BY MR. TIDRICK: |
| 13:00:39 | 10 | Q.  Is it fair to say a pet care provider is |
| 13:00:44 | 11 | prohibited by Rover from using the Rover platform to |
| 13:00:49 | 12 | arrange for pet care services with another Rover |
| 13:00:56 | 13 | user, a pet owner, and completing the payment |
| 13:01:02 | 14 | outside of the platform?  That's prohibited, right? |
| 13:01:04 | 15 | MR. LeCRONE:  That is -- again, maybe you |
| 13:01:07 | 16 | should read that question back, Mr. Court Reporter, |
| 13:01:09 | 17 | but it's -- it's vague and ambiguous as phrased. |
| 13:01:13 | 18 | Can you read that back, please. |
| 13:01:29 | 19 | (The record was read by the reporter.) |
| 13:01:32 | 20 | MR. LeCRONE:  Yeah, it's vague and |
| 13:01:33 | 21 | ambiguous.  I think it misstates the witness's prior |
| 13:01:36 | 22 | testimony, too. |
| 13:01:38 | 23 | THE WITNESS:  The -- so for -- where a |
| 13:01:45 | 24 | owner and sitter make a booking on the Rover |
| 13:01:49 | 25 | platform, that's where we want the payment to be on |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 13:01:53 | 1 | the platform.  If a sitter made an arrangement with |
| 13:02:01 | 2 | an owner outside of our marketplace to do that, they |
| 13:02:05 | 3 | have every right to do that.  We don't -- we don't |
| 13:02:07 | 4 | prohibit them from doing business in any other way |
| 13:02:10 | 5 | outside of our marketplace. |
| 13:02:12 | 6 | BY MR. TIDRICK: |
| 13:02:13 | 7 |     Q.  Why does Rover require that if the |
| 13:02:18 | 8 | arrangement for the services is made through the |
| 13:02:20 | 9 | platform, that the payment has to be made through |
| 13:02:24 | 10 | the platform? |
| 13:02:25 | 11 |     MR. LeCRONE:  Again, this goes beyond the |
| 13:02:27 | 12 | scope of today's PMK deposition on the topics that |
| 13:02:30 | 13 | were set forth on the notice.  It's vague and |
| 13:02:32 | 14 | ambiguous, may call for a legal conclusion, lacks |
| 13:02:35 | 15 | foundation for this witness. |
| 13:02:39 | 16 |     THE WITNESS:  You know, we're a |
| 13:02:41 | 17 | marketplace, and we have two sets of customers.  We |
| 13:02:44 | 18 | have owners, and we have sitters.  And it's really |
| 13:02:47 | 19 | important that we have a safe and trustworthy |
| 13:02:51 | 20 | community, and having safe and secure payment and |
| 13:02:55 | 21 | transmittal of funds is part of that.  So that's why |
| 13:02:58 | 22 | we want to make sure that it's done on the platform. |
| 13:03:03 | 23 | BY MR. TIDRICK: |
| 13:03:03 | 24 |     Q.  Is there anything that Rover does to |
| 13:03:06 | 25 | enforce that requirement? |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 13:03:08 | 1 | MR. LeCRONE:  Vague and ambiguous. |
| 13:03:13 | 2 | THE WITNESS:  If we are aware that somebody |
| 13:03:18 | 3 | has created a booking on our platform but then does |
| 13:03:29 | 4 | payment off platform, then that is where we would |
| 13:03:34 | 5 | enforce that. |
| 13:03:35 | 6 | BY MR. TIDRICK: |
| 13:03:37 | 7 | Q.  Has that ever happened? |
| 13:03:39 | 8 | A.  Yes. |
| 13:03:39 | 9 | Q.  What happens when that happens? |
| 13:03:41 | 10 | A.  We -- it depends.  It could be deactivating |
| 13:03:50 | 11 | somebody's profile. |
| 13:03:53 | 12 | Q.  In effect terminating the contract with the |
| 13:03:57 | 13 | pet care provider? |
| 13:03:58 | 14 | A.  We don't have a contract with them.  But it |
| 13:04:02 | 15 | would just deactivate their profile so they wouldn't |
| 13:04:06 | 16 | be able to offer their services on our -- in our |
| 13:04:09 | 17 | marketplace anymore. |
| 13:04:13 | 18 | Q.  Rover prohibits a pet care provider from |
| 13:04:17 | 19 | having more than one person provide services under |
| 13:04:20 | 20 | the same account; is that correct? |
| 13:04:28 | 21 | A.  Yes, where -- like we -- there is one |
| 13:04:33 | 22 | caregiver for any given profile. |
| 13:04:43 | 23 | Q.  In other words, Rover does not allow a pet |
| 13:04:45 | 24 | care provider to send someone else to provide the |
| 13:04:49 | 25 | services, correct? |

| 13:04:52 | 1 | MR. LeCRONE:  It's vague and ambiguous. |
| 13:04:56 | 2 | THE WITNESS:  I don't know the answer to |
| 13:05:12 | 3 | that. |
| 13:05:12 | 4 | BY MR. TIDRICK: |
| 13:05:12 | 5 | Q.   Let's turn to page 3 of the terms of |
| 13:05:15 | 6 | service, the page numbered 3/12, or ROVER_000505. |
| 13:05:34 | 7 | A.   Yeah, I'm there. |
| 13:05:35 | 8 | Q.   So near the top, section 4.1 has numerous |
| 13:05:40 | 9 | bullet points underneath it.  Near the top of 4.1, |
| 13:05:44 | 10 | there's a sentence that says, "When you use the |
| 13:05:46 | 11 | Rover.com Service, you agree," colon, several bullet |
| 13:05:51 | 12 | points.  One of them is -- and this is four from the |
| 13:05:59 | 13 | bottom -- "Not to transfer or authorize the use of |
| 13:06:04 | 14 | your account for the Rover.com Service by any other |
| 13:06:08 | 15 | person."  Do you see that? |
| 13:06:11 | 16 | A.   Yeah. |
| 13:06:16 | 17 | Q.   Do you have any understanding what that is |
| 13:06:23 | 18 | prohibiting? |
| 13:06:25 | 19 | A.   I do not, no. |
| 13:06:42 | 20 | Q.   Have you ever heard of a pet care provider |
| 13:06:45 | 21 | sending someone other than the pet care provider |
| 13:06:50 | 22 | themselves to provide the services that are agreed |
| 13:06:54 | 23 | to? |
| 13:06:59 | 24 | A.   I don't recall any. |
| 13:07:06 | 25 | Q.   Is that something that would be of concern |

| | | |
|---|---|---|
| 13:10:13 | 1 | going to say if this is about something related to |
| 13:10:17 | 2 | safety, then probably.  But I just don't know.  And |
| 13:10:20 | 3 | I'm happy to try and answer your question.  I'm just |
| 13:10:22 | 4 | not sure I fully understand -- understand. |
| 13:10:25 | 5 | BY MR. TIDRICK: |
| 13:10:25 | 6 | Q.  I'll try to give a very specific scenario. |
| 13:10:33 | 7 | Would it have been acceptable to Rover for |
| 13:10:37 | 8 | Sportsman to reach an agreement through the Rover |
| 13:10:42 | 9 | platform to provide a service to a pet owner, but |
| 13:10:47 | 10 | rather than Sportsman going to provide that service, |
| 13:10:50 | 11 | she sends someone else to provide the service |
| 13:10:53 | 12 | instead? |
| 13:10:53 | 13 | MR. LeCRONE:  And, Counsel, are you |
| 13:10:55 | 14 | referring to Ms. Sportsman making that through the |
| 13:11:01 | 15 | platform, the -- the marketplace, or separately, on |
| 13:11:04 | 16 | her own? |
| 13:11:07 | 17 | BY MR. TIDRICK: |
| 13:11:07 | 18 | Q.  Through the marketplace.  Through the |
| 13:11:09 | 19 | platform. |
| 13:11:10 | 20 | MR. LeCRONE:  Again, it's incomplete |
| 13:11:13 | 21 | hypothetical, vague and ambiguous. |
| 13:11:16 | 22 | THE WITNESS:  The -- in that particular |
| 13:11:19 | 23 | situation, I'm not sure of all the parameters and |
| 13:11:23 | 24 | pieces.  I would just say that there might be some |
| 13:11:29 | 25 | issues with that, as I think you even mentioned |

| | | |
|---|---|---|
| 13:11:31 | 1 | earlier that we want, you know, people to be 18 |
| 13:11:34 | 2 | years or older.  In that situation, maybe somebody |
| 13:11:37 | 3 | could be under 18.  So that would be problematic. |
| 13:11:56 | 4 | BY MR. TIDRICK: |
| 13:11:56 | 5 | Q.  Rover provides what it calls a reservation |
| 13:12:00 | 6 | guarantee to pet owners, correct? |
| 13:12:02 | 7 | A.  Yes. |
| 13:12:03 | 8 | Q.  What is that guarantee? |
| 13:12:05 | 9 | A.  It is -- I'll loosely define it -- is if |
| 13:12:14 | 10 | a -- if a sitter has a booking arrangement with an |
| 13:12:19 | 11 | owner and that needs to be canceled, then Rover will |
| 13:12:26 | 12 | try to find another sitter for them, and then where |
| 13:12:30 | 13 | there's a difference in the cost of that, that we |
| 13:12:36 | 14 | will help the owner with a portion of that. |
| 13:12:43 | 15 | Q.  I'll refer you to page 7 of the terms of |
| 13:12:48 | 16 | service. |
| 13:13:00 | 17 | A.  Okay. |
| 13:13:05 | 18 | Q.  And specifically, in section 10.5 the |
| 13:13:09 | 19 | second bullet point is headed "Reservation |
| 13:13:15 | 20 | Guarantee."  And you'll see, starting at the second |
| 13:13:19 | 21 | line of that paragraph -- I'm excerpting from the |
| 13:13:24 | 22 | sentence -- "Rover.com uses all reasonable efforts |
| 13:13:28 | 23 | to find replacement Service Providers when Service |
| 13:13:33 | 24 | Providers cancel Bookings near the start date of the |
| 13:13:36 | 25 | service period identified in the Booking." |

