**EXHIBIT E**







# About Us

**Maisy's Mutts LLC** offers high quality, individualized dog training, boarding and walking services. Manfred holds a Masters degree in Education (M.Ed.) and has extensive experience in working as a certified dog trainer of all breeds. He will be happy to watch or walk your pooch and help you with any kind of problems with your beloved family member! Dogs are our best friends – let's give them the care, attention and partnership they deserve!

Contact us directly (mailto:info@maisysmutts.com), connect with us on Facebook (http://facebook.com/maisysmutts/) or visit and book directly on our Rover.com (https://www.rover.com/members/whitney-and-manni-o-maisys-mutts-exper-dog-trainer/) profile if you're a member. Make sure you check out some of our rave reviews from our clients!

**Maisy's Mutts LLC, Manfred Oesting, Fresno CA**







# Our training services

From puppy training, obedience, socialization, exercising or agility to misbehavior, aggression and socializing problems... contact us if you need help with your best friend and we can offer you several individualized training options. Manfred holds a Masters degree in Education (M.Ed.), is a member of the Association of Professional Dog Trainers (APDT) and has extensive experience as a certified dog trainer with all kinds of breeds – individualized, group based and at kennels/shelters.

All training methods are based on positive reinforcement and positive energy level training and will include our Labrador Maisy if needed. Our training philosophy does not include any kind of punishment and the use of prong, choke or shock collars is usually not needed! We encourage you to build up a bond and companionship with your dog, based on positivity, understanding, trust and respect. We educate you to understand canine behavior and communication and on working with your dog on a daily basis, rather than just looking for a "quick solution" that doesn't address the root of your dog's behavioral issues and can make problems even worse!

Manfred works as a one on one trainer and always starts with an initial evaluation/ training session in your home. This gives him the opportunity to get to know you and your dog and determine the root cause of any problems. The initial session is $95 and every subsequent training session is $60. We will determine together how many training sessions you may need to train your dog. All training arrangements will also include a personalized written training plan so you and your family can work with your pup on a daily basis.











Maisy's Mutts



# Boarding, Daycare and Walking services

At Maisy's Mutts, we offer walking, boarding, and daycare services. Depending on your dog's individual needs, we can provide any type of walk, from slow to active, hiking, dog park play time, agility training etc. We can also include training sessions in the walks. If you are interested in combining walking and training, please contact us for an individual offer.

For Boarding and Daycare, we only accept a limited number of dog guests. We will fully include your dog in our family and activities, depending on your dogs needs - from relaxing on the couch or in the backyard, to small walks, sniffing and exploring around the block, dog parks or visiting the lake for a swim! We follow your rules and wishes as well as the dog's routine to make sure they are the most comfortable. We believe in quality over quantity and always make sure all dogs are having a great time and we have a great "pack" that works well together*!

Prices start at:
- **$25** walks
- **$35** daycare
- **$50** overnight boarding

\* *Breed and socialization restrictions may apply. Non refundable deposits for overnight boarding and 24h cancellation policy for daycare and walks are applicable.*





Maisy's Mutts











# Testimonials

### Danielle M.:

> I've had the pleasure of working with Manni the last few weeks and it has been great. His knowledge and approach is breed specific which truly has the best results. I've only had two training sessions so far and have seen significant improvements in my dog. Manni has gone over and beyond to help us (even texting and/or emailing outside of training hours). I am so glad that we found such a great trainer and I will definitely be recommending him in the future.

### Amanda L.:

> This was by far, the very best dog-sitting experience I have ever had and I knew that she was being very well taken care of. I was able to be worry-free while traveling, and have peace of mind, knowing my dog was safe, and having a great time! They were in contact with me the whole time, and sent great pictures of my dog. Definitely a 5-star rating, and a fantastic overall experience.

### Ness L.:

> Khalessi is my 4 month old Service Pup and I was sooo nervous to leave her for a day. But Manni let us come over and meet him and the other two doggies!! This was so nice and understanding of him! It put my mind at ease to see her integrate into the pack so well! Manni's background as a Dog Trainer also helped too.
> I was so happy find a family that I can trust with my lil girl! He sent me constant pictures of them playing and walking! He was awesome about her feeding schedule and was very attentive and made sure she wasn't overwhelmed by the bigger doggies! She is such a big help to me and I was so glad that we found this family!! This was such a rad experience!! I would highly recommend them to anyone who is looking for a trustworthy, caring, attentive and super cool place for their pup!!!

### Mario M.:

Maisy's Mutts

I absolutely can't say enough about what a wonderful time my dog had and how relaxed I was being away from him, and knowing I am an over protective dog owner. I left for my trip and before I even arrived, I had pictures of my dog Max with his golden retriever smiles and tail wagging in a number of pictures playing with their dog Maisy and with another cute dog being watched by them. Everyday I had no questions as the updates and pictures were more than enough to know he was being well taken care of. Top notch dog sitting here, five out of five stars. Proof was Max was happy to get home, but once he settled in, I could tell he was sad. Sad because he missed the friends and time he had at Manni and Whitney's. I will definitely be going back for sure.

Rekha M.:

Best time Teddy ever had and has become better trained too. We are very happy with the care and love he got and had a great time along with their dog Maisy.



# Contact

📞 (510) 459-7165

✉ info@maisysmutts.com (mailto:info@maisysmutts.com)

𝐟 Our Facebook page (http://facebook.com/maisysmutts/)

★ Our Rover profile (https://www.rover.com/members/whitney-and-manni-o-maisys-mutts-exper-dog-trainer/)

🌐 Our website (http://www.maisysmutts.com/)



(https://maps.google.com/maps?ll=36.801469,-119.80329&z=14&t=m&hl=en-US&gl=US&mapclient=apiv3)

 (mailto:info@maisysmutts.com)     (http://facebook.com/maisysmutts/)    

 (https://www.rover.com/members/whitney-and-manni-o-maisys-mutts-exper-dog-trainer/)

 (http://www.maisysmutts.com/)



Copyright © Maisy's Mutts 2017

Made with ♥ in London by A Boy On The Road (http://aboyontheroad.com/).