**EXHIBIT F**







See All

**Posts**



**Maisy's Mutts**
April 3, 2020 ·

Thanks to everybody for your nice words and support for our business in these times! We miss all our doggie friends and students here and we hope you are all doing well! We received this nice modeling shot from our friend Hobie @emmagt13 @swayzeo showing off all her cuteness with one of our bandanas...
.
.
.... See More

**See more of Maisy's Mutts on Facebook**

Log In    or    Create New Account



2     1 Share

Like     Comment     Share

 **Maisy's Mutts**
March 27, 2020 ·

Dear Maisy's Mutts friends!

As some of you who have been in contact with us or are weekly clients might already know, Maisy's Mutts had to close all business activities during the "shelter in place" restrictions due to the COVID-19 pandemic. The health of our clients and our community is our highest priority so we will keep remained closed during these times and will not be offering any boarding, daycare, training sessions, in home visits, walks etc. We are looking forward to... See More

### See more of Maisy's Mutts on Facebook

Log In    or    Create New Account



2  1 Share

Like  Comment  Share

**Maisy's Mutts**
February 8, 2020 ·

Hope everybody is enjoying Saturday night party time;)...
.
.
.... See More



### See more of Maisy's Mutts on Facebook

Log In  or  Create New Account

. . . . . See More



1

1 Share

Like      Comment      Share

See More

### See more of Maisy's Mutts on Facebook

Log In    or    Create New Account