**EXHIBIT G**



tacos, cheap dinner, M... Fresno, CA

For Businesses  Write a Review  Log In  Sign Up

Restaurants ▾  Home Services ▾  Auto Services ▾  More ▾

# Maisy's Mutts

 22 reviews  Details

✓ Claimed • Dog Walkers, Pet Sitting, Pet Training  Edit

**Open** 8:00 AM - 6:00 PM

See 40 photos

Write a Review | Add Photo | Share | Save

## COVID-19 Updates                    Edit ✎

Contact the business for more information about recent service changes.

**Request Quotes**

This provider has not enabled messaging on Yelp a quote from other similar providers.

Request Quotes

## Services Offered  Verified by Business ✓

| Blinds/Curtains/Lights Adjustment | Dog Walking |
| Doggy Day Care | Doggy Play Groups |
| Mail Collection | Overnight In-Home Dog Sitting |
| Pet Boarding | Pet Drop Off/Pick Up Services |

See 11 More ▾

**maisysmutts.com**

(510) 459-7165

**View Service Area**

### You Might Also Consider
Sponsored ⓘ

 **Pet ER**
★★★☆☆ 102
4.7 miles
"So I guess I'm not surprised to see some negative re because going to..." read more

 **Pet Supplies Plus - Fresno**
★★★★☆ 19
3.0 miles
"The employees here are always so incredibly welcom especially Ethan. I..." read more

## Location & Hours



| Mon | 8:00 AM - 6:00 PM | Open now |
| Tue | 8:00 AM - 6:00 PM | |
| Wed | 8:00 AM - 6:00 PM | |
| Thu | 8:00 AM - 6:00 PM | |
| Fri | 8:00 AM - 6:00 PM | |
| Sat | 8:00 AM - 6:00 PM | |

**Fresno, CA 93704**

Serving Fresno Area | Sun | Closed

✏ Edit business info

## You Might Also Consider  Sponsored ⓘ


**Ultimutt K9 Services**
 1

**Colette H. said** "The staff at Ultimutt k9 literally saved our dogs life. He was a scared, full of anxiety, rescue. Miranda, Victoria and Bear went above and beyond to help us with his fear snd aggression. They spent the time to understand him and…"  **read more**
in Pet Training


**24/7 PetVets**
 128                                              📍 **1.5 miles** away from Maisy's Mutts

**Kalee E. said** "I am a local pet sitter. I will start off by saying it is not my dog I had to take in, but a customers. They were compassionate and very helpful with my decision I had to make. I could not get ahold of the dogs owners and it was a…"  **read more**
in Emergency Pet Hospital


**Animal Hospital & Dental Clinic**
29                                                                    📍 **2.6 miles** away from Maisy's Mutts

Accepting New Clients & Same Day Appointments Available. Open 7 days a week! Our Hospital specializes in preventative medicine. We focus on client education and owner awareness to improve the quality of life for your pet. We also…  **read more**
in Veterinarians, Pet Boarding

## About the Business


**Manfred O.**
Business Owner

Maisy's Mutts LLC offers high quality, individualized dog training, walking and boarding services. Manfred holds a Masters degree in Education (M.Ed.), is a member of the Association of Professional Dog Trainers (APDT) and has extensive experience for over 15 years as a certified dog…

[ Read more ]

## Ask the Community                                                                      Ask a question +

Yelp users haven't asked any questions yet about **Maisy's Mutts**.

## Recommended Reviews

 **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. **Learn more.**    

[ Search within reviews                          🔍 ]        [ Yelp Sort ⌄ ]

 **Username**
Location
👥 0   📷 0                                            **Start your review of Maisy's Mutts.**

**Michelle C.**
Fresno, CA
78  1

★★★★★ 1/20/2018

I highly recommend Maisy's Mutts. We contacted Manni regarding some training and concerns for our recently adopted 2 year-old terrier mix. Manni was able to schedule us quickly which we were thankful for, as we did not want to be making any bad habits worse due to our pet inexperience. Once Manni arrived for the initial evaluation, it was obvious that he is highly skilled and knowledgeable. Our dog was freaking out worse than me or my husband had ever seen, but Manni was completely calm and professional despite all of the barking and growling. During the evaluation, Manni gave us tons of information on why our dog does the things she does and how to begin to correct the behaviors. By the end of the evaluation, he and our dog were also close friends.

