**EXHIBIT H**

**Dr. Shirley N. Weber**
**California Secretary of State**


# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, February 21, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201704710649    MAISY'S MUTTS LLC

| | |
|---|---|
| **Registration Date:** | 02/06/2017 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | NANCY MOSCONE<br>91 GRAND VIEW PL<br>WALNUT CREEK CA 94595 |
| **Entity Address:** | 351 W SAN BRUNO AVE<br>FRESNO CA 93704 |
| **Entity Mailing Address:** | 351 W SAN BRUNO AVE<br>FRESNO CA 93704 |
| **LLC Management** | One Manager |

🛒 **Certificate of Status**

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of February.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 05/09/2019 | |
| SI-COMPLETE | 07/10/2017 | |
| REGISTRATION | 02/06/2017 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**    **New Search**    **Back to Search Results**