**EXHIBIT I**

2017047 10649

| Secretary of State<br>**Articles of Organization**<br>Limited Liability Company (LLC) | **LLC-1** |
|---|---|

| IMPORTANT — Read Instructions before completing this form.<br><br>**Filing Fee** - $70.00<br><br>**Copy Fees** - First plain copy free; Additional copies: First page $1.00 & .50 for each attachment page; Certification Fee - $5.00<br><br>*Important!* LLCs may have to pay an annual minimum $800 tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov. | **FILED** LKA<br>Secretary of State<br>State of California<br><br>FEB 0 6 2017<br><br>This Space For Office Use Only |

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

Maisy's Mutts LLC

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4014 Hillcrest Cmn | Livermore | CA | 94550 |
| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**3. Agent for Service of Process**

Item 3a and 3b: If naming an Individual, the agent must reside in California and Item 3a and 3b must be completed with the agent's name and complete California street address.

Item 3c: If naming a California Registered **Corporate Agent**, a current agent registration certificate must be on file with the California Secretary of State and Item 3c must be completed (leave Item 3a-3b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Nancy |  | Moscone |  |
| b. Street Address (if agent is not a corporation) - **Do not list a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 91 Grand View Place | Walnut Creek | CA | 94595 |

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4. Management** (Select **only** one box)

The LLC will be managed by:
[✓] One Manager    [ ] More than One Manager    [ ] All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6.** The Information contained herein, including in any attachments, is true and correct.

_/s/ Manfred Oesting_
Organizer sign here

Manfred Oesting
Print your name here

LLC-1 (REV 06/2016)   2016 California Secretary of State
www.sos.ca.gov/business/be