# EXHIBIT N

1  JOHN P. LECRONE (State Bar No. 115875)
      johnlecrone@dwt.com
2  VANDANA KAPUR (State Bar No. 281773)
      vandanakapur@dwt.com
3  MARISSA FRANCO (State Bar No. 296793)
      marissafranco@dwt.com
4  PAUL RODRIGUEZ (State Bar No. 307139)
      paulrodriguez@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
7  Fax:  (213) 633-6899

8  STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
      steverummage@dwt.com
9  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
10 Seattle, Washington  98104
   Telephone:  (206) 622-3150
11 Fax:  (206) 757-7700

12 Attorneys for Defendant
   A PLACE FOR ROVER, INC. dba
13 ROVER.COM

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE SPORTSMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>A PLACE FOR ROVER, INC. d/b/a ROVER *et al*.<br><br>          Defendants. | Civil Case No. 3:19-cv-03053-WHO<br><br>**EXHIBIT N: COMPACT DISK (CD)**<br><br>Date:    March 31, 2021<br>Time:   2:00 p.m.<br>Place:   Courtroom 2 – 17th Floor<br><br>Before the Honorable William H. Orrick |

1

# MANUAL FILING NOTIFICATION

REGARDING: EXHIBIT N to the DECLARATION OF JOHN P. LECRONE

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

1. ☒ Unable to Scan Documents
2. ☐ Physical Object (please describe):
3. ☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
4. ☐ Item Under Seal in Criminal Case
5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)
6. ☐ Other (please describe):

Dated: February 24, 2021          Respectfully Submitted

                                  DAVIS WRIGHT TREMAINE LLP

                                  By:  */s/John P. LeCrone*
                                       John P. LeCrone

                                  Attorneys for Defendant
                                  A PLACE FOR ROVER, INC. d/b/a
                                  ROVER.COM