# EXHIBIT Q



Rover services may be impacted in your area due to COVID–19. **Go here for information on those regulations.**



# Melanie S.

Hoover, Fresno, CA

★★★★★ (19)

💬 Response Rate: **100%**

🕐 Response Time: **a few minutes**

## Services

**Boarding**  
in the sitter's home

$35  
per night

**Drop–In Visits**  
visits in your home

$25  
per visit

Contact Melanie ♡

**Doggy Day Care**  
in the sitter's home

$30  
per day

EXHIBIT_3_Sportsman-s_Rover_Profile_ROVER_1_8
Defendant
Melanie Sportsman
09/29/2020(JS-CR)

ROVER_000001

| **Dog Walking** | **$20** |
|---|---|
| in your neighborhood | per walk |

### See Additional Services & Rates
Pick–up & drop–off, bathing / grooming

### Melanie can host


0–15
lbs


16–40
lbs

### Melanie can watch in your home


Cats


0–15
lbs


16–40
lbs


41–100
lbs


101+
lbs

### Availability

Boarding ▼

**JUNE 2020**    

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 ♥ |

Contact Melanie

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| ~~14~~ | ~~15~~ | ~~16~~ | ~~17~~ | ~~18~~ | ~~19~~ | ~~20~~ |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |

■ Available   ■ Unavailable

**Calendar last updated 2 years ago**

Melanie can host up to 3 dogs per night.

Melanie can host up to 3 dogs per day for day care.

Dog Boarding Cancellation Policy: Strict
Drop–In Visits Cancellation Policy: Strict
Doggy Day Care Cancellation Policy: Flexible
Dog Walking Cancellation Policy: Flexible

⊗ Report this profile

**Melanie's Photos**

**80%**
of clients received photo updates

Contact Melanie   



Melanie is using the Rover app to track activity and send Rover Cards

## Reviews



7
repeat clients

19 Reviews
★★★★★

**Cindy C.**  VERIFIED STAY
Jan 2, 2018

Melanie was amazing with Mason. She sent daily updates and pictures of him. She took especially good care of him when he wasn't feeling very well. You can tell that she truly loves dogs. Thanks Melanie, for all that you did for Mason.



**Ryan M.**  VERIFIED STAY
Nov 17, 2017

Melanie was great, and my dog had a great time with her. I will definitely use her again

**Tasha H.**  VERIFIED STAY
Nov 3, 2017





Contact Melanie                  ♥

She was accommodating for a last minute over night stay. Lots of great pictures so we knew our pup was doing great. Overall very happy with Melanie.

Read more reviews

## About Melanie

### 35
years of experience



### I'll love & care for your pet well.

I've grown up with dogs since I was a baby (37+ yrs). Growing up, I always put my dogs before homework (mom wasn't happy about that). I would always try to convince my parents we needed to adopt all the dogs in the shelter. I'm use to all size dogs, from Chihuahuas to Great Danes. I took an ROP class in high school that required me to volunteer at a vet clinic/hospital. So I have …

(Read More)

**What Melanie would like to know about your pet**

Gets along with other dogs? Does well with kids? Potty trained? Feeding schedule? Allergies?

**Additional Skills**

- ✓ Oral Medication Administration
- ✓ First Aid/CPR
- ✓ Can provide daily exercise
- ✓ Injected Medication Administration
- ✓ Senior Dog Experience

[ Contact Melanie ] 

### About Melanie's Home

ROVER_000005

- ✓ Lives in a House
- ✓ Non-Smoking Household
- ✓ Has 2 Dogs
- ✓ Has a Fenced Yard
- ✓ Has Caged Pets
- ✓ Children 6–12 Years Old

**Melanie's Pets**

### Eevee
Chihuahua
4 years, 1 month old, 8 lbs.

### Maxx
Dachshund
3 years old, 10 lbs.

## When Melanie watches your pet

*Chase *Tug-A-War *Running *Fetch *Walks around Fresno State or surrounding neighborhood *Dog Parks

### In Melanie's Home

- ✓ Dogs Allowed On Bed
- ✓ Potty Breaks Every 0–2 Hours
- ✓ Dogs Allowed On Furniture

[ Contact Melanie ]  

ROVER_000006

## Melanie's Neighborhood



 All stays booked on Rover receive our Rover guarantee, 24/7 support, and our reservation protection. Learn More

## More Sitters Near You



**Brittany H.**
Clovis, CA
★★★★★
10 Reviews

**Whitney and Manni O.**
Bullard, Fresno, CA
★★★★★
56 Reviews


Contact Melanie

ROVER_000007



### Nathan B.
Bullard, Fresno, CA



**8 Reviews**

Home / Fresno, CA Dog Boarding

## Learn More

Read Our Blog
Rover Q&A
Community
Rover Store

Rover Guarantee
Safety
Sit a Dog, Save a Life

## About Rover

About Us
Contact Us
Joining Forces
Get the App
Press
Careers

Partners
Privacy Statement
Cookie Policy
CA – Do Not Sell My Info
Terms of Service

## Get cute puppies in your inbox

[Email Address]  [Submit]

*By providing my e-mail address, I consent to receive marketing communications from Rover.com and its affiliates. Privacy Policy*

**THE DOG PEOPLE**

© 2020 A Place for Rover, Inc. All Rights Reserved.

711 Capitol Way S., Suite 204, Olympia, WA 98501

---

[ Contact Melanie ]   

ROVER_000008