# EXHIBIT P

## Melanie's Reviews



Jan 2, 2018
**VERIFIED STAY**

Melanie was amazing with Mason. She sent daily updates and pictures of him. She took especially good care of him when he wasn't feeling very well. You can tell that she truly loves dogs. Thanks Melanie, for all that you did for Mason.



Melanie S.



Nov 17, 2017
**VERIFIED STAY**

Melanie was great, and my dog had a great time with her. I will definitely use her again



Melanie S.



EXHIBIT_4_Melanie-s_Reviews_ROVER_9_17
Defendant
Melanie Sportsman
09/29/2020 (JS-CR)

ROVER_000009

Nov 3, 2017

**VERIFIED STAY**

She was accommodating for a last minute over night stay. Lots of great pictures so we knew our pup was doing great. Overall very happy with Melanie.



Melanie S.



Oct 29, 2017

**VERIFIED STAY**

I was pleased and felt very comfortable with my fur babies in Melanie's care. She sent pictures with side notes of how they were doing. It gave me comfort being able to leave them in their own familiar surroundings rather than in a cage. Will definitely use Rover for future needs and highly recommend their service.



Melanie S.



Oct 23, 2017

**VERIFIED STAY**

Melanie was wonderful with my pups. She was timely, meticulous and my puppies loved her!



Melanie S.



Oct 16, 2017
**VERIFIED STAY**

Melanie is amazing! She really goes above and beyond in taking care of Aggie and giving him the quality time he needs. Every walk I receive multiple pictures and a summary of their half hour together. I really appreciate the updates!



Melanie S.



Sep 30, 2017
**VERIFIED STAY**

Melanie gave photo updates throughout my dogs stay with her! I knew my dog was in good hands- will definitely re-book with Melanie :)



Melanie S.



Sep 27, 2017

My husband and I left our dog with Melanie over the weekend and she did a phenomenal job. We received pictures and updates of our dog during our trip which eased our time away from her. Melanie is a great dog sitter, very welcoming and I instantly felt comfortable leaving my dog with her. At pick up, my dog was so happy and I could tell Melanie spoiled my dog and took great care of ...

(Read More)

My husband and I left our dog with Melanie over the weekend and she did a phenomenal job. We received pictures and updates of our dog during our trip which eased our time away from her. Melanie is a great dog sitter, very welcoming and I instantly felt comfortable leaving my dog with her. At pick up, my dog was so happy and I could tell Melanie spoiled my dog and took great care of her. I will be contacting her in the future for dog sitting.



Melanie S.



Sep 5, 2017
VERIFIED STAY

ABSOLUTELY AMAZING! Not only did she care for our dogs like they were her own but she kept our house picked up and sent me pictures of her visits! Honestly I cannot believe how great she was! We were out of town getting married and when we got home
She had left a card and gift on the table for us and congratulated us on our marriage. I'd use her every single time---- AMAZING!!!!



Melanie S.



Aug 22, 2017
VERIFIED STAY

Melanie is a natural. Brownie didn't even bark when I dropped her off which was a first. She sent plenty of pictures and I felt real comfortable. I am definitely going to use her again. GOOD JOB



Melanie S.



Aug 21, 2017
VERIFIED STAY

Melanie did a stellar job of taking care of my baby girl Nova! She sent me several pictures of her everyday and it really assuaged all of my nervousness! My dog is over 10 years old and she has never spent a night out

of my family's care. Understandably, I was nervous about leaving her in the hands of a stranger. However, I could tell that Nova was in good hands as soon as I ...

(Read More)

Melanie did a stellar job of taking care of my baby girl Nova! She sent me several pictures of her everyday and it really assuaged all of my nervousness! My dog is over 10 years old and she has never spent a night out of my family's care. Understandably, I was nervous about leaving her in the hands of a stranger. However, I could tell that Nova was in good hands as soon as I saw Melanie. She had a big smile on her face and was very warm and inviting. She took Nova on quite a few walks and her children were happy to play with her! She took great care of my dog and I can say that I confidently recommend her services! She was also super flexible with the pickup and drop-off times and she allowed me to extend my dog's stay for an additional night which I really appreciated it!



Melanie S.



Aug 19, 2017

It was wonderful to know that my 3 dogs were taken care of and were given walks while we were away on vacation. Our oldest dog, whom is 14, has many fatty tumors and one became very big and bloody before leaving on vacation. Mel treated it and wrapped it to prevent further licking and infection. When we returned it was clean and smaller than before. Thanks for taking care of our mutts!



Melanie S.



Aug 9, 2017
**VERIFIED STAY**

Mel was so freakin awesome . She took my dog in at short notice and love him as if her own . Her dogs where awesome and so cute I would highly recommend her for any service . She sent me picture of my baby each and every day and videos of him making sure I was aware he was safe . She by far the best sitter we've had . Her daughter was awesome ...

(Read More)
Mel was so freakin awesome . She took my dog in at short notice and love him as if her own . Her dogs where awesome and so cute I would highly recommend her for any service . She sent me picture of my baby each and every day and videos of him making sure I was aware he was safe . She by far the best sitter we've had . Her daughter was awesome as well they gave my Henry so much joy. Cudos to her and her daughter for being so awesome to my Henry I will definitely recommend her ?



Melanie S.



Aug 9, 2017
**VERIFIED STAY**

Melanie did a great job taking care of my girls. This was my first time using Rover and I was very happy with it. Melanie sent me pictures and videos after each drop in, which I received in Rover report cards. I will book Melanie again next time I need a pet sitter.



Melanie S.



May 30, 2017

Melanie has always had a huge heart for all animals, especially dogs. Melanie had grown up with dogs her whole life & even took classes to further educate herself in the care of animals. She puts animals ahead of herself & will go above & beyond to make sure the are taken care of. My wife & I have relied on Melanie many times with the care of our dogs while we go out. Whether ...

(Read More)
Melanie has always had a huge heart for all animals, especially dogs. Melanie had grown up with dogs her whole life & even took classes to further educate herself in the care of animals. She puts animals ahead of herself & will go above & beyond to make sure the are taken care of. My wife & I have relied on Melanie many times with the care of our dogs while we go out. Whether its for a few hours or a week, Melanie has proven to us that she is more than capable & fully worthy of our trust with our dogs. I don't think there is anyone else I would ask to look after & care for our dogs. We have had 2 Labs, 3 Ridgebacks, a Weimaraner, 4 Brittany Spanials, and a Terrier. She currently, on occasion, takes care of a Brittany, Terrier and RB for us.



Melanie S.



May 26, 2017

Melanie has always loved dogs since she was born. We raised our daughters with dogs and to her, they are family. We have had twelve dogs and now Melanie and her two children have their own dog, Evee. We have had Labs, Brittany's, Springers, Rhodesian Ridgebacks,Wimmerimmer and Terrior-Queensland mix. Anytime we go on vacation, day trip or the dogs just need some excercise or some TLC, we can count on Melanie. She is capable and ...

(Read More)
Melanie has always loved dogs since she was born. We raised our daughters with dogs and to her, they are family. We have had twelve dogs and now Melanie and her two children have their own dog, Evee. We have had Labs, Brittany's, Springers, Rhodesian Ridgebacks,Wimmerimmer and Terrior-Queensland mix. Anytime we go on vacation, day trip or the dogs just need some excercise or some TLC, we can count on Melanie. She is capable and compassionate with dogs. I definitely recommend Melanie.