**EXHIBIT Q**

Django administration
Home › People › People › Melanie Sportsman

WELCOME ▮ VIEW SITE / DOCUMENTATION / CHANGE PASSWORD / LOG OUT

ROVER_000026

Sportsman 5
Defendant
Melanie Sportsman
09/29/2020(JS-CR)

# Change Person

HISTORY     VIEW ON SITE

**Active:** ❌

**About You:** I've grown up with dogs since I was a baby (37+ yrs). Growing up, I always put my dogs before homework (mom wasn't happy about that). I would always try to convince my parents we needed to adopt all the dogs in the shelter. I'm use to all size dogs, from Chihuahuas to Great Danes. I took an ROP class in high school that required me to volunteer at a vet clinic/hospital. So I have extensive experience other than just home pet care. I currently have an Emotional Support Dog for my children (ages 8 & 12). She's a Reindeer Chihuahua named Eevee. I also have a hamster, Hammy; a snake, Zed (very gentle & calm & use to dogs, but is always caged); & several fish. I'm mostly flexible on availability, but will be in school from 8am-1pm on Tues, Wed, & Thurs starting June 20 til July 27.

Tell us a bit about yourself. Maybe your favorite dog breed?

**Admin info:**

**Emergency Contact Name:** ▮▮▮▮

**Emergency Contact Phone Number:** ▮▮▮▮

Staff notes:

☑ Sitter intent

☐ Is full service

☑ Owner side fee enabled

Owner side fee percentage: 0.07

☐ Phone contact opt in

**Birthdate:** 1979-08-20   Today |
[Optional] Please enter your birthdate (e.g. 6/9/1989)

☐ Email verified

**The version number of the Term of Service this person has accepted:** 9

ROVER_000027

☐ Referred by donor program

**Search score boost:**

0

Deprecated; unused as of the move away from the legacy score

☐ Friend referral discount
This person is owed a discount on their next transaction because they referred a friend.

☐ Humane society trained
Has training from the Humane Society

☐ Humane society parent
Is a Humane Society foster parent

Search preference: Unset ˅

**Slug:** melanie-s-ill-love-care-for-your-pet-well

☑ Marketing Partner

☑ Long stays
Are you willing to accept stays longer than one week?

Search score response time: 149

Average time it takes to respond to conversations (in seconds), or None. Penalizes non-responsiveness.

☐ Hide Photos
Check this if you don't want photos you take during a booking to be publicly visible on your profile.

☑ Does not have dogs
Specify that the user has no dogs

☑ Fraud check enabled
If checked the user well be checked for fraud before being allowed to book. Uncheck this to disable the fraud check.

☐ Is sensitive
This user is sensitive and we should only contact them for transactional notifications. No auto-posts or anything.

User: melanie-sportsman

Default Phone: ▓▓▓▓▓▓▓▓▓▓

Time zone: America/Los_Angeles

Response percent: 100
Percentage of time the user responds within 24 hours (between 0 and 100). None if insufficient data.

Response time: 139
Median time it takes to respond to conversations (in seconds), or None. Doesn't penalize non-responsiveness.

Testimonial count: 4

Ratings average: 5.00

Ratings count: 15

Imported status: None

Imported: None

### BACKGROUND CHECK REQUESTS

| ID | ADDED | STATUS | TYPE | SIGNATURE | RECV CA REPORT | RECV MA OK REPORT | BACKGROUND CHECK REPORT | BACKGROUND CHECK ID |
|---|---|---|---|---|---|---|---|---|
| 209470 | May 24, 2017, 11:00 PM | completed | Basic | Melanie Marie Sportsman | ✗ | ✗ | 74d44b87be893e51047f052 | None |

Basic background check request [Melanie Sportsman]

Add another Background check request

Django administration

Home › People › People

ROVER_000030

Select Person to change

ADD PERSON

[@gmail.com] Search

FILTER

By active
All
Yes
No

By default image
All
No default image
Has default image

By agency
All
Jen's Downtown Seattle Agency
Sleepover Rover
KristyAnn's Pet Sitting Agency
Faithful Friend Pet Sitters
LW Pet Services
Katie's Dog House in Sacramento
Demo Pet Sitting Agency
Kelly's Pet Sitting Agency
Dog Sitting by Amber & Gus
Demo Agency
Wags 'n Whiskers & Feathers and Fins
Stephanie's Pet Sitting
Roxanne's Pet Sitting
Joy to the Pets
Chele's Creature Comforts
Let Rover Sleep Over
Cuddles and Claws
Premier15
Raven Jackson

