**EXHIBIT R**

# Exhibit B

# 📄 #5284456 Irrational Owner

| | | | | |
|---|---|---|---|---|
| **Submitted** | | **Received via** | **Requester** | |
| December 31, 2017, 11:29 PM | | Web Form | Erika Miller <​███████n@yahoo.com> | |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Core | Dylan Knell |

| Sitter/Owner/Other? | Issue Category | | Customer Type | |
|---|---|---|---|---|
| Sitter | Community Experience::Care Provided | | Repeat - Completed at least one stay | |
| **Source** | **Total time spent (sec)** | **Time spent last update (sec)** | **On Demand Market** | **Canada** |
| US Help Center | 1549 | 120 | San Francisco | Yes |
| **Conversation OPK** | **Zip Code** | | | |
| Np1Ze0Gg | 94131 | | | |

---

**Erika Miller**   December 31, 2017, 11:29 PM

This is long but please read the ENTIRE description. Couldn't be shortened any other way.

Last night I was taking Renshi out for her walk after she ate dinner and I opened the door and but she heard a dog walking down the street and pulled against the leash. My other hand was on the doorknob and instead of closing it halfway to pull her back, it latched completely. The keys were just inside the door hanging on the windowsill. I always have them by the leash on the table but they were not there so I assumed they were in my pocket already.

In 15 years of dog sitting and house sitting I've never had an accident or made a mistake. She went to Lake Tahoe without leaving a spare key for me. She didn't even leave a spare key with any of the neighbors only the one who was in Lake Tahoe with her!! How stupid and irresponsible! What good is giving a spare key to a neighbor who is going to be in Lake Tahoe with the owner as well? Everyone who has keys to this house is in Lake Tahoe!!! No back up plan at all, nothing! The key could've fallen off the key ring or broken off in the keyhole, anything could've happened to it, that's life!!

She told me to call her on her cell phone if anything came up, so I called her first at 5:32 pm because she answered right away. If she didn't answer the phone I'd obviously call the emergency line right away, but it wasn't an emergency, Renshi didn't die and nobody was injured.

If the back patio door was unlocked I could've easily gotten in through the garage which is detached from the house of course. But I don't leave any doors unlocked even when I'm here because I'd rather NOT have the house broken into than call a locksmith to come out and open the door for me. It was a calculated decision I made and I'm sticking with it. I know what happened so she can say whatever she wants and twist it all around writing me a bad review but I did what I had to do. Renshi was safe, and that's all that matters.

The locksmith wanted to talk to her so I put her on speakerphone so he could ask her important questions. She was totally belligerent and berated the locksmith repeatedly. She refused to text me her drivers license so that he could see that she lived in the house! A locksmith is not going to let someone in the house that doesn't live there⬜⬜⬜

She finally gave in and cooperated then she said "you completely ruined my vacation." But I was the one who was locked out standing in the freezing cold for 90 minutes waiting for the locksmith. I was missing my OWN birthday party that I was supposed to go to at 6:00 (which she told me I could attend before I excepted the job!!)

She then kept screaming on the phone about how angry she was that Renshi stepped in dog poop Friday night and tracked it in the house and got it on her new duvet, (she allows Renshi full access to the house including sleeping on ALL the beds). While I'm waiting for the locksmith to unlock the door she told me on the phone (again) "Renshi has never stepped in poop her entire life she knows where to step, and how to step she's very step conscious". What does that even mean!? That doesn't make any sense!! I carry a flashlight at night I'm not an idiot but I can't control where the dog steps! It's A DOG NOT A ROBOT!

*To be clear let's go back 3 days:
I cleaned up everything and I even vacuumed areas I didn't have to which is not part of my job assignment. I'm here to take care of the dog not be their housekeeper, they already have one that comes once a week. I washed her paw with doggy shampoo too. I don't know why she was bringing that up 3 days after the fact and it had NOTHING to do with being locked out of the house!!!

She continued screaming on the phone "I'm not paying a penny of it, this is your fault it's all on you. Give him your credit card, you can pay for everything ($185) because it's all your fault and he better not break my $500 doorknob." He heard everything she said because she was still on speakerphone.

I don't mind paying for something if it was an accident but don't rub it in my face and make me feel 100 times worse like I intentionally left the the keys inside the house and wanted to waste $185!!

My nightly overnight rate is $60 Rover is only paying me $50. My holiday rate is $65 so I'm already losing $15 every night because of the 20% Rover fee policy so losing $185 is going to hurt me financially.

After he unlocked the door perfectly without breaking it she told me "I'm coming home a day early" which docks my pay. I told her there was no need to come home a day early, everything was fine and she said "everything is not fine, it's a complete disaster, you're the worst dog sitter ever it's a catastrophe!!"

So now I'm NOT getting paid for the 7 scheduled days only 6 days. Just make sure I get paid for the days I was here 12/27/17 - 1/1/18. I don't want this lady or Rover to screw me out of my hard earned pay. So now she's making me leave January 1st, instead of January 2nd, make sure that's clear, I don't want any hassles with the payment.

