**EXHIBIT S**

# Exhibit E



Search Sitters    Become a Sitter    Our Services    Sign Up    Sign In    Help



# Erika M.

**Diamond Heights , San Francisco**

★★★★★ (4)    💬 Response Rate: **100%**

🕐 Response Time: **under an hour**

Contact Erika    ♥

## Services

**House Sitting**
in your home

**$65**
per night

**Drop-In Visits**
30-minute check-ins

**$25**
per visit

**See Additional Services & Rates**

Cat care, pick-up & drop-off, bathing / grooming

## Traveling Preferences

      

0-15 lbs    16-40 lbs    41-100 lbs    101+ lbs

## Availability

House Sitting ▾

Erika M. | Diamond Heights, SAN FRANCISCO, CA | Rover.com     https://www.rover.com/members/erika-m-struts-with-your-pup/
Case 3:19-cv-03053-WHO   Document 67-19   Filed 02/24/21   Page 4 of 9

## JULY 2019

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |

■ Available   ■ Unavailable

House Sitting Cancellation Policy: Moderate

⊗Report this profile



**14 Photos**
View All

## Reviews



**4 Reviews**

★★★★★



**Sarah P.**  VERIFIED STAY
Dec 28, 2018

Erika watched our husky Shayla both at our house and at hers and took such good care of our girl! We were a li ttle nervous about leaving Shayla because she is a recent rescue dog with a few issues s till, but Erika was amazing with her and even helped to work on some of those issues. She sent us daily photos and updates during the week and our house looked clean and fresh when we ...

(Read More)



**Lori H.**
Dec 14, 2017

You couldn't get a be tter loving, caring, amazing , responsible lady to care for your dogs. Erika took care of my husky for 8 years. I was so lucky Kyla had her. I would recommend Erika to anyone of your customers and to Rover, they and your company would be very lucky to get her.



**Jeff B.**
Oct 19, 2017

Erika Miller is terrific with dogs of all kinds. She has walked 4-5 (depending on the day) who are at my house. They all love her, even the shy one who is some times hostile with strangers. She's also 100% reliable. You would do very well to include her in your corps of dog caregivers.

Read more reviews

## About Erika



**15**
years of experience

## Struts with your pup!

I am available full time to walk your dog(s). I do solo walks, group walks and dog park walks off leash. I can pet sit your dog(s) too at your house. I have been walking dogs and pet sitting since 2002. I love dogs big and small. I have owned 6 Huskies throughout my life. I have puppy and senior dog experience. I have an animal science degree and I have worked as ...

(Read More)

## When Erika watches your pet

**Erika's Service Area**

 All stays booked on Rover receive our Rover guarantee , 24/7 support, and our reservation protection. Learn More

Home  /  San Francisco Dog Boarding

## Learn More

Read Our Blog
Rover Q&A Community
Rover Store
Rover Guarantee
Safety
Sit a Dog, Save a Life

## Need Help?

Help Center

## About Rover

About Us
Contact Us
Joining Forces
Get the App
Press
Careers
Partners
Privacy Policy
Cookie Policy
Terms of Service
Interest-Based Ads
Rover UK

## Top Rover Cities

| | | |
|---|---|---|
| Atlanta | Jacksonville | Portland |
| Austin | Kansas City | Richmond |
| Baltimore | Las Vegas | Sacramento |
| Boston | Lexington | Saint Louis |
| Calgary | Los Angeles | Salt Lake City |
| Charlotte | Madison | San Antonio |
| Chicago | Miami | San Diego |
| Cincinnati | Milwaukee | San Jose |
| Cleveland | Minneapolis | Seattle |
| Columbus | Mississauga | Tampa |
| Dallas | New York City | Toronto |
| Denver | Oakland | Tucson |
| Edmonton | Orlando | Washington, D.C. |
| Fort Worth | Ottawa | Winnipeg |
| Houston | Philadelphia | More cities |
| Indianapolis | Phoenix | Neighborhoods |

## Get cute puppies in your inbox

[Email Address] 

 visit our blog THE DOG PEOPLE     

By providing my e-mail address, I consent to receive marketing communications from Rover.com and its affiliates.  Privacy Policy

2019 Rover.com. All Rights Reserved.2101 4th Ave #400 | Seattle, WA | 98121





**Kimberly O.**
Inner Sunset, San Francisco, CA
★★★★★
12 Reviews

**Jasmine F.**
Parkside, San Francisco, CA

**Lauren W.**
Nob Hill, San Francisco, CA
★★★★★
57 Reviews

Home  /  San Francisco Dog Boarding

| Learn More | Need Help? | About Rover | Top Rover Cities | | |
|---|---|---|---|---|---|
| Read Our Blog | Help Center | About Us | Atlanta | Jacksonville | Portland |
| Rover Q&A | | Contact Us | Austin | Kansas City | Richmond |
| Community | | Joining Forces | Baltimore | Las Vegas | Sacramento |
| Rover Store | | Get the App | Boston | Lexington | Saint Louis |
| Rover Guarantee | | Press | Calgary | Los Angeles | Salt Lake City |
| Safety | | RoverCam | Charlotte | Madison | San Antonio |
| Sit a Dog, Save a Life | | Careers | Chicago | Miami | San Diego |
| | | Partners | Cincinnati | Milwaukee | San Jose |
| | | Privacy Policy | Cleveland | Minneapolis | Seattle |
| | | Cookie Policy | Columbus | Mississauga | Tampa |
| | | Terms of Service | Dallas | New York City | Toronto |
| | | Interest-Based Ads | Denver | Oakland | Tucson |
| | | Rover UK | Edmonton | Orlando | Washington, D.C. |
| | | | Fort Worth | Ottawa | Winnipeg |
| | | | Houston | Philadelphia | See more cities |
| | | | Indianapolis | Phoenix | |