# EXHIBIT T

# Exhibit D

# Django administration

WELCOME, **ANNIE**. VIEW SITE / DOCUMENTATION / CHANGE PASSWORD / LOG OUT

Home › Conversations › Messages

## Select message to change

Action: [ --------- ]  [Go]   0 of 3 selected

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 108367016 | Jennifer | Erika Miller | SMS | approved | Nov 14, 2017, 10:30 PM | Thanks for letting me know! | - | bw-m-6czxszqkxxmcspoa3qy24dy |
| ☐ | 108366785 | Erika Miller | Jennifer | SMS | approved | Nov 14, 2017, 10:23 PM | Hi Jennifer thanks for your message unfortunately I'm already house sitting & dog sitting 5 dogs for someone for 3 weeks. Good luck! | - | bw-m-ulw3lqaliemt7p57cncz4pi |
| ☐ | 108366574 | Jennifer | Erika Miller | Web | approved | Nov 14, 2017, 10:17 PM | Hi Erika, I'm going out of town over thanksgiving and needs someone to dog sit my poodle at my house. He doesn't do well with other dogs , but is otherwise super sweet. Let me know if you're interested/will be available, thanks! | - | da5437b3e5714842888b786d7d49d83c |

3 messages

# Django administration

WELCOME, **ANNIE**. VIEW SITE / DOCUMENTATION / CHANGE PASSWORD / LOG OUT

Home › Conversations › Messages

## Select message to change

Action: [ --------- ] [Go]   0 of 3 selected

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 112703888 | Ashley | Erika Miller | SMS | approved | Dec 6, 2017, 2:58 PM | No worries, thanks Erika! | - | bw-m-dhpu2rdzsb3kgieilsqeg7i |
| ☐ | 112703615 | Erika Miller | Ashley | iOS | approved | Dec 6, 2017, 2:57 PM | Hi Ashley thanks for your message. I'm actually watching someone's dogs from 12/22-12/26 so that's not going to work. Good luck to you Yoshi is very cute! | - | 085B0D5B-3D55-49C9-9946-2F924D180F7E |
| ☐ | 112634471 | Ashley | Erika Miller | Web | approved | Dec 6, 2017, 9:43 AM | Hi Erika! I'm looking for an in-home sitter for my dog, Yoshi, while I am home for the holidays 12/19-12/26. Would you be available? I live alone in a 1br apartment in Hayes Valley so pretty central in the city. A little about Yoshi- he's an 11yo Shiba Inu, and an awesome indoor companion, but isn't great with other dogs, so would need to be solo. He's ok with spending time alone as well if you have holiday plans during the days, just needs his bathroom breaks! Let me know if you're open! Ashley | - | 1b227bfb72f5428380a7a4ec6b731148 |

3 messages

# Django administration

WELCOME, **ANNIE**. VIEW SITE / DOCUMENTATION / CHANGE PASSWORD / LOG OUT

Home › Conversations › Messages

## Select message to change

Action: [---------] [Go]   0 of 2 selected

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 114566559 | Erika Miller | Chris ▇▇▇ | Mobile Web | approved | Dec 16, 2017, 2:04 PM | Hi Chris unfortunately my schedule is already full this month so I'm sorry I can't take care of your dogs they're very cute! Good luck and Happy Holidays! | - | 7df4a1c0d2da48c2abe0f0f50efa2c42 |
| ☐ | 114511224 | Chris ▇▇▇ | Erika Miller | Web | approved | Dec 16, 2017, 9:54 AM | Diesel is a 60 lbs boxer-mix type dog and loves to play, but doesn't really get along well with other dogs, especially his size or larger. Magnus is a 20 lbs pug-mix and is kind of timid, but super cuddly. Ideally, you could spend the night at my place, but if that doesn't work they need to be fed and let out around 7-8am, give attention throughout the day, and at night around 9pm | - | 94f056e87a1f449bb205765e9e8fc47f |

