# EXHIBIT U

# Exhibit C

# #5306391 Payment

| Submitted | Received via | Requester |
|---|---|---|
| January 4, 2018, 9:56 PM | Mail | Erika Miller <████████@yahoo.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Systems | - |

| Sitter/Owner/Other? | Issue Category | Customer Type | Source |
|---|---|---|---|
| Other | Uncategorized::Spam / Junk | Prospect - No Rover account | Email |

**Erika Miller**  Jan 4, 9:56 PM

Where is my money? Still $0.00 when am I going to get paid, February? This is ridiculous I will never use this company again ever. And no reply until 24 hours later. Horrible customer support.

-Sent from my iPhone X

Support Software by **Zendesk**