# EXHIBIT V

# Exhibit G





**Pomeroy Recreation & Rehabilitation Center**
Jun 2015 – Sep 2015 · 4 mos
San Francisco, California

Summer program 1:1 special needs aide for a 7 yr. old autistic child.

**Crossing Guard**
San Francisco Municipal Transportation Agency (SFMTA)
Aug 2013 – Jun 2014 · 11 mos
san francisco, california

I directed traffic and assisted elementary students across the street.

**Environmental Services**
City & County of San Francisco - Department of Public Works
Mar 2007 – Nov 2010 · 3 yrs 9 mos
San Francisco Bay Area

Removed graffiti and refuse from city streets. Maintained city street trees and medians.

**Public Safety Officer**
Fine Arts Museums of San Francisco
Jan 2004 – Mar 2007 · 3 yrs 3 mos
San Francisco Bay Area

Public Safety and First Aid

Show 2 more experiences ⌄     Show fewer experiences ⌃

## Education

**Ashworth University**
Zoology, Animal Sciences
1999 – 2001

Studied animal science and zoology.

**College of San Mateo**
Associate of Science - AS, Psychology
1996 – 1998

**College of San Mateo**
Criminal Justice, Juvenile Corrections
1994 – 1996

Studied ADMJ (Administration of Justice)

Show 2 more education ⌄

## Licenses & Certifications

**TRUSTLINE CERTIFIED**
Issued Sep 2016 · No Expiration Date

**CPR & FIRST AID**
Issued Jan 2018 · Expires Jan 2020

## Volunteer Experience

**Hands On Bay Area Volunteer**
KEEN San Francisco
Aug 2011 – Dec 2012  • 1 yr 5 mos

### Messaging

R.W. Navis
R.W.: Nicole, I thought you might ha...

Ashley Petersen
InMail • Regulatory Counsel @ high...

Ray Seilie
You: Aha! Very interesting! Well see...

Heather Canner
Heather: 🟠💗

Aaron Lachant
You: Hey! I saw you were a board me...

Trista Schroeder
You: No worries! Thought it was wort...

Miriam Darby
You: Seriously, you had a huge impa...

Emmeline from LinkedIn ProFin...
LinkedIn Offer • It's time to make c...

Jenna Erdle
Sponsored • Become a Data Scientist

Cameron Mabrie
You: Congrats on your work annivers...

Zach Edwards
Zach: Xox metax article!





