# EXHIBIT W

# Exhibit F





**15 Years as a Owner**

I have owned horses since 1996 and been riding horses since 1982.

**Preferred rates**

- $10 - $11 per 1/2 hour
- $16 - $17 per walk
- $10 - $12 per feeding
- $17 - $18 per visit
- $20 - $25 per day

## Attributes

**Types of pets:**
- Birds
- Dogs
- Cats
- Fish
- Reptiles/Amphibians
- Small Mammals
- Exotic Pets
- Other

**Types of visits:**
- Drop-Ins
- Day Visits
- Extended Stays
- Overnight Stays
- Travel with Pets

**Additional services:**
- Feed Pets
- Give Pets Medication
- Groom Pets

**Skills & certifications:**
- Behavioral Issues
- Shelter Worker
- Vet Worker