# EXHIBIT X

# Exhibit A

## 📁 #4983142 Rover Support - Quick Match Walking

| Submitted | Received via | Requester |
|---|---|---|
| October 24, 2017, 9:54 AM | Web Form | Erika Miller <███████@yahoo.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Initial Quality | Sitter Success Dalmatian |

| Sitter/Owner/Other? | Issue Category | Customer Type |
|---|---|---|
| Sitter | Booking::On Demand | New - Rover account & no completed booking |

| Source | Total time spent (sec) | Time spent last update (sec) | Dog Walking Type |
|---|---|---|---|
| Outbound Email | 1041 | 94 | N/A |

**On Demand Issue Category**

Account & Profile::Dog walking onboarding

---

**Sitter Success Dalmatian**  October 24, 2017, 9:54 AM

Hi Erika,

It looks like your "Overview of Common Collars and Harnesses" quiz is still incomplete. When you are finished make sure to hit the green 'Finish' Button. Please let us know if that does not work. Here is the link to the quiz: http://www.fountain.com/portal/rover/applications/b7f909d9-4900-45d3-8e65-d6ef72d16aa9/learning?stage=dcd7d217-ae66-4c96-8941-943a17c57a54

All the best,

--Sitter Quality Agent
[Help Center](#)

---

**Erika Miller**  October 25, 2017, 12:54 AM

Hi,

No, I already completed it last week I remember passing with a perfect score then completed the testimonial section too so I have testimonials. My profile is already up and running. I'm NOT watching ALL those videos and answering those questions all over again I don't have time! I'll just close my account it's not a big deal to me. This is just a backup job I already walk several dogs in my neighborhood and have a real full time job with Amazon.

I know how to put on collars and harnesses I've been working with dogs for 26 years, I'm not a inexperienced novice. I've already received messages from members anyway so it's a problem with your website, there's a glitch. I think I'd know if I didn't finish the harness/collar section or any other section, I know what I did. Go back and look again you didn't check it throughly, I completed everything please see the attached photos.
Thank you.

-Erika Miller

-Sent from my iPad Pro

---

**Sitter Success Dalmatian**  October 25, 2017, 10:13 AM

Hi Erika,

Thank you for your response. After taking a look at your account there seems to be some misunderstanding. We looked at the screenshots you provided and they are screenshots of your normal Rover sitter profile. Our original email was letting you know what the next steps will be to become a certified Quick Match dog walker. While you are already an approved dog sitter on Rovers platform, in order to provide walks on the rover platform you will need to complete Quick Match certification.

As explained previously, "It looks like your "Overview of Common Collars and Harnesses" quiz is still incomplete. When you are finished make sure to hit the green 'Finish' Button. Please let us know if that does not work. Here is the link to the quiz: http://www.fountain.com/portal/rover/applications/b7f909d9-4900-45d3-8e65-d6ef72d16aa9/learning?stage=dcd7d217-ae66-4c96-8941-943a17c57a54".

Please let us know if you have any other questions or concerns.

Best,

--Sitter Quality Agent
Help Center

---

**Erika Miller**   October 25, 2017, 2:47 PM

So there's a collar/harness quiz for each step? I already answered these questions and watched all the videos. I pressed the green button so I'm not sure what happened with your website. I don't have time to watch all those videos again and take the quiz. I will do it some other day in the next few weeks.

-Sent from my iPhone 7

---

**'Ilima Peterson**   October 25, 2017, 5:34 PM

Hi Erika,

Thanks for getting back to us. The certification process is extensive for sitters on Rover's platform as we want to ensure pet owners that anyone entering their home is aware of how to provide a safe service for their pet. You can get to the next step of the certification process at any time. Please let us know if you have any further questions or concerns.

Best,

--'Ilima P.
Rover Sitter Success

*Have you seen our Help Center? It's full of tips, tricks, and account how-tos.* Check it out!

Support Software by **Zendesk**