# EXHIBIT Z



(/web/20170222201832/https://www.rover.com/?ref=header)

# Terms of Service

Last updated:  January 31, 2017

1. **Acceptance of Terms; Modifications**.  These Terms of Service (the "**Terms**") are a binding legal agreement between you and A Place for Rover, Inc. ("**Rover.com**," "**we**," "**us**" and "**our**").   The Terms govern your use of our software applications, resources and services for pet owners and pet service providers to find each other, communicate with each other, and arrange for the provision of pet care services (collectively, our "**Rover.com Service**").  The Terms govern all use of the Rover.com Service, whether you access it from our website at https://www.rover.com (https://web.archive.org/web/20170222201832/https://www.rover.com/) (the "**Site**"), our mobile applications and mobile websites, our Facebook application, our online or phone support offerings, or any other access point we make available to you. BY ACCESSING OR USING THE ROVER.COM SERVICE, YOU ACCEPT THESE TERMS.  IF YOU DO NOT AGREE WITH THESE TERMS, YOU SHOULD NOT ACCEPT THEM, IN WHICH CASE YOU DO NOT HAVE THE RIGHT TO USE THE ROVER.COM SERVICE.

You understand and agree that we may change the Terms from time to time, and that any such changes will be effective immediately (except as otherwise described in Section 18.9 below) when we post the modified Terms on the Rover.com Service.  Your continued access and use of the Rover.com Service after we post the modified Terms will constitute your consent to be bound by the modified Terms.

2. **Rover.com Service**.

2.1  Nature of the Rover.com Service.  The Rover.com Service consists of a desktop Web application, mobile applications, and other related tools, support and services that pet owners ("**Pet Owners**") and providers of pet-related services ("**Service Providers**") can use to find, communicate with and interact with each other.   The Rover.com Service includes our emergency support services, educational materials for Service Providers, our RoverGO (https://web.archive.org/web/20170222201832/https://www.rover.com/go/) and Rover Match (https://web.archive.org/web/20170222201832/https://www.rover.com/rover-match/) services, our Rover Protection Package (https://web.archive.org/web/20170222201832/https://www.rover.com/protection-package/), and other related services.   We charge fees for some aspects of the Rover.com Service, as described below in Section 10.

2.2  Rover.com does not provide Pet Care Services.  Rover.com is a neutral venue for Service Providers and Pet Owners.  Rover.com is not a Service Provider and, except for emergency phone support and other resources and support specifically described in the Rover.com Service, does not provide pet care services.   We make no representations or warranties about the quality of boarding, pet sitting, dog walking, house sitting, transportation, or other services provided by Service Providers ("**Pet Care Services**"), or about your interactions and dealings with users. Though we provide general guidance on our Site to Service Providers about safety and pet care and to Pet Owners about selecting and engaging Service Providers, Rover.com does not employ, recommend or endorse Service Providers or Pet Owners, and we will not be responsible or liable for the performance or conduct of Service Providers or Pet Owners, whether online or offline.  We conduct an initial review of Service Provider applications and we facilitate background checks on Service Providers conducted by a third party, but do not otherwise screen Service Providers or Pet Owners.   You should exercise caution and use your independent judgment before engaging a Service Provider, providing services, or otherwise interacting with users via the Rover.com Service.  Pet Owners and Service Providers are solely responsible for making decisions that are in the best interests of themselves and their pets.  For example, each user of the Rover.com Service is responsible for keeping current his or her own pet's vaccinations, and we will have no liability for anyone's failure to vaccinate his or her pet.

2.3  Release.  **We hereby expressly disclaim, and you hereby expressly release us from, any and all liability whatsoever for any controversies, claims, suits, injuries, loss, harm and/or damages arising from and/or in any way related to your interactions or dealings with other users and the acts and/or omissions of Service Providers and Pet Owners, whether online or offline.  You acknowledge and agree that YOUR USE AND/OR PROVISION OF PET CARE SERVICES IS AT YOUR SOLE AND EXCLUSIVE RISK**.

2.4  Transactions are between Pet Owners and Service Providers.  The Rover.com Service may be used to find and offer Pet Care Services and to facilitate payment, but all transactions conducted via the Rover.com Service are between Pet Owners and Service Providers.   Except for the limited refunds of Rover.com's fees described in Section 10.5 and the "Reservation Guarantee" specified in Section 10.5, you agree that Rover.com has no liability for damages associated with Pet Care Services (which may include bodily injury to, or death of, a pet) or resulting from any other transactions between users of the Rover.com Service.

2.5  Bookings.  Pet Owners and Service Providers transact with each other on the Rover.com Service when they both agree to a "booking" that specifies the fees, time period, cancellation policy, and other terms for provision of Pet Care Services (a "**Booking**").  One you complete a Booking, you agree to honor the price and other terms of that Booking.  For more information about Bookings, please visit *https://support.rover.com/hc/en-us/articles/205980546-How-do-I-book-with-a-sitter-or-dog-walker-* (https://web.archive.org/web/20170222201832/https://support.rover.com/hc/en-us/articles/205980546-How-do-I-book-with-a-sitter-or-dog-walker-).

2.6  Pet Owners are Solely Responsible for Evaluating Service Providers.  Pet Owners are solely responsible for evaluating the suitability of Service Providers for the services they offer to provide.  Please visit https://support.rover.com/hc/en-us/articles/203062300-How-do-I-choose-the-right-sitter- (https://web.archive.org/web/20170222201832/https://support.rover.com/hc/en-us/articles/203062300-How-do-I-choose-the-right-sitter-) for guidance about making informed decisions about engaging Service Providers.  Though Rover.com performs a limited review of applications to become Service Providers and offers Service Providers the opportunity to undergo background checks conducted by a third party, any such screening is limited, and Rover.com does not warrant that any such screen is accurate, complete, conclusive or up-to-date.  Similarly, Rover.com does not endorse reviews of Service Providers by other Pet Owners that may be available via the Rover.com Service, and Rover.com makes no commitments that such reviews are accurate or legitimate.

2.7  Abandoned Pets; Re-homing.  Pet Owners who arrange for Pet Care Services and fail to retrieve their pet within seven (7) days after the service period identified in a Booking (or an earlier period required under applicable animal abandonment or cruelty laws) agree that Rover.com (or the Service Provider) may, in its (or his or her) sole discretion, place the pet in foster care and/or notify animal control authorities. Pet Owner agrees to reimburse Rover.com and/or the Service Provider for all costs and expenses associated with such actions.  Further, Rover.com expressly reserves the right, in its sole discretion, to remove a Pet Owner's pet from a Service Provider's care should Rover.com deem it necessary for the safety of a pet, the Service Provider, or any persons living with the Service Provider. Prior to removing a pet from the care of a Service Provider, Rover.com will use reasonable efforts during Rover.com's normal business hours to contact the Pet Owner and/or the Pet Owner's emergency contact (if provided) to arrange alternative care. Should Rover.com not be able to contact the Pet Owner or the emergency contact, Rover.com will use its best judgment to find alternative care for the pet until the Pet Owner is able to retrieve his/her pet.  Pet Owner is responsible for and agrees to pay all costs and expenses incurred by Rover.com in connection with such transfer, including any additional charges for new Bookings.

