**EXHIBIT AA**

# Django administration

WELCOME, ▮▮▮▮ / VIEW SITE / DOCUMENTATION / CHANGE PASSWORD / LOG OUT

Home › People › People › Melanie Sportsman

ROVER_000026

## Change Person

HISTORY   VIEW ON SITE

| | |
|---|---|
| Active: | ✖ |
| About You: | I've grown up with dogs since I was a baby (37+ yrs). Growing up, I always put my dogs before homework (mom wasn't happy about that). I would always try to convince my parents we needed to adopt all the dogs in the shelter. I'm use to all size dogs, from Chihuahuas to Great Danes. I took an ROP class in high school that required me to volunteer at a vet clinic/hospital. So I have extensive experience other than just home pet care. I currently have an Emotional Support Dog for my children (ages 8 & 12). She's a Reindeer Chihuahua named Eevee. I also have a hamster, Hammy; a snake, Zed (very gentle & calm & use to dogs, but is always caged); & several fish. I'm mostly flexible on availability, but will be in school from 8am-1pm on Tues, Wed, & Thurs starting June 20 til July 27. |
| | Tell us a bit about yourself. Maybe your favorite dog breed? |
| Admin info: | |
| Emergency Contact Name: | Marlyse Tait |
| Emergency Contact Phone Number: | ███████-0343 |
| | Staff notes: |
| Sitter intent | ☑ |
| Is full service | ☐ |
| Owner side fee enabled | ☑ |
| Owner side fee percentage: | 0.07 |
| Phone contact opt in | ☐ |
| Birthdate: | 1979-08-20   Today | |
| | [Optional] Please enter your birthdate (e.g. 6/9/1989) |
| Email verified | ☐ |
| The version number of the Term of Service this person has accepted: | 9 |

| | |
|---|---|
| ☐ Referred by donor program | |
| **Search score boost:** | 0 <br> Deprecated: unused as of the move away from the legacy score |
| ☐ Friend referral discount | This person is owed a discount on their next transaction because they referred a friend. |
| ☐ Humane society trained | Has training from the Humane Society |
| ☐ Humane society parent | Is a Humane Society foster parent |
| **Search preference:** | Unset |
| **Slug:** | melanie-s-ill-love-care-for-your-pet-well |
| ☑ Marketing Partner | |
| ☑ Long stays | Are you willing to accept stays longer than one week? |
| **Search score response time:** | 149 <br> Average time it takes to respond to conversations (in seconds), or None. Penalizes non-responsiveness. |
| ☐ Hide Photos | Check this if you don't want photos you take during a booking to be publicly visible on your profile. |
| ☑ Does not have dogs | Specify that the user has no dogs |
| ☑ Fraud check enabled | If checked the user well be checked for fraud before being allowed to book. Uncheck this to disable the fraud check. |
| ☐ Is sensitive | This user is sensitive and we should only contact them for transactional notifications. No auto-posts or anything. |
| User: | melanie-sportsman |
| Default Phone: | ███████-9932 |
| Time zone: | America/Los_Angeles |
| Response percent: | 100 <br> Percentage of time the user responds within 24 hours (between 0 and 100). None if insufficient data. |
| Response time: | 139 <br> Median time it takes to respond to conversations (in seconds), or None. Doesn't penalize non-responsiveness. |
| Testimonial count: | 4 |
| Ratings average: | 5.00 |
| Ratings count: | 15 |
| Imported status: | None |

ROVER_000028

| | |
|---|---|
| Imported: | None |

**BACKGROUND CHECK REQUESTS**

| ID | ADDED | STATUS | TYPE | SIGNATURE | RECV CA REPORT | RECV MA OK REPORT | BACKGROUND CHECK REPORT | BACKGROUND CHECK ID |
|---|---|---|---|---|---|---|---|---|
| Basic background check request [Melanie Sportsman] | | | | | | | | |
| 209470 | May 24, 2017, 11:00 PM | completed | Basic | Melanie Marie Sportsman | ✗ | ✗ | 74d44b87be893e51047ff052 | None |

Add another Background check request