**EXHIBIT BB**



| ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|
| 91604792 | Melanie Sportsman | | SMS | approved | Aug 17, 2017, 9:44 PM | I live in the Village Apts (tan w/ green trim). They're located between Bulldog Village Apts & Campus Edge Apts. My address is 1671 E Bulldog Ln. Apt 159. Entrance is on Ninth St. | - | bw-m-kl5447pwm452xis5hhoiyxy |
| 91604321 | | Melanie Sportsman | Web | approved | Aug 17, 2017, 9:37 PM | okay i booked it i need your address | - | f3c30ec30630402bbb069f82db3dbd76 |
| 91603058 | Melanie Sportsman | | Android | approved | Aug 17, 2017, 9:20 PM | Thanks for confirming. I'm so excited to meet you & Brownie! | - | 8a12f40b-6fbb-4b6f-a2e6-410990545d |
| 91472403 | Melanie Sportsman | | SMS | approved | Aug 17, 2017, 11:26 AM | My cell is 559-940-0224 | - | bw-m-qj7akbznjm6d77ofjtbqg3q |
| 91448291 | | Melanie Sportsman | Web | approved | Aug 17, 2017, 9:51 AM | goodmorning i will book the stay when i get home this evening. I cant upload picture on here but i can send one via text need a number tho. Thank you and we look forward to meeting you. Brownie says so. lol | - | d4208eae51924c4884c17f9694f597ca |
| 91375549 | Melanie Sportsman | | SMS | approved | Aug 16, 2017, 8:04 PM | Ok. No problem. My door has a lock position to only allow access big enough for my dogs sizes, Chihuahua & Dixon. So about 6 inches. | - | bw-m-xa67rnyvsbosggx3xxytrpi |

| ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|
| 91375319 |  | Melanie Sportsman | Mobile Web | approved | Aug 16, 2017, 8:02 PM | That's fine e thanks for letting me know. | - | 710bb03ecacd4928bf3def8db0d9058c |
| 91374923 | Melanie Sportsman |  | SMS | approved | Aug 16, 2017, 8:00 PM | Just a side note... I also have classes. On Monday I have class from 9-10:15am @ Clovis Community. Are you okay with this since I will@ @h@a@v@e@ @t@h@e@ @d@o@g@s@ @a@t@ @h@o@m@e@ @a@l@o@n@e@ @f@o@r@ @t@h@i@s@ @t@i@m@e@?@ @A@/@C@ @w@i@l@l@ @b@e@ @o@n@ @(@7@5@-@7@8@?@) & door cracked open for access to back patio/yard to go potty. I would get home about 10:30am. | - | bw-m-aziz3javl72inno5t6hexqq |
| 91373802 | Melanie Sportsman |  | SMS | approved | Aug 16, 2017, 7:53 PM | Ok. Sounds great. | - | bw-m-o354yks23xep4zs2s2u3zqq |
| 91373276 |  | Melanie Sportsman | Mobile Web | approved | Aug 16, 2017, 7:49 PM | Perfect I live right down the street. I have to leave between 3 and 4 on Friday and will return Monday before 12 | - | 8536bc7bf1e04a1a8b4099c5bbaf13c9 |
| 91372968 | Melanie Sportsman |  | SMS | approved | Aug 16, 2017, 7:47 PM | I live right next to Fresno State (the football stadium) off Cedar & Bulldog Lane | - | bw-m-mvkhmiks2j6b2evye7flqmi |
| 91372647 |  | Melanie Sportsman | Mobile Web | approved | Aug 16, 2017, 7:45 PM | Hey Melanie thanks for response I am at class right now but sounds good. Where about do u live in Fresno . I will respond when I | - | d894789f3d3c49658fb85993fb04e58d |

ROVER_000121

| ☐ | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | evening. Thank you and yes u have it right I have conference out if town | | |
| ☐ | 91322699 | Melanie Sportsman | ▮ | Android | approved | Aug 16, 2017, 4:08 PM | I'm happy to welcome Brownie to stay with me. I have modified the request to accurately show the dates you're requesting (Aug 18-21). If you'd like, we can meet up & introduce our fur babies. | - | 1cd709d7-f555-436d-8637-9472445dda4 |
| ☐ | 91318604 | Melanie Sportsman | ▮ | SMS | approved | Aug 16, 2017, 3:52 PM | So you will need boarding Friday the 18, Saturday the 19 & Sunday the 20...with pick up on Monday the 21...correct? | - | bw-m-eyuv66xglu62xrw3frqkjuy |
| ☐ | 91317738 | ▮ | Melanie Sportsman | Web | approved | Aug 16, 2017, 3:48 PM | Hello how are you don't know if you can accomodate those dates but i have to go out of town for work. I leave Friday between 3 and 4 and return Monday morning 11ish Let me know thank you. | - | e075c4f47e0e4d6d844386c776b011ff |

20 messages