# EXHIBIT CC

## Select message to change

Action: [ --------- ] [ Go ]   0 of 30 selected

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 123408691 | Melanie Sportsman | ▇ | SMS | approved | Feb 3, 2018, 7:23 PM | We're back, she went pee | - | bw-m-miwgae7ozcci42rwro6ifsy |
| ☐ | 123408258 | Melanie Sportsman | ▇ | SMS | approved | Feb 3, 2018, 7:18 PM | I'm taking her potty | - | bw-m-mwp6bq32fnjm3ehe7uddkly |
| ☐ | 123408088 | Melanie Sportsman | ▇ | SMS | approved | Feb 3, 2018, 7:17 PM | Ok | - | bw-m-5fqq54l5scluaqdrn3vul2q |
| ☐ | 123407837 | ▇ | Melanie Sportsman | SMS | approved | Feb 3, 2018, 7:15 PM | Almost there! | - | bw-m-jttuehvjaxazu4cxdf7mudi |
| ☐ | 123407781 | Melanie Sportsman | ▇ | SMS | approved | Feb 3, 2018, 7:14 PM | I'm home | - | bw-m-ww4xt5qds5tzs7rwpu5au4q |
| ☐ | 123404281 | Melanie Sportsman | ▇ | SMS | approved | Feb 3, 2018, 6:42 PM | Ok | - | bw-m-wjbv6cnmucvkjwmkillz6ra |
| ☐ | 123404175 | ▇ | Melanie Sportsman | SMS | approved | Feb 3, 2018, 6:42 PM | Take your time I'm in Tulare | - | bw-m-im3bikvvcwi24b4za2dqtlq |
| ☐ | 123399579 | Melanie Sportsman | ▇ | SMS | approved | Feb 3, 2018, 6:06 PM | I'm stepping out for a moment to go pick up my son I'll be back in about 30 to 45 minutes | - | bw-m-4fg2agtkvh5viyixwu6kmky |
| ☐ | 123369062 | ▇ | Melanie Sportsman | SMS | approved | Feb 3, 2018, 2:47 PM | Thanks so much! | - | bw-m-sfvrwjzwxksnefrxj7yhvha |
| ☐ | 123368898 | Melanie Sportsman | ▇ | SMS | approved | Feb 3, 2018, 2:46 PM | Yeah, 7ish is fine. Just want to make sure I'm home. I'll probably got to the library to do some research for a paper I have due on Wed. Just didn't want to be gone when you came. | - | bw-m-sdlbq2mmmxxf7ebfqo4bjzy |
| ☐ | 123368530 | ▇ | Melanie Sportsman | SMS | approved | Feb 3, 2018, 2:44 PM | (1/2) My time frame keeps getting pushed further and further back! I'm in LA with my family and they | - | bw-m-ajzcj6iwa5zji5fzvh5ztvq,bw-m-ciye7hcykfyxucbzvhfy5zy |

Sportsman 7
Defendant
Melanie Sportsman
09/29/2020 (JS-CR)

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | | | | | do not care about my timeline AT ALL! lol Will 7 work for y(2/2) ou? If not, can you drop her off at my house? Sorry! | | |
| ☐ | 123365284 | Melanie Sportsman | ▉ | SMS | approved | Feb 3, 2018, 2:25 PM | Nova has had 3 walks so far today. |  | bw-m-3vzwq6kazoyp533ypji2jdq |
| ☐ | 123365203 | Melanie Sportsman | ▉ | SMS | approved | Feb 3, 2018, 2:24 PM | |  | bw-m-xl5377tuhilv3ogqwyhcyxi |
| ☐ | 123365181 | Melanie Sportsman | ▉ | SMS | approved | Feb 3, 2018, 2:24 PM | |  | bw-m-mnbesehrc5u6g3jx7kdmvea |
| ☐ | 123365030 | Melanie Sportsman | ▉ | SMS | approved | Feb 3, 2018, 2:23 PM | Do you have a hour window time frame you think you'll be picking up Nova? | - | bw-m-5sb4ekv45haaagfe2rtnasi |
| ☐ | 123263002 | Melanie Sportsman | ▉ | SMS | approved | Feb 2, 2018, 7:59 PM | Nova had a bath soon after you left, been on 3 | | bw-m-zqo4oa2xzbcpcwv73mlzabi |

