**EXHIBIT DD**

Select message to change

Action: [ --------- ] [Go]   0 of 19 selected

| | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 104951632 | ▮ | Melanie Sportsman | SMS | approved | Oct 27, 2017, 7:33 PM | Thank you for the pics Melanie. | - | bw-m-tgycad6m5o3wstnnmc2nd2a |
| ☐ | 104705539 | ▮ | Melanie Sportsman | SMS | approved | Oct 26, 2017, 2:51 PM | Thanks. See you then ☺ | - | bw-m-fzhlkcwxwxkfc2ndoupwtga |
| ☐ | 104704818 | Melanie Sportsman | ▮ | SMS | approved | Oct 26, 2017, 2:47 PM | Yes, ▮ I will be there around 12:30 tomorrow. | - | bw-m-kz4z5jeq6wlvp2igmqzqxiq |
| ☐ | 104703457 | ▮ | Melanie Sportsman | Mobile Web | approved | Oct 26, 2017, 2:41 PM | Just wanted a confirmation Melanie, and to let you know that I need to leave at 1:30. Can you come around 12:30, 1:00. Sorry for any misunderstanding. ▮ | - | 2147bc4c37c54d8595b749dd45d929 |
| ☐ | 104663570 | Melanie Sportsman | ▮ | SMS | approved | Oct 26, 2017, 11:31 AM | Hi ▮ I was under the impression that I was to come tomorrow sometime in the early afternoon for review of instructions. Did I misunderstand? | - | bw-m-qhtexs6v5nzxjjiedjufrky |
| ☐ | 104658405 | ▮ | Melanie Sportsman | Web | approved | Oct 26, 2017, 11:06 AM | Melanie, I haven't heard from you and I'm to leave tomorrow for my trip. Please contact me. ▮ | - | 308a637fd0454cfd9292616ebb1aaae |
| ☐ | 98459832 | Melanie Sportsman | ▮ | Android | approved | Sep 22, 2017, 6:59 PM | Ok. Thank you. | - | 6933d098-c2c4-4a4c-85b1-28ac631 |
| ☐ | 98459361 | ▮ | Melanie Sportsman | Web | approved | Sep 22, 2017, 6:56 PM | In case of an emergency my veterinarian is Shield Stone Pet Hospital (559) 222-2800 | | adaa86c377e64284b9b6fae9bf80c16 |

| ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | [dog photo] | |
| 98375789 | Melanie Sportsman | | SMS | approved | Sep 22, 2017, 12:07 PM | Great. | - | bw-m-s7uc2fqrbnp6jn3qsfxdtga |
| 98374448 | | Melanie Sportsman | Mobile Web | approved | Sep 22, 2017, 12:01 PM | Yes, see you at 1 | - | 958bacd084bd40738d90eb1e1ee73b |
| 98373546 | Melanie Sportsman | | SMS | approved | Sep 22, 2017, 11:57 AM | Hi ███ I'm making sure we're still on for meeting today at 1pm? | - | bw-m-mppmjn33fmwg4qjtzt27xjq |
| 92618609 | Melanie Sportsman | | SMS | approved | Aug 22, 2017, 9:35 PM | Awesome! I've marked it down. See you then ███ | - | bw-m-wcx34meegzzxpbwif7p4vwa |
| 92618547 | | Melanie Sportsman | SMS | approved | Aug 22, 2017, 9:34 PM | Friday works for me. Address is ███ Looking fwd to meeting you 😊 | - | bw-m-q2wvxn2jzlcyrpfsn63cea |
| 92618279 | Melanie Sportsman | | Android | approved | Aug 22, 2017, 9:30 PM | I'm available both days & time. Which would you like? | - | feb27fdb-1bf5-4240-acea-4abe4eb3 |
| 92618119 | | Melanie Sportsman | SMS | approved | Aug 22, 2017, 9:28 PM | Are you available Fri the 22nd or Sat the 23rd (around 1:00)? | - | bw-m-j37hvksj3sdkwotyzbfkuja |
| 92616230 | Melanie Sportsman | | SMS | approved | Aug 22, 2017, 9:03 PM | Definelty. When are you available? | - | bw-m-jqzfsee6uajgoeltd7zgjfa |
| 92615604 | | Melanie Sportsman | Web | approved | Aug 22, 2017, 8:56 PM | Thank you for responding so quickly. Could you come by in a couple weeks so we could meet you? | - | 992d7d9b6eb84c0397ce8f45f2c9f15 |
| 92613965 | Melanie Sportsman | | Android | approved | Aug 22, 2017, 8:39 PM | Hi ███ love the fact that you have rescue dogs. That's just awesome & shows just how big your heart is. My | - | 4ec60c43-21f1-4f14-9685-dbfe0671 |

ROVER_000139

| ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | rate for a drop-in is $15 for the first dog & $10 for each additional dog. So for 1 drop-in visit on Oct 27, for your 3 dogs would be $35. And the. Another $35 for the 3 dogs on Oct 28. I would gift you a walk for them to advoid you any additional cost since your total cost for the 2 drop-in visits would come to $70. | | |
| 92612699 | | Melanie Sportsman | Web | approved | Aug 22, 2017, 8:28 PM | All 3 are rescue dogs that were mistreated, but are loving. I've had them for 7 years. Missy is the more social one who likes to play; Maggie is VERY shy and introverted, and Poco is social, likes to be petted but has an attitude. He can be very snarly, but have not known him to bite. Maggie likes to dwaddle and take time with her food, which means if you leave her with it, the other two will most likely eat it. I need to be out of town the afternoon and night of 10/27/17; returning the afternoon of the 28th. I've never left them alone (always boarded) but would like to give it a try. You would feed them around 5:00 PM the 27th and around 8:00 AM the 28th. Maybe a walk (1) the 28th??? What would the total charge be? Would love to talk to you. | - | 684bc1278e744822bbbc6a280b6a8d8e |