**EXHIBIT EE**

# Django administration

Home › Conversations › Messages

## Select message to change

Action: `---------` [Go]  0 of 8 selected

| ☐ | ID | SENDER | RECIPIENT | SOURCE | REVIEW STATUS | SENT | CONTENT | IMAGES | UUIDS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 110462455 | Melanie Sportsman | ▮ | Android | approved | Nov 24, 2017, 2:23 PM | Ok. Take care. | - | 311aa460-feeb-487b-814f-af1fe3fd9962 |
| ☐ | 110462371 | ▮ | Melanie Sportsman | SMS | approved | Nov 24, 2017, 2:22 PM | It's ok. I appreciate it though! | - | bw-m-5i4aq4b453ibnsekoxsbzzi |
| ☐ | 110462300 | Melanie Sportsman | ▮ | Android | approved | Nov 24, 2017, 2:22 PM | I can modify the price and charge my regular rate. Instead of 650 it would be 455. | - | 4113debb-a8f7-4f9d-9970-746ce41ccf44 |
| ☐ | 110457871 | ▮ | Melanie Sportsman | SMS | approved | Nov 24, 2017, 2:01 PM | Of course. I figured as much | - | bw-m-hm2yavpdoapr64yldi6k2wy |
| ☐ | 110457788 | Melanie Sportsman | ▮ | SMS | approved | Nov 24, 2017, 2:01 PM | That's ok. Most sitter's prices will be more during that time frame because of the holiday pricing. | - | bw-m-745nhjjuswaudazlii2ku4q |
| ☐ | 110456421 | ▮ | Melanie Sportsman | SMS | approved | Nov 24, 2017, 1:55 PM | Oh wow, I'm just now seeing the price and it listed as cheaper on here. I appreciate it but I'm working with a smaller budget. I'm sorry for the confusion 😊 | - | bw-m-gb5wsj6hluhxql7suurntmi |
| ☐ | 110455979 | Melanie Sportsman | ▮ | SMS | approved | Nov 24, 2017, 1:53 PM | Hi, ▮ Thank you for considering me in taking care of Bear. I am available on your requested dates and would love to have Bear stay with me. Would you like to set up a meet and greet to make sure our pups get along well with each other? Mine are small and will bark (especially my boy) at anything or anyone unfamiliar. But once acquainted they will want to play. | - | bw-m-lk5e7nnuriaubd3qwvmsdrq |
| ☐ | 110454549 | ▮ | Melanie Sportsman | Web | approved | Nov 24, 2017, 1:46 PM | Bear is a lively 5 month old GSD that is still getting into the routine. He socializes well with other dogs but still shy at dog parks. He will come and keep you company wherever you are. While he is still mouthy at times, he gives it up after being told to stop. He is my best friend now that I am divorced. | - | 30b5aeef425445d283b2cceb895d2812 |

8 messages

Sportsman 9
Defendant
Melanie Sportsman
09/29/2020(JS-CR)

ROVER_000339