**EXHIBIT FF**

🐾 Rover      🔍 Search Sitters   💬 Invite a Friend                                   ▼   🔔   ✉ (0)   ❓ Help

| 👤 Account Info | 🐾 Services and Rates | 🏠 Sitter Profile | 🐕 Your Pets | 📅 Calendar |

Services ✓ — Rates ② — Service Options ③ — Pet Preferences ④

## What would you like to charge for your services?

You'll keep 80% of your earnings. The other 20% helps cover ongoing support, educational opportunities, and ongoing promotion of your business.


**Boarding**
Your client's pets come to your home and stay overnight.
What do you want clients to pay per dog per night?
$ 31
What you'll earn per service: $24.80

Here's the rate we recommend to start. Later on, you'll be able to set rates for add-on services (like dog grooming and drop-off/pickup). You can change your rates at any time.


**House Sitting**
You go to your client's home and stay overnight, taking care of their dogs and home.
What do you want clients to pay per dog per night?
$ 31
What you'll earn per service: $24.80

Here's the rate we recommend to start. Later on, you'll be able to set rates for add-on services (like dog grooming and drop-off/pickup). You can change your rates at any time.


**Drop-In Visits**
Your clients ask you to do home visits to feed and play with their pets.
What do you want clients to pay per dog per visit?
$ 16
What you'll earn per service: $12.80

Here's the rate we recommend to start. Later on, you'll be able to set rates for add-on services (like dog grooming and drop-off/pickup). You can change your rates at any time.


**Doggy Day Care**
Your client's pets stay at your home during the day. Drop offs are around 7–9am, and pick ups are around 4–6pm.
What do you want clients to pay per dog per day?
$ 33
What you'll earn per service: $26.40

Here's the rate we recommend to start. Later on, you'll be able to set rates for add-on services (like dog grooming and drop-off/pickup). You can change your rates at any time.


**Dog Walking**
Your clients request dog walks in their neighborhood.
What do you want clients to pay for one dog walk?
$ 20
What you'll earn per service: $16.00

Here's the rate we recommend to start. Later on, you'll be able to set rates for add-on services (like dog grooming and drop-off/pickup). You can change your rates at any time.

[ Save & Continue ]

Step 4 of 13

---

### Learn More
Read Our Blog
Rover Q&A Community
Rover Store
Rover Guarantee
Safety

### About Rover
About Us
Contact Us
Joining Forces
Get the App
Press
Careers

Partners
Privacy Statement
Cookie Policy
CA – Do Not Sell
My Info
Terms of Service

### Need Help?
Help Center

### Get cute puppies in your inbox
[ Email Address ]   [ Submit ]

By providing my e-mail address, I consent to receive marketing communications from Rover.com and its affiliates.
Privacy Policy






© 2020 A Place for Rover, Inc. All Rights Reserved. 711 Capitol Way S., Suite 204, Olympia, WA 98501