# EXHIBIT GG

Rover services may be impacted in your area due to COVID–19. **Go here for information on those regulations.**







# Whitney and Manni O.

Bullard, Fresno, CA

 (56)

💬 Response Rate: **100%**

🕒 Response Time: **around an hour**

## Services

| Boarding | $52 |
| --- | --- |
| in the sitter's home | per night |

| Drop–In Visits | $30 |
| --- | --- |
| visits in your home | per visit |

| Doggy Day Care | $40 |
| --- | --- |
| in the sitter's home | per day |

**Contact Sitter**    

See Additional Services & Rates

Pick–up & drop–off, bathing / grooming

## Whitney and Manni can host



0–15 lbs    16–40 lbs    41–100 lbs

101+ lbs

## Whitney and Manni can watch in your home



0–15 lbs    16–40 lbs    41–100 lbs

101+ lbs

## Availability

Boarding ▼

FEBRUARY 2021                                ← →



| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |

Contact Sitter    ♡

| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | | | | | | |

■ Available    □ Unavailable

Whitney and Manni can host up to 2 dogs per night.

Boarding Cancellation Policy: Strict

⊗ Report this profile

## Whitney and Manni's Photos

**70%**
of clients received photo updates



50+ Photos
View All

Contact Sitter   ♡

## Reviews



41
repeat clients

56 Reviews
★★★★★



Lillian W.      VERIFIED STAY
Jan 17, 2019

Whitney and Manni treated our beloved dog like she was their own. Even their little boy welcomed our fur baby. Perfect house and owners for a pet. 5☆ rating.



Kristal A.     VERIFIED STAY
Jan 7, 2019

We were so happy with the care Manni & Whitney provided to our Sailor. They sent pics throughout the day and he was clearly having a great time. Look forward to using them for future doggy sitting needs!



Sean C.     VERIFIED STAY
Nov 19, 2018

They are awesome, real dog lovers, they helped us greatly on a last minute situation, could not be happier , thank you!

Read more reviews

## About Whitney and Manni

### 25
years of experience

Contact Sitter    

# Maisy's Mutts – prof. dog trainer

Both of us have been dog owners our whole lives from childhood on. Whitney grew up in California with Labradors and Manfred grew up in Europe with Greater Swiss Mountain Dogs, Rottweilers

and numerous other breeds. Maisy's Mutts offers you high quality, individual dog training, boarding and walking services. Manfred holds a Masters degree in Education (M.Ed.), is a member of the Association of Professional Dog Trainers (APDT) and has extensive experience for many years …

(Read More)

**Additional Skills**

- Oral Medication Administration
- First Aid/CPR
- Special Needs Dog Experience
- Injected Medication Administration
- Senior Dog Experience
- Can provide daily exercise

## About Whitney and Manni's Home

- Lives in a House
- Non–Smoking Household
- Children 0–5 Years Old
- Has a Fenced Yard
- Has 1 Dog, No Other Pets

**Whitney and Manni's Pets**



**Maisy The Dog**
Labrador Retriever
7 years, 6 months old, 65 lbs.

Contact Sitter    

pet

From AAAAction packed days to cuddling and snoooZZZZiiinnnggg – whatever your dog needs and whatever makes your dog happy!!!

Your pooch is welcome to join us for a swim in the pool or play in the dog run and the small agility course, everything around our house is set up as a loving doggie environment and we will make sure your companion will be exercised, loved and feel home away from home!

We will provide service for your dog's individual needs, from lots of relaxing and cuddling, mental stimulation practice to a very active day, all depending on your dog's preferences and personality! Walks around the block, playing and relaxing in the backyard, relaxing on the couch, dog parks, agility, trips to the mountains and lakes, kayaking, biking, hiking, running, skateboarding, strolls through town...

## In Whitney and Manni's Home

- ✓ Dogs Allowed On Bed
- ✓ Potty Breaks Every 0–2 Hours
- ✓ Dogs Allowed On Furniture

## Whitney and Manni's Neighborhood



Contact Sitter 



All stays booked on Rover receive our Rover guarantee, 24/7 support, and our reservation protection. Learn More

Home / Fresno, CA Dog Boarding

## Learn More

Read Our Blog
Rover Q&A
Community
Rover Store

Rover Guarantee
Safety

## About Rover

About Us
Contact Us
Accessibility
Get the App
Press
Careers

Privacy Statement
Cookie Policy
CA – Do Not Sell My Info
Terms of Service

## Get cute puppies in your inbox

Email Address    Submit

By providing my e-mail address, I consent to receive marketing communications from Rover.com and its affiliates. Privacy Policy

# THE DOG PEOPLE



© 2021 A Place for Rover, Inc. All Rights Reserved.

Contact Sitter