THE TIDRICK LAW FIRM LLP
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff MELANIE SPORTSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE SPORTSMAN,<br><br>Plaintiff,<br><br>v.<br><br>A PLACE FOR ROVER, INC. d/b/a Rover *et al.*,<br><br>Defendants. | Case No. 3:19-cv-03053-WHO<br><br>**EXHIBITS 16-17 AND 41-47 TO THE DECLARATION OF STEVEN TIDRICK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 31, 2021<br>Time: 2:00 p.m.<br>Location: Courtroom 2 – 17th Floor<br>   San Francisco Courthouse<br>   450 Golden Gate Avenue<br>   San Francisco, California<br><br>Judge: The Honorable William H. Orrick |

1

EXHIBITS 16-17 AND 41-47 TO THE DECL. OF STEVEN TIDRICK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT — *Sportsman v. A Place for Rover, Inc. et al.*, Case No. 3:19-cv-03053-WHO

**MANUAL FILING NOTIFICATION**

**REGARDING EXHIBITS 16-17 AND 41-47 TO THE DECLARATION OF STEVEN TIDRICK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT (EXHIBITS TO ECF 66-2)**

The above-referenced exhibits 16-17 and 41-47 are in physical form only, and will be maintained in the case file in the Clerk's office.

The exhibits were served electronically today, February 24, 2021, at 4:50 p.m., on counsel of record as specified in the attached certificate of service.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s): Physical Object: Flash drive

DATED: February 24, 2021                 Respectfully submitted,

                                         THE TIDRICK LAW FIRM LLP

                                         By:    /s/ Steven G. Tidrick
                                         _____
                                         STEVEN G. TIDRICK, SBN 224760
                                         JOEL B. YOUNG, SBN 236662

                                         Counsel for Plaintiff Melanie Sportsman

2

EXHIBITS 16-17 AND 41-47 TO THE DECL. OF STEVEN TIDRICK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT — *Sportsman v. A Place for Rover, Inc. et al.*, Case No. 3:19-cv-03053-WHO

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1300 Clay Street, Suite 600, Oakland, California, in said County and State.

On February 24, 2021, I served the above-referenced exhibits described as:

**EXHIBITS 16-17 AND 41-47 TO THE DECLARATION OF STEVEN TIDRICK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT (EXHIBITS TO ECF 66-2)**

ELECTRONICALLY TO:

JOHN P. LECRONE (State Bar No. 115875)
johnlecrone@dwt.com
MARISSA FRANCO (State Bar No. 296793)
marissafranco@dwt.com
PAUL RODRIGUEZ (State Bar No. 307139)
paulrodriguez@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

STEPHEN M. RUMMAGE (Admitted Pro Hac Vice)
steverummage@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Fax: (206) 757-7700

Attorneys for Defendant
A PLACE FOR ROVER, INC. dba ROVER.COM

☑ ELECTRONICALLY: I caused such document(s) to be delivered by e-mail to the e-mail address(es) indicated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2021.

/s/ Steven G. Tidrick

_____
STEVEN G. TIDRICK, ESQ.

3

EXHIBITS 16-17 AND 41-47 TO THE DECL. OF STEVEN TIDRICK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT — *Sportsman v. A Place for Rover, Inc. et al.*, Case No. 3:19-cv-03053-WHO