1  JOHN P. LECRONE (State Bar No. 115875)
      johnlecrone@dwt.com
2  VANDANA KAPUR (State Bar No. 281773)
      vandanakapur@dwt.com
3  MARISSA FRANCO (State Bar No. 296793)
      marissafranco@dwt.com
4  PAUL RODRIGUEZ (State Bar No. 307139)
      paulrodriguez@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
7  Fax:  (213) 633-6899

8  STEPHEN M. RUMMAGE (*Admitted Pro Hac Vice*)
      steverummage@dwt.com
9  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
10 Seattle, Washington  98104
   Telephone:  (206) 622-3150
11 Fax:  (206) 757-7700

12 Attorneys for Defendant
   A PLACE FOR ROVER, INC. dba
13 ROVER.COM

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE SPORTSMAN,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>A PLACE FOR ROVER, INC. d/b/a ROVER *et al*.<br><br>　　　　　　　　Defendants. | Civil Case No. 3:19-cv-03053-WHO<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　March 31, 2021<br>Time:　2:00 p.m.<br>Place:　Courtroom 2 – 17th Floor<br><br>Before the Honorable William H. Orrick |

1  On March 31, 2021, the Court heard Plaintiff's Motion for Summary Judgment (the
2  "Motion").  Having considered the papers submitted in support of and in opposition to the
3  Motion, and the arguments of counsel, the Motion is hereby **DENIED**.
4  **IT IS SO ORDERED.**

6  DATED: _____

   HONORABLE WILLIAM H. ORRICK
   UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:19-cv-03053-WHO
4825-8213-2959v.1 0107222-000013