THE TIDRICK LAW FIRM LLP
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff MELANIE SPORTSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE SPORTSMAN,<br><br>Plaintiff,<br><br>v.<br><br>A PLACE FOR ROVER, INC. d/b/a Rover *et al.*,<br><br>Defendants. | Case No. 3:19-cv-03053-WHO<br><br>Judge: The Honorable William H. Orrick<br><br>**DECLARATION OF ERIC SPRINGER ON BEHALF OF SIMPLURIS, INC. (PROPOSED SETTLEMENT ADMINISTRATOR)** |

## DECLARATION OF ERIC SPRINGER

I, ERIC SPRINGER, declare as follows:

1. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so competently under oath.

2. I am employed by Simpluris, Inc. ("Simpluris"), as the Director of Client Services for Simpluris Inc., ("Simpluris"). I am over 18 years of age and authorized to make this declaration on behalf of Simpluris and myself, and make this declaration based upon my own personal knowledge.

3. I personally have over thirteen (13) years of experience in claims management and administration of class and collective action matters.

4. Simpluris has never had any financial interests in nor affiliation with the parties or counsel in this matter.

## SIMPLURIS BACKGROUND AND EXPERIENCE

5. Simpluris has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. Simpluris specializes in pre-settlement consultation, data management, legal notification, call center support, claims processing and tax reporting.

6. We have provided notification and/or claims administration services in more than 8,000 cases. Over the past fifteen (15) years, Simpluris has handled approximately $7 billion in settlements. A true and correct copy of Simpluris' company resume ("Simpluris Resume") is attached as **Exhibit A.**

7. Simpluris is committed to the security of not only our data and information but the Parties' data and information as well. A true and correct copy of our SOC 2 Compliance demonstrating our commitment to security is attached to our bid on **Exhibit B**. Additionally, Simpluris maintains insurance coverage in the amount of $3,000,000 for Errors and Omissions.

# NOTICE PLAN

8.  Simpluris has been selected by counsel to serve as the class action Settlement Administrator for this case. In this capacity, Simpluris will be charged with, among other responsibilities: (a) establishing and maintaining a fund for Class Members; (b) calculating all amounts due to each Class Member pursuant to the Settlement; (c) processing checks and mailing payments to Class Members; (d) preparing, processing, and filing all applicable tax forms and tax returns; (e) establishing and maintaining a calendar of administrative deadlines and responsibilities; (f) emailing the Notice of Proposed Class and Collective Action Settlement ("Emailed Notice") to Class members; (g) printing and mailing the postcard Notice of Class Action Settlement ("Postcard Notice") to Class Members in English; (h) conducting a National Change of Address ("NCOA") database search prior to mailing the Postcard Notice and performing a skip-trace on any Postcard Notice returned as Undeliverable; (i) receiving and validating written requests to be excluded from the Settlement ("Requests for Exclusion") and disputes regarding the number of workweeks or pay periods that a Class Member worked for Defendant; (j) providing weekly reports to counsel; and (k) performing any other tasks necessary to carry out its responsibilities as set forth in the Settlement, as the Parties mutually agree, or as the Court orders Simpluris to perform.

9.  Simpluris will use information from counsel for Defendant to email the Emailed Notice and mail the Postcard Notice and settlement checks, e.g., spreadsheets of the Class Members' names, last known email address, last known address, last known telephone number, and dates Class Members were listed on the Defendant's platform ("Class List").

10. Simpluris will process and update the mailing addresses contained in the Class List utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual filed a U.S. Postal Service change of address request, Simpluris will update the mailing address listed in the Class List and Information with the mailing address obtained though the NCOA and use the updated address in connection with the

mailing of the Postcard Notice. Upon approval from the Court, Simpluris will mail the Postcard Notices via United States mail, postage prepaid.

11. Any Postcard Notice returned to Simpluris as non-delivered on or before the Response Deadline shall be re-mailed to the forwarding address affixed thereto. If any emailed or mailed notice is bounced or returned by the USPS as undeliverable and without a forwarding address, Simpluris will perform an advanced address search (i.e., skip trace) on the Class Member, using the Class Member's name and previous address to locate a current email and/or mailing address. Through the advanced address searches (i.e., skip-trace), Simpluris will promptly re-mail any undeliverable Emailed Notices or Postcard Notices to those updated addresses.

