THE TIDRICK LAW FIRM LLP
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff MELANIE SPORTSMAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANIE SPORTSMAN,<br><br>             Plaintiff,<br><br>       v.<br><br>A PLACE OFR ROVER, INC. d/b/a Rover et al.,<br><br>             Defendants. | Case No.: 3:19-cv-03053-WHO<br><br>**SUPPLEMENTAL DECLARATION OF DENISE ISLAS REGARDING FINAL OPT OUT LIST**<br><br>Judge: Hon. William H. Orrick<br>Hearing Date: July 19, 2023<br>Hearing Time: 2:00 p.m. |

I, **DENISE ISLAS**, declare the following facts to be true and correct and if called as a witness would testify competently to the same:

   1.      I am employed as a Project Director by Simpluris, Inc. ("Simpluris") the settlement administrator in the above-entitled action.  My business address is 3194-C Airport Loop Drive, Costa Mesa, CA 92626. My telephone number is (714) 640-5622.  I

am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. Simpluris, Inc. is a Class Action Settlement Administration company located in Costa Mesa, CA.  It was founded by individuals who have each managed thousands of legal settlements, along with professionals in the areas of Software Development, Third-Party Claims Administration, Mail-House Operations, and Call Center Support Management.

3. The final total count of valid opt-out submissions is sixty-three (63).  An updated list of the names of the class members who validly opted out is attached hereto as **Exhibit A**.  The four (4) deficient opt-out responses for, Corrinna Gaytan, Carson Fazekas, Karis Martinez, and Amanda Zadrozny have been accepted as valid submissions.  Simpluris also received an additional timely opt-out response from Tera Schug.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of July 2023, in Costa Mesa, California.

*Denise Islas*
Denise Islas

2
**SUPPLEMENTAL DECLARATION OF DENISE ISLAS
REGARDING FINAL OPT OUT LIST**

# Exhibit A

| FirstName | LastName |
|---|---|
| Rich | Villanueva |
| Shefali | Kumar |
| Erika | Atkins |
| Jill | Adair |
| Alexis | Green |
| Diana | Freeman |
| Colleen | Butler |
| Kathryn | Decker |
| Emily | Sayles |
| Lori | Puente |
| Robert | Ferreira |
| Alyssa | Thurber |
| Roxanne | Coleman |
| Donalda | Ammons |
| Jillian | Ibave |
| Casey | Powell |
| Dina | Metti |
| Julia | Stein |
| Jeremy | Palomino |
| Jennifer | Buist |
| Paul | Griese |
| Lisa | Cinco |
| Patricia Bill Bethany | Steele |
| Anna | Kelly |
| Valerie | Schmidt |
| Sofia | Saca |
| Haley | Bengtson |
| Diana | Ortiz Pena |
| Raymonde | Gasper |
| Casey | Brennan |
| Meyra | Ceylan |
| Grace | Hao |
| Seher | Bajwa |
| Ambika | Thiagarajan |
| Debra Deborah | Keatinge Jones |
| Stephi | Chen |
| Chelsea | Vanicek |
| Tawny | Watson |
| Mickey | Averett |
| Esther | Song |
| Jennifer | Valencia |
| Sarah | Mead |
| Kathy | Anderson |
| Luana | Werner |
| Mimi | Tobias |
| Amanda | Parris |
| Maureen | Carlson |
| Lydia | Mawhinney |
| Charity | Williams Slade |
| Dylan | Slade |
| Taylor | Price |
| Peyton | Westerheide |
| Nicole | Anderson |
| Dawn Marie | Peterson |
| Melanie | Levine |
| Marianne | Elizabeth |
| Tatiana | Repkina |
| Karen | Allison |
| Tera | Schug |
| Corrinna | Gaytan |
| Carson | Fazekas |
| Karis | Martinez |
| Amanda | Zadrozny |