| | | |
|---|---|---|
| 13:13:42 | 1 | Does that accurately describe the process |
| 13:13:46 | 2 | that you were just referring to? |
| 13:13:48 | 3 | A.   Yeah. |
| 13:13:52 | 4 | Q.   Why does Rover provide that guarantee? |
| 13:14:00 | 5 | MR. LeCRONE:   Calls for a legal conclusion, |
| 13:14:02 | 6 | calls for speculation, lacks foundation, beyond the |
| 13:14:05 | 7 | scope of the topics in this deposition. |
| 13:14:11 | 8 | THE WITNESS:   The -- as a -- as an online |
| 13:14:14 | 9 | marketplace, where we have both customers who are |
| 13:14:17 | 10 | sitters and customers who are owners, it's -- you |
| 13:14:23 | 11 | know, we want it to be a flourishing marketplace. |
| 13:14:29 | 12 | And so if a sitter, for example, maybe gets sick and |
| 13:14:32 | 13 | isn't able to do that booking, has to cancel it, we |
| 13:14:38 | 14 | want to provide support for our customer in that |
| 13:14:42 | 15 | case.   And so that's an example of where we would |
| 13:14:45 | 16 | want to offer that, so that the sitter would want to |
| 13:14:50 | 17 | continue to offer their services in our marketplace. |
| 13:14:53 | 18 | And it would also characterize that as a dual |
| 13:14:56 | 19 | benefit, where, for an owner who has a booking with |
| 13:15:00 | 20 | that sitter, it's also a kind of support or customer |
| 13:15:04 | 21 | service for them, too, because they are able to |
| 13:15:07 | 22 | still have their pet looked after without having to |
| 13:15:12 | 23 | kind of start a process all over of trying to find |
| 13:15:15 | 24 | somebody else at the last minute. |
| 13:15:18 | 25 | BY MR. TIDRICK: |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 13:15:18 | 1 | Q.  The terms of service uses the phrase |
| 13:15:21 | 2 | "reasonable efforts."  What are the reasonable |
| 13:15:22 | 3 | efforts that Rover undertakes to find replacement |
| 13:15:27 | 4 | service providers in that scenario? |
| 13:15:29 | 5 | MR. LeCRONE:  Calls for a legal conclusion, |
| 13:15:31 | 6 | lacks foundation, vague and ambiguous, beyond the |
| 13:15:35 | 7 | scope. |
| 13:15:35 | 8 | THE WITNESS:  I'm not sure about a |
| 13:15:39 | 9 | definition of "reasonable" or all the steps, |
| 13:15:42 | 10 | frankly, in it.  I do know that we try and -- or we |
| 13:15:46 | 11 | contact sitters to see if anybody else can take that |
| 13:15:52 | 12 | stay. |
| 13:15:57 | 13 | BY MR. TIDRICK: |
| 13:15:58 | 14 | Q.  Who at Rover does that? |
| 13:16:04 | 15 | A.  I'm not sure specifically right now. |
| 13:16:09 | 16 | It's -- it's agents.  It's operations agents who at |
| 13:16:18 | 17 | one point in time did, but I'm not sure who does it |
| 13:16:21 | 18 | now. |
| 13:16:23 | 19 | Q.  So those were human beings, not some sort |
| 13:16:26 | 20 | of machine algorithm? |
| 13:16:28 | 21 | A.  That's correct. |
| 13:16:30 | 22 | Q.  Do you have any understanding how Rover |
| 13:16:32 | 23 | identifies potential replacement service providers? |
| 13:16:37 | 24 | A.  I don't know. |
| 13:16:44 | 25 | Q.  Does Rover allow the service provider |

30(b)(6) - Derek Chang - December 18, 2020

Page 112

| | | |
|---|---|---|
| 13:42:14 | 1 | Does Rover have a department that has |
| 13:42:18 | 2 | responsibility for classification of workers as |
| 13:42:25 | 3 | either employees or independent contractors? |
| 13:42:30 | 4 | MR. LeCRONE: Again, calls for a legal |
| 13:42:31 | 5 | conclusion, vague and ambiguous, lacks foundation. |
| 13:42:36 | 6 | THE WITNESS: Can you read that back again |
| 13:42:38 | 7 | for me, please. |
| 13:42:39 | 8 | MR. TIDRICK: Court reporter? |
| 13:42:48 | 9 | (The record was read by the reporter.) |
| 13:43:05 | 10 | THE WITNESS: And can you say that again, |
| 13:43:06 | 11 | that first part of that sentence again one more |
| 13:43:09 | 12 | time, please. I'm sorry. |
| 13:43:10 | 13 | MR. TIDRICK: Could you read it back, |
| 13:43:11 | 14 | please. |
| 13:43:19 | 15 | (The record was read by the reporter.) |
| 13:43:24 | 16 | THE WITNESS: No, we don't have a |
| 13:43:26 | 17 | department dedicated towards that. |
| 13:43:31 | 18 | BY MR. TIDRICK: |
| 13:43:32 | 19 | Q. Do you have familiarity with the terms |
| 13:43:34 | 20 | "independent contractor" and "employee"? |
| 13:43:38 | 21 | A. To the extent I've heard the term, yes. |
| 13:43:48 | 22 | Q. Rover classified Sportsman as an |
| 13:43:53 | 23 | independent contractor, correct? |
| 13:43:56 | 24 | A. I don't believe that's true. She -- she |
| 13:44:03 | 25 | would have been a user of our website, not a |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 13:44:07 | 1 | contractor. |
| 13:44:19 | 2 | Q.  Did Rover classify Sportsman as an |
| 13:44:23 | 3 | employee? |
| 13:44:23 | 4 | MR. LeCRONE:  Again, calls for a legal |
| 13:44:25 | 5 | conclusion, lacks foundation, calls for speculation, |
| 13:44:31 | 6 | vague an ambiguous. |
| 13:44:32 | 7 | THE WITNESS:  As I mentioned earlier, she |
| 13:44:34 | 8 | would have been a user of our website. |
| 13:44:59 | 9 | BY MR. TIDRICK: |
| 13:44:59 | 10 | Q.  Rover has numerous workers that it |
| 13:45:02 | 11 | classifies as employees, correct? |
| 13:45:06 | 12 | MR. LeCRONE:  Vague and ambiguous; again, |
| 13:45:09 | 13 | lacks foundation, calls for speculation, and |
| 13:45:13 | 14 | certainly is outside the scope of the topics in this |
| 13:45:18 | 15 | PMK deposition. |
| 13:45:19 | 16 | THE WITNESS:  Are you asking me does Rover |
| 13:45:21 | 17 | generally have employees? |
| | 18 | BY MR. TIDRICK: |
| 13:45:23 | 19 | Q.  Yes. |
| 13:45:23 | 20 | A.  Yes, Rover has employees. |
| 13:45:27 | 21 | Q.  For example, the agents that you were |
| 13:45:29 | 22 | describing earlier who conduct the reviews of |
| 13:45:32 | 23 | information provided by the prospective pet care |
| 13:45:35 | 24 | providers, those individuals are employees of Rover, |
| 13:45:39 | 25 | correct? |

| | | |
|---|---|---|
| 13:45:39 | 1 | A.   Yeah.   We have operations agents who are |
| 13:45:48 | 2 | employees. |
| 13:45:44 | 3 | Q.   Do you have any understanding who in the |
| 13:45:46 | 4 | organization made the decision that those |
| 13:45:53 | 5 | individuals were employees, as opposed to |
| 13:45:59 | 6 | independent contractors? |
| 13:46:01 | 7 | MR. LeCRONE:   Again, vague and ambiguous, |
| 13:46:03 | 8 | lacks foundation, calls for speculation, calls for a |
| 13:46:11 | 9 | legal conclusion. |
| 13:46:11 | 10 | THE WITNESS:   I don't know whether or not |
| 13:46:13 | 11 | there was any overt decision on that in the first |
| 13:46:20 | 12 | place.   And I do not know -- if that were the case, |
| 13:46:24 | 13 | I do not know who that would be.   But -- I don't |
| 13:46:28 | 14 | even know if that was -- that is something that is |
| 13:46:31 | 15 | decided or thought. |
| 13:46:37 | 16 | BY MR. TIDRICK: |
| 13:46:38 | 17 | Q.   Do you have responsibility for hiring |
| 13:46:39 | 18 | people who work under you in the organization? |
| 13:46:44 | 19 | A.   Yes. |
| 13:46:50 | 20 | Q.   Are you given discretion by the company |
| 13:46:53 | 21 | whether someone who is working under you is an |
| 13:46:58 | 22 | independent contractor or an employee? |
| 13:47:01 | 23 | MR. LeCRONE:   Calls for a legal conclusion, |
| 13:47:02 | 24 | vague and ambiguous, lacks foundation. |
| 13:47:11 | 25 | THE WITNESS:   The people that I hire are |

30(b)(6) - Derek Chang - December 18, 2020

Page 115

| | | |
|---|---|---|
| 13:47:15 | 1 | employees.  I'm not sure if that answers your |
| 13:47:18 | 2 | question.  But I -- people we hire as Rover |
| 13:47:21 | 3 | employees are Rover employees. |
| 13:47:24 | 4 | BY MR. TIDRICK: |
| 13:47:27 | 5 | Q.   What I'm getting at is, when you, |
| 13:47:31 | 6 | Mr. Chang, make a decision, "All right, this is |
| 13:47:33 | 7 | somebody I want to hire," does the organization give |
| 13:47:39 | 8 | you discretion whether this new hire is going to be |
| 13:47:41 | 9 | a 1099 contractor or a W-2 employee?  Is that a |
| 13:47:45 | 10 | choice that you make or is that a choice that |
| 13:47:47 | 11 | someone else has made in the organization? |
| 13:47:52 | 12 | A.   It's not a choice -- it's not a choice |
| 13:47:57 | 13 | that's made.   Yeah. |
| 13:48:07 | 14 | Q.   Are you saying that's not a choice that you |
| 13:48:09 | 15 | make or that's not a choice that anyone makes? |
| 13:48:11 | 16 | A.   It's both.  It's -- when I hire somebody, I |
| 13:48:14 | 17 | fire somebody, I'm not making any decision point |
| 13:48:17 | 18 | there.  And same elsewhere.  I -- I'm not sure I |
| 13:48:26 | 19 | fully understand your question.  But I'm -- all I |
| 13:48:28 | 20 | can really say is, like, when we hire somebody that |
| 13:48:33 | 21 | works at Rover, then they're an employee.  There's |
| 13:48:37 | 22 | no discussion or decision around that.  They're just |
| 13:48:40 | 23 | hired as a person who works at Rover. |
| 13:48:45 | 24 | Q.   Does Rover issue 1099s to anyone? |
| 13:48:48 | 25 | MR. LeCRONE:  Calls for speculation, lacks |