A couple of days after the evaluation, Manni emailed us our full comprehensive training plan. He has also been extremely available and responsive to our texts regarding questions that have popped up here and there. Yet another thing that I highly respect is that Manni didn't immediately lay out a multi-visit costly plan, as it seems like so many places are apt to do. It is obvious that Manni truly loves dogs and wants them and there owners to succeed!

Useful 2 | Funny | Cool

**S A.**
Fresno, CA
0  5  2

★★★★★ 2/18/2020

I cannot say enough about Manni and how wonderful he is with my 1 year old Yorkie, this dog is my life. From the moment I met him, I was comfortable and confident with trusting him with my baby. I especially liked the fact that this is all done in his home and my dog is never locked in a cage somewhere. I have used him for daycare and boarding on several occasions when I go on vacation and he treats my dog and all dogs like they are part of his family. I never worry about how she's doing or how her day has been. He sends multiple pictures and text updates daily so I can see how much fun she is having with all of her doggie friends. Manni truly cares about animals and my little one is pawing to get out of the car when she realizes we are pulling up to his house. She drags me on her leash running over to him because she's so excited to see him. Do not hesitate to give Maisy's Mutts a try. Whether you're looking for training, boarding, daycare, dog walking, etc., Manni is definitely the one to call. His wife is also lovely and my dog loves her too!

Useful 1 | Funny | Cool

**Flo B.**
Sacramento, CA
0  2  2

★★★★★ 3/4/2018
📷 2 photos

Love Manni, Maisy, and the rest of the family! I had to leave my doggy (Ollie) for the weekend and had no idea where to leave him with. He's very spoiled and gets separation anxiety (and me too...) so I wanted the best for him. I was considering Pets Hotel until i found out that they crate their dogs most of the day and barely play outside. Ollie doesn't like crates and loves to be around humans and other dogs. So, I did my research and came across Maisy's Mutts! We did a meet and greet 3 weeks before I had to leave for the weekend and it went great. I felt SO comfortable leaving Ollie with the family and Manni kept me updated every day with pictures which definitely helped with my separation anxiety (LOL!). Ollie loves them and he had so much fun with Maisy and their other furry friend. Manni is definitely my go-to boarding place!!!



Ollie (middle), Maisy (right) , and their furr…

Useful 1 | Funny 1 | Cool

**Kristal N.**
Monterey, CA
34 · 110 · 405

★★★★★ 1/9/2019

We were so happy with the care Manni & Whitney provided to our Sailor. They sent pics throughout the day and he was clearly having a great time. Look forward to using them for future doggy sitting needs!

Useful | Funny | Cool

**Angie S.**
Paso Robles, CA
58 · 16

★★★★★ 11/7/2018

Our dog's new home away from home!  We feel as though we've found someone who loves our dog as much as we do and Our dog has a new bff in Maisy!

Useful | Funny | Cool

**Alyssa N.**
Fresno, CA
0 · 11 · 1

★★★★★ 6/18/2018

Manni was awesome with our dog! We left him for ten days, we received many pictures and texts daily (which we absolutely loved) to let us know how our dog was doing. Our dog loved Manni and his family as well. We definitely can't wait til our next vacay! And neither can our dog! :) thank you manni!

Useful 2 | Funny | Cool 1

**Natasha M.**
Palo Alto, CA
37 · 3

★★★★★ 8/22/2018

Manni is a dog whispering genius. Two hours with our completely out of control puppy and we now understand how to communicate wth him and what he is telling us. We now have a happy, confident little guy and a detailed training plan to keep him on track. Plus Manni is just such a pleasant, funny and authentic person, a pleasure to work with. 1000% recommended. Beyond all expectations.

Useful 1 | Funny | Cool 1

**DeeDee W.**


Livermore, CA
0  8

★★★★★ 10/5/2017

I called Maisy's Mutts because I had a broken foot, and needed someone to walk my dog. Manni came the next day, and I found out he's far more than a dog walker - he's also an experienced trainer. He had lots of great advice on how to deal with my dog's "pulling" issues.
Manni shows up on time, is super friendly and dependable, and I always trust him completely with my dog. He even sends me a picture every time they walk. I highly recommend Maisy's Mutts!

Useful 4    Funny 2    Cool 3


**Michelle B.**
Hermosa Beach, CA
14  5

★★★★★ 12/29/2017

I recommend Maisy's Mutts without hesitation! Manny took in my dog and treated her like family even though it was a holiday weekend! He went out of his way to allow me to use his services on such short notice! He went above and beyond with flexibility of schedule and I loved all the pics that he sent while I was away for Christmas! Thanks to Manny and his entire family for the great service and care my dog and I received! And another bonus was Athena made a new friend with their dog Maisy!