Action: [ --------- ▾ ] Go   0 of 1 selected

1 result (Show all)

☐ PERSON

☐ **Melanie Sportsman**

## Person Overview

Personal Information

**Name:**
😡 Melanie Sportsman   Login as... - Mobile App Login as... Profile

**OPK:**
AzL0q0Rg

**Provider Group:**
Default with 20% take rate

**Email:**
melaniesportsman@gmail.com   Edit name and email

**Default Phone:**

**Wallet:**
Balance (Redeemable): --
InternalCreditMethod Coupons: --

**Home:**

**Pets:**
No dogs

**Staff Notes:**
Edit...

**Member of VIP Owners:**
😡 No

**Change Provider Profile:**
🟢 Active

**Member of Sitter to Sitter:**
🟢 Yes

**Member of High Value Sitters:**
😡 No

**Member of Sitter to Sitter Plus:**
😡 No

**Assignment Markets:**
No markets

**Services:**
Dog Boarding   Drop-In Visits   Doggy Day Care   Dog Walking   |   View All

**Messages:**
All Messages

**Account Creation:**
Date Created: May 24, 2017, 9:44 PM
Source: mobile_web
Signed up with Facebook: Yes
Signed up with Google: No

Links

- Availability Records
- Coupon
- Coupon Group
- Gift Card Group
- Reviews
- Response Rate
- Photo Rate
- Recalculate Review Count
- Braintree Transactions
- Stripe Transactions
- Background Check Requests
- Conversations
- Inquiries
- Service Approvals (for Assignment)
- Deactivations
- Mass Deactivations Upload
- Password Reset Email History

Stays

| Stay | Provider | Requester | Type | Dogs | Status | Start Date | End Date | Provider Phone | Images | Animoto | Provider Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|

30 stays shown, more exist. Show All Stays

| ID | Owner | Service | Pet | Status | Date | End Date | Phone | Qty | Review | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5678241 | Melanie Sportsman | Dog Boarding | Cole | Pending Reviews | Jun 20, 2018 | Jun 24, 2018 | -9932 | 7 | sent | USD 112.00 |
| 4508274 | Melanie Sportsman | Dog Boarding | Nova | Completed | Feb 2, 2018 | Feb 3, 2018 | -9932 | 0 | (none) | USD 28.00 |
| 4516472 | Melanie Sportsman | Dog Boarding | Sandy | Cancelled | Jan 27, 2018 | Jan 28, 2018 | -9932 | 0 | (none) | USD 14.00 |
| 4170553 | Melanie Sportsman | Dog Boarding | Mason | Completed | Dec 23, 2017 | Dec 28, 2017 | -9932 | 5 | sent | USD 200.00 |
| 4220601 | Melanie Sportsman | Dog Boarding | Vita | Pending Reviews | Dec 23, 2017 | Dec 26, 2017 | -9932 | 0 | (none) | USD 120.00 |
| 4168915 | Melanie Sportsman | Dog Walking | Nina and Banksy | Pending Reviews | Dec 16, 2017 | Dec 22, 2017 | -9932 | 30 | (none) | USD 189.60 |
| 4258882 | Melanie Sportsman | Dog Boarding | Maggy | Pending Reviews | Dec 15, 2017 | Dec 17, 2017 | -9932 | 9 | (none) | USD 64.00 |
| 4058917 | Melanie Sportsman | Dog Walking | Aggie | Pending Reviews | Dec 15, 2017 | Dec 13, 2017 | -9932 | 31 | (none) | USD 96.00 |
| 4211277 | Melanie Sportsman | Dog Walking | Aggie | Pending Reviews | Dec 7, 2017 | Dec 7, 2017 | -9932 | 7 | (none) | USD 16.00 |
| 4088346 | Melanie Sportsman | Dog Boarding | Lazer | Pending Reviews | Nov 18, 2017 | Nov 23, 2017 | -9932 | 31 | sent | USD 200.00 |
| 4123278 | Melanie Sportsman | Dog Walking | Vita | Pending Reviews | Nov 23, 2017 | Nov 23, 2017 | -9932 | 2 | (none) | USD 13.60 |
| 3952293 | Melanie Sportsman | Dog Walking | Aggie | Pending Reviews | Oct 30, 2017 | Nov 13, 2017 | -9932 | 28 | (none) | USD 60.00 |
| 4030785 | Melanie Sportsman | Dog Boarding | Buster | Completed | Nov 10, 2017 | Nov 12, 2017 | -9932 | 10 | sent | USD 56.00 |
| 3967512 | Melanie Sportsman | Drop-In Visits | Maggy | Pending Reviews | Oct 31, 2017 | Nov 9, 2017 | -9932 | 25 | (none) | USD 96.00 |
| 3942764 | Melanie Sportsman | Dog Boarding | Fiona | Completed | Oct 28, 2017 | Oct 29, 2017 | -9932 | 5 | sent | USD 28.00 |
| 3711150 | Melanie Sportsman | Drop-In Visits | Missy, Maggie Mae, and Poco | Completed | Oct 27, 2017 | Oct 28, 2017 | -9932 | 16 | (none) | USD 56.00 |
| 3905111 | Melanie Sportsman | Dog Walking | Aggie | Pending Reviews | Oct 23, 2017 | Oct 25, 2017 | -9932 | 19 | (none) | USD 24.00 |