The house didn't burn down, the dog didn't kill another dog and nobody died. She's also mad that I texted her with updates about Renshi. Basically any other questions that came up which she didn't answer before she left.

Just please make SURE that I get paid. I work for myself and I have WAY better clients that I could be working for. My last client I worked for who has 5 DOGS finished up on 12/26 so I agreed to work for her starting 12/27 to make extra money for food and rent. What a huge mistake. NEVER, ever, again.

This has been the worst dog sitting experience ever I'm deleting my account after I get paid. There's nothing wrong with Renshi (even though she's very aggressive towards dogs). I can handle a vicious dog, but I can't handle a deranged owner!! There are ways to talk to people and ways to handle situations, without turning into a mad, raving lunatic.

As far as animal welfare is concerned she should be worried about her dog not a locksmith I had to pay for because her dog has some of the worst periodontal disease I've ever seen!! As a former vet tech working in animal hospitals for over 10 years this is HORRIFIC, it's borderline dog abuse! Some of Renshi's teeth will definitely have to be pulled.

It's one thing to not brush your dogs teeth daily like you're supposed to but at least take it to a vet to get them checked once a year!! Her teeth are so bad I'm surprised she doesn't have other health problems related to dental disease.

Please see the attached pictures of her teeth (right AND left views) that are completely covered in tartar. She's only 7 years old and it's like her teeth haven't been brushed in 7 years!! I could NOT find any toothbrush or toothpaste for her. Ridiculous....

I also couldn't find a grooming brush because she was shedding so bad. When I finally did find a brush buried in the dog food cabinet, it was for a dog with long hair. Renshi has short hair, she's an Akita NOT an Afghan.

I brushed her for 45 minutes but it kept coming out so badly I had to stop otherwise I would've been brushing her for 2 hours. Why have a dog if you're not going to take care of it? What's the point of buying $75 dog food made in Alberta Canada if you're going to neglect your dog? That's all I have to say. I'm done.

---

**Dylan Knell**  Jan 1, 3:45 AM

Hi Erika

Thanks for reaching out to us about this!  Truly sorry for the hard experience you had with this owner!  I can definitely sympathize with what you went through.  In any case I'm going to make sure that this information is recorded for future purposes in case the owner calls or writes in so we have your account on the situation.  Thanks for reaching out to us about it and I do hope that you can somehow still have a great New Years!

Sincerely,

--Dylan K.
Rover Support

*Have you seen our Help Center? It's full of tips, tricks, and account how-tos. Check it out!*

---

**Erika Miller**  Jan 1, 9:44 AM

Hi Dylan-

Thank you she's coming back home at 4:00 she told me to walk Renshi one last time at 2:00 how do I make sure I get paid? Also I'm sure I'm not the ONLY one who accidentally got locked out. Does Rover have spare keys? How many times has this occurred with dog sitters and what do you do about it when it happens?

I feel very sorry for the condition of Renshi's teeth but at this point she will not get any recommendations or advice from me because of how she acted Saturday night. In the end it's Renshi that suffers which is unfortunate. I already gave her other tips prior to her meltdown and I even let her borrow my own dogs feeder so Renshi wouldn't have to strain her neck all the way down to the floor while she was eating which puts stress on the joints. I took VERY good care of Renshi and that's all that matters.

Regards,
Erika

-Sent from my iPhone X

---

**Dylan Knell**  Jan 3, 11:30 PM

Hi Erika

This type of thing happens all the time actually so I wouldn't be hard on yourself at all about it.  Getting a locksmith to help you right away was definitely the right route to go and ensuring your Rover Dog's Safety was also definitely the right thing to do.  So far from what I can see there is no issue yet over this booking with the owner and your funds available for withdraw on 01/04/18.  Let me know if anything else comes up though and I will do my best to assist you further with this.

Sincerely,

--Dylan K.
Rover Support

*Have you seen our Help Center? It's full of tips, tricks, and account how-tos. Check it out!*

---

**Erika Miller**  Jan 3, 11:56 PM

Hi Dylan,

Thanks for your reply. When she returned she texted me and said "House and Renshi look great. I'm not going to write you a bad review the neighbor told me how concerned you were. I'm not going to write you a review at all."

Great, so now I have no Rover reviews. That's ok I think I'm done with this company and being a Rover dog sitter. I'll just work with clients I know, that way I won't get 20% taken out of my pay and I'll get paid 100% instead of 80%.

Regards,
Erika

-Sent from my iPhone X

---

**Dylan Knell**  Jan 4, 12:02 AM

Hi Erika

I'm very sorry you feel that way about it Erika.  In any case though I'm glad that the owner isn't going to be negative about the experience with you any more.  Truly sorry you went through all of this.

Sincerely,
--Dylan K.
Rover Support

*Have you seen our Help Center? It's full of tips, tricks, and account how-tos. Check it out!*

---

Support Software by **Zendesk**