2 messages

# Django administration

WELCOME, **ANNIE**. VIEW SITE / DOCUMENTATION / CHANGE PASSWORD / LOG OUT

Home › Conversations › Messages

## Select message to change

Action: [ --------- ] [Go]  0 of 2 selected

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 122773249 | Erika Miller | Arif ▇▇▇ | iOS | approved | Jan 31, 2018, 8:16 AM | Hi Arif thanks for your message unfortunately my new work schedule is Wednesday-Sunday so I am not available on the weekends best of luck in your search. | - | D690CFDD-D2D5-48FE-915B-7DB62949BBB4 |
| ☐ | 122706628 | Arif ▇▇▇ | Erika Miller | Web | approved | Jan 30, 2018, 4:55 PM | Hi Erika! We are looking for a dog and house sitter for our rescue, Javier. Javier is still nervous around other dogs and strangers, and barks at other dogs and strangers while on walks, so we are looking for private walks with someone experienced with these types of issues. We are also doing a few training sessions to work on this behavior over the weekends. We live in Noe Valley in a three bedroom house. Thanks! | - | a9e5e41c243341c3ba523c2a3ec6a999 |

2 messages

# Django administration

Home › Conversations › Messages

## Select message to change

Action: [---------] [Go]  0 of 9 selected

| ☐ | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 143341729 | Erika Miller | Mahalia | SMS | approved | May 6, 2018, 9:16 PM | I'm sorry I'm already booked with 2 other Rover dogs. | - | bw-m-fnhrnoub56krjjddi7hw3pa |
| ☐ | 143335048 | Mahalia | Erika Miller | Web | approved | May 6, 2018, 8:19 PM | Might you be taking on a new dog for walks? Our puppy is in need of a morning and afternoon walk May 14-June 1 Monday-Friday. We are at the corner of Mangels and Burnside. | - | fc1c654f22524649b598840854485618 |
| ☐ | 130950617 | Erika Miller | Mahalia | SMS | approved | Mar 13, 2018, 2:57 PM | I have classes in the morning. I'd suggest looking for someone else now so that you're not stranded. | - | bw-m-gict226wlqk33knqy7ftrci |
| ☐ | 130949249 | Mahalia | Erika Miller | iOS | approved | Mar 13, 2018, 2:52 PM | And how about late morning? | - | 341709AC-5B18-404A-9028-ACF81218CCF3 |
| ☐ | 130933442 | Erika Miller | Mahalia | SMS | approved | Mar 13, 2018, 1:53 PM | No unfortunately I wouldn't because I'm walking other dogs. I don't finish until 2:30 or 2:45 | - | bw-m-enyvtj6zawphxjkfaawxuny |
| ☐ | 130892122 | Mahalia | Erika Miller | iOS | approved | Mar 13, 2018, 11:33 AM | Would you be available at 2 sharp? We could probably run with her before work to get her tired and she could sleep and make it until 2 | - | 5CFB6FEE-D366-4EBD-AF0E-BD040D093802 |
| ☐ | 130776634 | Erika Miller | Mahalia | iOS | approved | Mar 12, 2018, 7:01 PM | Hi Mahalia thanks for your message. Unfortunately I'm not available this week until after 2:00. That's too bad because I live 1 minute away from you! Perhaps another time in the future. Good luck!! | - | 71778702-411D-4900-A0FB-653B0E2CB4A3 |
| ☐ | 130763631 | Mahalia | Erika Miller | Web | approved | Mar 12, 2018, 6:09 PM | Drop-In Visits request: 1 visit on Wednesday, Mar 14 at 11:00am 1 visit on Thursday, Mar 15 at 11:00am 1 visit on Friday, Mar 16 at 11:00am | - | 7769af8308314ab0a7798ec3e0774738 |
| ☐ | 130763629 | Mahalia | Erika Miller | Web | approved | Mar 12, 2018, 6:09 PM | Might you be available for a longer session Wednesday, Thursday, and Friday (11-2 in our home)? We are of course willing to pay extra. How much would you charge? | - | ac368bd50b854830af72ef349a12d589 |