2.8  Emergencies.  We recommend that Pet Owners give their Service Providers contact information where they can be reached in the event medical care for a pet becomes necessary. Service Providers agree to immediately contact Pet Owners in the event such care becomes necessary or, if contact information for the Pet Owner is not available, to contact Rover.com by phone at 1-888-727-1140 or at trust@rover.com (https://web.archive.org/web/20170222201832/mailto:trust@rover.com).  If you are a Pet Owner, you hereby authorize your Service Provider and Rover.com to obtain and authorize the provision of veterinary care for your pet if you cannot be reached to authorize care yourself in an emergency situation. Pet Owners are solely responsible for the costs of any such medical treatment for pets and, if you are a Pet Owner, you hereby authorize Rover.com to charge your credit card or other payment method for such costs. In certain circumstances, Pet Owner may be eligible for reimbursement through insurance coverage, as more fully described in Section 8.

2.9  Consultation Services.  Rover.com may offer Pet Owners and Service Providers phone, chat, or email veterinary consultation services from a third party to provide an educational resource for decisions you make about your own pets or pets in your care.  These consultation services are provided by a third party, and are not a part of the Rover.com Service.  If you use these third party consultation services, you should use them only in conjunction with, and not as a substitute for, professional veterinary care.

3. **Eligibility.**   By accessing and using the Rover.com Service, you certify (1) that you are 18 years of age or older, and (2) that, if you are registering to be a Service Provider, you are legally eligible to work in the jurisdiction where you will provide Pet Care Services, you have complied and will comply with all federal, state, county, municipal and other laws, statutes and ordinances that are applicable to you, and you have obtained all business licenses, permits, and fulfilled any other necessary requirements to legally provide Pet Care Services. You acknowledge that Rover.com is entitled to rely on these commitments, and is not responsible to ensure that all users have met these eligibility conditions.
4. **Use of the Rover.com Service; Suspension**.

4.1  Your Conduct on the Rover.com Service.  When you use the Rover.com Service, you agree:

- To use the Rover.com Service only in a lawful manner and only for its intended purposes.
- Not to submit viruses or other malicious code to or through the Rover.com Service.
- Not to use the Rover.com Service, or engage with other users of the Rover.com Service, for purposes that violate the law.
- Not to use the Rover.com Service to arrange for the provision and purchase of services with another user of the Rover.com Service, then complete a payment transaction for those services offline.
- Not to post reviews about Service Providers that aren't based on your personal experience, that are intentionally inaccurate, or that violate these Terms.
- Not to post content or materials that are pornographic, threatening, harassing, abusive, or defamatory, or that contain nudity or graphic violence, incite violence, violate intellectual property rights, or violate the law or the legal rights (for example, privacy rights) of others.
- Not to post "spam" or other unauthorized commercial communications.
- To use the Rover.com Service only for your own purposes, and not to impersonate any other person.
- Not to transfer or authorize the use of your account for the Rover.com Service by any other person.
- Not to provide false information in your profile on, or registration for, the Rover.com Service.
- Not to interfere with our provision of, or any other user's use of, the Rover.com Service.
- Not to solicit another user's username and password for the Rover.com Service.

4.2  Suspension and Termination.  You understand and agree that we have no obligation to provide the Rover.com Service to you, nor any obligation to continue providing it once we have begun.  If we believe your conduct on the Site or Rover.com Service is inappropriate or violates these terms, and for any other reason (or no reason at all), we reserve the right to suspend or terminate your access to the Rover.com Service in our sole discretion.

5. **Registration; Account Security**.  In order to use some aspects of the Rover.com Service, you will be required to create a username, password, and user profile.  If you elect to use the Rover.com Service, you agree to provide accurate information about yourself and keep this information up-to-date.  You agree not to impersonate anyone else.  You are responsible for maintaining the confidentiality of your username and password for the Rover.com Service, and you agree not to authorize anyone else to use your username and password.  You are responsible for all activity under your account.  You agree to notify us promptly of any unauthorized use of your account.
6. **Privacy**.  Our collection and use of your personal information on the Rover.com Service is described in our Privacy Policy (https://web.archive.org/web/20170222201832/https://www.rover.com/privacy/).
7. **Your Content**.

7.1  Your Content.  We may require or allow you (or someone else on your behalf) to submit or upload text, photographs, images, videos, reviews, information and materials to your profile on the Rover.com Service or otherwise in connection with using the Rover.com Service and/or participating in promotional campaigns we conduct on the Site (collectively, "**Your Content**").  For example, Service Providers are invited to create a profile page with a photograph and other information to allow Pet Owners to find, evaluate and contact them, while Pet Owners have the opportunity to submit reviews of Service Providers.

7.2  License.  Except for the limitations on our use and disclosure of personal information described in our Privacy Policy (https://web.archive.org/web/20170222201832/https://www.rover.com/privacy/), you grant Rover.com an irrevocable, perpetual, non-exclusive, fully paid worldwide license to use, copy, perform, publicly display, reproduce, adapt, modify, transmit, broadcast, prepare derivative works of, and/or distribute Your Content in connection with providing and/or promoting the Rover.com Service, and to sublicense these rights to third parties.

7.3  Release.  If your name, voice, image, persona, likeness, or performance is included in any of Your Content, you hereby waive, and release Rover.com and its users from, any claim or cause of action, whether known or unknown, for defamation, copyright infringement, invasion of the rights of privacy, publicity, or personality, or any similar claim arising out of the use of Your Content in accordance with the license in Section 7.2 and the other provisions of these Terms.

7.4  Your Representations and Warranties about Your Content.  You represent and warrant that (1) you are the owner or licensor of Your Content, and that you have all rights, consents and permissions necessary to grant the license in Section 7.2 and make the release in Section 7.3 with respect to Your Content, (2) that you have any necessary consents and releases from individuals who appear or whose pets appear in Your Content; and (3) Your Content does not violate the law or these Terms.

7.5  Right to Remove or Screen Your Content.  Though we are not obligated to do so, we reserve the right to monitor, screen, edit and/or remove Your Content on the Rover.com Service.   Our enforcement of these Terms with respect to Your Content is at our discretion, and failure to enforce the Terms in one instance does not create a waiver of your right to enforce them in another instance.  We have no obligation to retain or provide you with copies of Your Content, nor will we have any liability to you for any deletion, disclosure, loss or modification to Your Content.  It is your sole responsibility to maintain backup copies of Your Content.