ROVER_000429

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | | | | | potty walks and a 30 mins walk. And smells good! That water was sorry. Lol. Just rinsing her off, the water got dirty. |  | |
| ☐ | 123183379 | Melanie Sportsman | ▇ | SMS | approved | Feb 2, 2018, 12:32 PM | Yeah, no problem | - | bw-m-xofyzveexopog7yur6mqa4y |
| ☐ | 123183239 | ▇ | Melanie Sportsman | SMS | approved | Feb 2, 2018, 12:32 PM | Hi I'm sorry I'm running behind schedule. I will be there before 1 if that's okay. | - | bw-m-un4zeglysjxsdyiokjgu2za |
| ☐ | 123097143 | ▇ | Melanie Sportsman | SMS | approved | Feb 1, 2018, 9:15 PM | Thanks so much! You rock! | - | bw-m-fhk4vrapq5ny6jpd5pytnay |
| ☐ | 123096782 | Melanie Sportsman | ▇ | SMS | approved | Feb 1, 2018, 9:09 PM | Don't worry about that. | - | bw-m-rimjixkfl5q2kqbj7aetmmy |
| ☐ | 123096756 | ▇ | Melanie Sportsman | SMS | approved | Feb 1, 2018, 9:08 PM | Awesome! $5 extra, right? | - | bw-m-pq55stubau4j54redwzh2tq |
| ☐ | 123096688 | Melanie Sportsman | ▇ | SMS | approved | Feb 1, 2018, 9:07 PM | Lol... Yeah, I can give her a bath. | - | bw-m-vcpaio2bvukwbgz3bjdyk3i |
| ☐ | 123096643 | ▇ | Melanie Sportsman | SMS | approved | Feb 1, 2018, 9:07 PM | Can I add a bath to her stay? I've been meaning to bathe her but it just seems to gross LOL my sister used to do it but she moved out. | - | bw-m-4en2653b3pxxuhrjhbz76wq |
| ☐ | 123096565 | Melanie Sportsman | ▇ | SMS | approved | Feb 1, 2018, 9:05 PM | Ok | - | bw-m-eecc5mracj46yhlo3mddpuq |
| ☐ | 123096544 | ▇ | Melanie Sportsman | SMS | approved | Feb 1, 2018, 9:05 PM | About 12:30 | - | bw-m-xjiiimrufhxik7gm2j57k5y |
| ☐ | 123093794 | Melanie Sportsman | ▇ | SMS | approved | Feb 1, 2018, 8:28 PM | | - | bw-m-thahwniltx3f3kf5yzgqzii |

ROVER_000430

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | | | | | What time are you bringing Nova over? | | |
| ☐ | 121881931 | Melanie Sportsman | ▮ | SMS | approved | Jan 25, 2018, 2:26 PM | Yeah, ok. No problem. | - | bw-m-5j5ry5wfrgmdgvjltxvqmbi |
| ☐ | 121881764 | ▮ | Melanie Sportsman | Android | approved | Jan 25, 2018, 2:25 PM | Great! It just came to mind so I thought I'd ask now. I'm not ready to book this one quite yet. | - | 5ce9118c-b800-4e73-8eef-3c2b8f3e426a |
| ☐ | 121881385 | Melanie Sportsman | ▮ | SMS | approved | Jan 25, 2018, 2:23 PM | Yes I am and will be glad to have Nova again. | - | bw-m-kaeg7ovrga4qnogzrg3esai |
| ☐ | 121881188 | ▮ | Melanie Sportsman | Android | approved | Jan 25, 2018, 2:22 PM | Will you be available to sit Nova on May 4 – 6? I'm going on vacation. | - | b2da201d9a4642578050f412fe0f4c04 |

30 messages

ROVER_000431