12. In addition to the above-referenced duties, Simpluris is committed to performing any other tasks necessary to carry out its responsibilities as set forth in the Settlement, as the Parties mutually agree, or as the Court orders Simpluris to perform.

13. This Administration project has a fixed rate of $210,000.00, which includes costs associated with mailing the Postcard Notice and emailing the Emailed Notice. If the scope of work increases or decreases significantly, Simpluris will inform the parties and request approval of an adjustment, whether increased or decreased respectively, to the capped costs. Attached hereto as **Exhibit C** is a true and correct copy of Simpluris' bid for administering this matter which includes how the fee was calculated based on an itemized breakdown of the tasks as set forth in the bid

I declare under penalty of perjury that the foregoing is true and correct. Executed February 7, 2023.

*Eric Springer*
Eric Springer

# EXHIBIT A



# Corporate Profile

**15+**
Years in Business

**100+**
Years of Leadership Experience

**8K+**
Thousand Matters

**$7 Billion**
In Funds Distributed

Simpluris Inc. delivers comprehensive corporate, financial and legal administration services across the United States. Since 2007, Simpluris has administered over 8 thousand matters and distributed over $7 billion in funds. From class action settlements to corporate remediation, our nationwide team handles even the most complex matters with accuracy and transparency. Regardless of scale, Simpluris' project management experts deliver legal administration services with speed, precision and accountability.

## Our capabilities include:

| | | |
|---|---|---|
| Notification Campaigns | Claims Administration | Data Management |
| Impact Calculations | Disbursements | Tax Reporting |
| Class Action | Collective Action | Reg Remediation |

| | |
|---|---|
| Distributions | Print and Mail |
| Customized Interactive Websites | Call Center & IVR |
| Real-Time Reporting | Document OCR with AI |
| Digital and Social Media | Skip Tracing |
| Communications | Workflow and Task Management |
| Data Cleansing and Analytics | Email, SMS, Fax Correspondence |
| Banking and QSF Management | Traditional and ePayment |

Corporate Headquarters
3194 Airport Loop Dr Ste C Costa Mesa, CA, 92626

## Our Service

The Simpluris administration team is best known for their dedication to delivering premium service. When you partner with Simpluris, you work alongside a dedicated Client Service representative. This Simpluris team member will guide you through the settlement lifecycle. Your Client Service representative is your administration conductor, adjusting the tempo as your case progresses. With a 360º view of your matter, your Client Service representative can respond swiftly to changes in your case, proactively notify you of upcoming milestones, and most importantly, be accountable for the successful completion of your matter. Our team is available any time of day with offices across the nation, including two corporate hubs in Costa Mesa, CA and Orlando, FL.

## Our Technology

A standout feature of Simpluris' "white glove" service is our cloud-based reporting tool, LiveCase. With LiveCase, Simpluris clients gain access to real-time reporting, 24 hours a day. See high-level views of your settlement's progress or drill down to the most granular data. LiveCase dashboards provide quick and easy visibility across all matters, action items, and case statistics. With LiveCase, you are able to view production data, track mailings and correspondence, observe call center history and data, subscribe to customizable reports, track disbursements, and more.

## Our Experience

Simpluris' history is rooted in Class Action Settlement Administration and our management team's experiences are vast and diverse. The Simpluris executive leadership team boasts more than 100 years of experience in corporate, financial and legal administration, including:

- Executive management of the largest legal administration operation in the world that produced 200+ million notifications, 10+ million claims and $5+ billion funds dispersed per year on average

- A few of the most notable matters our leadership team has presided over include the largest data breach responses, corporate restructures and antitrust settlement administrations in US history

- Oversight of the largest consent orders handed down from OCC, DOJ, CFPB & FTC over the last decade

- Fostering hundreds of client relationships with the premier government entities, law firms and financial institutions in the world

Leveraging our past experiences, Simpluris is prepared to handle matters of every scope and scale. Whether simple or complex, we encourage you to bring us your challenges and make Simpluris your go-to partner for technology-driven administration.