30(b)(6) - Derek Chang - December 18, 2020

Page 123

| | | |
|---|---|---|
| 13:59:40 | 1 | Q. Oh, did you -- did you identify a CMO, |
| 13:59:43 | 2 | Bill -- |
| | 3 | A. Yeah. |
| 13:59:43 | 4 | Q. Bill -- is it Bill Kong? |
| 13:59:45 | 5 | A. Yeah, Bill Kong would be the -- like the |
| 13:59:49 | 6 | chief marketing officer, and then there's people in |
| 13:59:52 | 7 | his team. So I don't know who the director is. |
| 13:59:55 | 8 | Q. Is it your understanding that -- that Bill |
| 13:59:57 | 9 | Kong's department at Rover is the department |
| 14:00:02 | 10 | responsible for advertising? |
| 14:00:04 | 11 | A. Yes. |
| 14:00:10 | 12 | MR. LeCRONE: Counsel, would it be possible |
| 14:00:12 | 13 | to take a short restroom break? |
| 14:00:14 | 14 | MR. TIDRICK: Sure. Yeah. You going to |
| 14:00:17 | 15 | make it ten minutes? |
| 14:00:18 | 16 | MR. LeCRONE: Yeah, that would be fine. |
| 14:00:19 | 17 | MR. TIDRICK: Okay. |
| 14:00:19 | 18 | THE VIDEOGRAPHER: Please stand by. The |
| 14:00:21 | 19 | time is 5:00 p.m. Eastern, and we're going off the |
| 14:00:24 | 20 | record. |
| 14:09:27 | 21 | (Recess taken.) |
| 14:15:58 | 22 | THE VIDEOGRAPHER: The time is 5:16 p.m. |
| 14:16:13 | 23 | Eastern, and we're back on record. |
| 14:16:18 | 24 | BY MR. TIDRICK: |
| 14:16:19 | 25 | Q. Mr. Chang, with respect to the "Meet the |

| | | |
|---|---|---|
| 14:16:24 | 1 | Dog People" advertising campaign, did Rover approve |
| 14:16:28 | 2 | the contents of each ad before it aired? |
| 14:16:36 | 3 | A. I don't personally know, but I would expect |
| 14:16:39 | 4 | that we would have. |
| 14:16:41 | 5 | Q. That would be the company's practice, |
| 14:16:43 | 6 | right? |
| 14:16:45 | 7 | A. Yes. |
| 14:16:50 | 8 | Q. Do you have any understanding what the |
| 14:16:51 | 9 | Rover guarantee is? |
| 14:16:56 | 10 | A. Yes, I do. |
| 14:16:57 | 11 | Q. What is the Rover guarantee? |
| 14:17:02 | 12 | A. It is -- it offers pet care for any pets |
| 14:17:10 | 13 | that might get injured, and it offers coverage for |
| 14:17:16 | 14 | any owner property damage or for any third-party |
| 14:17:21 | 15 | damages that might have occurred related to a stay. |
| 14:17:27 | 16 | Q. Why does Rover have the Rover guarantee? |
| 14:17:33 | 17 | MR. LeCRONE: Objection; calls for a legal |
| 14:17:36 | 18 | conclusion, lacks foundation, calls for speculation. |
| 14:17:42 | 19 | THE WITNESS: It's -- it's something that I |
| 14:17:47 | 20 | haven't gone down and asked somebody why exactly, |
| 14:17:53 | 21 | but in general it's something that -- I mentioned |
| 14:17:57 | 22 | earlier about how we're an online marketplace and we |
| 14:18:00 | 23 | have owners and sitters who are using it, and we |
| 14:18:05 | 24 | want the marketplace to be a place where people have |
| 14:18:08 | 25 | peace of mind and can come and where sitters can |

| | | |
|---|---|---|
| 14:18:10 | 1 | provide their pet services with as little worry as |
| 14:18:14 | 2 | possible, and same thing from the owners' side.  And |
| 14:18:18 | 3 | so that is designed to try and do that.  It's like |
| 14:18:20 | 4 | a -- like a feature, or something, that we provide |
| 14:18:24 | 5 | as a service so that people want to use our |
| 14:18:27 | 6 | marketplace. |
| 14:18:31 | 7 | BY MR. TIDRICK: |
| 14:18:32 | 8 | Q.  Is the Rover guarantee a guarantee to pet |
| 14:18:39 | 9 | owners only or also to pet care providers? |
| 14:18:47 | 10 | MR. LeCRONE:  Calls for a legal conclusion, |
| 14:18:49 | 11 | lacks foundation, calls for speculation. |
| 14:18:55 | 12 | THE WITNESS:  When you say guarantee to |
| 14:19:01 | 13 | owners, is there a specific part that you mean about |
| 14:19:04 | 14 | that? |
| 14:19:04 | 15 | BY MR. TIDRICK: |
| 14:19:05 | 16 | Q.  Well, I was just, frankly, a little |
| 14:19:08 | 17 | confused with your last answer.  I'm trying to |
| 14:19:12 | 18 | understand better what the Rover guarantee is.  When |
| 14:19:17 | 19 | I read the Rover guarantee, it -- to me it read like |
| 14:19:20 | 20 | something that was being presented to pet owners. |
| 14:19:25 | 21 | Is the Rover guarantee a guarantee to pet owners? |
| 14:19:31 | 22 | MR. LeCRONE:  Same objections. |
| 14:19:33 | 23 | THE WITNESS:  It's -- and feel free to, |
| 14:19:38 | 24 | like, ask and clarify this, but, like, it's -- |
| 14:19:41 | 25 | there's the different pieces that I mentioned.  So |

30(b)(6) – Derek Chang – December 18, 2020

| | | |
|---|---|---|
| 14:19:43 | 1 | it is for the pets of owners or sitters who may have |
| 14:19:49 | 2 | gotten -- that might need vet care during -- as a |
| 14:19:52 | 3 | result of a stay or any third-party people that |
| 14:19:57 | 4 | might have damages during a stay or owner damage to |
| 14:20:06 | 5 | their property.  It depends on which part you're |
| 14:20:10 | 6 | talking about. |
| 14:20:10 | 7 | BY MR. TIDRICK: |
| 14:20:11 | 8 |     Q.  So for identification purposes, I'll |
| 14:20:15 | 9 | present another document as Exhibit 8. |
| 14:20:32 | 10 |     (Deposition Exhibit 8 was marked for |
| | 11 | identification.) |
| 14:20:32 | 12 | BY MR. TIDRICK: |
| 14:20:32 | 13 |     Q.  For identification purposes, Exhibit 8 is a |
| 14:20:35 | 14 | three-page document produced with the Bates numbers |
| 14:20:38 | 15 | ROVER_000525 through ROVER_000527. |
| 14:20:48 | 16 |     A.  Yep.  I have that here. |
| 14:20:56 | 17 |     Q.  Is Exhibit 8 the Rover guarantee? |
| 14:21:01 | 18 |     A.  Can you give me a sec to read through this? |
| 14:21:04 | 19 |     Q.  Certainly. |
| 14:23:26 | 20 |     A.  Okay.  I've read through this. |
| 14:23:29 | 21 |     Q.  Is Exhibit 8 the Rover guarantee? |
| 14:23:32 | 22 |     A.  Yes, this is the Rover guarantee. |
| 14:23:37 | 23 |     Q.  New topic, Rover Cards.  Are Rover Cards |
| 14:23:44 | 24 | something that you're familiar with? |
| 14:23:45 | 25 |     A.  Yes. |

| | | |
|---|---|---|
| 14:23:46 | 1 | Q.   What are Rover Cards? |
| 14:23:48 | 2 | A.   It's a feature that's available so that if |
| 14:23:52 | 3 | somebody takes a dog for a walk and wants to send |
| 14:23:57 | 4 | the owner a little map of where they went and where |
| 14:24:03 | 5 | their dog peed and pooped, they can do that and send |
| 14:24:08 | 6 | that to them as a thing to feature for both our |
| 14:24:11 | 7 | sitters and owners.  Our owners like to be able to |
| 14:24:14 | 8 | see that, and it's something that our sitters |
| 14:24:16 | 9 | sometimes do. |
| 14:24:20 | 10 | Q.   Is that why Rover created the Rover Cards, |
| 14:24:23 | 11 | because it's something that the pet owners like? |
| 14:24:26 | 12 | MR. LeCRONE:  Calls for speculation, lacks |
| 14:24:27 | 13 | foundation, vague and ambiguous. |
| 14:24:29 | 14 | THE WITNESS:  I don't know the exact |
| 14:24:33 | 15 | origins of it, but that would not surprise me. |
| 14:24:37 | 16 | BY MR. TIDRICK: |
| 14:24:38 | 17 | Q.   Have Rover Cards been around throughout the |
| 14:24:39 | 18 | time that you've been with Rover? |
| 14:24:42 | 19 | A.   Yes, they have. |
| 14:24:44 | 20 | Q.   And just switching back for a sec to the |
| 14:24:46 | 21 | Rover guarantee, the Rover guarantee has been around |
| 14:24:50 | 22 | at least throughout the time that you've been with |
| 14:24:52 | 23 | the company, correct? |
| 14:24:54 | 24 | A.   That's right. |
| 14:24:56 | 25 | Q.   Switching back again to Rover Cards, I'm |