Useful 2    Funny 1    Cool 2


**Brandi F.**
Fresno, CA
0  11  14

★★★★★ 8/6/2017

Manni was exceptional with his customer service. So warm and kind, and him and his wife seem like wonderful, dog loving people! I look forward to using their services in the future!

Useful 4    Funny    Cool 2


**Minda R.**
Livermore, CA
0  1

★★★★★ 11/13/2017

Manni, Whitney, and Maisy are absolutely wonderful!  We moved to Livermore in March 2016 and were so lucky to find them on Rover.com shortly thereafter.  From the moment Cooper and I met Manni and Maisy at our first meet and greet, I felt 100% comfortable that he would be in good hands.  After Cooper's first stay, they became our "go to" dog sitter.  Manni was very flexible in working with our schedules for drop-off and pick-up times, even offering to pick Cooper up at our home one time.  Cooper always got spoiled with lots of play time and snuggles. And, we got spoiled with lots of updates and pictures!  We were very sad when we heard they were moving to Fresno.  Thank you Manni, Whitney, and Maisy!  We, especially Cooper, miss you!

Useful 3    Funny    Cool 2


**Amanda L.**
Livermore, CA
9  7

★★★★★ 9/12/2017

Manni is by-far the absolute best puppy-sitter I've ever had. When I leave my dog Nala with him, I know she is in good hands, and I never have to worry about a thing. I can leave for vacation and know that Nala is having so much fun. Manni communicates with me the entire time, sending picture updates and letting me know how Nala is doing. I know that when Nala is there, she is

treated like part of the family. I'm grateful to have found Manni to puppy-sit for us, and I wouldn't want my dog to stay anywhere else!

Useful 3    Funny    Cool 3

**Mariam S.**
San Marcos, CA
0   5

1/10/2018

Whitney and Manni were wonderful! They are extremely knowledgeable, patient and very safety conscious which I really appreciate. My Australian shepherd is only 9 months old so he is very playful, energetic and requires a lot of attention. They were very understanding of my puppy's needs and knew exactly how to accommodate him. He had so much fun playing with their dog Macy. I received picture updates throughout the day and I was very pleased to see my puppy happy and having so much fun. I would highly recommend them to anyone.

Useful 2    Funny    Cool 1

**Laura D.**
Fresno, CA
0   7

11/1/2018

I've been meaning to write this review for a while. Manni and Whitney (and their dog Maisy) are the best there is for dog sitting and boarding. We have used a few other sitters in the past and there is no comparison - our puppy has absolutely become a part of their family and I will have a hard time trusting anyone else to care for her. Manni is easy to communicate with, extremely reliable, and has bent over backwards to accommodate our pup's needs and last minute scheduling changes. Most importantly, he and his family treat our pup like their own dog. She always gets so excited to go to Manni's and has an amazing time full of play and exercise - which we know because he sends us many picture updates each day. I can't say enough good things about this family - we appreciate them so much and all they have done for our puppy since she was just 3 months old!

Useful 1    Funny    Cool

**Jeff F.**
Santa Barbara, CA
1   2

12/5/2017

I cannot speak more highly of Manni and Whitney, and the care they provided our dog when we needed a doggie sitter. Everyone has them 5 stars for a reason. Reasonably priced, and they brought our dog in as part of their family, which I thought was amazing. You aren't leaving your dog in some kennel where they may or may not get to integrate with other dogs, etc. Manni stayed in touch with us throughout the entire trip, texting pictures, etc. of the adventures. So awesome. Will forever be grateful we found them. Oh how I wish they live closer to us in Santa Barbara, but we'll definitely reach out them whenever it's possible! Thanks Manni and Whitney!

Useful 3    Funny 1    Cool 2

**Ankita B.**
Dublin, CA
0   3

9/29/2017

Absolutely fantastic experience with Manni and Whitney as a pet sitter. The best pet sitter anyone can ever ask for.  Manni is also an excellent trainer.   Their dog Maisy is very friendly and was a great company for our puppy Emma. We had a worry free vacation thanks to Manni. He kept us updated with pictures the entire time. I would travel 3 hours if we have to leave our puppy Emma again for long vacation just so that I have peace of mind that she is in good hands.