| ID | Person | | Service | Pet | Status | Date 1 | Date 2 | Zendesk id | Count | Actioned by | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3823589 | Melanie Sportsman | | Drop-In Visits | Rocco and Lola | Completed | Oct 19, 2017 | Oct 22, 2017 | -9932 | 14 | (none) | USD 80.00 |
| 3861866 | Melanie Sportsman | | Dog Walking | Aggie | Pending Reviews | Oct 16, 2017 | Oct 18, 2017 | -9932 | 12 | (none) | USD 24.00 |
| 3815821 | Melanie Sportsman | | Dog Walking | Aggie | Completed | Oct 9, 2017 | Oct 11, 2017 | -9932 | 21 | (none) | USD 24.00 |
| 3748554 | Melanie Sportsman | | Dog Boarding | Maggie Bear Cone | Completed | Sep 28, 2017 | Sep 29, 2017 | -9932 | 3 | (none) | USD 24.00 |
| 3706280 | Melanie Sportsman | | Dog Boarding | Chloe | Pending Reviews | Sep 23, 2017 | Sep 24, 2017 | -9932 | 4 | (none) | USD 24.00 |
| 3623537 | Melanie Sportsman | | Dog Boarding | Brownie | Pending Reviews | Sep 9, 2017 | Sep 10, 2017 | -9932 | 0 | (none) | USD 28.00 |
| 3565367 | Melanie Sportsman | | Dog Boarding | Sophie and Daisy | Completed | Aug 30, 2017 | Sep 4, 2017 | -9932 | 3 | (none) | USD 220.00 |
| 3536104 | Melanie Sportsman | | Dog Boarding | Brownie | Pending Reviews | Aug 26, 2017 | Aug 28, 2017 | -9932 | 0 | (none) | USD 40.00 |
| 3539307 | Melanie Sportsman | | Dog Boarding | Sandia (Sandy) | Pending Reviews | Aug 26, 2017 | Aug 27, 2017 | -9932 | 0 | (none) | USD 20.00 |
| 3485299 | Melanie Sportsman | | Dog Boarding | Brownie | Completed | Aug 18, 2017 | Aug 21, 2017 | -9932 | 6 | sent | USD 60.00 |
| 3493541 | Melanie Sportsman | | Dog Boarding | Nova | Completed | Aug 19, 2017 | Aug 20, 2017 | -9932 | 1 | (none) | USD 20.00 |
| 3489310 | Melanie Sportsman | | Dog Boarding | Nova | Completed | Aug 18, 2017 | Aug 19, 2017 | -9932 | 4 | sent | USD 20.00 |
| 3432316 | Melanie Sportsman | | Dog Boarding | Roxie | Pending Reviews | Aug 9, 2017 | Aug 9, 2017 | -9932 | 0 | (none) | USD 20.00 |

**Known Aliases**

No known aliases

**Person** — **Staff Notes**

### Activations Log

| Reason | Time | Zendesk id | Actioned by |
|---|---|---|---|
| None | Apr 18, 2019, 1:44 PM | None | Deactivated by Melanie Sportsman |

1 Person

ROVER_000035