9 messages

# Django administration

WELCOME, **ANNIE**. VIEW SITE / DOCUMENTATION / CHANGE PASSWORD / LOG OUT

Home › Conversations › Messages

## Select message to change

Action: [ --------- ] [Go]  0 of 11 selected

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 142975742 | Reese & Devin | Erika Miller | SMS | approved | May 5, 2018, 10:24 AM | Devin@cuylertufts.com rather; will call | - | bw-m-peuftvjszpk2e7xea4t3swy |
| ☐ | 142975593 | Reese & Devin | Erika Miller | SMS | approved | May 5, 2018, 10:24 AM | Just added you as a contact and doing new text - show as a regular text yet? Email address is devin@cuyleetufts.com. We really like this part of the city, it's more peaceful. | - | bw-m-d7dtnoaz25lls4qnh5jof5i |
| ☐ | 142975386 | Erika Miller | Reese & Devin | SMS | approved | May 5, 2018, 10:23 AM | Can you please call me at 415-797-2121? It's easier than texting back & forth. What time can you meet today? | - | bw-m-kwqhgfs7qqjzjl44k3rbnoq |
| ☐ | 142973768 | Erika Miller | Reese & Devin | SMS | approved | May 5, 2018, 10:17 AM | Can you please text from a regular number these texts go to my unknown folder & get lost sometimes thanks | - | bw-m-r3uv746x5qf3iygzttsh3wa |
| ☐ | 142973632 | Erika Miller | Reese & Devin | SMS | approved | May 5, 2018, 10:16 AM | This is the Rover # right? U don't have iMessage or an email address? Yes I know the area well my Grammie lives on Santa Paula Ave near Yerba Buena Ave. | - | bw-m-hazmi7ksi7mzrtd5xgor4lq |
| ☐ | 142972614 | Reese & Devin | Erika Miller | SMS | approved | May 5, 2018, 10:12 AM | Sure, we are right next to Glen Park and used to live there, we are Monterrey Heights, St Elmo off Monterrey near St Francis Wood. Sunday is optional but helpful - I usually take him to work but have to travel a lot in May. Coming by today would be fine. | - | bw-m-czkizdhywjz5ur7oitctlna |
| ☐ | 142967110 | Erika Miller | Reese & Devin | SMS | approved | May 5, 2018, 9:52 AM | I sent you a Rover message please text me today at 415-797-2121 thanks! | - | bw-m-kfohn4vfh3ihrc44zz2hqra |
| ☐ | 142966881 | Erika Miller | Reese & Devin | Mobile Web | approved | May 5, 2018, 9:51 AM | I also don't have my Husky anymore. She passed away 5/25/16 so my house has no pets now. I don't mind staying at your house or mine it's just easier to stay at mine so I don't have to pack and move everything. | - | b2f41e47d33b41c8aa9dfbac9e90944e |
| ☐ | 142966327 | Erika Miller | Reese & Devin | Mobile Web | approved | May 5, 2018, 9:49 AM | Hi there this is kind of short notice. Do you want to meet first? Where do you live? I live in Glen Park. I'm not on Rover that much anymore because I have my own dog sitting service. Can you please text me instead of sending your messages through Rover? 415-797-2121 Thanks! | - | 2f7fb7d6a36548448716e18dd5121fb5 |
| ☐ | 142945456 | Reese & Devin | Erika Miller | Web | approved | May 5, 2018, 8:31 AM | Start: between 9:30am and 5:30pm on Sunday, May 6 End: between 9:30am and 5:30pm on Wednesday, May 9 | - | 152b15a050c8428284f955ce61d94c50 |

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 142945452 | Reese & Devin ▇ | Erika Miller | Web | approved | May 5, 2018, 8:31 AM | Our dog, Lando, is a happy, very sweet dog. He will be home during the day and we need someone to spend time with him at our place and/or yours. Take him for long walks, take him out and about, walk him in our backyard, let him run around our backyard. He has also had a lot of training, so would like to keep commands consistent (sit, heel, down, etc). We would like lots of days in April if possible, but the site is only letting be book contiguous days :) | - | 81045d3aa9b247f8ba751c6816a7b50b |