7.6  Reviews.  If you are a Service Provider, we have no obligation to provide you with the content of any reviews about you submitted by other users of the Rover.com Service, whether before or after termination of your account for the Rover.com Service.  We will have no liability to you for any deletion, disclosure, loss or modification of these reviews. We reserve the right to screen, edit or remove these reviews from the Rover.com Service at any time.

8. **Rover.com Insurance Program**.

8.1  Insurance Program.  For Pet Care Services booked through Rover.com, Rover.com offers the insurance program described in this Section 8 (the "**Insurance Program**").  Except to the extent prohibited by law in your jurisdiction, Rover.com may modify or terminate the Insurance Program at any time in the manner described in Section 1 above, in which case we will (a) notify you of such changes via the email address you have provided, and (b) permit claims that were eligible for coverage prior to termination or modification to continue being processed.  Further, unless and until we refer a claim directly to our third party insurer for processing as described in this Section 8, we may determine in our good faith discretion whether your claim meets the conditions for coverage under the Insurance Program.  Access to the Insurance Program is not available in jurisdictions where prohibited by law.

8.2  Coverage for Pet Veterinary Care.

(a) *Veterinary Care for Pets*.  Subject to the deductibles and coverage limits described in Section 8.2(b), the eligibility conditions in Section 8.2(c), the exclusions from coverage in Section 8.2(d), and the general limitations on the Insurance Program and policy conditions, the Insurance Program includes access to an insurance policy issued by a third party (the "**Third Party Policy**") for reimbursement of verifiable veterinary expenses for (1) injuries to the Pet Owner's pet while in a Service Provider's care or control and (2) injuries to a Service Provider's own resident pets that resulted directly from contact with a Pet Owner's pet in the Service Provider's care or control.

(b) *Deductibles, Coverage Amounts*.   A deductible may apply to covered incidents.  This deductible is payable by the Pet Owner where the claim concerns the Pet Owner's pet, and by the Service Provider where the claim concerns the Service Provider's pet.  Coverage is limited to $25,000 per occurrence.  If you submit a covered claim which is subject to a deductible you agree to reimburse Rover or otherwise contribute if requested. No user will be requested to reimburse or contribute more than $250 for a covered incident. Additionally, Rover may agree to voluntarily reimburse for uncovered events (we love you and your pet). No user will be requested to reimburse or contribute more than $250 for a voluntarily reimbursed incident.

(c) *Eligibility Conditions*.  To be eligible for coverage under our Insurance Program, the following conditions must be met:

(i) the injury must have occurred during the scheduled start and end dates of a Booking accepted by the Service Provider and Pet Owner prior to the day of the injury (note that injuries sustained during a pre-Booking "meet & greet" are therefore not eligible for coverage);

(ii) payment for the Booking during which the injury occurred must be completed;

(iii) you must notify Rover.com of your claim via email (trust@rover.com) or telephone (1-888-727-1140) during the Booking (or, if later, within 48 hours following the injury);

(iv) within 14 days following the injury, you must submit written documentation from a board-certified practicing veterinarian that (a) specifies the costs incurred for which reimbursement is sought, (b) confirms that the injury did not result from an illness, breed-specific condition or pre-existing condition, (c) confirms that the injury occurred during the time period of the Booking, and (d) providing any other information we or our insurer reasonably request to evaluate the claim; and

(v) all costs and expenses for which reimbursement is sought must be incurred and paid within 30 days following the date of the injury.

(d) *Exclusions from Coverage*.  The following are not eligible for coverage:

(i) any costs incurred more than 30 days following the injury, including without limitation long-term care costs that results from the injury; and

(ii) injuries resulting from a pet's contraction of fleas, ticks or parasites during a Booking (or a recurrence of a flea, tick or parasite issue first contracted prior to a Booking);

(iii) injuries resulting from (or from a recurrence of) a Pre-Existing Condition, Breed-Specific Condition, Chronic Condition, Orthopedic Condition, Undetermined Cause Illness, Preventable Illness or Protopsis (as such terms are defined in Section 8.2(e) below);

(iv) costs or expenses resulting from pregnancy, illness, or recurrence of an illness to a pet;

(v) any costs or expenses other than those resulting from injury to the Pet Owner's or Service Provider's pet, including without limitation those resulting from (a) personal injury to the Service Provider, Pet Owner, or any third party, (b) property damage or liability, (c) injury to any other pet, or (d) loss of wages, canceled travel plans, or any other incidental expenses;

(vi) non-medical expenses of any kind (including professional training); and

(vii) costs associated with the death of a pet.

(viii) Other limitations may apply.

(e) *Key Definitions*. Capitalized terms used above in this Section 8 have the following meanings:

(i) "**Pre-Existing Condition**" means any injury, disease or condition, whether diagnosed by a veterinarian or not, that affected a pet prior to a Booking, including without limitation respiratory infections, urinary tract/bladder infections, blood disorders, periodontal/dental disease, and vomiting, diarrhea, and other gastrointestinal disorders.

(ii) "**Breed-Specific Condition**" means any condition that frequently occurs in a particular breed of dog, including without limitation brachycephalic syndrome (common in Pekingese, Bulldogs, French Bulldogs, Pugs, Chow Chows, Boston Terriers and others), hip and/or elbow dysplasia (common in Afghan Hounds, Beagles, Border Collies, Chow Chows, Golden Retrievers, German Shepherds, Great Danes, Labrador Retrievers, and others), Hypothyroidism (common in Bulldogs, Border Collies, Boston Terriers, Poodles, Great Danes, English Setters, and Standard Schnauzers and others, especially large breeds), intervertebral disc disease (IVDD) (common in Beagles, Cocker Spaniels, English Setters, French Bulldogs, Pekingese, Pugs and others), other disc issues (common in Basset Hounds, Bulldogs, Corgis, Dachshunds, Pomeranians, Corgis, Pugs and others), patellar luxation (common in Boston Terriers, Cavalier King Charles, Chihuahuas, Pomeranians, Poodles, Yorkshire Terriers and others, especially small breeds) Gastric dilatation and Volvulus, otherwise known as Bloat (common in Great Danes, German Shepherds, St. Bernard, Labrador Retriever, Irish Wolfhound, Great Pyrenees, Boxer, Weimaraner, Old English Sheepdog, Irish Setter, Collie. Bloodhound, Standard Poodle and others).

(iii) "**Chronic Condition**" means an illness or condition that is persistent or otherwise has long-lasting effects and that generally cannot be prevented by vaccines or cured by medication, including without limitation allergies, hot spots, ear infections, cancer, diabetes, IBD (inflammatory bowel disease), Addison's disease, Cushing's disease, dry eyes (KCS), epilepsy, glaucoma, hypothyroidism or hyperthyroidism, lipomas and skin masses, and urinary or bladder crystals or blockage.