Corporate Headquarters
3194 Airport Loop Dr Ste C Costa Mesa, CA, 92626

# Exhibit B

 

# Simpluris Security Summary – White Paper

Simpluris is committed to the security and overall protection of not only our data and information but our client's data and information, as well. As a demonstration of our commitment, we maintain SOC 2 Certification which requires strict adherence to policies and procedures surrounding information security, including processing and storage of confidential customer data. Simpluris supports a comprehensive, written Information Security Program that complies with all applicable laws and regulations (e.g. HIPAA, Gramm-Leach-Bliley Act, MA 201 CMR 17.00) and is designed to (a) ensure the security, privacy and confidentiality of Client and Class Member Information, (b) protect against any reasonably anticipated threats or hazards to the security or integrity of Client or Class Member Information, and (c) protect against unauthorized access to, use, deletion, or modification of Class Member Information. Simpluris has designated specific employees to be responsible for the administration of its Information Security Program. Also, Simpluris regularly and routinely monitors, tests, and updates our Information Security Program.

Simpluris uses Client and Class Member Information only for the purposes for which its' clients provide it, as described in any Agreements or Court Orders governing the provision of Simpluris' services in any particular case. Simpluris maintains a process for identifying, assessing, and mitigating the risks to Class Member Information in each relevant area of Simpluris' operations. At Simpluris, we continuously evaluate the effectiveness of the safeguards for controlling these risks to data and bank accounts. Simpluris restricts access to Class Member Information only to those employees, agents, or subcontractors who need to know the information to perform their jobs. Simpluris performs background checks of all its employees that will have access to Sensitive Personal Information, including a review of their references, employment eligibility, education, and criminal history to ensure they do not pose a risk to the security of Client or Class Member Information.

Simpluris adheres to the following industry best practices to safeguard its systems which process, store or transmit Client and Class Member Information:
- Identity and Access Management;
- Complex passwords are routinely and regularly changed;
- Role-based access control systems to limit individual    employee access to network applications and systems based on their particular job role and function;
- Data Loss Prevention and Intrusion Prevention System software at multiple layers to prevent from internal and external threats of data leaks, malicious activity, and policy violations
- Encryption of Class Member Information if transmitted over public or wireless networks (e.g., via email, FTP, the Internet, etc.);
- Implementation of a Secure File Transfer system (using SSL encryption) for transmitting documents back and forth to clients;
- Encryption of servers, portable media, laptops, desktops, smartphones, mobile devices, and new technologies that store Class Member Information;
- Complex password authentication for remote access to Company's networks;
- Upon hire and annually after that, training of all employees with access to Class Member Information, (including any agents, and subcontractors with access to Class Member Information) about their obligations to implement the Information Security Program;
- Strict disciplinary measures for employees who violate the Information Security Program;
- Preventing terminated employees from accessing Class Member Information;
- Appropriately configured and updated firewall, antivirus, and spyware software;
- Prompt application of vendor-recommended security patches and updates to systems and other applications to avoid any adverse impact on Class Member Information;
- Separation of Duties;
- Infrastructure and Physical Security;
- Business Continuity Planning;
- Disaster Recovery Planning

# EXHIBIT C



3194-C Airport Loop Drive
Costa Mesa, CA 92626
800-779-2104
www.simpluris.com

| | | | |
|---|---|---|---|
| Estimate Number: | 15397V6 | Prepared By: | Michael Sutherland |
| Estimate Date: | 12/2/2022 | Telephone Number (mobile): | 321.223.5067 |
| Estimate Expiration Date: | | | msutherland@simpluris.com |

| | | | |
|---|---|---|---|
| Attorney/Client: | **Rummage, Steve Kapur, Vandana, LeCrone, John** | | |
| Firm: | Davis Wright Tremaine LLP | | |
| | <SteveRummage@DWT.COM> | | |
| | <VandanaKapur@dwt.com> | | |
| | <johnlecrone@dwt.com> | | |