Page 128

| | | |
|---|---|---|
| 14:25:03 | 1 | going to send another exhibit. |
| 14:25:23 | 2 | (Deposition Exhibit 9 was marked for |
| 14:25:24 | 3 | identification.) |
| 14:25:24 | 4 | BY MR. TIDRICK: |
| 14:25:26 | 5 | Q. Exhibit 9 for identification purposes. |
| 14:25:29 | 6 | Exhibit 9 is a seven-page document produced with |
| 14:25:32 | 7 | Bates numbers ROVER_000528 through 534. |
| 14:25:46 | 8 | A. I have this. |
| 14:25:46 | 9 | Q. Is Exhibit 9 a document that you're |
| 14:25:49 | 10 | familiar with? |
| 14:25:50 | 11 | A. Just give me a second. I'll scan it here. |
| 14:26:02 | 12 | I'm not familiar with this document. |
| 14:26:09 | 13 | Q. Let me just ask you about a few things in |
| 14:26:14 | 14 | the document to verify whether they're accurate. |
| 14:26:17 | 15 | So at the second page, Bates number 529, |
| 14:26:23 | 16 | the second full paragraph, starting with the word |
| 14:26:27 | 17 | "Similar," there's the statement "when you complete |
| 14:26:33 | 18 | a stay, you also complete what's called a Rover |
| 14:26:43 | 19 | Card." |
| 14:26:46 | 20 | A. I see that. |
| 14:26:48 | 21 | Q. Is -- does Rover expect the pet care |
| 14:26:57 | 22 | providers to provide the pet owners with Rover |
| 14:27:01 | 23 | Cards? |
| 14:27:01 | 24 | A. No, the -- it's the sitter's decision on |
| 14:27:05 | 25 | whether or not they want to use that feature and |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 14:27:08 | 1 | give that to the owners. |
| 14:27:13 | 2 | Q.   From Rover's standpoint and from Rover's |
| 14:27:19 | 3 | perspective, it's always optional? |
| 14:27:25 | 4 | MR. LeCRONE:  Calls for speculation, lacks |
| 14:27:29 | 5 | foundation, vague and ambiguous. |
| 14:27:31 | 6 | THE WITNESS:  To -- to my knowledge, yes. |
| 14:27:36 | 7 | It's something that's optional for -- for the |
| 14:27:39 | 8 | sitters. |
| 14:27:40 | 9 | BY MR. TIDRICK: |
| 14:27:40 | 10 | Q.   Are there any circumstances you're aware of |
| 14:27:43 | 11 | where Rover requires that pet care providers provide |
| 14:27:45 | 12 | the pet owners with Rover Cards? |
| 14:27:49 | 13 | A.   Not -- no. |
| 14:28:05 | 14 | Q.   Also in Exhibit 9, that second full |
| 14:28:10 | 15 | paragraph on page ROVER_000529, I'm excerpting from |
| 14:28:23 | 16 | that paragraph.  There's a sentence that says, "As |
| 14:28:29 | 17 | you may already be familiar with, Rover Cards |
| 14:28:32 | 18 | include a number of pieces of information:  how many |
| 14:28:35 | 19 | times the dog has peed and pooped, food and water |
| 14:28:39 | 20 | activity, a map, photos, and a stay summary, written |
| 14:28:44 | 21 | by you specifically for your clients!" |
| 14:28:48 | 22 | Is that a fair description of what Rover |
| 14:28:56 | 23 | Cards are designed to provide by way of information? |
| 14:29:02 | 24 | MR. LeCRONE:  Vague and ambiguous. |
| 14:29:11 | 25 | THE WITNESS:  That sentence is -- that |

| | | |
|---|---|---|
| 14:29:17 | 1 | sentence is representative of what a Rover Card |
| 14:29:21 | 2 | could add on it or include in it. |
| 14:29:27 | 3 | BY MR. TIDRICK: |
| 14:29:27 | 4 | Q.  Do Rover Cards have sections for each of |
| 14:29:32 | 5 | those topics? |
| 14:29:35 | 6 | A.  I do not know. |
| 14:29:40 | 7 | Q.  Who at the company would know that? |
| 14:29:52 | 8 | A.  I don't know, actually, off the top of my |
| 14:30:07 | 9 | head. |
| 14:30:07 | 10 | Q.  Did you do anything to prepare to testify |
| 14:30:09 | 11 | on the topic of Rover Cards? |
| 14:30:13 | 12 | A.  No, I didn't do anything specifically about |
| 14:30:17 | 13 | Rover Cards. |
| 14:30:28 | 14 | Q.  Do you have any understanding what a Rover |
| 14:30:30 | 15 | Card form looks like? |
| 14:30:35 | 16 | A.  Can you explain what "form" is? |
| 14:30:39 | 17 | Q.  Well, that's -- that's a great question. |
| 14:30:43 | 18 | Is there a Rover Card form? |
| 14:30:49 | 19 | A.  I don't know. |
| 14:31:08 | 20 | Q.  And even if you're not specific with regard |
| 14:31:11 | 21 | to a particular person who would know, is there a |
| 14:31:15 | 22 | department or unit at Rover that has responsibility |
| 14:31:20 | 23 | for Rover Cards generally? |
| 14:31:25 | 24 | A.  I don't know which department, if there is |
| 14:31:31 | 25 | one, that oversees Rover Cards.  I haven't thought |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 14:38:13 | 1 | because that manager has recently left Rover.  So |
| 14:38:18 | 2 | it's actually an open spot. |
| 14:38:22 | 3 | Q.  What's the name of the person who was in |
| 14:38:24 | 4 | that position? |
| 14:38:25 | 5 | A.  Her name was Ciara.  And her last name |
| 14:38:36 | 6 | was -- or is Mielke. |
| 14:38:38 | 7 | Q.  Can you spell that? |
| 14:38:40 | 8 | A.  Yeah.  It's M-I-E-L-K-E. |
| 14:38:50 | 9 | Q.  Was she based in the Seattle area last you |
| 14:38:52 | 10 | knew? |
| 14:38:53 | 11 | A.  She was in Spokane. |
| 14:39:00 | 12 | Q.  How many people work in the customer |
| 14:39:02 | 13 | support department at Rover? |
| 14:39:22 | 14 | A.  I'm just thinking about like -- it's small |
| 14:39:25 | 15 | right now from our kind of manager layer.  There's |
| 14:39:28 | 16 | like open head and then two leads.  So there's like |
| 14:39:31 | 17 | three people.  And then there's agents that -- that |
| 14:39:36 | 18 | are part of that also. |
| 14:39:38 | 19 | Q.  Are those the same agents that you referred |
| 14:39:41 | 20 | to earlier? |
| 14:39:47 | 21 | A.  They are -- are they the same ones?  No, |
| 14:39:52 | 22 | they're different agents. |
| 14:39:57 | 23 | Q.  And just so we're clear, I think I |
| 14:39:59 | 24 | understand what you're saying.  Earlier today you |
| 14:40:01 | 25 | described agents who work under you who are |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 14:40:04 | 1 | responsible for reviewing information from |
| 14:40:09 | 2 | prospective pet care providers.  Those individuals |
| 14:40:12 | 3 | are separate from the approximately three people in |
| 14:40:17 | 4 | the customer support department, correct? |
| 14:40:19 | 5 | A.  Yeah.  They have -- they would be separate |
| 14:40:22 | 6 | people.  And just -- I just want to make sure I'm |
| 14:40:27 | 7 | clear on how it works.  Like we have, you know, the |
| 14:40:30 | 8 | people who we were talking about earlier who process |
| 14:40:36 | 9 | the profiles.  They are separate.  There are some |
| 14:40:40 | 10 | instances where they'll do some customer support |
| 14:40:42 | 11 | work, but that's not their primary role. |
| 14:40:50 | 12 | Q.  The agents who review information from the |
| 14:40:56 | 13 | prospective pet care providers, do those individuals |
| 14:41:03 | 14 | provide any customer support services to pet owners? |
| 14:41:13 | 15 | A.  When you say provide information to pet |
| 14:41:19 | 16 | care providers, you mean like the information that |
| 14:41:21 | 17 | we were talking about earlier? |
| 14:41:23 | 18 | Q.  No.  And I might have misspoken, so let |
| 14:41:26 | 19 | me -- let me try this again. |
| 14:41:27 | 20 | The -- the approximately three people who |
| 14:41:33 | 21 | are in what you describe as the customer support |
| 14:41:36 | 22 | department, do those individuals in that customer |
| 14:41:42 | 23 | support department interact exclusively with pet |
| 14:41:46 | 24 | owners? |
| 14:41:48 | 25 | A.  Our -- we think about our marketplace as, |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 14:41:53 | 1 | you know, we offer support or -- we offer service to |
| | 2 | both owners and sitters, so we have people that -- |
| 14:42:09 | 3 | (Discussion off the record.) |
| 14:42:09 | 4 | (The record was read by the reporter.) |
| 14:42:09 | 5 | THE WITNESS:  Okay.  Start -- pick it up |
| 14:42:13 | 6 | from there, is that what you're saying, Reporter? |
| 14:42:16 | 7 | (Discussion off the record.) |
| 14:42:16 | 8 | THE WITNESS:  We offer service to both |
| 14:42:21 | 9 | owners and sitters, and so we have people that |
| 14:42:25 | 10 | provide support to both owners and sitters, both, |
| 14:42:32 | 11 | not just -- not just one. |
| 14:42:35 | 12 | BY MR. TIDRICK: |
| 14:42:35 | 13 | Q.  How long has Rover had a customer support |
| 14:42:38 | 14 | department? |
| 14:42:40 | 15 | MR. LeCRONE:  Calls for speculation, lacks |
| 14:42:42 | 16 | foundation. |
| 14:42:45 | 17 | THE WITNESS:  I don't know.  We've had one |
| 14:42:48 | 18 | as long as I've been at Rover, and before me, but I |
| 14:42:53 | 19 | don't know how long it's been in place. |
| 14:43:00 | 20 | BY MR. TIDRICK: |
| 14:43:02 | 21 | Q.  Rover offers refunds to pet owners when |
| 14:43:04 | 22 | services are substandard; is that correct? |
| 14:43:08 | 23 | MR. LeCRONE:  Vague and ambiguous, calls |
| 14:43:15 | 24 | for speculation. |
| 14:43:15 | 25 | THE WITNESS:  We don't offer refunds to |

| | | |
|---|---|---|
| 14:43:19 | 1 | people if -- when you're talking about when -- I |
| 14:43:24 | 2 | think you said care is substandard.  That is |
| 14:43:28 | 3 | where -- because it is between the service provided |
| 14:43:33 | 4 | by the sitters for owners that the owners go to the |
| 14:43:36 | 5 | sitters if there is a dispute about that. |
| 14:43:44 | 6 | BY MR. TIDRICK: |
| 14:43:45 | 7 | Q.  Could you open up the Exhibit 5 document, |
| 14:43:49 | 8 | please.  This is the terms of service again.  And |
| 14:43:55 | 9 | specifically if you could turn to page 12 -- sorry, |
| 14:44:00 | 10 | page 7 of that.  It's the page that has the Bates |
| 14:44:05 | 11 | number 509 at the bottom. |
| 14:44:11 | 12 | A.  Yeah. |
| 14:44:21 | 13 | Q.  So in section 10.5 of the Exhibit 5 terms |
| 14:44:27 | 14 | of service, four bullet points down is a paragraph |
| 14:45:19 | 15 | headed "Refunds for Substandard Services."  It says, |
| 14:44:40 | 16 | "If we determine in our reasonable discretion that a |
| 14:44:45 | 17 | Service Provider has failed to provide Pet Care |
| 14:44:49 | 18 | Services in accordance with our guidelines and |
| 14:44:52 | 19 | policies on the Site or these terms then we may, in |
| 14:44:56 | 20 | our reasonable discretion, cancel a Booking and |
| 14:45:01 | 21 | issue a full or partial refund to a Pet Owner." |
| 14:45:06 | 22 | My question for you is, is that statement |
| 14:45:10 | 23 | an accurate description of Rover's practices? |
| 14:45:17 | 24 | A.  I don't know if I would describe that as |
| 14:45:22 | 25 | accurate or not.  I'll explain that.  In the |