Useful 4    Funny    Cool 1

### Debi W.
Pleasanton, CA

0  4

★★★★★ 10/5/2017

Riley had such an amazing time! We could tell from all the wonderful pictures and videos Manni and Whitney sent during the stay. Lots of trips to the dog park, playing with Maisy and snuggles! This was Riley's first overnight stay so we were a little nervous about how he would do with strangers. But right away starting with the meet and great we felt so comfortable. Manni and Whitney took great care of Riley, we were able to really enjoy our time away knowing Riley was happy and well cared for! Riley is looking forward to his next stay!

Useful 4   Funny   Cool 1

### Susan H.
Pleasanton, CA

9  9

★★★★★ 12/12/2017

I have had nothing but good things to say about Manni. I have two rescue dogs that came to me as older adults. They were not getting along. Manni came by for a visit and observed the dogs and gave us great advice. He followed with detailed written instruction and periodic follow up. After some work my dogs get on great! Can't go wrong with Maisy's Mutts!

Useful 2   Funny 2   Cool 2

### mario m.
Livermore, CA

0  19  2

★★★★★ 12/8/2017

Let's just say that after I got my dog Max back from Manni and Whitney, he seemed definitely more well mannered, and he had loads of fun from the pictures and descriptions that were sent to me. Leaving your dog that you love as your child, is hard to do and trust. There was no doubt in my mind after leaving Max once with them, that I completely trusted and felt secure doing so again. Manni is a great dog teacher, I just wish I kept up with my dogs new learned manners.

Useful 2   Funny 1   Cool 2

### Alisha B.
Livermore, CA

0  9

★★★★★ 4/19/2017

Manni is amazing! I found him through Rover.com and was not disappointed but the reviews he received there. Manni has been working with my Shepard mix on some leash reaction issues and has done an amazing job and have already seen major results and we have had 2 sessions. Manni is very patient, knowledgeable, and clearly loves what he does. Not to mention my dog is super excited to see him every time he comes over. Manni is very responsive and definitely goes above and beyond. If you are on the fence, take the plunge and work with Manni, you won't regret it.

Useful 5   Funny   Cool 3

| 1 | 2 | > | | 1 of 2 |

1 other review that is not currently recommended

## You Might Also Consider   Sponsored



**Happy Dog Basic Obedience**

 11

📍 **4.5 miles** away from Maisy's Mutts

**Nina F. said** "Dawn has been amazing with our 5 month old Olde English Bulldog, Ahsoka. We only had her for 2 days before my husband and I wanted to give up, until we found Dawn. She gave us a new perspective on dealing with our new puppy. Now our…" **read more**

in Pet Training



**Kelley's Pets**

 8

📍 **3.1 miles** away from Maisy's Mutts

**Meng T. said** "Love this place. Been going here with my dad since I was a little boy. I love it when they used to have live animals. Now they really don't have it as much as they used to. The prices here are great. The products are great also. The…" **read more**

in Pet Adoption, Pet Stores

## People Also Viewed



**Fresno Pet Pleasure**
38
Dog Walkers, Pet Sitting, Pet Transportation

**Star Maker Dog Training**
10
Pet Training, Pet Boarding

**Ryker Dog Training**
9
Pet Training, Pet Sitting

**Melody Daggs**
15
Pet Training

### Near Me

Dog Walkers Cost Guide

Dog Behaviorist Near Me

Overnight Dog Boarding Near Me

Pet Sitters Near Me

### People found Maisy's Mutts by searching for…

Dog Boarding Fresno

Dog Daycare Fresno

Dog Training Fresno

### Service Offerings in Fresno

Doggy Day Care

Pet Drop Off/Pick Up Services

Pet Grooming

Visit Updates

## Frequently Asked Questions about Maisy's Mutts

**How is Maisy's Mutts rated?**

Maisy's Mutts has 5 stars.

**What days are Maisy's Mutts open?**

Maisy's Mutts is open Mon, Tue, Wed, Thu, Fri, Sat.

### About
- About Yelp
- Careers
- Press
- Investor Relations
- Content Guidelines
- Terms of Service
- Privacy Policy
- Ad Choices

### Discover
- Yelp Project Cost Guides
- Collections
- Talk
- Events
- The Local Yelp
- Yelp Blog
- Support
- Yelp Mobile
- Developers
- RSS

### Yelp for Business
- Claim your Business Page
- Advertise on Yelp
- Yelp for Restaurant Owners
- Table Management
- Business Success Stories
- Business Support
- Yelp Blog for Business

### Languages
English

### Countries
United States

Copyright © 2004–2021 Yelp Inc. Yelp, ⁂, ⁂ and related marks are registered trademarks of Yelp.