11 messages

# Django administration

Home › Conversations › Messages

## Select message to change

Action: [ --------- ] [Go]  0 of 10 selected

| ☐ | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 146344188 | Chanda | Erika Miller | Email | approved | May 18, 2018, 12:41 PM | Sounds like an awesome jobpart time could work out for usthe 25th could work as a meet and greet. Have a window washer coming that day so I am flexiblelet me know a time that works. | - | a9c1535274394ecc9e8393c5f86aefd3 |
| ☐ | 146341767 | Erika Miller | Chanda | SMS | approved | May 18, 2018, 12:33 PM | It's for a P/T job at the JCC it's only 20 hours a week afternoon shift not morning | - | bw-m-l2uoavym635lt6m7i7pozxi |
| ☐ | 146341338 | Erika Miller | Chanda | SMS | approved | May 18, 2018, 12:32 PM | I'm not sure yet I'm meeting with the recruiter on 5/23/18 | - | bw-m-5xg4jxund4vnfelftz24q5a |
| ☐ | 146341149 | Erika Miller | Chanda | SMS | approved | May 18, 2018, 12:31 PM | Ok how about 5/25/18? | - | bw-m-cchvfrvgzib4au3lvm5xhea |
| ☐ | 146340829 | Chanda | Erika Miller | Web | approved | May 18, 2018, 12:30 PM | hi--meet and greet will need to be after that weekend as we have an event at our house so its a bit chaotic. Please let me know if you don't take the job for some reason as I need someone around to walk her mid day and late afternoon. But, good luck--I hope you get the job! | - | 2c7be62d30fe4161bbd46c422b1f2369 |
| ☐ | 146337259 | Erika Miller | Chanda | SMS | approved | May 18, 2018, 12:18 PM | I don't work F/T because I'm an independent contractor. I make my own hours, but I may start a 5 day a week job in June. | - | bw-m-vflwyrvxp6twpjlvcuon2wa |
| ☐ | 146336585 | Erika Miller | Chanda | Unknown | approved | May 18, 2018, 12:16 PM | Erika M. has proposed a Meet & Greet! Date: Saturday, May 26th Time: 12:15 PM Location: 5210 Diamond Heights Blvd, San Francisco, CA 94131, USA Reply to this message to confirm your Meet & Greet with Erika M.. | - | - |
| ☐ | 146336248 | Erika Miller | Chanda | iOS | approved | May 18, 2018, 12:15 PM | Hi Chanda. I live in Diamond Heights too near Safeway. I'd like to meet your dog first before setting up any booking. I'm recovering from major dental surgery and I'm recuperating now so this weekend won't work. Your booking isn't until June 30th anyway. I don't prefer the Rover app for communicating so please email me at Lucky1superman@yahoo.com or text me directly at 415-797-2121 thanks! | - | 76670F9C-D777-498E-88DB-6317001DCEA2 |
| ☐ | 146334778 | Chanda | Erika Miller | SMS | approved | May 18, 2018, 12:10 PM | Waiting to hear back from Erika-thanks | - | bw-m-l36ygewy3auxmpcfnx7po2i |
| ☐ | 146324272 | Chanda | Erika Miller | Web | approved | May 18, 2018, 11:36 AM | HI--i live in Diamond Heights so your location is very attractive to me as most sitters I have had do not have cars. Do you work full time or do you have a flexible schedule? I would need to hire you for several drop ins/walks to get to | - | 0d09f0a642554e0fbfcd7083a0895816 |

| ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGE | UUIDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | know the dog before house sitting as she is frightened of people she doesn't know. She doesn't like other dogs either :-( I do not have firm dates for my next trip, just trying to find someone that will work out for future. thanks | | |

10 messages