(iv) "**Orthopedic Condition**" means a disorder of the musculoskeletal system and any associated muscles, joints, and ligaments. This includes but is not limited to arthritis, IVDD & cruciate ligament tears, biceptal tenosynovitis, elbow dysplasia, hip dysplasia, fragmented medial coronoid process of the ulna (FMCP), orthopedic illness or injury on the opposite side of a prior injury, osteochondrosis (OCD), osteosarcoma and other orthopedic cancers, patellar luxation, and ununited anconeal process (UAP).

(v) "**Undetermined Cause Illness**" means any condition for which the cause is undetermined or any condition that amounts to a "diagnosis of exclusion," including without limitation autoimmune conditions, Hemorrhagic Gastroenteritis, Pancreatitis, Stress related symptoms, Enteric Coronavirus, Cardiac disease, Bordetellosis ("kennel cough"), Canine parvovirus infection ("parvo"), Distemper, Canine influenza, Gastrointestinal disease, any form of cancer and Immune Mediated Hemolytic Anemia.

(vi) "**Preventable Illness**" means any illness or condition that could have been prevented by vaccination or normal veterinary care, including without limitation Rabies, Canine parvovirus infection ("parvo"), Leptospirosis, Distemper, Adenovirus2, Parainfluenza, Enteric Coronavirus, Canine Influenza, Lyme disease, Bordetellosis ("kennel cough"), Heartworm disease, Intestinal worms, Mange, and Staphylococci.

(vii) "**Proptosis**" means the displacement of an eye out of the eye socket, typically occurring following trauma to the head.

8.3  Liability Insurance.

(a) *Coverage.*  Subject to the deductible and coverage limits described in Section 8.3(b), the eligibility conditions in Section 8.3(c), the exclusions from coverage in Section 8.3(d) and the general limitation of the Insurance Program in Section 8.4, the Insurance Program provides coverage for damages that the Service Provider becomes legally obligated to pay for (1) bodily injury to anyone other than the

Service Provider, the Pet Owner, or someone directly related to (or residing with) the Service Provider or Pet Owner, (2) injury to a pet owned by a third party, or (3) property damage to the Pet Owner's personal property (other than injury or damage to his or her pet) or any third party's personal property. Other limitations may apply.

(b) *Deductibles, Coverage Amounts*. A deductible may apply to covered incidents. If you submit a covered claim which is subject to a deductible you agree to reimburse Rover or otherwise contribute if requested. No user will be requested to reimburse or contribute more than $250 for a covered incident. Additionally, Rover may agree to voluntarily reimburse for uncovered events (we love you and your pet). No user will be requested to reimburse or contribute more than $250 for a voluntarily reimbursed incident. Coverage is limited to $3,000,000 per occurrence and $4,000,000 in the aggregate.

(c) *Eligibility Conditions*. In order to be eligible for coverage under our Insurance Program, the following conditions must be met:

(i) the damages must have occurred during the scheduled start and end dates of a Booking accepted by the Service Provider and Pet Owner through the Rover.com Service prior to the day of the injury;

(ii) if you are a Pet Owner, you must have completed payment for the Booking during which the injury occurred in order to recover under the Insurance Program; and

(iii) you must notify Rover.com of your claim via email or telephone during the Booking (or, if later, within 48 hours following the injury).

(d) *Exclusions from Coverage*. The following are not eligible for coverage: (i) loss due to theft (by the Service Provider or anyone else), (ii) personal injury to the Pet Owner, Service Provider, or anyone related to or living with the Pet Owner or Service Provider, or (iii) property damage to the Pet Owner's own personal property caused by his or her pet. Other limitations may apply.

8.4  General Limitations on Coverage.

(a) If a Service Provider cedes care, custody or control of a pet to another person or party during the service period for a Booking, no coverage is available to that Service Provider under the Insurance Program for injuries to pets or damages that occur during the period in which care, custody or control was ceded. If, during the service period for a Booking, a Pet Owner instructs or otherwise causes a Service Provider to relinquish the Pet Owner's pet to a third party, coverage for injuries or damage during that Booking may be unavailable.

(b) Damages must have occurred during the scheduled start and end dates of a Booking accepted by the Service Provider and Pet Owner through the Rover.com Service prior to the day on which the damages occurred (note that damages sustained during a pre-Booking "meet & greet" are therefore not eligible for coverage).

(c) Personal injury to the Service Provider or anyone related to or living with the Service Provider are not covered by the Insurance Program. Similarly, property damage to property of the Service Provider or anyone related to or living with the Service Provider is not covered.

(d) Other limitations may apply.

8.5  Legal Compliance. Service Providers are solely responsible for carrying insurance sufficient to comply with legal requirements in the jurisdictions where Service Providers provide services. Rover.com makes no commitment that the Insurance Program will suffice for that purpose. Rover.com does not verify whether Service Providers have obtained insurance, and Pet Owners are advised to inquire directly with Service Providers about this subject.

8.6  Termination in the Event of Suit. You acknowledge and agree that all rights and benefits granted to you under the Insurance Program shall immediately terminate in the event you initiate any action, suit or claim against Rover.com, or its officers, directors, employees, contractors, agents, or affiliates, concerning a claim otherwise subject to coverage under the Insurance Program.

9. **Location Information; Consent to Communications.** The Rover.com Service's mobile applications may implement location features that, if you consent, result in automatic collection of your geolocation information, in which case our mobile application may use such information to allow users to determine which other users are nearby. We may also use this location information to provide information and advertising. IF YOU WANT TO STOP THE AUTOMATIC COLLECTION OF YOUR LOCATION INFORMATION, YOU MAY DO SO BY USING THE PRIVACY SETTINGS IN OUR MOBILE APPLICATION AND/OR ON YOUR DEVICE, OR BY UNINSTALLING OUR MOBILE APPLICATION.

You consent to Rover.com communicating with you about the Rover.com Service by SMS, text message, email and other electronic means. Your carrier's normal, messaging, data and other rates and fees will apply to these communications.

10. **Fees & Payment**.

10.1 Fees for Pet Owners.  Pet Owners may purchase Pet Care Services from a Service Provider by completing a Booking as described in Section 2.5.  If you are a Pet Owner, you enter into a transaction with the Service Provider when you accept a Booking, and you agree to pay the total fees indicated in the Booking.  Fees for Pet Care Services are determined by Service Providers.  As described in Section 10.3, the total amount Pet Owners are charged for a Booking may also include a service fee payable to Rover.com.  Where required by law, the amount charged may also be inclusive of applicable taxes.  The Service Provider, not Rover.com, is responsible for performing the Pet Care Services.