**Case Name:** *Sportsman vs. A Place Called Rover, Inc., (19-cv-03053-WHO): Consumer Opt-Out Settlement*

**Post Card Notice**

## Assumptions

**In addition to the assumptions enumerated below, this estimate assumes that:**
(1) Simpluris will receive data in a single, complete file; (2) there will be no substantial change to class size or in response rate;
(3) administration costs will be paid from the QSF, and (4) Simpluris will submit revisions to this estimate to account for any material changes to scope.

| | | | |
|---|---|---|---|
| Anticipated Class Size: | 103,300 | Undeliverable Rate: | 10% |
| Email/Physical Addresses Provided: | 103,300 | Call Rate: | 8% |
| Opt Out Rate: | 1.0% | Fund Distribution: | Simpluris |
| PAGA Members Only | 15,800 | State(s): | CA + 4 |
| Language(s) for Communication: | EN | Tax Years: | 1 |
| Reminder Mailing: | No | Length of Administration: | 9 Months |
| Unclaimed Funds: | Unclaimed State | | |

## Case Setup

• Class website: hosting case documents & digital disbursement payment option
• Data compilation: develop case-specific response tracking

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Project Manager - Case Setup | $125.00 | 10 | $1,250 |
| CAFA Noticing to appropriate AG's-up to 10 | $1,500.00 | 1 | $1,500 |
| Case Specific E-Mail Set up | $500.00 | 1 | $500 |
| Database Manager - Initial Data Analysis | $140.00 | 10 | $1,400 |
| | | Total: | **$4,650** |

## Notice and Communications

• Mailing Notice Pack- –Post Card - Double Sided - English Only

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Notice-Via E-Mail after address verification | $0.05 | 87,500 | $4,375 |
| E-Mail Management, Reply Update | $125.00 | 10 | $1,250 |
| Notice-First Class USPS-Post Card Notice | $0.12 | 87,500 | $10,500 |
| Postage | $0.33 | 87,500 | $28,875 |
| NCOA/CASS/LACS | $0.01 | 103,300 | $1,033 |
| Undeliverable Processing and Skip Trace | $0.45 | 8,750 | $3,938 |
| Remail Notice (assuming 85% skip trace success) | $0.18 | 7,438 | $1,339 |
| Remail Postage | $0.33 | 7,438 | $2,454 |
| Reminder Notice-Via E-Mail Check Cashing Deadline | $0.05 | 43,750 | $2,188 |
| E-Mail Management, Reply Update | $125.00 | 5 | $625 |
| Mailing Supervisor | $50.00 | 8 | $400 |
| | | Total: | **$51,351** |

## Inbound/Outbound Call Center

- Establish case-specific toll-free number and 24/7 IVR, no live agents

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| IVR Call Center Setup | $500.00 | 1 | $500 |
| Uptime Monitoring and Testing, Tracking, Reporting | $250.00 | 9 Months | $2,250 |
| Hourly Toll-Free Number Charges | $12.00 | 414 | $4,968 |
| | | **Total:** | **$7,718** |

## Administration

- Opt out only
- Process incoming class and counsel communications, opt outs, and objections

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Database Manager | $140.00 | 5 | $700 |
| Dispute Resolution of payments | $3.50 | 44 | $153 |
| Opt-out Processing | $3.50 | 875 | $3,063 |
| Project Manager | $125.00 | 12 | $1,500 |
| Weekly Reporting to Counsel | **WAIVED** | 1 | $0 |
| | | **Total:** | **$5,416** |

## Award Disbursement

- Establish 26 CFR § 1.468B-1 compliant Qualified Settlement Fund ("QSF")
- Disburse award payments and tax documents
- Conduct regular and annual IRS-mandated QSF reporting and reconciliation (two calendar years)
- Complete all required filings with state and federal tax authorities