| | | |
|---|---|---|
| 14:49:08 | 1 | includes this statement in its terms? |
| 14:49:11 | 2 | MR. LeCRONE:  Again, lacks foundation, |
| 14:49:13 | 3 | calls for speculation, vague and ambiguous. |
| 14:49:18 | 4 | THE WITNESS:  Yeah, again, I'm not a |
| 14:49:20 | 5 | lawyer.  I'm not sure why this is here. |
| 14:49:31 | 6 | BY MR. TIDRICK: |
| 14:49:32 | 7 | Q.  In your experience, have you ever heard |
| 14:49:34 | 8 | about a pet owner contacting Rover and asking for a |
| 14:49:42 | 9 | refund? |
| 14:49:42 | 10 | A.  I can't think of a particular instance |
| 14:49:47 | 11 | specifically around that.  But that's not, like, a |
| 14:49:53 | 12 | scenario that I would expect would not have -- that |
| 14:49:56 | 13 | would never have occurred.  Like I could totally see |
| 14:50:00 | 14 | somebody calling us and saying, "I want a refund." |
| 14:50:06 | 15 | Q.  I'm just surprised that in the terms |
| 14:50:09 | 16 | there's actually a section that's called "Refunds |
| 14:50:11 | 17 | for Substandard Services," and it talks about |
| 14:50:14 | 18 | issuing a full or partial refund, but it sounds like |
| 14:50:19 | 19 | that's not something that you in fact offer.  You |
| 14:50:22 | 20 | don't offer refunds.  You offer credits.  Is that |
| 14:50:25 | 21 | right? |
| 14:50:26 | 22 | MR. LeCRONE:  Misstates the witness's |
| 14:50:28 | 23 | testimony, argumentative. |
| 14:50:32 | 24 | THE WITNESS:  What I said was, in that |
| 14:50:34 | 25 | particular scenario that you mention, where somebody |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 14:50:37 | 1 | might say that something was substandard, we would |
| 14:50:41 | 2 | refer them to the -- so if an owner, in that |
| 14:50:46 | 3 | example, called us and said, "I want a refund," we |
| 14:50:49 | 4 | would refer them to the sitter, because that's who |
| 14:50:52 | 5 | their services are that they've arranged with, and |
| 14:50:56 | 6 | have them work it out, and if they weren't able to |
| 14:51:02 | 7 | and -- as part of our service, to try to support our |
| 14:51:07 | 8 | owners and sitters, quite honestly, we would -- we |
| 14:51:11 | 9 | may -- and that's where I'd said like maybe an -- |
| 14:51:14 | 10 | one of the agents or supes may decide that they want |
| 14:51:19 | 11 | to issue a gesture, a different word than refund. |
| 14:51:23 | 12 | Whether it's technically the same or not, I'm not |
| 14:51:25 | 13 | sure, but I'm just telling that's how it works. |
| 14:51:31 | 14 | BY MR. TIDRICK: |
| 14:51:31 | 15 | Q.   Are you aware of any handbook or documents |
| 14:51:36 | 16 | that the customer service agents have access to that |
| 14:51:43 | 17 | tells them what to do or gives them guidance for |
| 14:51:46 | 18 | what to do if someone calls in asking for a refund? |
| 14:51:50 | 19 | A.   I don't know if there's a specific guide or |
| 14:51:53 | 20 | handbook.  But I do know it's generally accepted |
| 14:51:58 | 21 | practice to go and do what I just said. |
| 14:52:17 | 22 | Q.   With respect to the reservation protection, |
| 14:52:24 | 23 | the Rover guarantee, this statement in the terms |
| 14:52:30 | 24 | about "Refunds for Substandard Services," is it fair |
| 14:52:35 | 25 | to say that Rover provides these services to provide |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 14:52:40 | 1 | and create loyalty among the pet owners to come back |
| 14:52:49 | 2 | to Rover for future services? |
| 14:52:51 | 3 | MR. LeCRONE:  Vague and ambiguous, |
| 14:52:59 | 4 | compound. |
| 14:52:59 | 5 | THE WITNESS:  Could you repeat the |
| 14:53:00 | 6 | question, court reporter?  I just want to make sure |
| 14:53:01 | 7 | I got those elements right that he mentioned. |
| 14:53:19 | 8 | (The record was read by the reporter.) |
| 14:53:24 | 9 | THE WITNESS:  I -- I would describe it -- |
| 14:53:26 | 10 | you know, with respect to those elements that were |
| 14:53:28 | 11 | in the question, I would describe it as we're trying |
| 14:53:33 | 12 | to create a good experience within our marketplace, |
| 14:53:38 | 13 | and we want -- we want both owners to have great |
| 14:53:43 | 14 | experience, service, and support; we want our |
| 14:53:46 | 15 | sitters to provide great service, experience, and |
| 14:53:48 | 16 | support.  And just an example of that is the one we |
| 14:53:51 | 17 | talked about earlier around reservation protection. |
| 14:53:54 | 18 | That's good for sitters, and that's good for owners. |
| 14:53:56 | 19 | And just broadly, that's kind of what we're trying |
| 14:54:00 | 20 | to achieve. |
| 14:54:05 | 21 | BY MR. TIDRICK: |
| 14:54:06 | 22 | Q.  Let me show you another -- |
| 14:54:07 | 23 | A.  Can I ask you one thing, too?  Not now, but |
| 14:54:10 | 24 | maybe in the next logical break could we take a |
| 14:54:12 | 25 | break also, just so I can go to the bathroom, |

30(b)(6) - Derek Chang - December 18, 2020

Page 144

| | | |
|---|---|---|
| 14:54:14 | 1 | just -- I don't -- just need like five minutes. |
| 14:54:16 | 2 | Q.  Yeah.  We can do that now. |
| 14:54:17 | 3 | A.  You want to do it now or wait? |
| 14:54:19 | 4 | Q.  Now is fine. |
| 14:54:19 | 5 | A.  Okay.  Thanks. |
| 14:54:20 | 6 | THE VIDEOGRAPHER:  Please stand by.  The |
| 14:54:22 | 7 | time is 5:54 p.m. Eastern, and we're going off the |
| 14:54:26 | 8 | record. |
| 14:58:40 | 9 | (Recess taken.) |
| 14:58:44 | 10 | THE VIDEOGRAPHER:  The time is 5:58 p.m. |
| 14:58:53 | 11 | Eastern, and we're back on record. |
| 14:58:55 | 12 | BY MR. TIDRICK: |
| 14:58:55 | 13 | Q.  I'm going to show you another document, |
| 14:58:59 | 14 | Exhibit 11. |
| | 15 | (Deposition Exhibit 11 was marked for |
| | 16 | identification.) |
| 14:59:18 | 17 | BY MR. TIDRICK: |
| 14:59:18 | 18 | Q.  Exhibit 11 is a one-page document Bates |
| 14:59:21 | 19 | numbered MILLER 158. |
| 14:59:26 | 20 | Mr. Chang, is this a document you're |
| 14:59:29 | 21 | familiar with? |
| 14:59:30 | 22 | A.  I am not familiar with this document. |
| 14:59:34 | 23 | Q.  Do you have any understanding about the |
| 14:59:36 | 24 | custom business cards for pet care providers that |
| 14:59:41 | 25 | Rover makes available? |

30(b)(6) - Derek Chang - December 18, 2020

Page 145

| | | |
|---|---|---|
| 14:59:42 | 1 | A.   Yeah, I'm aware of them. |
| 14:59:47 | 2 | Q.   Does the image on Exhibit 11 accurately |
| 14:59:53 | 3 | reflect what the form of the Rover custom business |
| 15:00:00 | 4 | card for dog care providers looks like? |
| 15:00:03 | 5 | A.   I'm actually not sure, because I haven't |
| 15:00:07 | 6 | seen it, so it's hard for me to kind of verify that. |
| 15:00:11 | 7 | It doesn't look like -- based on what I know, it |
| 15:00:13 | 8 | doesn't look like it's not true, but I -- I don't |
| 15:00:15 | 9 | know.  I couldn't verify that. |
| 15:00:17 | 10 | Q.   Did you do anything to prepare to testify |
| 15:00:20 | 11 | about Rover business cards? |
| 15:00:24 | 12 | A.   No. |
| 15:00:26 | 13 | Q.   Have the Rover business cards been around |
| 15:00:30 | 14 | throughout the time that you've been with Rover? |
| 15:00:33 | 15 | A.   I don't know if they have or not.  I think |
| 15:00:35 | 16 | so.  I think they were around when I started, but |
| 15:00:37 | 17 | I'm not sure. |
| 15:00:38 | 18 | Q.   And you understand I'm talking about cards |
| 15:00:42 | 19 | for the pet care providers.  You understand that, |
| 15:00:46 | 20 | right? |
| 15:00:46 | 21 | A.   Yeah, these cards that you're referring to |
| 15:00:48 | 22 | right here, these physical cards. |
| 15:00:50 | 23 | Q.   Right. |
| 15:00:54 | 24 | Do you have any understanding at what point |
| 15:00:56 | 25 | a pet care provider is able to get a Rover.com |

| | | |
|---|---|---|
| 15:01:02 | 1 | business card? |
| 15:01:09 | 2 | A.  I don't know the point at which they can do |
| 15:01:12 | 3 | it.  I think it's once they have a profile, but I'm |
| 15:01:16 | 4 | not sure. |
| 15:01:28 | 5 | Q.  Do you have any understanding why Rover |
| 15:01:30 | 6 | makes these business cards available for pet care |
| 15:01:37 | 7 | providers? |
| 15:01:37 | 8 | A.   We would have made these so that -- it |
| 15:01:41 | 9 | would be as a service for any pet care provider so |
| 15:01:47 | 10 | it could be easy for them to send prospective owners |
| 15:01:52 | 11 | of their services to their particular profile on -- |
| 15:01:57 | 12 | in the Rover marketplace, so that they could direct |
| 15:02:00 | 13 | them there if somebody want to book services with |
| 15:02:04 | 14 | them in the future. |
| 15:02:06 | 15 | Q.   I see in the image of the business cards on |
| 15:02:12 | 16 | Exhibit 11 that there's a place where it says "First |
| 15:02:16 | 17 | Name Last Name," and then lower down it says "My |
| 15:02:18 | 18 | profile," and it has a URL at the Rover website.  Is |
| 15:02:24 | 19 | that URL the URL for the Rover profile of the pet |
| 15:02:33 | 20 | care provider? |
| 15:02:33 | 21 | A.  Yeah, I believe that's the -- the link to |
| 15:02:36 | 22 | how somebody would get to the -- the sitter's |
| 15:02:40 | 23 | profile in the Rover marketplace. |
| 15:02:43 | 24 | Q.  Do you know how the promo code for $20 off |
| 15:02:48 | 25 | works? |