10.2  Fees for Service Providers.  Service Providers may agree to provide Pet Care Services to a Pet Owner by agreeing to a Booking as described in Section 2.5.  If you are a Service Provider, you must confirm the Booking before it expires or the Pet Care Owner will have no obligation to complete the transaction.  Once the Booking is completed by both parties, you agree to honor the price set forth in your Booking.  The purchase of Pet Care Services is a transaction between the Pet Owner and the Service Provider.  Rover.com's role is to facilitate payments from Pet Owners to Service Providers as an agent for the Service Provider.  We collect payment from the Pet Owner at the time of Booking and (except to the extent of any payment hold pursuant to Section 10.6) remit payment to the Service Provider's account on the Rover.com Service 48 hours after completion of the service period indicated in the Booking.   Service Providers are charged a service fee as described in Section 10.3, which we deduct before remitting payment to Service Providers.

10.3  Service Fees.  We charge service fees for some aspects of the Rover.com Service.   If you are a Service Provider, our service fee is calculated as a percentage of the fees a Pet Owner agrees to pay in a Booking.  We deduct this service fee from the amounts paid by the Pet Owner.  Our service fees are described here (https://web.archive.org/web/20170222201832/https://support.rover.com/hc/en-us/articles/205385304-What-are-the-service-fees-).

10.4  Late Fees and Additional Charges.  If you are a Pet Owner, you acknowledge and agree that, if you fail to retrieve your pet at the end of the service period agreed in a Booking, you will be charged a late pickup fee for each partial late day at the daily rate established in the Booking.  In addition, you agree to indemnify Rover.com from, and agree that we may charge your credit card or other payment method for, any additional costs and expenses we or the Service Provider incur as a result of your failure to retrieve your pet at the end of the service period agreed in a Booking.

10.5  Cancellations and Refunds.

- *Cancellations by Service Provider*.  If a Service Provider cancels a Booking prior to or during the service period identified in the Booking, we will refund the fees paid by the Pet Owner for Pet Care Services not provided, as well as any service charge paid to Rover.com.  Service Provider cancellations are taken seriously.  If you are a Service Provider, you acknowledge that cancellation by you may result in a review of your account and, if we deem it appropriate, suspension or termination of your access to the Rover.com Service.
- *Reservation Guarantee*.  As more fully described on Rover.com's Reservation Guarantee (https://web.archive.org/web/20170222201832/https://www.rover.com/reservation-guarantee/) page, Rover.com uses all reasonable efforts to find replacement Service Providers when Service Providers cancel Bookings near the start date of the service period identified in the Booking.  The availability of the Reservation Guarantee depends on the timing of the cancellation and the type of Pet Care Services provided; consult the Reservation Guarantee (https://web.archive.org/web/20170222201832/https://www.rover.com/reservation-guarantee/) page for details. Generally, if the Reservation Guarantee applies and a Pet Owner accepts a new Booking with a replacement Service Provider, Rover.com will (with the limited exceptions described below) pay the cost difference between the original Booking and the new Booking, up to but not exceeding 25% of the total cost of the original Booking.  However, if a Booking is cancelled by a Service Provider due to the Pet Owner's failure to provide accurate or complete information regarding the pet or due to the pet's aggressive behavior, the Pet Owner is responsible for the full cost of any new reservation.
- *Cancellations by Pet Owner*.   If a Pet Owner cancels a Booking prior to or during the service period specified in a Booking, we will refund fees in accordance with the cancellation policy selected by the Service Provider on the Rover.com Service.  All Service Providers are required to select a cancellation policy prior to completing a Booking so that Pet Owners are aware of the cancellation policy prior to Booking.
- *Refunds for Substandard Services*.  If we determine in our reasonable discretion that a Service Provider has failed to provide Pet Care Services in accordance with our guidelines and policies on the Site or these terms then we may, in our reasonable discretion, cancel a Booking and issue a full or partial refund to a Pet Owner.
- *General Terms for Cancellations*.  If you wish to cancel a Booking, you should use the mechanisms available through the Rover.com Service to do so. For purposes of the policies and terms in this Section 10.5, the date of cancelation is the date a user cancels through the Rover.com Service, regardless of any separate communications between users outside of the Rover.com Service.

- *Payment Disputes; Payment Outside of the Rover.com Service.* Rover.com issues payments to Service Providers 48 hours after completion of a Booking.  Once these amounts have been disbursed, any further payment dispute are between the Pet Owner and Service Provider, and Rover.com has no obligation to mediate or facilitate any resolution.  Further, Rover.com has no responsibility or liability with respect to any tips, bonuses, or other payments made outside of the Rover.com Service.

10.6  Payment Holds.  If you are a Service Provider, we may issue a hold on amounts otherwise payable to you pursuant to Section 10.2 under the circumstances described in our Payment Hold Policy (https://web.archive.org/web/20170222201832/https://support.rover.com/hc/en-us/articles/202838244-How-do-I-get-paid-for-bookings-and-when-).  We may also recommend that third party payment service providers restrict your access to funds in your account under the same circumstances.

10.7  Authorization to Charge.   When you pay for Pet Care Services or for other services on the Rover.com Service, you will be required to provide us with valid, up-to-date credit card or other payment information. You authorize us to charge your credit card or other payment method for fees you incur on the Rover.com Service as they become due and payable. You are responsible for maintaining up-to-date payment information. If we cannot charge you for fees when due because your payment information is no longer valid, or if we do not receive your payment when due, then you understand that neither Rover.com nor the Service Provider will be responsible for any failure to provide services associated with those fees.  Except as expressly provided in these Terms, all fees paid via the Rover.com Service are non-refundable once paid.  Except for our income taxes and gross receipts taxes, you acknowledge that you are responsible to pay any taxes that arise as a result of your purchase, provision, or use of services via the Rover.com Service.

11. **Background Checks**.

Rover.com may provide Service Providers with access to third party consumer reporting agencies that perform, among other things, criminal records checks, sex offender registry checks, motor vehicle records checks and identification verifications (collectively, "**Background Checks**").   We do not provide, and are not responsible or liable in any manner for, the Background Checks, and we do not endorse or make any representations or warranties regarding the reliability of such Background Checks or the accuracy, timeliness or completeness of any information in the Background Checks. We do not independently verify information in the Background Checks.

If you opt via the Rover.com Service to undergo a Background Check, you hereby consent to the collection, use and disclosure of the information in the Background Checks. You understand and agree that Rover.com may, in its sole discretion, review and rely on the information in the Background Checks in deciding whether to suspend or terminate or investigate a complaint about a Service Provider, but also that we are not obligated to do so, and are not responsible or liable in any way in the event that any information in any Background Check is not accurate, timely or complete. If you are the subject of a Background Check, you may contact the applicable third-party consumer reporting agency to dispute the accuracy, timeliness or completeness of such information. Rover.com reserves the right to suspend or terminate your access to the Rover.com Service based on information in the Background Checks or for any other reason, or no reason, in our sole discretion.