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Disbursement Data Preparation | $140.00 | 12 | $1,680 |
| Disbursement Manager - Data Validation | $100.00 | 4 | $400 |
| Setup Banking Account/QSF | $750.00 | 1 | $750 |
| QSF Monthly Reconciliation and Maintenance | $250.00 | 9 | $2,250 |
| Print & Mail Check Tax Documents/1099, Default option, PAGA | $0.65 | 102,425 | $66,576 |
| Postage | $0.51 | 102,425 | $52,237 |
| Process Returned Checks (assuming 5%) | $0.25 | 4,097 | $1,024 |
| Skip Trace Search Undeliverable Checks | $0.55 | 4,097 | $2,253 |
| Remail Checks (includes postage) | $1.35 | 3,482 | $4,701 |
| QSF Reporting and Final Declaration | $500.00 | 1 | $500 |
| QSF Annual Tax Reporting and Reconciliation | $1,500.00 | 1 | $1,500 |
| Distribution Manager | $125.00 | 12 | $1,500 |
| | | **Total:** | **$135,372** |

## Case Completion

- Final review & case closure
- Send final declaration and reporting to counsel

| Category | Unit Value | # of Units | Total |
|---|---|---|---|
| Data Manager - Final Reporting | $140.00 | 8 | $1,120 |
| Clerical - Miscellaneous | $50.00 | 10 | $500 |
| Project Manager - Wrap-up | $125.00 | 8 | $1,000 |
| | | 3 **Total:** | **$2,620** |

| | |
|---|---|
| Total Cost of Administration: | $207,127 |
| **Total Capped Cost of Administration:** | **$210,000** |

Confidential and Proprietary

**Terms and Conditions**

All administration services to be provided by Simpluris to Client, are provided subject to the following terms and conditions ("Agreement"):

**1.      Services:** Simpluris agrees to provide Client those services set forth in the Proposal (the "Services") in connection with *Sportsman vs. A Place Called Rover, Inc.* (19-cv-03053-WHO) (the "Action") to which these terms and conditions are attached and which has been provided to Client. As compensation for such Services, Client agrees to pay the fees for Services outlined in the Proposal. Simpluris will often take direction from Client's representatives, employees, agents and or professionals (collectively, the "Client Parties") with respect to the Services. The parties agree that Simpluris may rely upon, and Client agrees to be bound by, any direction, advice or information provided by the Client Parties to the same extent as if provided by Client. Client agrees and understands that Simpluris shall not provide Client or any other party with any legal advice.

**2.      Capped Fees:** Simpluris and Client acknowledge that it is difficult to determine all necessary work required for the Services or the total amount of fees that may be incurred in performing the Services. Client agrees that fees for Services described in the Proposal are a cap based on the requirements and information already provided by the Client Parties to Simpluris. Actual fees charged by Simpluris may be less than such estimate. Client specifically agrees that it will be responsible for the payment of all such fees, up to and including the estimated amount provided for in the Proposal. Simpluris will provide estimates and budgets, but they are not intended to be binding; are subject to unforeseen circumstances, and by their nature are inexact. However, Simpluris agrees that the amount charged for the Services will not exceed the cap defined in the Proposal absent prior agreement by the parties to the Action and the Court.

**3.      Billing and Payment:** Simpluris will invoice Client on a regular basis, based on work completed to date, unless a specific timeframe is otherwise set forth in the Proposal. Simpluris will draw payments for its invoices from the Qualified Settlement Fund ("QSF") administered by Simpluris in connection with the Acton, but only to the extent specifically authorized by the Client.  The Client will fund the QSF at the times and in the amounts specified by the Court.

**4.      Further Assurances:** Simpluris has been given the opportunity to review and comment on the Settlement Agreement in the Action, in both draft and final forms, before entering into this Agreement.  Client agrees that it will use its best efforts to include provisions reasonably acceptable to Simpluris in any relevant court order or similar document that provides for the payment of Simpluris' fees and expenses hereunder. No agreement to which Simpluris is not a party shall reduce or limit the full and prompt payment of Simpluris' fees and expenses as set forth herein and in the Proposal.