Page 147

| | | |
|---|---|---|
| 15:02:50 | 1 | A.   Not specifically. |
| 15:02:54 | 2 | Q.   Do you know who covers the $20 off? |
| 15:03:01 | 3 | MR. LeCRONE:  Vague and ambiguous as -- as |
| 15:03:03 | 4 | to the word "covers." |
| 15:03:06 | 5 | BY MR. TIDRICK: |
| 15:03:06 | 6 | Q.   Let me be clearer.  The $20 off, is that an |
| 15:03:09 | 7 | amount that's deducted from payment that Rover would |
| 15:03:15 | 8 | otherwise receive? |
| 15:03:17 | 9 | MR. LeCRONE:  Misstates prior testimony. |
| 15:03:20 | 10 | THE WITNESS:  Rover gets paid a fee from |
| 15:03:27 | 11 | the sitters.  I'm not sure whether the $20 is a part |
| 15:03:35 | 12 | of that or not. |
| 15:03:38 | 13 | BY MR. TIDRICK: |
| 15:03:38 | 14 | Q.   Is the promo code required to be part of |
| 15:03:42 | 15 | the card? |
| 15:03:46 | 16 | A.   I do not know that. |
| 15:03:51 | 17 | Q.   Does the pet care provider have the option |
| 15:03:54 | 18 | of having their own website domain name printed on |
| 15:03:59 | 19 | the card? |
| 15:04:00 | 20 | A.   I do not know. |
| 15:04:03 | 21 | Q.   Does the pet care provider have the option |
| 15:04:06 | 22 | of listing some website other than the Rover.com |
| 15:04:11 | 23 | URL? |
| 15:04:13 | 24 | A.   I do not know if that's true or not, |
| 15:04:16 | 25 | although that would surprise me, given this is meant |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 15:04:19 | 1 | to try to send people to the Rover sitter in the |
| 15:04:24 | 2 | Rover market -- to the Rover sitter in the Rover |
| 15:04:29 | 3 | marketplace. |
| 15:04:29 | 4 | Q.  Is a pet care provider allowed to list |
| 15:04:33 | 5 | their own business name on the card, such as a dba |
| 15:04:36 | 6 | or a corporate name? |
| 15:04:38 | 7 | MR. LeCRONE:  Calls for a legal conclusion, |
| 15:04:39 | 8 | vague and ambiguous. |
| 15:04:44 | 9 | THE WITNESS:  I don't know if they are or |
| 15:04:45 | 10 | not.  If they wanted a card that had that, they |
| 15:04:48 | 11 | could easily print those and give those out |
| 15:04:54 | 12 | themselves. |
| 15:04:57 | 13 | BY MR. TIDRICK: |
| 15:04:58 | 14 | Q.  You mean outside of Rover.  I mean, you're |
| 15:05:01 | 15 | just saying somebody could go and have their own -- |
| | 16 | A.  Green card, yeah. |
| 15:05:04 | 17 | Q.  -- business card printed? |
| 15:05:05 | 18 | A.  Yeah. |
| 15:05:06 | 19 | Q.  But you understand what I'm asking.  You |
| 15:05:09 | 20 | know, my question is, look, so the Rover.com |
| 15:05:13 | 21 | business card displayed on Exhibit 11, there's a |
| 15:05:15 | 22 | place where it says "First Name Last Name."  Instead |
| 15:05:18 | 23 | of having the pet care provider's personal name, do |
| 15:05:22 | 24 | they have the option of listing the name of their |
| 15:05:24 | 25 | business there? |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 15:05:25 | 1 | A.   I don't know if that's true or not. |
| 15:05:29 | 2 | Probably not if they're trying to send them to the |
| 15:05:31 | 3 | name for a name on the profile.  But I don't know |
| 15:05:34 | 4 | for sure. |
| 15:05:35 | 5 | Q.   Do you know if the pet care provider has |
| 15:05:38 | 6 | the option of having their personal phone number |
| 15:05:41 | 7 | printed on the card? |
| 15:05:48 | 8 | A.   I do not -- I do not know for sure.  I |
| 15:05:53 | 9 | don't think so, because as part of making sure our |
| 15:05:56 | 10 | online marketplace is safe, we create, I don't know |
| 15:06:02 | 11 | what the term is, but a phone number that isn't |
| 15:06:06 | 12 | their phone number so that they can use that as a |
| 15:06:11 | 13 | way for them to communicate without having to give |
| 15:06:14 | 14 | out their personal information. |
| 15:06:16 | 15 | Q.   And the phone number you're referring to is |
| 15:06:18 | 16 | a phone number that rings at Rover's offices, |
| 15:06:22 | 17 | correct? |
| 15:06:22 | 18 | A.   No, it would be a number that I think it -- |
| 15:06:25 | 19 | I don't know the details, though I think it goes |
| 15:06:27 | 20 | through the app, and it's how they're able to |
| 15:06:30 | 21 | message through.  I don't know if it's a voice or |
| 15:06:31 | 22 | whether it's only messaging.  But that's how they |
| 15:06:35 | 23 | communicate. |
| 15:06:40 | 24 | Q.   I'm going to send another document. |
| | 25 | (Deposition Exhibit 12 was marked for |

30(b)(6) - Derek Chang - December 18, 2020

Page 150

| | | |
|---|---|---|
| 15:06:46 | 1 | identification.) |
| 15:06:46 | 2 | MR. LeCRONE:  Steve, you're teaching me how |
| 15:06:49 | 3 | to do all this on Zoom group chat. |
| 15:06:52 | 4 | MR. TIDRICK:  Well, I'll take that as a |
| 15:06:54 | 5 | compliment. |
| 15:06:54 | 6 | MR. LeCRONE:  It is, isn't it?  I think I |
| 15:06:56 | 7 | said earlier on, I just did a -- it was a two-week |
| 15:07:01 | 8 | trial, and this isn't how we did it.  So I learned |
| 15:07:04 | 9 | something new today.  It was all Zoom, but it wasn't |
| 15:07:08 | 10 | like this. |
| 15:07:09 | 11 | MR. TIDRICK:  Wow. |
| 15:07:13 | 12 | Q.  Hopefully this Exhibit 12 document has |
| 15:07:17 | 13 | popped up. |
| 15:07:18 | 14 | A.  Yeah, I got it. |
| 15:07:19 | 15 | Q.  For identification purposes, Exhibit 12 is |
| 15:07:23 | 16 | a one-page document Bates numbered ROVER_000499. |
| 15:07:29 | 17 | Mr. Chang, is Exhibit 12 a document that |
| 15:07:31 | 18 | you're familiar with? |
| 15:07:34 | 19 | A.  Yes, I have seen this. |
| 15:07:36 | 20 | Q.  What is this document? |
| 15:07:40 | 21 | A.  I think this is a document that is part of |
| 15:07:45 | 22 | information that is set -- that is sent to sitters |
| 15:07:48 | 23 | who are new to the -- to the community and to the |
| 15:07:50 | 24 | marketplace to help explain to them how things work. |
| 15:08:01 | 25 | I think it might be referred to as welcome series, |

30(b)(6) - Derek Chang - December 18, 2020

Page 151

| | | |
|---|---|---|
| 15:08:04 | 1 | maybe. |
| 15:08:08 | 2 | Q.   Fair to say it's designed to orient people |
| 15:08:10 | 3 | who are new to the platform, new pet care providers, |
| 15:08:16 | 4 | information about how the Rover platform works? |
| 15:08:19 | 5 | A.   Yeah. |
| 15:08:20 | 6 | Q.   Is the information in the Exhibit 12 |
| 15:08:22 | 7 | document accurate? |
| 15:08:26 | 8 | A.   Just give me one second.  I'll -- I'll look |
| 15:08:29 | 9 | at this. |
| 15:08:51 | 10 | Yeah, I believe this to be accurate. |
| 15:08:55 | 11 | There's nothing that would lead me to believe not. |
| 15:08:59 | 12 | I'm not intimately familiar with details and all the |
| 15:09:03 | 13 | link-throughs, but, yeah, I think this is accurate, |
| 15:09:06 | 14 | or it would have been accurate at -- whenever this |
| 15:09:07 | 15 | got pulled. |
| 15:09:07 | 16 | Q.   Do you know generally how Rover's search |
| 15:09:11 | 17 | ranking system works? |
| 15:09:14 | 18 | A.   I don't know -- I know generally.  I don't |
| 15:09:16 | 19 | know all the specifics on -- on it. |
| 15:09:19 | 20 | Q.   Do you know why Rover has a search ranking |
| 15:09:23 | 21 | system? |
| | 22 | MR. LeCRONE:  This was asked and answered. |
| 15:09:27 | 23 | (Discussion off the record.) |
| 15:09:27 | 24 | MR. LeCRONE:  I was going to say, I think |
| 15:09:30 | 25 | this has been asked and answered.  I'll allow the |