**Pet Owners remain fully liable to evaluate and investigate Service Providers.  Be aware of the following limitations in Background Checks: Except as otherwise expressly provided in these Terms or through the Service, Rover.com does not automatically run Background Checks on any Users. Records not available to third-party Background Checking agencies will not be included in the results. Not all arrest logs and records, conviction and correction records, sex offender registries and motor vehicle records are available in all jurisdictions. In many jurisdictions there is a delay before arrest logs and records, conviction and correction records, sex offender registries and motor vehicle records are included in Background Checks. Juvenile records and offenses for minors may not appear in the public record and are therefore not included in the results. Dismissed cases, arrests not resulting in convictions, arrests or convictions from foreign countries and nolle pros will not be reported. Traffic violations are not included unless a jurisdiction reports them as criminal offenses. In the jurisdictions where traffic violations are reported as criminal offenses, such traffic violations may be included in the results as misdemeanors or felonies.**

12. **Copyright Infringement**.

If you believe in good faith that your copyrighted work has been infringed by content posted on the Rover.com Service, please provide our designated copyright agent with a written notice that includes all of the following information:

- A description of the copyrighted work you believe to have been infringed;
- A description of the URL or other location on our Site of the material you believe to be infringing;
- Your name, mailing address, telephone number and email address;
- A statement that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;

- A statement by you, which you make under penalty of perjury, that the above information in your notice is accurate, and that you are the copyright owner or authorized to act on the copyright owner's behalf; and
- An electronic or physical signature of the person authorized to act on behalf of the copyright owner.

Our designated agent for notice of copyright infringement can be reached at:

A Place for Rover, Inc.

Attention: Copyright Notice

2101 4th Ave., Suite 400 Seattle, WA 98121

copyright@rover.com (https://web.archive.org/web/20170222201832/mailto:copyright@rover.com)

13. **Third Party Services, Links**.  The Rover.com Service may contain links to third party websites or resources. You acknowledge and agree that we are not responsible or liable for: (i) the availability or accuracy of such websites or resources; or (ii) the content, products, or services on or available from such websites or resources. Links to such websites or resources do not imply any endorsement of such websites or resources, or the content, products, or services available from such websites or resources. You acknowledge sole responsibility for and assume all risk arising from your use of any such websites or resources.
14. **Indemnity**. YOU AGREE TO DEFEND, INDEMNIFY AND HOLD ROVER.COM HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, CAUSES OF ACTION, LOSSES, EXPENSES, DAMAGES AND/OR LIABILITIES, INCLUDING REASONABLE ATTORNEYS' FEES AND COURT COSTS, THAT ARE IN ANY WAY RELATED TO YOUR: (1) transactions and interactions, online or offline, with other users of the Rover.com Service; (2) breach of these Terms; (3) disputes with other users of the Rover.com Service; (4) your misstatements, misrepresentations, or violation of applicable law; (5) property damage or personal injury to third parties caused by your pet or pets in your care; (6) Your Content; or (7) your use of any Background Check information in violation of the Fair Credit Reporting Act (FCRA).  YOU FURTHER AGREE THAT YOU WILL COOPERATE WITH US IN THE DEFENSE OF SUCH CLAIMS. WE RESERVE THE RIGHT TO ASSUME THE EXCLUSIVE DEFENSE AND CONTROL OF ANY MATTER SUBJECT TO INDEMNIFICATION UNDER THIS SECTION, AND YOU WILL NOT SETTLE ANY SUCH CLAIM OR MATTER WITHOUT OUR ADVANCE WRITTEN CONSENT.
15. **Intellectual Property**. Rover.com and its licensors retain all right, title and interest in and to the Rover.com Service, the technology and software used to provide it, all electronic documentation and content available through the Rover.com Service (other than Your Content), and all intellectual property and proprietary rights in the Rover.com Service and such technology, software, documentation and content.  Except for your rights to access and use the Rover.com Service set forth in these Terms, nothing in these Terms licenses or conveys any of our intellectual property or proprietary rights to anyone, including you.  You agree that we will have a perpetual right to use and incorporate into the Rover.com Service any feedback or suggestions for enhancement that you provide to us concerning the Rover.com Service, without any obligation of compensation.
16. **Warranty Disclaimer for the Rover.com Service**.  The information and materials found on the Rover.com Service, including text, graphics, information, links or other items, are provided "as is" and "as available." Reviews, profiles, advice, opinions, statements, offers, or other information or content made available through the Rover.com Service, but not directly by Rover.com, are those of their respective authors, who are solely responsible for such content. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ROVER.COM DOES NOT: (1) WARRANT THE ACCURACY, ADEQUACY OR COMPLETENESS OF INFORMATION AND MATERIALS ON THE ROVER.COM SERVICE; (2) ADOPT, ENDORSE OR ACCEPT RESPONSIBILITY FOR THE ACCURACY OR RELIABILITY OF ANY OPINION, ADVICE, OR STATEMENT MADE BY ANY PARTY OTHER THAN ROVER.COM; (3) WARRANT THAT YOUR USE OF THE SERVICES WILL BE SECURE, FREE FROM COMPUTER VIRUSES, UNINTERRUPTED, ALWAYS AVAILABLE, ERROR-FREE OR WILL MEET YOUR REQUIREMENTS, OR THAT ANY DEFECTS IN THE ROVER.COM SERVICE WILL BE CORRECTED. TO THE EXTENT PERMITTED BY APPLICABLE LAW, ROVER.COM EXPRESSLY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, IMPLIED OR STATUTORY, WITH RESPECT TO THE ROVER.COM SERVICE, AND SPECIFICALLY DISCLAIMS ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, AND ACCURACY. IN ADDITION AND WITHOUT LIMITING THE FOREGOING, WE MAKE NO REPRESENTATION OR WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, REGARDING THE SUITABILITY OF ANY SERVICE PROVIDER THAT OFFERS PET CARE SERVICES VIA THE ROVER.COM SERVICE.
17. **Limitation of Liability**

17.1  Exclusion of Certain Types of Damages**.** In no event will Rover.com be liable to you for any indirect, special, incidental, or consequential damages, losses or expenses that arise out of or relate to the use of or inability to use the Rover.com Service, including without limitation damages related to any information received from the Rover.com Service, removal of your profile information or review (or other content) from the Rover.com Service, any suspension or termination of your access to the Rover.com Service, or any failure error,

ROVER_000511

omission, interruption, defect, delay in operation or transmission of the Rover.com Service, even if we are aware of the possibility of any such damages, losses or expenses. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