**5.      Rights of Ownership:** The parties understand that the software programs and other materials furnished by Simpluris to Client and/or developed during the course of the performance of Services are the sole property of Simpluris. The term "program" shall include, without limitation, data processing programs, specifications, applications, routines, and documentation. Client agrees not to copy or permit others to copy the source code from the

support software or any other programs or materials furnished to Client. Fees and expenses paid by Client do not vest in Client any rights in such property, it being understood that such property is only being made available for Client's use during and in connection with the Services provided by Simpluris.  Client, however, owns all rights in the website that Simpluris will establish in the course of the Services.

**6.** **Bank Accounts:** Simpluris will establish a demand deposit checking account (i.e. non-interest bearing) for funds received related to a distribution, unless directed otherwise in writing by the parties or unless the settlement agreement stipulates otherwise. Simpluris acknowledges that the settlement agreement in the Action requires it to establish and administer a QSF, and Simpluris will comply with the settlement agreement and all legal requirements in doing so.

**7.** **Retention of Documents & Data:** Unless otherwise required in writing by the Client or court orders, all returned/undeliverable physical documents will be securely shredded after the data has been confirmed uploaded to our systems. Simpluris will retain bank and tax documents for such period of time as it determines is required to maintain compliance with various federal and state law requirements. Unless otherwise required in writing by the Client or court orders, Simpluris will adhere to the Company's data deletion policies and will destroy all remaining project-related information from our systems three (3) years after the conclusion of the project. Storage beyond three (3) years is available upon request and will be billed as incurred.

**8.** **Limitation of Liability; Disclaimer of Warranties:** Simpluris warrants that it will perform the Services diligently, with competence and reasonable care. Client warrants that it will cooperate with Simpluris and provide all information and data requested and reasonably necessary for the Services to be rendered in a timely fashion.  With the exception of the circumstances outlined in paragraph 18 of the Agreement, in no event will either party be liable to the other for any claims, losses, costs, penalties, fines, judgments, tax activities, lost profits or business opportunities, business interruptions or delay, special, exemplary, punitive, consequential, indirect or incidental damages relating to the performance of the Services, provided, however, that nothing in this paragraph shall absolve either party from its gross negligence or intentional misconduct. THE WARRANTIES SET FORTH IN THIS SECTION ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE.

**9.** **Force Majeure:** To the extent performance by Simpluris of any of its obligations hereunder is substantially prevented or delayed by reason of any act of God, flood, fire, earthquake or explosion, war, terrorism, invasion, riot or other civil unrest, embargoes or blockades in effect on or after the date that Simpluris began performing Services, epidemic, pandemic, quarantine, civil commotion, national or regional emergency, strikes, labor stoppages or slowdowns or other industrial disturbances, passage of Law or any action taken by a governmental or public authority, including imposing an export or import restriction, quota, or other restriction or prohibition or any complete or partial government shutdown, or national or regional shortage of adequate power or telecommunications or transportation or because of any other matter beyond Simpluris' reasonable control, then Simpluris' performance shall be excused

and this Agreement, at Simpluris' option, be deemed suspended during the continuation of such condition and for a reasonable time thereafter.

      **10.**     **Electronic Communications:** During the provision of the Services, the parties may wish to communicate electronically with each other at a business e-mail address. However, the electronic transmission of information cannot be guaranteed to be secure or error free and such information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete or otherwise be adversely affected or unsafe to use. Accordingly, each party agrees to use commercially reasonable procedures to check for the then most commonly known viruses and to check the integrity of data before sending information to the other electronically, but each party recognizes that such procedures cannot be a guarantee that transmissions will be virus free. It remains the responsibility of the party receiving an electronic communication from the other to carry out a virus check on any attachments before launching any documents whether received on disk or otherwise.

      **11.**     **Notice:** Any notice required or permitted hereunder shall be in writing and shall be delivered personally, by, or sent by registered mail, postage prepaid, or overnight courier to the address identified by each Party in the Proposal. Notice shall be deemed given when so delivered personally, or, if mailed, five days after the date of deposit in United States mail, or, if sent by courier, one business day after delivery to such courier service. Notice should be addressed to an officer or principal of Client and Simpluris, as the case may be.

      **12.**     **Waiver:** Failure or delay on the part of a party to exercise any right, power or privilege hereunder shall not operate as a waiver thereof or any of other subject, right, power or privilege.