30(b)(6) - Derek Chang - December 18, 2020

Page 152

| | | |
|---|---|---|
| 15:09:32 | 1 | witness to answer. |
| 15:09:34 | 2 | THE WITNESS:  Court reporter, can you read |
| 15:09:36 | 3 | that back again, please.  Sorry. |
| 15:09:40 | 4 | (The record was read by the reporter.) |
| 15:09:45 | 5 | THE WITNESS:  I don't know all the specific |
| 15:09:46 | 6 | details behind it, but I understand why we would |
| 15:09:49 | 7 | have one, just -- as I talked about earlier around |
| 15:09:53 | 8 | how we have a -- a marketplace where owners can find |
| 15:09:56 | 9 | sitters that may -- that are the best fit for them. |
| 15:09:59 | 10 | BY MR. TIDRICK: |
| 15:10:00 | 11 | Q.  Do I understand correctly that the pet |
| 15:10:04 | 12 | owner first identifies one of the services that's |
| 15:10:08 | 13 | listed on the Rover website or app, and then after |
| 15:10:13 | 14 | the pet owner chooses that, the algorithm will |
| 15:10:17 | 15 | produce this listing of pet care providers?  Is that |
| 15:10:21 | 16 | right? |
| 15:10:26 | 17 | A.  I am not sure of all of the exact specific |
| 15:10:31 | 18 | chronology, but in general, yes, that's part of the |
| 15:10:35 | 19 | information that -- that would go into that. |
| 15:10:41 | 20 | Q.  And that's because if a pet owner is |
| 15:10:46 | 21 | looking for someone to provide a sitting service, |
| 15:10:50 | 22 | Rover wants to be able to identify people who are |
| 15:10:55 | 23 | willing to provide that service, right? |
| 15:10:57 | 24 | A.  That's correct. |
| 15:10:58 | 25 | MR. LeCRONE:  Lacks foundation, calls for |

| | | |
|---|---|---|
| 15:10:59 | 1 | speculation. |
| 15:11:00 | 2 | BY MR. TIDRICK: |
| 15:11:00 | 3 | Q.  In order to match people appropriately, |
| 15:11:03 | 4 | right? |
| 15:11:04 | 5 | MR. LeCRONE:  Same. |
| 15:11:07 | 6 | (Discussion off the record.) |
| 15:11:08 | 7 | THE WITNESS:  Yes. |
| 15:11:13 | 8 | BY MR. TIDRICK: |
| 15:11:13 | 9 | Q.  So the pet owner doesn't see the profiles |
| 15:11:16 | 10 | until they first identify what service they're |
| 15:11:19 | 11 | looking for, correct? |
| 15:11:22 | 12 | A.  As I said earlier, I'm not sure whether or |
| 15:11:26 | 13 | not you can go in and just browse through or whether |
| 15:11:29 | 14 | or not you have to pick one of those services before |
| 15:11:32 | 15 | you can see the profiles.  I'm not totally sure.  I |
| 15:11:34 | 16 | think that's true, but I'm not sure. |
| 15:11:36 | 17 | Q.  The search algorithm is set up by Rover; is |
| 15:11:45 | 18 | that right? |
| 15:11:45 | 19 | MR. LeCRONE:  Calls for speculation, lacks |
| 15:11:47 | 20 | foundation, goes outside the scope of this witness's |
| 15:11:50 | 21 | PMK deposition. |
| 15:11:52 | 22 | THE WITNESS:  The algorithm is -- is |
| 15:11:56 | 23 | something that Rover -- I don't know what the right |
| 15:12:01 | 24 | word is.  What was -- can you repeat your question |
| 15:12:04 | 25 | so I can figure the word you were trying to say? |

Page 154

| | |
|---|---|
| | 1 BY MR. TIDRICK: |
| 15:12:07 | 2      Q.   Oh, Rover -- Rover sets it up, or it |
| 15:12:09 | 3  controls it.   It -- it establishes the parameters of |
| 15:12:11 | 4  the algorithm? |
| 15:12:12 | 5      A.   Yes. |
| 15:12:19 | 6      Q.   Is it fair to say a primary goal of the |
| 15:12:26 | 7  profile search algorithm is to match pet owners with |
| 15:12:28 | 8  pet care providers that are more likely to accept |
| 15:12:32 | 9  the service request? |
| 15:12:34 | 10      MR. LeCRONE:   Vague and ambiguous, calls |
| 15:12:36 | 11  for speculation, lacks foundation. |
| 15:12:40 | 12      THE WITNESS:   I'm not sure whether or not |
| 15:12:41 | 13  the primary goal of the algorithm is to match to |
| 15:12:48 | 14  somebody who would accept.   That is, I believe, one |
| 15:12:54 | 15  of the components of it, or the reason that we |
| 15:12:59 | 16  talked about earlier around when people can use a |
| 15:13:02 | 17  site and get somebody to ultimately have a booking |
| 15:13:07 | 18  with them with as little effort as possible, and |
| 15:13:10 | 19  that's a good thing.   But I don't know if I would |
| 15:13:14 | 20  call it the primary reason, and I'm not sure whether |
| 15:13:16 | 21  or not it's the primary factor in the algorithm. |
| 15:13:20 | 22  BY MR. TIDRICK: |
| 15:13:20 | 23      Q.   Understood.   It's one goal; it's one |
| 15:13:22 | 24  component of the algorithm, right? |
| 15:13:24 | 25      A.   Yeah, I would agree with that. |

30(b)(6) - Derek Chang - December 18, 2020

15:13:27   1          Q.   Is a pet care provider able to pay Rover to
15:13:31   2     improve his or her search ranking?
15:13:36   3          MR. LeCRONE:  I think that has been asked
15:13:38   4     and answered in a slightly different way.  It's also
15:13:42   5     vague and ambiguous, calls for speculation.
15:13:48   6          THE WITNESS:  Yeah, Rover, there's no -- a
15:13:53   7     pet provider is not able to pay us to be able to
15:13:58   8     change their ranking.
15:14:00   9     BY MR. TIDRICK:
15:14:01  10          Q.   You're familiar with the Rover booking
15:14:04  11     score, correct?
15:14:07  12          A.   Yes, I am.
15:14:09  13          Q.   What is the Rover booking score?
15:14:12  14          A.   I should say I'm familiar with it.  I don't
15:14:15  15     know all the pieces underneath it.  But there's some
15:14:17  16     score that's generated based upon information from a
15:14:21  17     sitter related to the bookings.  But I don't know
15:14:24  18     the calculations or nuances underneath it.
15:14:41  19          Q.   Do you have any understanding how Rover
15:14:44  20     uses the booking score?
15:14:47  21          MR. LeCRONE:  Vague and ambiguous.
15:14:53  22          THE WITNESS:  I don't know specifically how
15:14:56  23     that's used, aside from generalities around kind of
15:15:00  24     what we're talking about right now.
15:15:08  25     BY MR. TIDRICK:

30(b)(6) - Derek Chang - December 18, 2020

Page 162

| | | |
|---|---|---|
| 15:26:04 | 1 | MR. LeCRONE:  Yeah, this has been asked and |
| 15:26:07 | 2 | answered, Counsel. |
| 15:26:10 | 3 | BY MR. TIDRICK: |
| 15:26:11 | 4 | Q.  I think what I haven't asked yet is, does |
| 15:26:14 | 5 | being in away mode factor into that algorithm? |
| 15:26:19 | 6 | MR. LeCRONE:  Well, again, I think you |
| 15:26:20 | 7 | have.  I'll let the witness answer again. |
| 15:26:28 | 8 | THE WITNESS:  I have some general awareness |
| 15:26:31 | 9 | of away mode.  And my understanding on that is if, |
| 15:26:36 | 10 | you know, a service provider -- actually, can -- |
| 15:26:39 | 11 | what was your question on that? |
| 15:26:42 | 12 | BY MR. TIDRICK: |
| 15:26:42 | 13 | Q.  Is that a factor in the algorithm that |
| 15:26:45 | 14 | determines where a pet care provider shows up in |
| 15:26:50 | 15 | search rankings? |
| 15:26:51 | 16 | A.  Got it. |
| 15:26:52 | 17 | MR. LeCRONE:  It lacks foundation, may call |
| 15:26:55 | 18 | for speculation. |
| 15:26:57 | 19 | THE WITNESS:  I believe it would be a |
| 15:27:00 | 20 | factor in where somebody shows up to the extent |
| 15:27:05 | 21 | where if a sitter who's offering services on the |
| 15:27:09 | 22 | platform decides they want to take a break from |
| 15:27:12 | 23 | their business or do something else, that they could |
| 15:27:15 | 24 | do that, and then they wouldn't have -- and I'm not |
| 15:27:23 | 25 | sure how it works, but they wouldn't have -- as you |

30(b)(6) - Derek Chang - December 18, 2020

Page 163

| | | |
|---|---|---|
| 15:27:26 | 1 | mentioned earlier, like requests that were rejected |
| 15:27:30 | 2 | would be fewer and not -- not impact their ranking. |
| 15:27:36 | 3 | BY MR. TIDRICK: |
| 15:27:37 | 4 | Q. Are you familiar with Rover performance |
| 15:27:39 | 5 | scores? |
| 15:27:41 | 6 | A. I'm familiar with the term. I'm not |
| 15:27:43 | 7 | familiar with the workings underneath it. |
| 15:27:47 | 8 | Q. Do you have any understanding whether pet |
| 15:27:51 | 9 | care providers can opt out of being given |
| 15:27:53 | 10 | performance scores? |
| 15:27:57 | 11 | A. I do not. |
| 15:28:14 | 12 | Q. For each service provided by a pet care |
| 15:28:18 | 13 | provider, the pet owner pays a service fee to Rover; |
| | 14 | is that correct? |
| 15:28:24 | 15 | A. Say that again, please. |
| 15:28:25 | 16 | MR. TIDRICK: Court reporter? |
| 15:28:35 | 17 | (The record was read by the reporter.) |
| 15:28:35 | 18 | MR. LeCRONE: That misstates prior |
| 15:28:38 | 19 | testimony. |
| 15:28:38 | 20 | THE WITNESS: No, that's not true. The |
| 15:28:39 | 21 | owner pays the sitter for the services. |
| 15:28:53 | 22 | BY MR. TIDRICK: |
| 15:28:53 | 23 | Q. What is the amount that Rover receives for |
| 15:28:57 | 24 | a service provided by a pet care provider on the |
| 15:29:00 | 25 | platform? |