17.2 Limit on Our Liability to You. EXCEPT FOR THE LIMITED REIMBURSEMENT DESCRIBED IN SECTION 8.1 AND THE REFUND AMOUNTS PAYABLE BY ROVER.COM THAT ARE SET FORTH IN SECTION 10, IN NO EVENT WILL ROVER.COM'S AGGREGATE LIABILITY TO YOU OR ANY THIRD PARTY IN ANY MATTER ARISING FROM OR RELATING TO THE ROVER.COM SERVICE OR THESE TERMS EXCEED THE AMOUNTS PAID BY YOU TO ROVER.COM (SPECIFICALLY EXCLUDING AMOUNTS PAID TO SERVICE PROVIDERS VIA THE ROVER.COM SERVICE) DURING THE TWELVE (12) MONTHS PRECEDING THE EVENT THAT GAVE RISE TO LIABLITY OR, IF YOU HAVE NOT PAID ROVER.COM FOR THE USE OF ANY SERVICES, THE AMOUNT OF $100.00.

17.3 No Liability for non-Rover.com Actions. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL ROVER.COM BE LIABLE FOR ANY DAMAGES WHATSOEVER, WHETHER DIRECT, INDIRECT, GENERAL, SPECIAL, COMPENSATORY, AND/OR CONSEQUENTIAL, ARISING OUT OF OR RELATING TO THE CONDUCT OF YOU OR ANYONE ELSE IN CONNECTION WITH THE ROVER.COM SERVICE, INCLUDING WITHOUT LIMITATION, BODILY INJURY, EMOTIONAL DISTRESS, AND/OR ANY OTHER DAMAGES RESULTING FROM RELIANCE ON INFORMATION OR CONTENT POSTED ON OR TRANSMITTED THROUGH THE ROVER.COM SERVICE, OR FOR ANY INTERACTIONS WITH OTHER USERS OF THE ROVER.COM SERVICE, WHETHER ONLINE OR OFFLINE. THIS INCLUDES ANY CLAIMS, LOSSES OR DAMAGES ARISING FROM THE CONDUCT OF USERS WHO ATTEMPT TO DEFRAUD OR HARM YOU.

18. **Arbitration Agreement**.

18.1 Arbitration Agreement; Claims.   This Section 18 is referred to as the "**Arbitration Agreement**" in these Terms. Unless you opt out of the Arbitration Agreement in accordance with the procedure described in Section 18.9 below, you agree that any and all disputes or claims that arise between you and Rover.com relating to the Rover.com Service, interactions with others on the Rover.com Service, and/or these Terms (including any alleged breach of these Terms) (all such disputes and claims, "**Claims**") will be resolved exclusively as set forth in this Arbitration Agreement.

18.2 Mandatory Arbitration.  Unless you opt out of the Arbitration Agreement in accordance with the procedure described in Section 18.9 below, you agree that any and all Claims will be resolved exclusively **on an individual basis through final and binding arbitration, rather than in a court,** in accordance with this Arbitration Agreement, except that you may assert individual claims in small claims court if your claims qualify. This means that, unless you have opted out of the Arbitration Agreement in accordance with the procedure described in Section 18.9 or you have asserted a qualifying individual Claim in small claims court, **your rights in connection with all Claims will be determined by a neutral arbitrator, not by a judge or jury**. The Federal Arbitration Act governs the interpretation and enforcement of this Arbitration Agreement.

18.3 Prohibition of Class and Representative Actions and Non-Individualized Relief.  **YOU AND ROVER.COM AGREE THAT, UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT IN ACCORDANCE WITH SECTION 18.9 BELOW, EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING. UNLESS BOTH YOU AND ROVER.COM AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN MORE THAN ONE PERSON'S OR PARTY'S CLAIMS AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A CONSOLIDATED, REPRESENTATIVE, OR CLASS PROCEEDING. ALSO, THE ARBITRATOR MAY AWARD RELIEF (INCLUDING MONETARY, INJUNCTIVE, AND DECLARATORY RELIEF) ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF NECESSITATED BY THAT PARTY'S INDIVIDUAL CLAIM(S). ANY RELIEF AWARDED CANNOT AFFECT OTHER ROVER.COM USERS.**

18.4 Pre-Arbitration Dispute Resolution.  Before you commence arbitration, we suggest that you contact us to explain your complaint. Our preference will always be to resolve complaints amicably and efficiently, without the need for arbitration. You may contact us via email at legal@rover.com (https://web.archive.org/web/20170222201832/mailto:legal@rover.com) or by mail at A Place for Rover, Inc., Attn: Legal, 2101 4th Ave., Suite 400, Seattle, WA 98121.

18.5 Arbitration Procedures.  Arbitration will be conducted by a neutral arbitrator in accordance with the American Arbitration Association's ("AAA") rules and procedures, including the AAA's Supplementary Procedures for Consumer-Related Disputes (collectively, the "AAA Rules"), as modified by this Arbitration Agreement. For information on the AAA, please visit its website, http://www.adr.org (https://web.archive.org/web/20170222201832/http://www.adr.org/). Information about the AAA's Rules and fees for consumer disputes can be found at the AAA's consumer arbitration page: http://www.adr.org/consumer_arbitration (https://web.archive.org/web/20170222201832/http://www.adr.org/consumer_arbitration). If there is any inconsistency between the AAA Rules and this Arbitration Agreement, the terms of this Arbitration Agreement will control unless the arbitrator determines that the

application of the inconsistent Arbitration Agreement terms would not result in a fundamentally fair arbitration. The arbitrator must also follow the provisions of these Terms as a court would, including without limitation, the limitation of liability provisions in Section 17. Although arbitration proceedings are usually simpler and more streamlined than trials and other judicial proceedings, the arbitrator can award the same damages and relief on an individual basis that a court can award to an individual under the Terms and applicable law. Decisions by the arbitrator are enforceable in court and may be overturned by a court only for very limited reasons.

To commence an arbitration against Rover.com, you must complete a short form, submit it to the AAA, and send a copy to Rover.com at A Place for Rover, Inc., Attn:  Legal, 2101 4th Ave., Suite 400, Seattle, WA 98121. For more information, see the AAA's claim filing page, http://www.adr.org/fileacase (https://web.archive.org/web/20170222201832/http://www.adr.org/fileacase). You may represent yourself in the arbitration or be represented by an attorney or another representative. Once we receive your arbitration claim, we may assert any counterclaims we may have against you.

The arbitration will be held in the county in which you reside or at another mutually agreed location. If the value of the relief sought is $10,000 or less, you or Rover.com may elect to have the arbitration conducted by telephone or based solely on written submissions, which election will be binding on you and Rover.com subject to the arbitrator's discretion to require an in-person hearing, if the circumstances warrant. Attendance at any in-person hearing may be made by telephone by you and/or Rover.com, unless the arbitrator requires otherwise.