      **13.**     **Termination:** Upon receipt of written court approval in the Action, Client may terminate the Services at any time upon 30 days prior written notice to Simpluris. Termination of Services shall in no event relieve Client of its obligation make any payments due and payable to Simpluris for Services rendered up to the effective date of Termination. Upon receipt of written court approval in the Action and Client's consent, Simpluris may terminate this Agreement (i) for any reason upon no less than 30 days prior written notice to the Client; or (ii) upon 15 calendar days' prior written notice if the Client is not current in payment of fees, despite the availability of funds in the QSF.

      **14.**     **Jurisdiction:** These Terms and Conditions will be governed by and construed in accordance with the laws of the state of California, without giving effect to any choice of law principles.

      **15.**     **Survival:** Any remedies for breach of this Agreement, this Section and the following Sections will survive any expiration or termination of this Agreement: Section 8 - Limitation of Liability; Disclaimer of Warranties, Section 5 – Rights of Ownership, and Section 14- Jurisdiction, 17 -Confidentiality, and Section 18 – Indemnification.

      **16.**     **Entire Agreement:** These Terms and Conditions and the Proposal embody the entire agreement between the parties with respect to the subject matter hereof, and cancels and supersedes all prior negotiations, representations, and agreements related thereto, either written

or oral, except to the extent they are expressly incorporated herein, provided, however, that nothing in this Agreement supersedes any order of the Court in the Action or excuses Simpluris from the performance of any obligation imposed by the Court. No changes in, additions to, or waivers of, the terms and conditions set forth herein will be binding upon any party, unless approved in writing by such party's authorized representative.

**17.  Confidentiality:** Simpluris maintains reasonable and appropriate safeguards to protect the confidentiality and security of data provided by Client to Simpluris in connection with the Services. If, pursuant to a court order or other proceeding, a third-party requests that Simpluris to disclose any confidential data provided by or for Client, Simpluris will promptly notify the Client unless prohibited by applicable law. Client will then have the option to provide Simpluris with qualified legal representation at Client's expense to defend against such request. If, pursuant to a court order, Simpluris is required to disclose data, produce documents, or otherwise act in contravention of the obligation to maintain confidentiality set forth in these terms and conditions, Simpluris will not be liable for breach of said obligation.  Simpluris will execute a data privacy addendum in a form reasonably requested by Client, to ensure that Simpluris adheres to Client's requirements for protection of data furnished by Client.

**18.  Indemnification:** Client will indemnify and hold Simpluris (and the officers, employees, affiliates and agents) harmless against any losses whatsoever incurred by Simpluris, arising out of any action by a third party, including governmental agencies, in connection with, or related to (i) any breach of the terms by Client; (ii) the processing and handling of any payment by Simpluris in accordance with Client's instructions, including without limitation, the imposition of any stop payment or void payment on any check or the wrongful dishonor of a check by Simpluris pursuant to Client's instructions.  Similarly, Simpluris will indemnify and hold the Client Parties (and its officers, employees, affiliates and agents) harmless against any losses whatsoever incurred by Client in connection with, or related to (i) any breach of the terms of the Agreement by Simpluris; or (ii) any breach, mishandling, and/or misuse of the personal data and information provided by the Client Parties to Simpluris in connection with the Services.

**19.  Severability:** If any term or condition or provisions of this Agreement shall be held to be invalid, illegal, unenforceable or in conflict with the law of any jurisdiction, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

**20.  Database Administration:** Simpluris' database administration for Client assumes that Client will provide complete data that includes all information required to send notifications and calculate and mail settlement payments. Data must be provided in a complete, consistent, standardized electronic format. Simpluris' standardized format is Microsoft Excel, however, Simpluris may accept other formats at its discretion.

**21.  Entire Agreement:** These Terms and Conditions together with the Proposal (as may be limited by the settlement agreement or any court orders in the Action) constitutes the entire agreement between the parties with respect of the subject matter hereof and supersede all prior understandings, agreements, or representations by or among the parties, written or oral, to the extent they relate in any way to the subject matter hereof.