30(b)(6) - Derek Chang - December 18, 2020

Page 164

| | | |
|---|---|---|
| 15:29:01 | 1 | MR. LeCRONE:  Again -- again, this has been |
| 15:29:02 | 2 | asked and answered several times, I think. |
| 15:29:08 | 3 | THE WITNESS:  The -- Rover is paid a fee |
| 15:29:11 | 4 | from the sitters of 20 percent. |
| 15:29:29 | 5 | BY MR. TIDRICK: |
| 15:29:29 | 6 | Q.  The 20 percent fee that Rover receives, |
| 15:29:32 | 7 | that's paid by the pet owner or the pet care |
| 15:29:36 | 8 | provider? |
| 15:29:36 | 9 | A.  That's paid by -- by the sitter, or the pet |
| 15:29:43 | 10 | care provider. |
| 15:29:43 | 11 | Q.  Do you have any knowledge of how much total |
| 15:29:50 | 12 | Sportsman paid to Rover in service fees? |
| 15:29:54 | 13 | MR. LeCRONE:  Again, that was asked and |
| 15:29:55 | 14 | answered, Counsel.  We're going back over questions, |
| 15:29:57 | 15 | I believe, you've asked earlier today. |
| 15:30:03 | 16 | THE WITNESS:  I do not know. |
| 15:30:07 | 17 | BY MR. TIDRICK: |
| 15:30:08 | 18 | Q.  The service fees that pet care providers |
| 15:30:11 | 19 | pay Rover, those are necessary expenditures that the |
| 15:30:16 | 20 | pet care providers must pay to Rover in order to |
| 15:30:18 | 21 | provide services on the platform, correct? |
| 15:30:21 | 22 | MR. LeCRONE:  Again, vague and ambiguous, |
| 15:30:24 | 23 | asked and answered. |
| 15:30:33 | 24 | THE WITNESS:  Our -- our pet care providers |
| 15:30:35 | 25 | provide service to the owners.  When they do that, |

| | | |
|---|---|---|
| 15:30:41 | 1 | they pay a fee to Rover of 20 percent.  And I'm not |
| 15:30:47 | 2 | sure -- I'm not clear about your question, or |
| 15:30:50 | 3 | there's a bit of complexity I'm not sure I'm |
| 15:30:52 | 4 | understanding.  So that's kind of how it works, if |
| 15:30:54 | 5 | that make sense or if that answers your question. |
| 15:30:58 | 6 | BY MR. TIDRICK: |
| 15:30:58 | 7 | Q.  Well, that 20 percent must be paid to Rover |
| 15:31:00 | 8 | in order for the pet care provider to work on the |
| 15:31:06 | 9 | platform, correct? |
| 15:31:11 | 10 | A.  I just -- I just want to be super clear. |
| 15:31:15 | 11 | And I think you got this.  It's like the platform is |
| 15:31:17 | 12 | where they -- where owners and sitters -- it's a |
| 15:31:20 | 13 | marketplace where they are able to connect, and then |
| 15:31:23 | 14 | the work is done at a -- in the home or walking, |
| 15:31:28 | 15 | so -- so it's not done on the site.  And that fee is |
| 15:31:32 | 16 | paid when there is a service provided. |
| 15:31:41 | 17 | Q.  And that fee must be paid whenever service |
| 15:31:44 | 18 | is provided on the Rover.com platform, correct? |
| 15:31:47 | 19 | MR. LeCRONE:  Again, misstates prior |
| 15:31:49 | 20 | testimony, vague and ambiguous. |
| 15:31:52 | 21 | THE WITNESS:  As I just stated earlier, |
| 15:31:56 | 22 | it's -- the service isn't performed on the platform; |
| 15:32:00 | 23 | it's performed wherever the stay happens.  And when |
| 15:32:03 | 24 | that stay happens, that's when that fee is paid to |
| 15:32:07 | 25 | Rover. |

| | | |
|---|---|---|
| 15:32:10 | 1 | BY MR. TIDRICK: |
| 15:32:10 | 2 | Q.  And that fee must be paid for Rover any |
| 15:32:14 | 3 | time that a service has been arranged through the |
| 15:32:16 | 4 | Rover.com platform, correct? |
| 15:32:21 | 5 | A.  Yes, for each transaction that's a fee |
| 15:32:27 | 6 | that's paid to us. |
| 15:32:31 | 7 | Q.  Does Rover ever terminate its relationships |
| 15:32:35 | 8 | with pet care providers? |
| 15:32:38 | 9 | MR. LeCRONE:  Again, I think this was asked |
| 15:32:39 | 10 | a few hours ago.  Asked and answered. |
| 15:32:44 | 11 | THE WITNESS:  Yes, we have deactivated |
| 15:32:50 | 12 | sitters' -- sitters' profiles. |
| 15:32:55 | 13 | BY MR. TIDRICK: |
| 15:32:55 | 14 | Q.  Are there criteria that Rover applies in |
| 15:32:59 | 15 | determining whether to do that with a particular pet |
| 15:33:02 | 16 | care provider? |
| 15:33:03 | 17 | MR. LeCRONE:  Asked and answered. |
| 15:33:07 | 18 | THE WITNESS:  There are no specific |
| 15:33:10 | 19 | criteria associated with any particular sitter.  Our |
| 15:33:15 | 20 | main goal is just to make sure that our community |
| 15:33:18 | 21 | and marketplace is as safe as possible.  And so if |
| 15:33:22 | 22 | that means that a -- we have to deactivate a |
| 15:33:28 | 23 | sitter's profile, we'll do that.  If it means we |
| 15:33:31 | 24 | have to deactivate an owner's profile, we'll do |
| 15:33:36 | 25 | that. |

30(b)(6) - Derek Chang - December 18, 2020

| | | |
|---|---|---|
| 15:33:38 | 1 | BY MR. TIDRICK: |
| 15:33:38 | 2 | Q.  If a pet care provider provides poor |
| 15:33:42 | 3 | service, is that a circumstance where Rover would |
| 15:33:48 | 4 | deactivate the pet care provider from the platform? |
| 15:33:52 | 5 | MR. LeCRONE:  Asked and answered. |
| 15:33:55 | 6 | THE WITNESS:  If there is -- if an owner |
| 15:34:01 | 7 | suggests that service was, I think you said subpar |
| 15:34:08 | 8 | or substandard, then we would have the two parties |
| 15:34:12 | 9 | interact with each other to work that out. |
| 15:34:17 | 10 | BY MR. TIDRICK: |
| 15:34:17 | 11 | Q.  And does that ever result in Rover |
| 15:34:21 | 12 | deactivating a pet care provider from the platform? |
| 15:34:24 | 13 | MR. LeCRONE:  Again, asked and answered. |
| 15:34:27 | 14 | THE WITNESS:  Our deactivation is really |
| 15:34:31 | 15 | around how do we make our marketplace as safe as |
| 15:34:35 | 16 | possible.  That's the primary goal of that for both |
| 15:34:38 | 17 | owners and sitters.  So I would say that that's not |
| 15:34:40 | 18 | in that category. |
| 15:34:43 | 19 | BY MR. TIDRICK: |
| 15:34:44 | 20 | Q.  Is violation of the terms of service |
| 15:34:47 | 21 | grounds for deactivating a pet care provider from |
| 15:34:52 | 22 | Rover's platform? |
| 15:34:57 | 23 | A.  It may be, but not always. |
| 15:35:03 | 24 | Q.  Do you have any knowledge how many pet care |
| 15:35:07 | 25 | providers Rover has deactivated from the platform |

Page 168

| | | |
|---|---|---|
| 15:35:11 | 1 | since the time that you were with the company? |
| 15:35:14 | 2 | MR. LeCRONE:  Asked and answered. |
| 15:35:17 | 3 | THE WITNESS:  I do not know. |
| 15:35:20 | 4 | BY MR. TIDRICK: |
| 15:35:21 | 5 | Q.   Is there someplace in Rover's computer |
| 15:35:23 | 6 | systems that you would look to be able to identify |
| 15:35:29 | 7 | pet care providers who have been deactivated from |
| 15:35:32 | 8 | the platform? |
| 15:35:37 | 9 | A.   I'm not sure where that information is.  We |
| 15:35:46 | 10 | probably have it.  I just don't know where it would |
| 15:35:49 | 11 | be or how to get it. |
| 15:35:55 | 12 | Q.   If a pet care provider has been deactivated |
| 15:35:59 | 13 | from the platform, is that person able to go ahead |
| 15:36:05 | 14 | and resubmit an application and rejoin the platform? |
| 15:36:10 | 15 | MR. LeCRONE:  Again, that misstates prior |
| 15:36:13 | 16 | testimony about the application.  It's been asked |
| 15:36:17 | 17 | and answered, vague and ambiguous, lacks foundation. |
| 15:36:22 | 18 | THE WITNESS:  If -- if a pet provider has |
| 15:36:27 | 19 | been deactivated from the platform, we do not allow |
| 15:36:30 | 20 | them to create another profile. |
| 15:36:40 | 21 | BY MR. TIDRICK: |
| 15:36:41 | 22 | Q.   I'm going to show you another exhibit. |
| 15:36:54 | 23 | (Deposition Exhibit 14 was marked for |
| 15:36:55 | 24 | identification.) |
| 15:36:55 | 25 | BY MR. TIDRICK: |

Page 204

```
 1                    CERTIFICATE OF REPORTER
 2            I, JOHN WISSENBACH, a Certified Shorthand
 3     Reporter, hereby certify that the witness in the
 4     foregoing deposition was by me duly sworn to tell
 5     the truth, the whole truth, and nothing but the
 6     truth in the within-entitled cause;
 7            That said deposition was taken down in
 8     shorthand by me, a disinterested person, at the time
 9     and place therein stated, and that the testimony was
10     thereafter reduced to typewriting by computer under
11     my direction and supervision and is a true record of
12     the testimony given by the witness;
13            That before completion of the deposition,
14     review of the transcript [ ] was [X] was not
15     requested.  If requested, any changes made by the
16     deponent (and provided to the reporter) during the
17     period allowed are appended hereto.
18            I further certify that I am not of counsel
19     or attorney for either or any of the parties to the
20     said deposition, nor in any way interested in the
21     event of this cause, and that I am not related to
22     any of the parties thereto.
23            DATED: December 22, 2020
24
25            JOHN WISSENBACH, CSR No. 6862
```

Page 206

```
1              CERTIFICATE OF DEPONENT

2

3           I hereby certify that I have read the

4     foregoing pages of my deposition testimony in

5     this proceeding, and with the exception of

6     changes and/or corrections, if any, find them to

7     be a true and correct transcription thereof.

8

9     _____

10                    Deponent

11

12    _____

13                      Date

14

15               NOTARY PUBLIC

16          Subscribed and sworn to before me this

17    _____  day of _____, 20___.

18    _____

19                 Notary Republic

20    My Commission Expires:_____

21

22

23

24

25
```