The arbitrator will decide the substance of all claims in accordance with the laws of the State of Washington, including recognized principles of equity, and will honor all claims of privilege recognized by law. The arbitrator will not be bound by rulings in prior arbitrations involving different Rover.com users, but is bound by rulings in prior arbitrations involving the same Rover.com user to the extent required by applicable law.

18.6  Costs of Arbitration.  Payment of all filing, administration, and arbitrator fees (collectively, the "**Arbitration Fees**") will be governed by the AAA's Rules, unless otherwise provided in this Arbitration Agreement. If you demonstrate to the arbitrator that you are economically unable to pay your portion of the Arbitration Fees or if the arbitrator otherwise determines for any reason that you should not be required to pay your portion of the Arbitration Fees, Rover.com will pay your portion of such fees. In addition, if you demonstrate to the arbitrator that the costs of arbitration will be prohibitive as compared to the costs of litigation, Rover.com will pay as much of the Arbitration Fees as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive. Each party will be responsible for all other fees it incurs in connection with the arbitration, including without limitation, all attorney fees. In the event the arbitrator determines the claim(s) you assert in the arbitration to be frivolous, you agree to reimburse Rover.com for all fees associated with the arbitration paid by Rover.com on your behalf that you otherwise would be obligated to pay under the AAA's rules.

18.7  Confidentiality. All aspects of the arbitration proceeding, and any ruling, decision or award by the arbitrator, will be strictly confidential for the benefit of all parties.

18.8  Severability.  If a court decides that any term or provision of this Arbitration Agreement other than Section 18.3 is invalid or unenforceable, the parties agree to replace such term or provision with a term or provision that is valid and enforceable and that comes closest to expressing the intention of the invalid or unenforceable term or provision, and this Arbitration Agreement will be enforceable as so modified. If a court decides that any provision of Section 18.3 is invalid or unenforceable, then the entirety of this Arbitration Agreement will be null and void, but the remainder of the Terms will continue to apply.

18.9  Opt-Out Procedure.  You can choose to reject this Arbitration Agreement by mailing us a written opt-out notice ("**Opt-Out Notice**") in accordance with the terms of this Section 18.9. For new Rover.com users, the Opt-Out Notice must be postmarked no later than 30 days after the date you accept these Terms for the first time. If you are already a current Rover.com user and previously accepted the Rover.com Terms, the Opt-Out Notice must be postmarked no later than January 31, 2017. You must mail the Opt-Out Notice to A Place for Rover, Inc., Attn: Legal, 2101 4th Ave., Suite 400, Seattle, WA 98121. The Opt-Out Notice must state that you do not agree to the Arbitration Agreement and must include your name, address, phone number, and the email address(es) used to register for the Rover.com Service to which the opt-out applies. You must sign the Opt-Out Notice for it to be effective. This procedure is the only way you can opt out of the Arbitration Agreement. If you opt out of the Arbitration Agreement, the entire Arbitration Agreement will not apply with respect to you, but the remainder of these Terms will continue to apply. Opting out of this Arbitration Agreement has no effect on any previous, other, or future arbitration agreements that you may have with us.

18.10  Future Changes to this Arbitration Agreement.  Notwithstanding any provision in these Terms to the contrary, you agree that if we make any change to this Arbitration Agreement (other than a change to any notice address or website link provided herein) in the future, that change will not apply to any claim that was filed in a legal proceeding against Rover.com prior to the effective date of the change.

Moreover, if we seek to terminate this Arbitration Agreement by removing it from these Terms, such termination will not be effective until 30 days after the version of these Terms not containing the Arbitration Agreement is posted to the Site, and will not be effective as to any claim that was filed in a legal proceeding against Rover.com prior to the effective date of removal.

19. **Governing Law and Jurisdiction.** These Terms, and any dispute between you and Rover.com, will be governed by the laws of the State of Washington, without regard to principles of conflicts of law, except that the Federal Arbitration Act will govern the interpretation and enforcement of Section 18 (the Arbitration Agreement). Unless you and we agree otherwise, in the event that the Arbitration Agreement is found not to apply to you or to a particular claim or dispute (except for the small-claims court actions anticipated by the Arbitration Agreement), either as a result of your decision to opt out of the Arbitration Agreement under Section 18.9 or as a result of a decision by the arbitrator or a court order, you agree that any claim or dispute that arises between you and Rover.com must be resolved exclusively by a state or federal court located in the State of Washington. You and Rover.com agree to submit to the personal jurisdiction of the courts located within Seattle, Washington for the purpose of litigating all such claims or disputes.

20. **Miscellaneous**. Nothing in this Agreement will be construed as making either party the partner, joint venturer, agent, legal representative, employer, contractor or employee of the other. Neither party will have, or hold itself out to any third party as having, any authority to make any statements, representations or commitments of any kind, or to take any action, that will be binding on the other, except as provided for herein or authorized in writing by the party to be bound. The invalidity, illegality or unenforceability of any term or provision of these Terms will in no way effect the validity, legality or enforceability of any other term or provision of these Terms. In the event a term or provision is determined to be invalid or unenforceable, the parties agree to replace such term or provision with a term or provision that is valid and enforceable and that comes closest to expressing the intention of the invalid or unenforceable term or provision, and these Terms will be enforceable as so modified.  This Agreement will be binding on and will inure to the benefit of the legal representatives, successors and assigns of the parties hereto.

If you have any questions about anything in these Terms, please contact us via email at legal@rover.com or by mail at A Place for Rover, Inc., Attn:  Legal, 2101 4th Ave., Suite 400, Seattle, WA 98121.

## Join Our Pack

**Follow Rover on Twitter**                                      Follow @roverdotcom (https://web.archive.org/web/20170222201832/https://twitter.com/int screen_name=roverdotcom)

## Need Help?

Visit Our Help Center (https://web.archive.org/web/20170222201832/https://support.rover.com/hc/en-us?ref=footer)

© 2017 Rover.com. All Rights Reserved.

Rover

Inbox    Help

# Rover Help Center

Enter your search terms

**GO**

Popular Topics: Getting started, How taxes work, Payments

Sitters

Owners

Mobile App

**Getting Started**

★ Becoming a Sitter: Frequently Asked Questions

Is Rover free?

What are the service fees?

**See all articles**

**Booking and Meet & Greets**

★ Make Changes to a Booking

What are the best practices for Meet & Greets?

How do I modify an upcoming booking?

**See all articles**

**Taxes**

What's a W-9? Do I need to submit one to Rover?

Will I receive a 1099 from Rover?

Where can I view my total earnings?

**See all articles**